# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | |
| v. | Case No. 1:20-cr-67-JDB |
| **MARIAM TAHA THOMPSON,**<br>          **Defendant.** | |

## CONSENT MOTION TO CONTINUE DETENTION HEARING

Mariam Thompson, by and through undersigned counsel, respectfully moves the Court to continue the scheduled detention hearing currently scheduled for March 11, 2019, to April 1, 2020 at 1:45 p.m., or a date after that date convenient to the Court's calendar. In support of this motion, counsel states:

1. Ms. Thompson is charged by indictment with one count, respectively, of Conspiracy to Deliver National Defense Information to Aid a Foreign Government, in violation of 18 U.S.C. § 794(c); Delivering National Defense Information to Aid a Foreign Government, in violation of 18 U.S.C. § 794(a); and Willful Retention of National Defense Information, in violation of 18 U.S.C. § 793 (e).

2. Counsel is in the process of reviewing discovery necessary to prepare for a detention hearing; that process is not yet complete.

3. AUSA John Cummings consents to this Motion.

For the foregoing reasons, Mariam Thompson respectfully requests that the Court continue the detention hearing in this case to April 1, 2020.

2

          Respectfully submitted,

          _____/s/_____
          David Benowitz
          *Counsel for Mariam Thompson*
          Price Benowitz LLP
          409 7th Street, NW
          Suite 200
          Washington, DC 20004
          Office: 202.417.6000
          Direct: 202.271.5249
          Fax: 202.664.1331
          David@PriceBenowitz.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 9th day of March, 2020, I caused a true and correct copy of the foregoing Defendant's Consent Motion to be delivered via CM/ECF to Assistant United States Attorney John Cummings and DOJ Attorney Jennifer Gellie, United States Attorney's Office, 555 Fourth Street, NW, Washington, DC 20530.

          _____/s/_____
          David Benowitz