UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE DEBORAH A. ROBINSON |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | |
| | ) | DETENTION HEARING APRIL 1, 2020 |
| Defendant. | ) | |

**JOINT MOTION TO CONTINUE DETENTION HEARING AND TO TOLL TIME PURSUANT TO THE SPEEDY TRIAL ACT**

The United States, through its attorney, the United States Attorney for the District of Columbia, and with the consent of counsel for Mariam Thompson, David Benowitz, Esq., hereby files this joint motion to continue the detention hearing in this matter which is currently scheduled for April 1, 2020, to May 6, 2020, or a date thereafter that is convenient for the Court, and to continue to exclude time pursuant to the Speedy Trial Act. In support of this motion the parties state:

1. Ms. Thompson is charged by indictment with one count, respectively, of Conspiracy to Deliver National Defense Information to Aid a Foreign Government, in violation of 18 U.S.C. § 794(c); Delivering National Defense Information to Aid a Foreign Government, in violation of 18 U.S.C. § 794(a); and Willful Retention of National Defense Information, in violation of 18 U.S.C. § 793 (e).

2. During Ms. Thompson's initial appearance on March 4, 2020, the government orally moved for Ms. Thompson's detention, and requested a continuance to prepare for the detention hearing. With the consent of the defense, the detention hearing on the government's oral motion was scheduled for March 11, 2020.

3. The defense, with the government's consent, moved to continue the March 11, 2020, hearing to April 1, 2020. The Court granted that motion.

4. On March 12, 2020, with the agreement of the parties, the Honorable John D. Bates declared this case to be a complex matter.

5. The parties now jointly move to continue the detention hearing to May 6, 2020, or thereafter. This continuance will allow the parties to advance the discovery process and allow defense counsel to have additional consultations with Ms. Thompson --such consultations were delayed by the need for a secured meeting space and logistical challenges created by the Covid-19 pandemic.

6. Further, on March 30, 2020, Chief Judge Beryl A. Howell issued a Standing Order providing for detention hearings to be conducted by video teleconferencing or telephone conferencing. Ms. Thompson is not housed at the D.C. Jail. The motion to continue this matter will allow the parties to explore the need for a detention hearing, and to determine what steps will need to be taken to permit Ms. Thompson to appear by video teleconferencing or telephone conferencing from her current place of confinement.

7. For the foregoing reasons, the parties respectfully request that the Court continue the detention hearing in this case to May 6, 2020, or thereafter; and that the court continue to toll time under the Speedy Trial Act in light of the complex nature of this case, the government's pending motion for detention, and the logistical complications created by the Covid-19 pandemic.

                                     Respectfully submitted,

                                     TIMOTHY J. SHEA
                                     United States Attorney
                                     D.C. Bar No. 437437

DATE: March 31, 2020          By:      <u>s/ John Cummings</u>

                                     John Cummings
                                     DC Bar No. 986573
                                     Assistant United States Attorneys
                                     555 4th St., NW
                                     Washington, DC 20530
                                     (202) 252-7271
                                     John.cummings@usdoj.gov

                                     Jennifer Kennedy Gellie
                                     D.C. Bar No. 1020976
                                     Trial Attorney
                                     National Security Division
                                     U.S. Department of Justice
                                     950 Pennsylvania Ave., NW
                                     Washington, DC 20530
                                     (202) 233-0986
                                     jgellie@jmd.usdoj.gov