UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE JOHN D. BATES |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | STATUS HEARING APRIL 23, 2020 |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO VACATE STATUS HEARING**

The United States, through its attorney, the United States Attorney for the District of Columbia, and with the consent of counsel for Mariam Thompson, David Benowitz, Esq., hereby files this joint motion to vacate the status hearing in this matter which is currently scheduled for April 23, 2020. In lieu of the status hearing, the parties will file a joint status report by May 13, 2020. In support of this motion the parties state:

1. Ms. Thompson is charged by indictment with one count, respectively, of Conspiracy to Deliver National Defense Information to Aid a Foreign Government, in violation of 18 U.S.C. § 794(c); Delivering National Defense Information to Aid a Foreign Government, in violation of 18 U.S.C. § 794(a); and Willful Retention of National Defense Information, in violation of 18 U.S.C. § 793(e).

2. During Ms. Thompson's initial appearance on March 4, 2020, the government orally moved for Ms. Thompson's detention, and requested a continuance to prepare for the detention hearing. With the consent of the defense, the detention hearing on the government's oral motion was scheduled for March 11, 2020.

3. With the consent of the parties, the assigned magistrate continued the detention hearing in this matter first to April 1, 2020, and then to May 6, 2020.

4. On March 12, 2020, with the agreement of the parties, this Court declared this case to be a complex matter. At that time, the Court scheduled this matter for a status hearing on April 23, 2020.

5. On March 16, 2020, Chief Judge Howell issued Standing Order 20-9 that, *inter alia*, postponed criminal status hearings scheduled between March 17, 2020, and April 17, 2020.

6. On April 2, 2020, Chief Judge Howell issued Standing Order 20-19 that extended the postponement of criminal status hearings from April 17, 2020, through June 1, 2020.

7. In light of Standing Order 20-19, and the ongoing challenges caused by the Covid-19 pandemic, the parties now jointly move this Court to vacate the status date currently scheduled for April 23, 2020. While the Chief Judge's Order permits the Court to schedule a criminal status hearing by teleconference or videoconference, the parties do not believe such action is necessary in this case. Instead, the parties propose that in lieu of the status conference, by May 13, 2020, the parties will file a joint status report with the Court outlining the status of discovery, a proposal for the scheduling of future status dates, and any other issues that may arise.

8. For the foregoing reasons, the parties respectfully request that this Court vacate the April 23, 2020, status date in this case; and that the Court continue to toll time under the Speedy Trial Act in light of the complex nature of this case, the government's pending motion for detention, and the logistical complications created by the Covid-19 pandemic.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
D.C. Bar No. 437437

DATE: April 15, 2020      By:    s/ John Cummings

John Cummings
DC Bar No. 986573
Assistant United States Attorneys
555 4th St., NW
Washington, DC 20530
(202) 252-7271
John.cummings@usdoj.gov

Jennifer Kennedy Gellie
D.C. Bar No. 1020976
Trial Attorney
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 233-0986
jgellie@jmd.usdoj.gov