# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | **HONORABLE JOHN D. BATES** |
| | ) | |
| **MARIAM TAHA THOMPSON,** | ) | **STATUS HEARING APRIL 23, 2020** |
| | ) | |
| **Defendant.** | ) | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order concerning the production of sensitive unclassified discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

TIMOTHY J. SHEA
United States Attorney
D.C. Bar No. 437437

DATE: April 15, 2020       By:    s/ John Cummings

John Cummings
DC Bar No. 986573
Assistant United States Attorneys
555 4th St., NW
Washington, DC 20530
(202) 252-7271
John.cummings@usdoj.gov

Jennifer Kennedy Gellie
D.C. Bar No. 1020976
Trial Attorney
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 233-0986
jgellie@jmd.usdoj.gov