UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE G. MICHAEL HARVEY |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | |
| | ) | DETENTION HEARING MAY 6, 2020 |
| Defendant. | ) | |

# ORDER

Upon consideration of the Joint Motion to Continue Detention Hearing and to Toll Time Pursuant to the Speedy Trial Act and the representations in the joint motion to continue, it is hereby,

**ORDERED**, that Joint Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that the detention hearing in this matter is continued until June 9, 2020, at 2:00 PM;

**FURTHER ORDERED**, in light of the complex nature of this matter, logistical issues related to the Covid-19 pandemic, and the desire of the parties to continue to advance discovery in this matter, the time between May 6, 2020, and June 9, 2020, is, in the interests of justice, excluded from the computation of time under the Speedy Trial Act.


_May 5, 2020_____                           _____
**DATE**                                          **G. MICHAEL HARVEY**
                                                  **United States Magistrate Judge**