UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE JOHN D. BATES |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | STATUS REPORT MAY 13, 2020 |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The United States, through its attorney, the United States Attorney for the District of Columbia, and with the consent of counsel for Mariam Thompson, David Benowitz, Esq., hereby files this joint status report.

1. **Detention** - Ms. Thompson remains in detention pending a detention hearing that is currently scheduled for June 9, 2020, before Magistrate Judge Robin M. Meriweather. The detention hearing was previously scheduled for May 6, 2020, and was continued at the joint request of the parties.

2. **Special Administrative Measures** – On March 17, 2020, the Attorney General approved Special Administrative Measures regarding Ms. Thompson's conditions of confinement. These measures are designed to limit Ms. Thompson's ability to make additional disclosures of classified national defense information. Despite these measures, the defendant has been provided with regular opportunities for monitored phone calls with her family members during her detention.

3. **Ms. Thompson's Access to Counsel** – With the assistance of the Federal Bureau of Investigation ("FBI") and the Classified Information Security Officer ("CISO"), Ms. Thompson has been able to meet regularly her counsel in the Sensitive Compartmented Information Facility

("SCIF") within the courthouse. Meeting in the SCIF despite the ongoing Covid-19 logistical challenges is necessary because much of the discovery in this case is classified, counsel must review classified materials with Ms. Thompson, and counsel is required to discuss classified matters with Ms. Thompson.

4. **Discovery** – To date, the government has provided the defense with four sets of discoverable material, three classified, and the other unclassified but sensitive (See cover letters included as Attachments A-D).[1] The classified disclosures, totaling 2913 pages, included transcripts of post-*Miranda* interviews of Ms. Thompson, documents from Apple and WhatsApp, a note found in Ms. Thompson's living quarters, translations of certain Arabic documents, and redacted FBI 302's containing witness interviews. In addition, the government produced electronic images of certain electronic devices that were seized from Ms. Thompson or were accessed by Ms. Thompson in classified discovery. Counsel has not been able to access all of the electronic data, however, the FBI and CISO are working with counsel to make sure he has the necessary software in the SCIF to review these materials. The unclassified disclosure contained over 1700 pages of materials including personnel records, financial records, pen register results, and subscriber information. The parties continue to work cooperatively to advance the discovery process in this case.

5. **Requests** – At this time the parties do not require any intervention by this Court to resolve any disputes. Given the ongoing issues related to the Covid-19 pandemic, the parties propose that in lieu of a status hearing the parties will file an updated status report with the Court on or before June 19, 2020.

---

[1] The government previously provided to the defense seven pages (UC000001-000007) of images and translations related to Ms. Thompson's alleged transfer of classified materials.

                Respectfully submitted,

                TIMOTHY J. SHEA
                United States Attorney
                D.C. Bar No. 437437

DATE: May 13, 2020        By:    s/ *John Cummings*
                John Cummings
                DC Bar No. 986573
                Assistant United States Attorneys
                555 4th St., NW
                Washington, DC 20530
                (202) 252-7271
                John.cummings@usdoj.gov
                Jennifer Kennedy Gellie
                D.C. Bar No. 1020976
                Trial Attorney
                National Security Division
                U.S. Department of Justice
                950 Pennsylvania Ave., NW
                Washington, DC 20530
                (202) 233-0986
                Jennifer.gellie@usdoj.gov