

**U.S. Department of Justice**

National Security Division

---

*Counterintelligence and Export Control Section*          *Washington, D.C. 20530*

March 11, 2020

David Benowitz
Price Benowitz LLP
409 7th St., NW
Suite 100
Washington, DC 20004

      **Re: Classified Discovery Production #1 in *United States v. Mariam Taha Thompson***

Dear Mr. Benowitz,

   I have transmitted a disk, Bates stamped DOJ_CLASS-00000001 through DOJ_CLASS-00000520, for your review to Classified Information Security Officer (CISO) Carli Rodriguez-Feo. The disk contains the classified recordings and transcripts of the post-arrest interviews of your client. You may review the contents of disk with your client, once you have both signed the Memorandum of Understanding Regarding Receipt of Classified Information. Should you have any questions, please do not hesitate to reach out.

                                        Sincerely,

                                        /s/ Jennifer Kennedy Gellie
                                        Trial Attorney
                                        National Security Division
                                        U.S. Department of Justice
                                        950 Pennsylvania Ave., NW
                                        Washington, DC 20530

                                        John Cummings
                                        Assistant United States Attorney
                                        555 4th St., NW
                                        Washington, DC 20530