

U.S. Department of Justice

Timothy J. Shea
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 6, 2020

David Benowitz, Esq.
Price Benowitz LLP
409 7th St., NW
Suite 100
Washington, DC 20004

<u>VIA EMAIL</u>

**Re: Unclassified Discovery Production #2 in *United States v. Mariam Taha Thompson***

Dear David,

Pursuant to your prior oral request for discovery pursuant to Federal Rule of Criminal Procedure 16, the government is providing additional discovery materials to you via USAfx. These materials are marked as UC-000008 – 001760. These materials are all unclassified, however, because they contain sensitive information including names, telephone numbers, email accounts, addresses, overseas assignments, and other sensitive information, the government is providing these unredacted materials to you at this time as "Protected Materials" pursuant to the Protective Order entered by the court on April 15, 2020 (ECF No. 26). The materials include the following:

1. Apple Subscriber information
2. AT&T Pen Register Results
3. AT&T Subscriber Information
4. Equifax Report
5. Experian Report
6. Microsoft Account Information (3)
7. Oath Account Information
8. TransUnion Report
9. WhatsApp Pen Register Results (2)[1]
10. Personnel File from Worldwide Language Resources

Please let us know if you have any issues accessing this information.

---

[1] The government is providing a .PDF version of these results with all blank columns hidden, as well as the underlying Excel spreadsheets containing all of the columns and the data.

Sincerely,

_____/s/_____
John Cummings
Assistant United States Attorney
555 4th St., NW
Washington, DC 20530

Jennifer Kennedy Gellie
Trial Attorney
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530