UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE JOHN D. BATES |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | STATUS REPORT JUNE 19, 2020 |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The United States, through its attorney, the United States Attorney for the District of Columbia, and with the consent of counsel for Mariam Thompson, David Benowitz, Esq., hereby files this joint status report.

1. **Detention** - Ms. Thompson remains in detention pending a detention hearing that is currently scheduled for August 11 2020, before Magistrate Judge G. Michael Harvey. The detention hearing was previously scheduled for June 9, 2020, and was continued at the joint request of the parties.

2. **Special Administrative Measures** – On March 17, 2020, the Attorney General approved Special Administrative Measures regarding Ms. Thompson's conditions of confinement. These measures are designed to limit Ms. Thompson's ability to make additional disclosures of classified national defense information. Despite these measures, the defendant has been provided with regular opportunities for monitored phone calls with her family members during her detention. As a result of limitations on Federal Bureau of Investigation ("FBI") personnel, the government has reduced these calls from weekly calls, to calls every other week. The government will work with the FBI and the United States Marshals Service to see if weekly calls can be restored.

3.     **Ms. Thompson's Access to Counsel** – With the assistance of the FBI and the Classified Information Security Officer ("CISO"), Ms. Thompson has been able to continue to meet regularly her counsel in the Sensitive Compartmented Information Facility ("SCIF") within the courthouse. Meeting in the SCIF despite the ongoing Covid-19 logistical challenges is necessary because much of the discovery in this case is classified, counsel must review classified materials with Ms. Thompson, and counsel is required to discuss classified matters with Ms. Thompson.

4.     **Discovery** – Since the last Joint Status Report on May 13, 2020, the government has provided the defense with two additional sets of classified discovery. (See cover letters included as Attachments A and B). The classified disclosures, totaling 236 pages, included a chronology of events and photographs of the defendant's living space in Iraq. There are still challenges that the government is facing with producing useable formats for some electronic data, but progress is being made and the government anticipates additional disclosures in the near future.

5.     **Requests** – At this time the parties do not require any intervention by this Court to resolve any disputes. Given the ongoing issues related to the Covid-19 pandemic, and the postponement of the detention hearing until August 11, 2020, the parties propose that in lieu of a status hearing the parties will file an updated status report with the Court on or before August 14, 2020.

                                                        Respectfully submitted,

                                                        MICHAEL R. SHERWIN
                                                        Acting United States Attorney
                                                        N.Y. Bar No. 4444188

<u>DATE: May 13, 2020</u>                      By:    <u>s/ *John Cummings*</u>
                                                        John Cummings
                                                        DC Bar No. 986573
                                                       Assistant United States Attorneys
                                                       555 4th St., NW
                                                       Washington, DC 20530
                                                       (202) 252-7271
                                                       john.cummings@usdoj.gov

                                                       Jennifer Kennedy Gellie
                                                       D.C. Bar No. 1020976
                                                       Trial Attorney
                                                       National Security Division
                                                       U.S. Department of Justice
                                                       950 Pennsylvania Ave., NW
                                                       Washington, DC 20530
                                                       (202) 233-0986
                                                       jgellie@jmd.usdoj.gov