UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE JOHN D. BATES |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | STATUS REPORT August 14, 2020 |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The United States, through its attorney, the United States Attorney for the District of Columbia, and with the consent of counsel for Mariam Thompson, David Benowitz, Esq., hereby files this joint status report.

1. **Detention** - Ms. Thompson remains in detention pending a detention hearing that is currently scheduled for September 29, 2020, before a United States Magistrate Judge. The detention hearing was previously scheduled for August 11, 2020, and was continued at the joint request of the parties. The time between August 11, 2020, and September 29, 2020, has been tolled under the Speedy Trial Act.

2. **Special Administrative Measures** – On March 17, 2020, the Attorney General approved Special Administrative Measures regarding Ms. Thompson's conditions of confinement. These measures are designed to limit Ms. Thompson's ability to make additional disclosures of classified national defense information. Despite these measures, the defendant has been provided with regular opportunities for monitored phone calls with her family members during her detention. As a result of limitations on Federal Bureau of Investigation ("FBI") personnel, the government has reduced these calls from weekly calls, to calls every other week. The government

is to continuing work with the FBI and the United States Marshals Service to see if weekly calls can be restored.

3. **Ms. Thompson's Access to Counsel** – With the assistance of the FBI and the Classified Information Security Officer ("CISO"), Ms. Thompson has been able to continue to meet regularly her counsel in the Sensitive Compartmented Information Facility ("SCIF") within the courthouse. Meeting in the SCIF despite the ongoing Covid-19 logistical challenges is necessary because much of the discovery in this case is classified, counsel must review classified materials with Ms. Thompson, and counsel is required to discuss classified matters with Ms. Thompson.

4. **Discovery** – Since the last Joint Status Report on June 19, 2020, the government has provided the defense with an additional set of classified discovery. (See cover letter included as Attachment A). The classified disclosures, totaling 72 pages, include items seized from the defendant's living quarters and from an individual the government has named as a coconspirator. The government is still facing some challenges to produce some electronic data in useable formats. To further the discovery process, and to determine if a resolution in this matter is probable, the parties have scheduled a reverse proffer session during the week of August 24, 2020.

5. **Requests** – At this time the parties do not require any intervention by this Court to resolve any disputes. Given the ongoing issues related to the Covid-19 pandemic, and the postponement of the detention hearing until September 29, 2020, the parties propose that in lieu of a status hearing the parties will file an updated status report with the Court on or before October 2, 2020.

                                        Respectfully submitted,

                                        MICHAEL R. SHERWIN
                                        Acting United States Attorney
                                        N.Y. Bar No. 4444188

<u>DATE: August 14, 2020</u>         By:    <u>s/ *John Cummings*</u>
                                        John Cummings
                                        DC Bar No. 986573
                                        Assistant United States Attorneys
                                        555 4th St., NW
                                        Washington, DC 20530
                                        (202) 252-7271
                                        john.cummings@usdoj.gov

                                        Jennifer Kennedy Gellie
                                        D.C. Bar No. 1020976
                                        Trial Attorney
                                        National Security Division
                                        U.S. Department of Justice
                                        950 Pennsylvania Ave., NW
                                        Washington, DC 20530
                                        (202) 233-0986
                                        jgellie@jmd.usdoj.gov