

U.S. Department of Justice

National Security Division

---

*Counterintelligence and Export Control Section*　　　　　　　*Washington, D.C.  20530*

August 3, 2020

David Benowitz
Price Benowitz LLP
409 7th St., NW
Suite 100
Washington, DC 20004

**Re: Classified Discovery Production #6 in** *United States v. Mariam Taha Thompson*

Dear Mr. Benowitz,

  I have transmitted evidence obtained from your client's living space in Iraq and from certain accounts belonging to Ahmad Nasr al-Din to the FBI's Washington Field Office.  The materials are Bates stamped US_CLASS-00003152 through US_CLASS-00003224 and are being provided as SECRET//NOFORN, pending a formal classification review.  FBI special agents can transmit the materials to the courthouse SCIF for your review at a mutually convenient time.  You may review the contents of this production with your client.  Should you have any questions, please do not hesitate to reach out.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　 /s/ Jennifer Kennedy Gellie
　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　National Security Division
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　950 Pennsylvania Ave., NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20530

　　　　　　　　　　　　　　　　　　　John Cummings
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　555 4th St., NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20530