UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE JOHN D. BATES |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | STATUS REPORT October 2, 2020 |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The United States, through its attorney, the United States Attorney for the District of Columbia, and with the consent of counsel for Mariam Thompson, David Benowitz, Esq., hereby files this joint status report.

1.  **Detention** - Ms. Thompson remains in detention pending a detention hearing that is currently scheduled for October 30, 2020, before United States Magistrate Judge G. Michael Harvey. The detention hearing was previously scheduled for September 29, 2020, and was continued at the joint request of the parties. The time between September 29, 2020, and October 30, 2020, has been tolled under the Speedy Trial Act.

2.  **Special Administrative Measures** – On March 17, 2020, the Attorney General approved Special Administrative Measures regarding Ms. Thompson's conditions of confinement. These measures are designed to limit Ms. Thompson's ability to make additional disclosures of classified national defense information. Despite these measures, the defendant has been provided with regular opportunities for monitored phone calls with her family members during her detention. As a result of limitations on Federal Bureau of Investigation ("FBI") personnel, the government has reduced these calls from weekly calls, to calls every other week. The government

will work with the FBI and the United States Marshals Service to see if weekly calls can be restored once when additional resources become available.

3.      **Ms. Thompson's Access to Counsel** – With the assistance of the FBI and the Classified Information Security Officer ("CISO"), Ms. Thompson has been able to continue to meet regularly her counsel in the Sensitive Compartmented Information Facility ("SCIF") within the courthouse. Meeting in the SCIF despite the ongoing Covid-19 logistical challenges is necessary because much of the discovery in this case is classified, counsel must review classified materials with Ms. Thompson, and counsel is required to discuss classified matters with Ms. Thompson.

4.      **Discovery** – Since the last Joint Status Report on August 14, 2020, the parties participated in a series of proffer sessions during the weeks of August 24, and August 31, 2020. During these proffer sessions the government presented additional inculpatory evidence to the defendant and her counsel in a classified setting. Some of this information included materials that the government was having a difficult time producing to the defense in a useable form.

5.      **Post-Proffer Actions** – The government used information provided by the defendant during these proffer sessions to take certain protective measures. The government will provide further details regarding these actions in a classified filing in time for the defendant to use such information in any future sentencing filings or hearings. Undersigned counsel are currently working with their respective supervisors in order to obtain authorization to extend a plea offer to the defendant that will resolve this matter.

6.      **Requests** – At this time the parties do not require any intervention by this Court to resolve any disputes. Given the ongoing issues related to the Covid-19 pandemic, and the postponement of the detention hearing until October 30, 2020, and the pendency of a plea offer,

the parties propose that in lieu of a status hearing the parties will file an updated status report with the Court on or before November 6, 2020. Should the parties reach an agreement regarding the resolution of this matter before that date, the parties will promptly contact the court.

                                                                Respectfully submitted,

                                                                MICHAEL R. SHERWIN
                                                                Acting United States Attorney
                                                                N.Y. Bar No. 4444188

DATE: October 2, 2020                    By:    s/ *John Cummings*
                                                                     John Cummings
                                                                      DC Bar No. 986573
                                                                      Special Assistant United States Attorney
                                                                      555 4th St., NW
                                                                      Washington, DC 20530
                                                                      (202) 252-7271
                                                                      john.cummings@usdoj.gov

                                                                      Jennifer Kennedy Gellie
                                                                      D.C. Bar No. 1020976
                                                                      Trial Attorney
                                                                      National Security Division
                                                                      U.S. Department of Justice
                                                                      950 Pennsylvania Ave., NW
                                                                      Washington, DC 20530
                                                                      (202) 233-0986
                                                                      jennifer.gellie@usdoj.gov