UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE JOHN D. BATES |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | STATUS REPORT November 6, 2020 |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The United States, through its attorney, the United States Attorney for the District of Columbia, and with the consent of counsel for Mariam Thompson, David Benowitz, Esq., hereby files this joint status report.

1. **Detention** - Ms. Thompson remains in detention pending a detention hearing that is currently scheduled for January 8, 2021, before United States Magistrate Judge G. Michael Harvey. The detention hearing was previously scheduled for October 30, 2020, and was continued at the joint request of the parties. The time between October 30, 2020, and January 8, 2021, has been tolled under the Speedy Trial Act.

2. **Special Administrative Measures** – On March 17, 2020, the Attorney General approved Special Administrative Measures regarding Ms. Thompson's conditions of confinement. These measures are designed to limit Ms. Thompson's ability to make additional disclosures of classified national defense information. Despite these measures, the defendant has been provided with regular opportunities for monitored phone calls with her family members during her detention. As a result of limitations on Federal Bureau of Investigation ("FBI") personnel, the government has reduced these calls from weekly calls, to calls every other week.  The government

will work with the FBI and the United States Marshals Service to see if weekly calls can be restored once when additional resources become available.

3. **Ms. Thompson's Access to Counsel** – With the assistance of the FBI and the Classified Information Security Officer ("CISO"), Ms. Thompson has been able to continue to meet regularly her counsel in the Sensitive Compartmented Information Facility ("SCIF") within the courthouse. Meeting in the SCIF despite the ongoing Covid-19 logistical challenges is necessary because much of the discovery in this case is classified, counsel must review classified materials with Ms. Thompson, and counsel is required to discuss classified matters with Ms. Thompson.

4. **Discovery** – The government has not provided any additional discovery to the defense since the last status report. As discussed below, the government has alerted the defense that it will make additional classified disclosures to the defense.

5. **Post-Proffer Actions** – The government used information provided by the defendant during these proffer sessions to take certain force-protection measures. The government will provide further details regarding these actions in a classified filing in time for the defendant to use such information in any future sentencing filings or hearings.

6. **Plea Offers** – The government has extended a plea offer to the defendant that would resolve this matter in its entirety. The defense is still considering that offer, and the parties anticipate that by mid-December the parties will be able to notify this Court regarding how the parties intend to proceed.

7. **Requests** – At this time the parties do not require any intervention by this Court to resolve any disputes. Given the ongoing issues related to the Covid-19 pandemic, and the postponement of the detention hearing until January 8, 2021, and the pendency of a plea offer, the

parties propose that in lieu of a status hearing the parties will file an updated status report with the Court on or before December 21, 2020. Should the parties reach an agreement regarding the resolution of this matter before that date, the parties will promptly contact the court.

    Respectfully submitted,

    MICHAEL R. SHERWIN
    Acting United States Attorney
    N.Y. Bar No. 4444188

DATE: November 6, 2020    By:    s/ *John Cummings*
    John Cummings
    DC Bar No. 986573
    Special Assistant United States Attorney
    555 4th St., NW
    Washington, DC 20530
    (202) 252-7271
    john.cummings@usdoj.gov

    Jennifer Kennedy Gellie
    D.C. Bar No. 1020976
    Trial Attorney
    National Security Division
    U.S. Department of Justice
    950 Pennsylvania Ave., NW
    Washington, DC 20530
    (202) 233-0986
    jgellie@jmd.usdoj.gov