UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE JOHN D. BATES |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | STATUS REPORT December 21, 2020 |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The United States, through its attorney, the United States Attorney for the District of Columbia, and with the consent of counsel for Mariam Thompson, David Benowitz, Esq., hereby files this joint status report.

1. **Detention** - Ms. Thompson remains in detention pending a detention hearing that is currently scheduled for January 8, 2021, before United States Magistrate Judge G. Michael Harvey. The detention hearing was previously scheduled for October 30, 2020, and was continued at the joint request of the parties. The time between October 30, 2020, and January 8, 2021, has been tolled under the Speedy Trial Act. The parties will seek a further continuance of the detention hearing to continue plea discussions.

2. **Special Administrative Measures** – On March 17, 2020, the Attorney General approved Special Administrative Measures regarding Ms. Thompson's conditions of confinement. These measures are designed to limit Ms. Thompson's ability to make additional disclosures of classified national defense information. Despite these measures, the defendant has been provided with regular opportunities for monitored phone calls with her family members during her detention. As a result of limitations on Federal Bureau of Investigation ("FBI") personnel, the

government has reduced these calls from weekly calls, to calls every other week. The government will work with the FBI and the United States Marshals Service to see if weekly calls can be restored when additional resources become available.

3. **Ms. Thompson's Access to Counsel** – The parties have worked with the Classified Information Security Officer ("CISO") to ensure that Ms. Thompson has access to meet with her attorney in the Sensitive Compartmented Information Facility ("SCIF") within the courthouse. Since the filing of the last status report with the court, these meetings have been less frequent due to a Covid-19 lockdown at the detention facility where Ms. Thompson is currently held, and a number of health issues with defense counsel. The parties learned today that there is a new Covid-19 lockdown at the facility where Ms. Thompson is currently held that will last for at least 10-14 days. The parties are working to arrange videoconference calls between Ms. Thompson and counsel.

4. **Discovery** – The government has not provided any additional discovery to the defense since the filing of the last status report.

5. **Plea Offers** – The government has extended a plea offer to the defendant that would resolve this matter in its entirety. The parties anticipated that by this date the parties would have reached an agreement to either resolve this case or to proceed to trial. However, due to the disruptions in counsel's ability to meet with Ms. Thompson, the government has agreed to extend the plea offer to January 29, 2021.

6. **Requests** – At this time the parties do not require any intervention by this Court to resolve any disputes. Given the ongoing issues related to the Covid-19 pandemic, the anticipated postponement of the detention hearing, and the pendency of a plea offer, the parties propose that in lieu of a status hearing the parties will file an updated status report with the Court on or before

February 5, 2021. Should the parties reach an agreement regarding the resolution of this matter before that date, the parties will promptly contact the court.

                                                Respectfully submitted,

                                                MICHAEL R. SHERWIN
                                                Acting United States Attorney
                                                N.Y. Bar No. 4444188

<u>DATE: December 21, 2020</u>                By:      <u>s/ *John Cummings*</u>
                                                John Cummings
                                                DC Bar No. 986573
                                                Special Assistant United States Attorney
                                                555 4th St., NW
                                                Washington, DC 20530
                                                (202) 252-7271
                                                john.cummings@usdoj.gov

                                                Jennifer Kennedy Gellie
                                                D.C. Bar No. 1020976
                                                Trial Attorney
                                                National Security Division
                                                U.S. Department of Justice
                                                950 Pennsylvania Ave., NW
                                                Washington, DC 20530
                                                (202) 233-0986
                                                jgellie@jmd.usdoj.gov