UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE G. MICHAEL HARVEY |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | |
| | ) | DETENTION HEARING January 8, 2021 |
| Defendant. | ) | |

## JOINT MOTION TO CONTINUE DETENTION HEARING AND TO TOLL TIME PURSUANT TO THE SPEEDY TRIAL ACT

The United States, through its attorney, the United States Attorney for the District of Columbia, and with the consent of counsel for Mariam Thompson, David Benowitz, Esq., hereby files this joint motion to continue the detention hearing in this matter which is currently scheduled for January 8, 2021, to March 12, 2021, or a date thereafter that is convenient for the Court, and to continue to exclude time pursuant to the Speedy Trial Act. In support of this motion the parties state:

1. Ms. Thompson is charged by indictment with one count, respectively, of Conspiracy to Deliver National Defense Information to Aid a Foreign Government, in violation of 18 U.S.C. § 794(c); Delivering National Defense Information to Aid a Foreign Government, in violation of 18 U.S.C. § 794(a); and Willful Retention of National Defense Information, in violation of 18 U.S.C. § 793 (e).

2. During Ms. Thompson's initial appearance on March 4, 2020, the government orally moved for Ms. Thompson's detention, and requested a continuance to prepare for the detention hearing. With the consent of the defense, the detention hearing on the government's oral motion was scheduled for March 11, 2020.

3. The defense, with the government's consent, moved to continue the March 11, 2020, hearing to April 1, 2020. The Court granted that motion.

4. On March 12, 2020, with the agreement of the parties, the Honorable John D. Bates declared this case to be a complex matter.

5. On or about March 31, 2020, the parties jointly moved to continue the detention hearing to May 6, 2020, and the court granted the parties' joint request. The court has since granted multiple similar joint requests, continuing the detention hearing to June 9, August 11, September 29, October 30, 202, and the currently scheduled date of January 8, 2021.

6. The parties now jointly move to continue the detention hearing to March 12, 2021, or thereafter. In addition to continuing the discovery process, this continuance will allow the parties to pursue a potential resolution of this matter. The parties participated in several proffer sessions in August and the government has extended a plea offer to the defendant. Defense counsel's ability to effectively communicate with his client regarding the plea offer has been hampered by multiple Covid-19-related lockdowns at the facility where the defendant is being held. This continuance will allow the parties to continue to explore whether a detention hearing is necessary in this case as part of broader discussions regarding a potential disposition in this matter.

7. For the foregoing reasons, the parties respectfully request that the Court continue the detention hearing in this case to March 12, 2021, or thereafter; and that the court continue to toll time under the Speedy Trial Act in light of the complex nature of this case, the government's pending motion for detention, ongoing discovery, the defendant's consideration of the government's plea offer, and the ongoing logistical complications created by the Covid-19 pandemic.

                                        Respectfully submitted,

                                        MICHAEL R. SHERWIN
                                        Acting United States Attorney
                                        N.Y. Bar No. 4444188

<u>DATE: January 6, 2021</u>                By:      <u>s/ *John Cummings*</u>
                                          John Cummings
                                        DC Bar No. 986573
                                        Special Assistant United States Attorney
                                        555 4th St., NW
                                        Washington, DC 20530
                                        (202) 252-7271
                                        john.cummings@usdoj.gov

                                        Jennifer Kennedy Gellie
                                        D.C. Bar No. 1020976
                                        Trial Attorney
                                        National Security Division
                                        U.S. Department of Justice
                                        950 Pennsylvania Ave., NW
                                        Washington, DC 20530
                                        (202) 233-0986
                                        jgellie@jmd.usdoj.gov