UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE JOHN D. BATES |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | STATUS REPORT February 3, 2021 |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The United States, through its attorney, the United States Attorney for the District of Columbia, and with the consent of counsel for Mariam Thompson, David Benowitz, Esq., hereby files this joint status report.

The parties hereby advise the court that the government and the defendant have reached an agreement to dispose of this matter before trial. Further, the defendant has agreed to enter her guilty plea before this court using video teleconferencing. *See In Re: Use of Video Teleconferencing and Teleconferencing for Certain Criminal and Juvenile Delinquency Proceedings*, Standing Order No. 20-17 (BAH) (Mar. 29, 2020) (third extension, Dec. 17, 2020). A video teleconference in this matter is appropriate in light of the defendant's continued detention at facility that has restricted prisoner movements due to concerns regarding Covid-19. Additionally, the parties do not anticipate the need to discuss any classified material at the change of plea hearing.

Accordingly, the parties request that this Court schedule a change of plea hearing as soon as practicable.

The parties also hereby advise this Court that in light of the need to prepare and present classified materials to this Court prior to or during sentencing, the parties anticipate that they will not be prepared to proceed to sentencing until late May of 2021.  The parties anticipate that they may jointly request that sentencing occur in person.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

DATE: February 3, 2021     By:     s/ *John Cummings*
John Cummings
DC Bar No. 986573
Special Assistant United States Attorney
555 4th St., NW
Washington, DC 20530
(202) 809-8672
john.cummings@usdoj.gov

Jennifer Kennedy Gellie
D.C. Bar No. 1020976
Trial Attorney
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 233-0986
jennifer.gellie@ usdoj.gov