NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                  Criminal Number  20-cr-67-JDB

MARIAM TAHA THOMPSON
          (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ■ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Rammy Barbari DC Bar No. 1032106
*(Attorney & Bar ID Number)*

Price Benowitz LLP
*(Firm Name)*

409 7th Street NW, Suite 200
*(Street Address)*

Washington,    DC         20004
*(City)        (State)      (Zip)*

(202) 417-6000
*(Telephone Number)*