UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE ZIA M. FARUQUI |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | |
| | ) | DETENTION HEARING MARCH 12, 2021 |
| Defendant. | ) | |

**JOINT MOTION TO CONTINUE DETENTION HEARING AND TO TOLL TIME PURSUANT TO THE SPEEDY TRIAL ACT**

The United States, through its attorney, the United States Attorney for the District of Columbia, and with the consent of counsel for Mariam Thompson, David Benowitz, Esq., hereby files this joint motion to continue the detention hearing in this matter which is currently scheduled for March 12, 2021, to April 30, 2021, or a date thereafter that is convenient for the Court, and to continue to exclude time pursuant to the Speedy Trial Act. In support of this motion the parties state:

1. Ms. Thompson is charged by indictment with one count, respectively, of Conspiracy to Deliver National Defense Information to Aid a Foreign Government, in violation of 18 U.S.C. § 794(c); Delivering National Defense Information to Aid a Foreign Government, in violation of 18 U.S.C. § 794(a); and Willful Retention of National Defense Information, in violation of 18 U.S.C. § 793 (e).

2. During Ms. Thompson's initial appearance on March 4, 2020, the government orally moved for Ms. Thompson's detention, and requested a continuance to prepare for the detention hearing. With the consent of the defense, the detention hearing on the government's oral motion was scheduled for March 11, 2020.

3. The defense, with the government's consent, moved to continue the March 11, 2020, hearing to April 1, 2020. The Court granted that motion.

4. On March 12, 2020, with the agreement of the parties, the Honorable John D. Bates declared this case to be a complex matter.

5. On or about March 31, 2020, the parties jointly moved to continue the detention hearing to May 6, 2020, and the court granted the parties' joint request. The court has since granted multiple similar joint requests, continuing the detention hearing to June 9, August 11, September 29, October 30, 2020, January 8, 2021, and the currently scheduled date of March 12, 2021.

6. The parties now jointly move to continue the detention hearing to April 30, 2021, or thereafter. In January 2021, the defendant signed a plea agreement and an accompanying statement of offense. On February 25, 2021, the defendant appeared by videoconference before the Honorable John D. Bates to enter her guilty plea. After the government read the statement of offense, the defendant requested a continuance to further consult with her attorney.

7. The government is facilitating additional meetings between the defendant and her attorney in a classified setting. Both the government and the defense currently believe that this matter will be resolved through a guilty plea. The additional time requested by the parties will allow them to continue to pursue a resolution of this matter that would negate the need for a detention hearing and trial.

8. For the foregoing reasons, the parties respectfully request that the Court continue the detention hearing in this case to April 30, 2021, or thereafter; and that the court continue to toll time under the Speedy Trial Act in light of the complex nature of this case, the government's pending motion for detention, the defendant's ongoing consideration of the government's plea offer, and logistical complications created by the Covid-19 pandemic.

|                          |     | Respectfully submitted,                                                                                                                                                                                               |
|--------------------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                          |     | CHANNING D. PHILLIPS<br>Acting United States Attorney<br>D.C. Bar No. 415793                                                                                                                                          |
| DATE: March 5, 2021      | By: | s/ *John Cummings*<br>John Cummings<br>DC Bar No. 986573<br>Special Assistant United States Attorney<br>555 4th St., NW<br>Washington, DC 20530<br>(202) 252-7271<br>john.cummings@usdoj.gov                           |
|                          |     | Jennifer Kennedy Gellie<br>D.C. Bar No. 1020976<br>Trial Attorney<br>National Security Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530<br>(202) 233-0986<br>jennifer.gellie@ usdoj.gov |