DEPARTMENT OF THE ARMY
HEADQUARTERS, UNITED STATES ARMY
SPECIAL OPERATIONS COMMAND
2929 DESERT STORM DRIVE
FORT BRAGG, NORTH CAROLINA 28310-9110

**CLASSIFIED INFORMATION SECURITY BRIEFING**
(Use for Military or Civilian Personnel with a Security Clearance)

_Mariam Thompson_
(Printed Name)

1. I understand that in consideration of my assignment, employment, or association with the United States Army Special Operations Command (USASOC), I may be granted access, if properly authorized or security cleared, to information, material, and plans which concern the security of the United States of America and which are either sensitive or classified by the order of the President or as authorized by statute. For the purpose of this briefing, classified information is marked or unmarked classified information, including oral communications, that is classified under the standards of Executive Order 12356, or under any other Executive Order or statute that prohibits the unauthorized disclosure of information in the interest of national security; and unclassified information that meets the standards for classification and is in the process of a classification determination as provided in Sections 1.1 and 1.2(e) of Executive Order 12356, or under any other Executive order or statute that requires protection for such information in the interest of national security.

2. I agree that I will never divulge, publish, or reveal by writing, word, conduct, or otherwise, to any unauthorized person, any classified or sensitive information relating to the United States Army Special Operations Command (USASOC), to include information about subordinate units, personnel, fiscal data or security measures without the prior consent of the Commander, USASOC or his designated Security Representative.

3. I agree that the burden is upon me to ascertain whether or not information is sensitive or classified, and, if so, who is authorized to receive it. I will, therefore, obtain the decision of the authorizing USASOC security officials on these matters before disclosing such information.

4. I agree that all classified or sensitive information acquired by me in connection with my assignment, employment or association with USASOC remains the property of the Government of the United States of America, and I must surrender, upon demand by the Commander, USASOC or his designated security officials, any material in my possession relating to such information.

5. I agree to report, without delay, to the appropriate military security officials (USASOC or nearest Counterintelligence Office) or the Federal Bureau of Investigation (FBI), the details or circumstances of any case which comes within my knowledge wherein an unauthorized person has obtained or is attempting to obtain classified or sensitive information or material, or wherein such information may be or is being disclosed or removed in an unauthorized manner.

6. I agree that my compliance with all the obligations required to protect classified and/or sensitive information may be a consideration of my continuing assignment, employment or association with USASOC, its units and its activities. I understand that any failure to so comply may subject me to administrative action including termination of my assignment, employment or association with USASOC.

7. I understand that the provisions of the Espionage Act apply during my assignment, employment or association with USASOC, its activities or its units. I have been made aware and understand that the provisions of the Espionage Act, Sections 793, 794, and 798, of Title 18, United States Code provide penalties for any violation of the Espionage Act.

8. I have read and understand the contents of this briefing. I have been made aware and understand that Section 1001 of Title 18, United States Code provides information on the penalties involved in the making of false, fictitious, or fraudulent statements or representations.

_[signature]_
Signature

[redacted]
Social Security Number

TF9
Organization

Linguist
Duty Position / Title

5/8/2017
Date

[redacted]
Witness Name

_[signature]_
Witness Signature

TOPICS DISCUSSED
ACCM//NICHROME SPIKE

NOTICE: The PRIVACY ACT, 5 U.S.C. 552a, requires that federal agencies inform individuals, at the time information is solicited from them, whether the disclosure is mandatory or voluntary, by what authority such information is solicited, and what uses will be made of the information. You are hereby advised that the authority for soliciting your Social Security Account Number (SSAN) is Executive Order 9397. Your SSAN will be used to identify you precisely when it is necessary to certify that you have access to the information indicated above. While the disclosure of your SSAN is not mandatory, your failure to do so may delay the processing of such certification.