**Interview I – Composite Verbatim Transcription**

[START OF 1145949.final.docx]

        [start of session AUD-2020-02-27_03-43-24_UTC+3.flv]

        [noises]

MM:        This is Special Agent             [PH] activating recording device. Today's date is February 27, 2020. The time is now 03:43 [noises] Iraq local time.

        [noises]

        [end of AUD-2020-02-27_03-43-24_UTC+3.flv]

        [start of AUD_2020-02-27_03-48025_UTC+3.flv]

        [noises]

MM:        Ha--

MT:        Mm.

MM:        [OV] --have a seat right here.

MT:        Yes. [noises] Can I have a cigarette, please?

AE:        Absolutely.

MT:        Thank you. Do you have lighter [*sic*]?

AE:        I do. [noises] A match or--

MT:        [laughing]

AE:             --lighter.

MT:             Yeah.

AE:             Good to be at [UI].

                [noises]

MM:             [IA]

MT:             Okay. [pause] [noises] What's in there now?

AE:             What's that?

MT:             What I have done.

MM:             [sighs] Alright.

AE:             So this--this is my friend Mike--

MT:             [OV] Hi, Michael.

AE:             --from the FBI.

MT:             Hmm.

AE:             I've--I've known Mike for a number of years now. It's--

MT:             [OV] Oh, it's not working. Yeah.

MM:             [OV] Okay. Well--

AE:             [OV] We'll get you--we'll get you one.

MT:             [laughs]

MM:             [OV] We can--we can get you a lighter.

                [noises]

MT:             Okay.

                [noises]

MM:             We can get a lighter.

MT:     Oh, yeah, please.

        [pause]

        [noises]

MM:     All right, there he is.

MT:     [UI]

AE:     This is just--just listen, and I know--I'm sure we'll--

MM:     [OV] So Mary, I-I know this can be--

AE:     [OV] --we'll figure this out.

MM:     --very confusing.

MT:     Yeah.

MM:     And--and one of the things that Andy and I do want to tell you--I know you've been with Andy for a long time now, and--

MT:     [OV] Yeah.

MM:     [OV] --and working with him, and you know Andy--Andy well--

AE:     [OV] Kind of--

MM:     [OV] --and I know--

AE:     [OV] --an opportunity to get to know each other--

MM:     [OV] --I know that we've--

AE:     [OV] --in particular the past couple weeks.

MM:     [OV] --we've just met, uhm, so you don't know me as well.

MT:     Yeah.

        [noises]

MM:     But, you know, one of the things I want you to understand as we move through tonight--

[noises]

MT:        Yeah.

MM:       --is that--

MT:        It's not working.

MM:       --is this relationship [noises] that we're going to start tonight between--it's really the three of us and that's--

MT:        [OV] Yeah, of course.

MM:       --kind of the way I want you to think about it, uhm, because this is . . . We're at a very pivotal point right now.

[noises]

MT:        Yeah, I want to know what's--what I have done.

MM:       Sure. Sure. And w-we can definitely talk about that. There's kind of some--there's some things that we have to do before we can get into, uh, a vast majority of it. So, I want you to understand where we're coming from in all of this before--

MT:        [OV] Yeah, of course.

MM:       --before I can really get into the substantial part of it.

MT:        [OV] Yeah.

MM:       And a-a really big part of that portion, after we finish the--the admin part, is that I need to understand your story.

MT:        What story?

MM:       The--the story that you're going to tell tonight, that I can--I can tell you a little bit more about.

MT:        Yeah.

MM:       And--and we'll . . . I have to read some things off to you. It's--it's a--it's a function of what we have to do in order to talk about this.

MT:        Yeah, okay.

MM:        You know, it--it--it is--

AE:        [OV] It just--it just allows us to speak openly.

MM:        [OV] --it--it allows us to speak openly and it allows--

MT:        [OV] Yeah.

MM:        --us to hear your side of this so--

MT:        [OV] Mm-hmm.

MM:        --that we can best understand what's happened.

MT:        [OV] Can you give me, lighter . . . Oh, no. [noises] Don't work. It . . .

        [noises]

MM:        And we--we can, uh--we can get a lighter.

AE:        Yeah. Yeah, we'll get one. Somebody will--

MT:        [OV] [UI]

        [noises]

MM:        So this . . . Like I said, what we're starting here is I need you to think about it as a relationship.

MT:        Of course.

MM:        But that relationship, while the three of us are a part of it, I need you to think of me as--and Andy too--is we are your mouthpiece towards the people who make the decisions in all of this. There's a person you will meet in--in--in the coming days. Uhm, he is an Assistant United States Attorney. A--a prosecutor for--for a case.

MT:        For me?

MM:        Yes.

MT:        What--w-what--what I have done?

MM:        Mary, we can--we can--we can get into it.

MT:        Oh my God.

MM:   I know, I know, I know. You know, this is--it's--it's going to be--there's going to be some tough parts of this conversation, but we're going to get through that together.

MT:   Okay.

MM:   Through--through an understanding.

MT:   Okay.

MM:   And the way I need you to think about me, Mary, and Andy, too--

MT:   [OV] Of course.

MM:   --is that we are able to tell your story to the Assistant United States Attorney who makes decisions about what happens going forward. He is the one who ultimately talks to judges, and these things that happen outside of--

    [end of AUD_2020-02-27_03-48025_UTC+3.flv]

    [start of AUD_2020-02-27_03-53-25_UTC+3.flv]

MM:   --our scope.

MT:   Okay. I want to know what I have done.

MM:   I know, I know. And it--I-I want to be able to tell you about that--

MT:   [OV] Okay.

MM:   --but I-I need to explain kind of the process.

MT:   Okay.

MM:   Right? So, when--when I talk to him--when I talk to the Assistant United States Attorney, what I want to be able to tell him is that Mary was incredibly cooperative. "When I asked her very honest questions--

MT:   Mm-hmm.

MM:   --Mary gave me honest answers about what happened." Andy will--will recommend the exact same thing. He will say, "Mary--you know, we had tough conversations and--and there were--there were times where it was emotional," and we m-maybe will break down. We--we might--w--there might be tears.

MT:        Yeah, of course.

MM:        But do you know what? With--with good, clear communication between us, between telling the truth with what-- [noise] what we're able to do is get through this together.

MT:        Yeah.

MM:        Now, Mary, one of the things that's really important about tonight is this is a voluntary piece, okay? [noise] N-nothing that we are doing right now . . . I'm not forcing you to be here, Andy's not forcing you to . . . No one is forcing you to be here, okay? I need you to understand that.

MT:        I want to know why I am here.

MM:        [OV] And . . . Okay. I-I-I-I understand that but I-I've got to get through all of this explanation--

MT:        [OV] Yeah.

MM:        --on the process before I can get into that, and there's--

MT:        [OV] Yeah.

MM:        [OV] --some administrative parts that--that again, we're going to have to--[noise] we're going to have to go through some paperwork, and you're going to have to tell me whether you're prepared to talk.

MT:        Okay, yeah.

MM:        So--

MT:        I don't know what--

MM:        [OV] If--

MT:        [OV] --I have done to talk about.

MM:        [OV] No, no, I know. And I--and I can--I can just give you--

MT:        [OV] To tell you if I will talk or not.

MM:        I can just give you a little bit, but what I-I have to express to you is that if we cannot talk tonight, we're--we're going to be in a situation where all we have to go on is the information that we have gathered, and we can't hear your side of the story.

[noises]

MT:        Of course.

MM:       And I know, Mary, from talking to so many people who have dealt with you personally, that they really care about you--

MT:        [OV] I am not a bad person.

MM:       [OV] --and--Mary . . . I don't think you are, Mary. And Andy, over the last few days, has told me what a great person you are. And, you know--you know what one of the--

MT:        [OV] Na--

MM:       [OV] --you know what one of the things--

MT:        [OV] What have--

MM:       [OV] --that we're going to talk about--

MT:        Okay.

MM:       [OV] --there are--

MT:        [OV] Can we--can you directly tell me what I have done?

MM:       I-I-I-I can but I-I have to explain--

MT:        [OV] And then I will decide, you know?

MM:       Uh, but Mary, I--what I have to explain to you is that if--if we can't talk, if--if it's not--if it's not going to be--

MT:        [OV] I know.

MM:       [OV] --something we can talk about--

MT:        [OV] No, no, if--uh--

MM:       [OV] --all I can--

AE:        [OV] Sh, sh, sh, sh. Just h-hear--hear him just for a second. Just hear him out.

MM:        [OV] --all I can do is go off of what we have gathered, and then you don't have
           the capability of telling--

MT:        [OV] Okay.

MM:        [OV] --your side of the story. And it's me and Andy who talk to the Assistant
           United States Attorney. You won't--you're not going to get to talk to him. He's
           not going to get to talk to you in such a way that you can tell the reasons why,
           behind things.

MT:        [OV] Yeah.

MM:        And, I mean, the reasons why, Mary, are the most important reasons.
           Understanding why and where you were coming from is critical to this. And that
           to me is what we need to get to.

MT:        Okay.

MM:        Okay? So one of the things that I think that is going to help us to get there is this
           honesty in things that we talk about, okay?

MT:        [OV] Yeah.

MM:        Now, I-I will eventually be able to--to tell you kind of what we've talked about.
           We have to finish the administrative portion.

MT:        Okay.

MM:        And one of the things I think that--that you should know is that in telling us this
           information, and--and--and us continuing this interview, I am going to work my
           hardest, with your help and with Andy's help--

MT:        [OV] Okay.

MM:        --we are doing this together--we are going to minimize the impact of all of this on
           this task force, because I know you care about the people here.

MT:        Of course.

MM:        You care about them and you do not want--

MT:        [OV] Of course.

           [noise]

MM:        --you do not want anyone hurt.

MT:       [OV] No.

MM:       Right?

MT:       No.

MM:       And Mary, the--the--the hard part of this is, is that people could be hurt.

MT:       Of course.

MM:       But we could--we can stop that tonight. We can stop that.

MT:       Do you think--oh my God--do you think I am going to help the--the guys?

MM:       Mary, I-I don't think--I think that there have been mistakes--

MT:       [OV] This is too m--Yeah.

MM:       [OV] --made.

MT:       [OV] No. I have done d--

MM:       [OV] And we have to talk about it.

MT:       [OV] No, I have even--never . . . Okay, tell me what I have done.

MM:       Mary, w-we're going to get there, and--and I will open it--

MT:       [OV] Oh my God.

MM:       But what--what we--what we have to do is--is we have to be able to get beyond this--this initial part so that we can minimize the impacts of those things.

MT:       [OV] Of course. Of--

MM:       [OV] Does that make--

          [end of AUD_2020-02-27_03-53-25_UTC+3.flv]

          [start of AUD_2020-02-27_03-58-25_UTC+3.flv]

MM:       --sense?

MT:       [OV] --course, if there is any . . . Yeah, if I have done any . . . Yeah, I will let you know.

MM:      [OV] Okay.

MT:      I love these--these guys.

MM:      I-I know.

MT:      [OV] I will never hurt them. Just tell me what I have done.

MM:      Okay. W-we--we--I-I think we're going to--we're going to get there and we're--

MT:      [OV] Yeah.

MM:      [OV] --going to have to do this, okay?

MT:      Yeah, please.

MM:      [OV] Okay. So, again, I need you to understand that in getting beyond this, we're going to be able to talk about this more, okay?

MT:      [OV] Of course. Of course.

MM:      [OV] All right.

      [noises]

MT:      Yeah, of course. To help you.

      [noises]

AE:      The good things that you've done, [noises] uh, the kind of--few--few mistakes don't take away from that. Now--

MT:      [OV] No, no, no. If--if there is something, just tell me about it.

      [noises]

AE:      I'm--I'm going to--we have to go through some of these p-paperwork and then we're going to get into it. And this just allows us to speak openly and freely about what's happened then talk about why, and figure out the best possible solution because the [UI] thing is to think about--

MT:      [OV] Oh my God.

AE:      [OV] --this [UI] things--

MT:          [OV] What I did?

AE:          [OV] --this is thinking about your family and what's--

MT:          [OV] Of course.

AE:          [OV] --on the other side of this, right?

MT:          [OV] Of course.

MM:          And Mary, y--I know how much you care about your family. Right?

MT:          [OV] Of course I care but w-what--

MM:          [OV] And you care about, uhm--

MT:          [OV] Tell me what I have done. I want to know what I have done.

MM:          I know. I know.

AE:          [OV] That's all right.

             [noises]

MM:          [OV] I know. W-we're going to get there. Okay, so what I am going to read to you now is called your advice of rights.

MT:          Okay.

MM:          And that's just, uh--

AE:          [OV] Just like on TV.

MT:          Yes.

MM:          [OV] I-I'm going to read it to you, okay? And then you're going to have the opportunity to sign, okay?

MT:          [OV] Yeah.

MM:          All right. So, we are American law enforcement agents in the Federal Bureau of Investigation. You have been arrested for a violation of United States criminal law related to the unlawful retention of national defense information.

MT:          [OV] I am--I'm arrested now?

MM:        Yes.

AE:        It's fine. Just--just hear him out.

MT:        [OV] For what?

MM:        [OV] For--

AE:        [OV] He, he explained.

MM:        --for the unlawful retention of national defense information.

MT:        What I have done?

           [noises]

AE:        We'll get to . . . Let him--let him read this and then--

MT:        [OV] Okay.

AE:        [OV] --at--at the end--

MM:        So, that--

AE:        [OV] --and sign it and we can talk about this a little more in--

MM:        [OV] That is--that is our reason.

MT:        [OV] Mm-hmm.

MM:        So the reason is what I just read to you, okay? For the unlawful retention of
           national defense information. I can explain that further after this, but I can't
           explain it more than that right now, okay? Because you are under arrest, United
           States law provides you with certain rights--

MT:        I am under arrest?

MM:        --in your dealings [noise] with us. Yes.

MT:        I am arrested now?

MM:        Yes. Uhm--

MT:        [OV] For what?

MM:        Mary, for the unlawful retention of national defense information.

MT:        [OV] What I have done?

AE:        W-we'll explain all that.

MM:        So I have to--I have to complete this, okay? Before we ask you any questions, we want to make sure you understand your rights. You have the right to remain silent. You have the right to talk to a lawyer for advice before we ask you any questions. You have the right to a lawyer with you during questioning. If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish. Our ability to provide you with counsel at this time, however, may be limited by the decisions of local authorities or the availability of an American trained lawyer. If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time. Before you decide whether you want to speak with us today, we also want to explain to you that because you've been arrested on a United States criminal charge, we are bringing you without unnecessary delay to a courtroom in the United States. When you arrive in court, a judge will advise you of the charges against you, give you an opportunity to hire an attorney of your choice, or if you cannot afford to hire your own attorn--attorney, appoint an attorney to represent you to determine whether you should be detained or released, pending indictment and or trial case against you. Do you have any questions about what I have just explained to you?

MT:        No. No, not any questions.

AE:        [OV] It--it just allows us to speak, uh--

MT:        [OV] Yeah. I don't know what I have done.

           [noises]

AE:        And we'll--

MT:        [OV] All of this.

AE:        [OV] --we're--we're going to explain all of that.

           [noises]

MT:        [OV] You know, yeah, you explain for me.

MM:        Okay. [noises] So, Mary, if--if--

MT:        [OV] No, I will sign, yeah.

MM:        [OV] --if--if--if you are willing to talk to us, what I need you to do now--

MT:     I want to know what--what I have done, uh, you know--

MM:     [OV] Uh, Mary, the only way I can get in--

MT:     You know, the--how are you going to sign something . . . I don't know what I am about, in all of the--

AE:     [OV] All--so all we're doing is we're just saying that you're willing to talk to us--

MT:     [OV] Oh, yeah.

AE:     [OV] To engage in a conversation.

MT:     [OV] Yeah, yeah.

MM:     [OV] Mary, that you are willing to talk to us. That is what the--this is an acknowledgement of rights waiver--of rights to an American--[noises] to an attorney, and to remain silent. I am willing to make a statement and answer questions, if you accept that.

MT:     [OV] Yeah, yeah, sure. [pause] Yeah.

MM:     I do not want a lawyer at this time.

MT:     I want to know what--what I have done.

MM:     I-I understand.

AE:     [OV] Uh, just right after this one we're--

MT:     [OV] Huh?

AE:     [OV] --going--going to tell you.

MM:     Uh, you can, y--

MT:     What you be giving--I-I--

        [end of AUD_2020-02-27_03-58-25_UTC+3.flv]

        [start of AUD_2020-02-27_04-03-26_UTC+3.flv]

MT:     --want to know.

MM:     I [UI] Mary, we--we--we have to--we have to con-continue on this.

MT:         I understand.

MM:         [OV] I understand my rights and my decision is I'm willing and volunteering. Now, again this is--we are--explained to you, this is a voluntary interview.

MT:         [OV] Okay.

MM:         No promises or threats have been made to me, and--

MT:         [OV] Mm.

MM:         [OV] --no pressure or coercion of any kind has been made against me.

MT:         [OV] I'm not going to sign this until I hear what I have done.

MM:         Mary, I-I can't.

MT:         [OV] No, I-I have to know.

MM:         Mary, so one of the--one of the pieces of your right in here is the right to remain silent. Should--should you not want to continue questioning, that is your right.

MT:         What I have done? I want to know what I have done. Okay, now, [noises] tell me what I have done. Tell me. I do it--if I sign here.

MM:         Yeah.

MT:         I am accused--whatever.

AE:         You got me that one, right?

MT:         Of course I know.

AE:         And I think that you know the type of person that I am--

MT:         [OV] Yes, I know.

AE:         [OV] --and you know my heart and [UI].

MT:         [OV] Yeah, I know. I know.

            [noises]

AE:         [OV] You saw that.

MM:        Mary, I need you to . . . As long as you're willing to cooperate . . . Your name. [pause] Your signature.

MT:        Fine.

MM:        It is 4:04.

MT:        Four oh four?

AE:        In the morning. AM.

MT:        Four oh four.

AE:        And it is--

MT:        [OV] It is--

AE:        --27 February.

           [pause]
           [noises]

MT:        Now we talk?

MM:        Yes. Now we can talk.

           [pause]

           [noises]

MT:        [IA]

AE:        Okay. [UI] sign it. [noises] Uh, I-I think that you know my--who I am and--and what I'm about, and how I feel about--

MT:        [OV] Yeah.

AE:        --people who made mistakes.

MT:        [OV] Yeah. I want to know what I have done.

AE:        People make mistakes.

MT:        Yeah.

AE:        And--

MT:     [OV] No, I want to know what I have done, and then, you know, if I have done a mistake, you know, it's like . . .

        [noises]

MM:     And listen, Mary, that's--that's what we're going to talk about--

MT:     [OV] Yeah, yeah.

MM:     [OV] --because I-I-I have a feeling there were mistakes that were made, and we just need to cover those mistakes.

MT:     Yeah.

MM:     Okay. So, [pause] we need to talk about [pause] [noises] someone that I'm--that we know that you're--you're close with. Uhm, someone that you've had contact with recently since you've been here. Uhm--

MT:     You mean here two days?

MM:     In the last few days.

MT:     Yeah.

MM:     Uhm, so, I need to understand your relationship with this person.

MT:     No problem.

MM:     Okay. Uhm, is there anyone that you've been in contact with by cell phone recently?

MT:     Yeah. I have been, you know, with, uh--

MM:     That's--that's not family.

MT:     No, no, it's not family.

MM:     Yeah.

MT:     [OV] Yeah.

MM:     And what's their name?

MT:     His name is, uh, Ahmad [ICST].

MM:         ███████  And what's--what's his full name?

MT:         [OV] His family . . . ███████ uh, ████████████████ ].

MM:         And what--you know him as?

MT:         I never met him.

MM:         You--no, no, you used another name, uh, another--used the ███████ --what--what did you call him?

MT:         ███████████████████████

MM:         ████████████████

MT:         Yeah.

MM:         You said another name before that.

MT:         No, no, I said ██████████████████████

MM:         [OV] And--

MT:         ████████████████

MM:         [OV] His--

MT:         ██████████████████████ .

AE:         Ahmad Nasir.

MT:         Yeah.

AE:         Is there another name that you heard? ██████████████████ And there's a th- . . . Okay.

MM:         [OV] Okay.

MT:         [OV] Yeah. No.

AE:         Is there any other names that you know him by?

MT:         No.

MM:         So you've recently been in contact with him?

MT:        Yeah. "Hello."

MM:        [OV] So--

MT:        "How are you? You doing well?"

MM:        Okay. And how long have you known ████████

MT:        As of like, uh . . . I would say like three years, but I never met him. [noise] No, I never met him.

MM:        So three years.

MT:        [OV] Yeah.

MM:        [OV] It would be--

AE:        [OV] Okay.

MM:        --2017?

MT:        Yeah. [noise] It's only the phone, you know? I don't--uh--I have never seen him.

MM:        Okay. And how were you introduced to ████████

MT:        It's by family, you know? He help, you know, some of my family over there, and he often . . .

AE:        What do you mean "over there?" Where do you mean?

MT:        [OV] In--

AE:        [OV] --in Lebanon?

MT:        Yeah.

AE:        Which--which family? Uh, you said it was mom--

MT:        [OV] My cousin.

AE:        [OV] --and sister?

MT:        [OV] My, uh, c--my cousin. No, my mom, no, he never met her.

AE:        Okay.

[noise]

MM:       He was introduced--you were introduced through your cousin?

MT:       My cousin, yeah.

MM:       And who's your--

          [end of AUD_2020-02-27_04-03-26_UTC+3.flv]

          [start of AUD_2020-02-27_04-08-26_UTC+3.flv]

MM:       --cousin?

MT:       He's--her name is Sonya [PH]. She's dying with cancer now. [pause] The reason
          is, you know, she--

MM:       [OV] And, uhm--

MT:       [OV] --she's--she's sick.

MM:       And how does Sonya know, uh--

MT:       They know. They are right--

MM:       What's that?

MT:       Her--her husband, he was, like, working--uh--uh--doing some decoration in--in
          the house at this time.

MM:       So Sonya's husband--

MT:       [OV] Yeah.

MM:       [OV] --was--was--was doing decorations?

MT:       Yeah.

MM:       [OV] Okay.

MT:       [OV] He was doing decorations.

MM:       And I'm sorry, I-I didn't ask is--where--where does Sonya live?

MT:       In--in Lebanon.

MM:         Where--where in Lebanon?

MT:         In--uh--in--in north Lebanon. North.

MM:         What city?

MT:         In Tripoli.

MM:         Okay.

MT:         But  she's dying.

MM:         [OV] Sorry, I--I know that she--I know that--

MT:         [OV] No, no problem.

MM:         [OV] --I--yeah.

MT:         [OV] She's dying. She has cancer.

AE:         [OV] What kind of cancer does she have?

MT:         [OV] Currently it's already spread.

AE:         [OV] Okay.

MT:         [OV] She--it's spread in her body, you know--

AE:         [OV] Oh.

MT:         [OV] --in her [UI] and they removed her [UI].

AE:         Hmm.

MT:         And now it's all her body. She is with the chem--chemo.

MM:         Mary, I'm very sorry for--

MT:         [OV] I know. I know.

MM:         [OV] That's--that's--that's awful.

MT:         I know.

            [pause]

MM:     So, you said Sonya has a husband? What is--what is her husband's name?

MT:     Her husband is ██████████████████

        [pause]
MM:     And [pause] what does ████████ do for a living?

MT:     He has, uh, like a drape shop. He do [*sic*] drapes.

        [noises]

MM:     And--and what is Sonya's last name?

MT:     Uh, it--████████████████████.

MM:     ██████

MT:     ██████████████████████

MM:     [OV] And so he is ██████████████

MT:     No, no, no. It's ████████████.

        [knocking]

        [sounds]

AE:     Just--you can set it . . .

MT:     I know.

MM:     Thank you, Karen [PH].

MT:     What--what's up, habibi? You know, uh, I want to know--

AE:     [OV] [IA]

MT:     --[OV] what I have done. I have never seen some . . . What---

AE:     There's a message for you.

MM:     Okay.

AE:     Yeah.

MM:     Do I need to take a look at it?

AE:        Yes. Come out here. [noises] Hey, I'm going to . . . You needed a lighter?

MT:        Yeah, please.

            [noises]

AE:        [UI] the, uh, [UI]. Can we--can we get a lighter? A lighter. She [UI]. Okay [UI].

MT:        [OV] [UI]

AE:        [OV] We're going to--I know. It's--it's a better--

MT:        [OV] [UI] what?

AE:        I know. Listen, I--

MT:        [OV] Want you to be hurt?

AE:        [OV] --I-I think--no, I-I think that this is kind of a complex issue. And, uhm--I don't think you were trying to hurt me. All right, n-not--

MT:        [OV] No.

AE:        [OV] --not directly.

MT:        Even not directly. Directly or not directly.

AE:        I just--we just need to f--kind of figure out what--[noise] what this interaction was and--

MT:        Yeah.

AE:        --all is--is [UI] incentive.

MM:        [OV] So--

AE:        [OV] --[UI].

            [noises]

MM:        --we're already talking about what this is about, okay?

MT:        I don't know. What it's about. About me knowing, you know, this guy?

MM:        Well, it--it's--it's--it's about Ahmad.

MT:        Yes.

MM:        You know Ahmad.

MT:        You know. Yeah. And you told me--I told you, like, what about him?

MM:        So w-we--we need to understand your interaction with him, because of some of the IMs that you've sent to him.

MT:        Some of the IMMs [*sic*]?

MM:        Some of the--some of the things that you sent--

MT:        [OV] Okay.

MM:        [OV] --to him.

MT:        Okay.

MM:        [OV] But, uh--

MT:        [OV] Can I see it?

MM:        Yeah.

MT:        Okay.

MM:        [OV] Uh--

MT:        [OV] Let me see it.

MM:        [OV] We can talk about this.

MT:        [OV] Yeah. Let me see it. If I--you know, I told them location of the, the guys, or the places for the guys, or information about the guys, yes.

AE:        Ask a question?

MT:        [OV] Show me.

           [noises]

AE:        All right. So, what--what type of things did you send him?

MT:        Messages. It's like--

AE:        [OV] Okay.

MT:        [OV] --you know--

AE:        [OV] I'm just trying to--

MT:        [OV] No, I want to know.

AE:        [OV] I need to try to understand--

MT:        [OV] No, I want to see what is the messages.

AE:        [OV] Well, you know, I understand but, I mean, if you sent things to him, what-- let's just talk about what was sent. I'm just trying to get a good understanding.

MT:        [OV] No, I want to know what I have--what you--what you know I sent.

MM:        [OV] Okay.

AE:        [OV] I mean, well, Mary, I mean, you'll--we'll [UI].

MM:        [OV] Mary.

MT:        [OV] No, no, I am not here . . . No, no, Andy, I want to know. It's--

MM:        [OV] Okay.

MT:        [OV] --it's . . . We always are, like, text messages.

MM:        [OV] Oh, you're right, but, Mary, I-I th--I think you know what you've sent to him. Uhm--

MT:        [OV] Okay, what I sent him. Show me, please.

MM:        Mary, we--

MT:        I know. Now you are talking, you know. Let me, you know--show me what I sent him.

MM:        Mary . . . It's . . .

           [pause]

           [noises]

AE:          [UI]

MT:          What I sent?

AE:          [IA]

MT:          Problem?

MM:          Mary, w--is it--is it going to help you if I show you?

MT:          Yeah, it will help a--

              [end of AUD_2020-02-27_04-08-26_UTC+3.flv]
[END OF 1145949.final.docx]

[START OF 1145989.final.docx]

              [start of session AUD_2020-02-27_04-13-27_UTC+3.flv]

MM:          What's it going to help?

MT:          Uh, it will help me a lot. I want to know what I sent him.

MM:          Okay, I just want to--I want to understand this because [noises] th--we--we know
              that it happened.

              [noises]

MT:          Okay. Can I see what I sent him?

MM:          We can talk about it, yeah.

MT:          Yeah.

AE:          Okay.

MM:          [OV] You want to see it?

MT:          [OV] No problem.

MM:          See it.

AE:          Here's kind of the thing about--[noises] uh--we're trying to hit it on the head so
              there's some information that's in--

MT:          [OV] Yeah.

[noises]

AE:         --and we're trying to understand why this happened. It's information related to--

MT:         [OV] Oh my God! Yeah.

AE:         [OV] --the work that you do here--

MM:         Mary, do you recognize this?

MT:         Yeah. This is my bed.

MM:         Okay, Mary.
MT:         Oh, this is, uh, f-from--uh--from the WhatsApp? This was taken in [*sic*] the WhatsApp?

MM:         What--what do you mean?

MT:         [OV] This isn't from the WhatsApp?

MM:         What do you mean from the WhatsApp?

MT:         [OV] No, no, no. I mean, how you get this--these pictures?

MM:         Mary, the--we--we got these through court-authorized leads.

MT:         Mm-hmm.

MM:         Okay? So--so a court in the United States approved us to get these.

MT:         Yeah.

MM:         Right? So this is--yes, this is your WhatsApp.

MT:         [OV]. Yeah.Yeah, what I sent him, it's right . . . Yeah. Mm-hmm.

AE:         [OV] Can you s--can you talk to us about this?

MT:         Yeah, yeah, yeah.

AE:         Yeah? [pause] [noises] Can we [UI] real quick, Mike?

MM:         Yep. Mm-hmm.

AE:         So this-- [noises] just so I understand it--is this a note that you sent to him?

MM:      Mary, we--we know you sent this.

MT:      Yeah, yeah, yeah.

AE:      Okay. Can--can you do me a favor?

MT:      Yeah.

AE:      Just initial.

MT:      I'm not going to initial, but no.

AE:      [OV] Okay. I'm just--I just want to make sure--

MT:      [OV] Yeah.

AE:      --just so no one--

MT:      No, no, look. This one, you know, look. This is my bed, yes.

AE:      Yeah.

MT:      This is my bed. [noises] Yeah. Of course.

AE:      [OV] Okay.

MT:      Yeah.

MM:      So, Mary, [noise] we know this was sent. So we want--we need to talk about that.

MT:      Okay.

MM:      So you--you--you telling us you sent it to Ahmad?

MT:      This one?

MM:      Yes.

MT:      I don't remember I send it [*sic*].

MM:      Mary, we know it was sent from--

MT:      [OV] From my phone.

MM:      We know it was sent.

MT:     It was from my phone, yeah.

MM:     [OV] Yes.

MT:     Yeah. [pause] Okay.

MM:     So, Mary, you--
MT:     [OV] And this is--this is . . . No.

MM:     Mary.

MT:     [OV] Even if I am send it [*sic*].

MM:     Mary, listen.

MT:     Yeah, yeah.

MM:     We--we understand, uh . . . [pause] I can help do that. Just . . . No, no, no, no. We'll clean it up.

AE:     [OV] [UI] throw it [UI].

MM:     [OV] We'll clean it up.

MT:     [OV] No, no, no, no. No, it's okay. It's okay. No problem.

MM:     [OV] [UI]

AE:     [OV] We're trying to understand why.

MM:     Mary--

MT:     Because ha--my family have been threatened--under threat.

AE:     Okay. What is this note? Can you explain it?

        [pause]

MT:     [laughs] This is what--only--I did--I never sent anything about that. You know, I have been under threat. He--they threatened me--

MM:     Mary, that's not what this says.

MT:     [OV] --to hurt my family, to--

MM:     [OV] Mary, that's not what this note says. We know what the note says.

MT:     I know. I know. And he told me, you know, "What's--uh--you know--you know, there is--uh--and if--you know, any--anybody is, uh, you know working full time?" I said, "Yeah."

MM:     Mary, you--you knew that--who this was going to.

MT:     No, I didn't know.

MM:     But you knew this was going--

MT:     [OV] I didn't know. No, I didn't know.

MM:     [OV] But you knew that--

MT:     [OV] No, I didn't know.

MM:     So when--when you sent it to the phone number, who--who was it going to?

        [noises]

MT:     It's--it's Ahmad.

MM:     So you knew it was going to Ahmad?

MT:     [OV] Yeah, yeah, it's Ahmad. [pause] No, nobody else. [noise] I don't know nobody.

AE:     Uh--it--it--we're trying to--we want to understand. And listen, uh, Mike and I want to help you.

MM:     Mary, I-I think we--we--like Andy said--

AE:     [OV] Yeah.

MM:     [OV] --we need to help you, okay?

MT:     [OV] Yeah, I'm telling you now.

MM:     [OV] So, Mary, I-I'm--like--I told you before about how we were going to have to talk about the truth--

MT:     [OV] Yeah. Well--

MM:     [OV] --and you know it was going to be difficult and this--

MT:        [OV] And I am honest with you.

MM:        [OV] Mary.

MT:        [OV] I told you now. Yeah.

MM:        [OV] Mary. Mary. We know there were a lot of leaks. Uh, we know all of that. But I need you to tell me about that, because Mary--

MT:        [OV] Which--which a lot of them?

MM:        There were a lot of messages, Mary.

MT:        O-only these things. There is more?

MM:        There are a lot of messages--

MT:        Okay.

MM:        --of information. We--we know this.

MT:        Okay.

MM:        Okay? The thing is, Mary, if . . . Do you remember what I told you about earlier, where I said that we have to work to stop this.

MT:        [OV] Yeah, I told you.

MM:        [OV] The results of this. Mary, what--what you sent in this note--

           [end of AUD_2020-02-27_04-13-27_UTC+3.flv]

           [start of AUD_2020-02-27_04-18-27_UTC+3.flv]

MM:        --this could harm people. This could get people hurt.

MT:        [OV] Oh my God.

MM:        Mary, there's--there's potential--

MT:        I never thought about hurting these people.

MM:        Mary, I don't think that you thought about harming--

MT:        [OV] Yeah.

MM:         --these people, but what you did by passing that could and likely will harm people. So what we have to do moving forward is--what you told me when we were going through this, you said that you sent this to Ahmad, then you told me you did not, then you just told me you did.

MT:         [OV] No, no, I did send it to Ahmad. Told you.

MM:         [OV] Good. Good. Mary, that is what I need from you.

MT:         Yeah.

MM:         Because Mary, if we're not truthful about this--

MT:         [OV] I am truthful.

MM:         [OV] --Mary, I-I'm going to--I'm going to--I-I do not want this to happen to you, but I want to be perfectly clear about something--

MT:         [OV] Yeah.

MM:         --if someone were to die because of the passage of this information--

MT:         It's because of me.

MM:         [OV] --it would be because of you.

MT:         [OV] I didn't know. Okay.

MM:         [OV] Mary, I do not want that to happen.

MT:         [OV] I didn't know.

MM:         Do you want that to happen?

MT:         No. No.

MM:         [OV] Do you want that to happen?

MT:         [OV] No. No.

MM:         You do not want anyone to die?

MT:         [OV] No. No.

MM:         Then Mary, what we need to do right now is I can't have any of this, "I don't know who it was going to." I need the complete truth from you. Mary, if you're

               not giving me the complete truth, then we are not going to be able to minimize and stop this and people will die.

MT:        I didn't know. I don't know where it was going.

MM:       [OV] Mary.

MT:        [OV] I don't know.

MM:       [OV] Mary. Come on.

MT:        [OV] I don't know anybody there.

MM:       Mary.

MT:        [OV] I don't know anybody there. You want my phone? Take my phone. You can check all--everything in my phone. I will give it to you. You can take my phone. The only one I talk with is this guy. I never met him. I never met this guy.

MM:       Mary, but you--

MT:        [OV] Okay?

MM:       --you--you sent--you--you would--would you acknowledge that you sent him information similar to this?

MT:        [OV] They--like--yeah, this one, yeah.

MM:       How many times?

MT:        Maybe, you know, two, three times. Three times, you know? That's it. Three times, four times. That's it.

MM:       Mary.

MT:        I don't remember.

MM:       [OV] Mary. Mary. Remember what I talked to you about, that any minimizing of this is going to get people hurt. I do not want to get people hurt. I want to be able to stop this.

MT:        [OV] Oh my God, no, I--no, I didn't send more.

MM:       Mary.

MT:        [OV] This is--

MM:         [OV] Mary.

MT:         [OV] --this is, you know--

MM:         [OV] The people--

MT:         [OV] --these--you know, about three times, four times.

MM:         [OV] M-Mary.

MT:         [OV] That's it.

            [noises]

MM:         [OV] Mary, the people that are the most concerned about this information are the people that you say you care most about.

MT:         Of course.

MM:         Mary, there are incredibly high-level government officials that are being briefed on this because of the importance of this. I need you to be as honest with me as possible.

MT:         [OV] I am honest.

MM:         Mary.

AE:         You've done a lot for this--this command. You've done a lot for your country, and it just--

MT:         [OV] Oh my God.

AE:         [OV] --you just--you saw and I was speaking to those guys.
MT:         [OV] You know, I have been working for 15 years, never happened.

AE:         But listen.

MT:         Never happened.

AE:         But mistakes have happened.

MT:         Never happened.

AE:         I know that mistakes have happened.

MM:     [OV] For years you did not do this.

MT:     [OV] No.

MM:     I know.

MT:     No, 15 years, more sensitive.

        [noise]

AE:     Yes, but listen to me. We need to--we need to talk to about what did happen, the mistakes. If we don't address these mistakes--

MT:     Yeah. I have one--

AE:     [OV] we're not going to be able to do anything.

MT:     [OV] --I have one mistake, okay? You know, I have one mistake and I admit it. I admit it. Again, I told him, you know, you do whatever you want with your family. I'm not going, you know, do you anything more. And that's it. And I went to pass it, I was not, you know . . .

AE:     What I want to do is--and I know Mike wants to know--we want to start at the beginning. How you met him, how you were introduced--

MT:     [OV] I never met.

AE:     [OV] I know you didn't meet him in person.

MT:     Yeah.

AE:     [OV] You have any personal contact with him--

MT:     [OV] Yeah, yeah, I--

AE:     [OV] --like through--

MT:     [OV] --I don't remember. Yeah.

AE:     Uh, let's talk about how all of this happened, and I want to understand a little more about why this happened. And we also need to talk about everything that was said, which you care about these people.

MT:     Of course.

AE:          Just like your own family. I know everywhere you go, these people know you, because you're part of this family.

MT:          Yeah.

AE:          All right? [noises] And we need to make sure that people are going to be safe--

MT:          [OV] Uh, you, Andy, I am telling you, I sent him, like, three, four times. Nothing more.

MM:          Mary.

MT:          Just, like, you know, your guys.

MM:          Mary, we-- [pause] we--we need to be honest about this.

MT:          [OV] Yeah, yeah.

             [noises]

MM:          [OV] Three, four times is not, is not--

MT:          [OV] Yeah.

MM:          [OV] --is not accurate.

MT:          Yeah. It's not accurate to--

MM:          [OV] No.
MT:          [OV] --from my phone? From my phone I never s--

MM:          [OV] Mary. Mary, this--I want there to be--

             [end of AUD_2020-02-27_04-18-27_UTC+3.flv]

             [start of AUD_2020-02-27_04-23-28_UTC+3.flv]

MM:          --little bit more. We have to talk about this.

MT:          Yeah. Yeah, you know what . . . [noises] Uh, show me . . . You know, I-I need--I got to. . . Yeah, yeah.

MM:          [OV] Mary, I'm not going to continue to show you these.

MT:          [OV] No. No.

MM:        [OV] I'm not going to continue to show you these.

MT:        [OV] No, you have--you know you have to show me. You know, I don't remember.

MM:        [OV] Mary, I don't--I--

MT:        [OV] But not--not--not many times, and he--

AE:        [OV] So your . . . We need to understand, so we need to talk through the situation, all right? And this needs to be honest and forthright.

MT:        Yeah.

AE:        All right? So part of moving past this is taking responsibility. Everyone--

MT:        [OV] I am taking responsibility.

AE:        [OV] I make mistake--Mike makes mistakes.

MT:        [OV] Yeah, I have done mistake. Yes.

AE:        [OV] Everybody does.

MT:        [OV] Yeah.

AE:        [OV] We acknowledge it--

MT:        [OV] I admit it. I admit it.

AE:        [OV] We-- Right, but we need to talk about exactly what those were. And it's important, right, because . . . As Mike said this information, it can lead to people being hurt. And I know--

MT:        [OV] Mm-hmm.

AE:        [OV] --I know--listen--I know if you could jump in a time machine--

MT:        [OV] Not the Americans.

AE:        [OV] --and go back, you probably would made a different decision.

MT:        Oh my God.

AE:        But--but we can't. The only thing we can do here--

MT:         [OV] I was--I screwed up. Yeah.

AE:         [OV] We can't change the past but we can change how we move forward tonight and start getting things back on the right track and get the most--the--the best possible outcome for you. Uh, the thing that I care about is that you have children--

MT:         [OV] Mmm.

AE:         [OV] You have grandchildren.

MT:         [OV] Mmm. And thank you, I--

AE:         [OV] And I want them to see their mom and I want them to see their grandma.

MM:         We want to put you in this situation where all what Andy is talking about is possible. But again, if--

AE:         [OV] To be honest if--

MT:         Andy, what--whatever they see, this is all what I sent. You know, whatever I sent, I sent.

AE:         [OV] There's--

MT:         [OV] You know, from my phone. What have--

AE:         [OV] --there's a little more than just these pictures, though.

MT:         [OV] --wh--what--what's in it?

MM:         Mary, I'm--I'm not going to continue to show you. I-I-I-I'm sh--I--I'm showing you this one because you're saying you want to know. Mary, what--what--what you should have done was tell me about this before I showed you the phone.

MT:         Yeah. No.

MM:         [OV] And I understand it gets--

MT:         [OV] I told you tell me what happened and I--and I would be honest with you.

MM:         But I-I understand--

MT:         [OV] I told you.

MM:         [OV] --scary and--and we--

MT:        [OV] No, it's--you know what?

MM:        Hmm?

MT:        We have, you know, everybody--if--if we do mistakes, we have to [noises] accept, you know, the punishment.

AE:        [OV] And yeah, we have tonight--

MT:        [OV] And--and this is what I believe. Yeah.

AE:        [OV] All right, uh, we have tonight, and that's another great opportunity. We have an opportunity tonight to talk through all this. We have an opportunity tonight to minimize the damage that has happened as a result of this. [noises] You--you could be--

MT:        [OV] Damage? It will not be--

AE:        [OV] --you could be part of the solution here, the solution that helps out all of your friends and family in this command.

MT:        [OV] Yeah.

AE:        [OV] And also part of the solution that's going to help you--

MT:        [OV] Yeah, what do you want me to say, Andy?

AE:        I want you to be completely honest. I want to start from the beginning. Mike will start from the beginning. How did you meet him? What were your conversations?

MT:        I never met him.

AE:        In person--

MM:        So--

AE:        --how were you introduced?

MT:        [OV] Ha--

AE:        [OV] Let's start from the beginning.

MT:        I never--I never met him.

MM:        So we understand that Sonya--

MT:         Yes.

MM:         [OV] --your cousin--

MT:         [OV] --I have been introduced by him [*sic*] by--by--by--by--by Sonya.

            [noises]

MM:         And--and you didn't have an introduction after--

MT:         [OV] You know, I never met him--I never met him, you know?

AE:         But there was impersonal conversations?

MT:         Yeah.
AE:         Like text messages?

MT:         Yeah, text messages.

AE:         Phone conversations?

MT:         Yeah. Yeah.

AE:         Okay. Uh, video chat?

MT:         Yeah.

AE:         Okay.

MT:         Yeah.

AE:         So you've seen him?

MT:         Yeah, yeah, I've seen him but not--not in person.

AE:         Understood.

MT:         Yeah. We were talking in [*sic*] the phone, okay? There was a kind of relationship.

AE:         [OV] Absolutely.

MT:         [OV] Okay? An--one--important--

AE:         [OV] Uh-huh. What--what kind of relationship?

MT:        You know, it's like, a relationship. You know, it's a--a love and a--

AE:        [OV] Romantic?

MT:        [OV] Yeah, romantic--romantic relationship.

MM:        Okay. And it was--it was--what would you describe it as? Just where was it?

MT:        It's, uh . . .  You know, it's like, uh . . . [noises] I am a widow and lonely and, uh, you know somebody, come on.

MM:        Oh.

MT:        You know, this is what I described. Lonely and widow. I--this is what I-I will describe it.

MM:        [OV] Oh.

MT:        [OV] Stupid widow and lonely.

AE:        [OV] Okay. Not--not--

MM:        [OV] Mary. Mary.

AE:        [OV] --not stupid.

MM:        [OV] You are not stupid.

MT:        [OV] Yeah. I am.

MM:        Because you know what happened? [noise] If this man took advantage of you--

MT:        He took once, what had happened.

MM:        --if--if he took advantage of you, then tonight is the night where we turn the tables.

MT:        [OV] Yeah.

MM:        [OV] And understand who this person is.

MT:        Yeah.

MM:        And--and we are able to right--

MT:        Mmm.

MM:        --these mistakes. And you're absolutely right that--in . . . Andy hit on this so well, that we all--we all make mistakes. They're a part of life.

MT:        [OV] Yeah, we all do mistakes. We all do mistakes.

MM:        [OV] We just have to be--

MT:        [OV] Yeah.

MM:        [OV] --honest about it. And--

MT:        [OV] Yeah.

MM:        [OV] --there's an opportunity--

        [end of AUD_2020-02-27_04-23-28_UTC+3.flv]

        [start of AUD_2020-02-27_04-28-28_UTC+3.flv]

MM:        --to make it right. And like Andy said--

MT:        [OV] It's that--

MM:        [OV] --tonight is that opportunity for you.

MT:        [OV] Exactly. No, I--you know, I--

MM:        [OV] Mary, it's good you--

MT:        [OV] --when I went to Hassata [PH] and I decided to sh--I--you know, I even, you--like--you know, deleted, you know, my WhatsApp. And he called--you know, he called--like he sent me, uh, yesterday.

MM:        Mm-hmm.

MT:        [OV] [UI] And he said, "How are you? Are you [UI]?" And I told him, you know, "I don't want to talk." I told him, you know, "I have no time to talk." [noises] And, you know, it was a decision I made that, no, you know? Even he threat [*sic*] or anything, this is not right. This is not right.

MM:        No. Mary . . . Uh, so this romantic relationship that you're describing--

MT:        Yeah.

MM:        --w-when did it start?

MT:        When it started . . . I think, like--uh, yeah, like three years--three years exactly. Three years. Started to be, like, romantic.

MM:        And [pause] what were the conversations like?

MT:        Nothing. "How are you?" You know, and these things, you know? You know when the romantic conversation lasts.

AE:        How did they evolve over time?

           [noise]

MT:        But he started, like, you know, to talk, like, about this, like, month ago. Month ago he started, you know, to ask, you know, question.

AE:        [OV] What--

MT:        [OV] And then--

AE:        [OV] --what kind of questions? What kind of questions?

MT:        [OV] Like--like, you know--oh, like, you know, there is at--at the embassy.

AE:        Yeah.

MT:        You know, "Oh, they are trying, you know, to--to kill and--they are . . ." I said, "You know, it's like--no, they are not trying to kill." He said, "Okay. I know you know a lot of things, and, uh, we can harm, you know, your family." I mean, it's a threat.

AE:        I don't understand. How did it go from a--uh--like a--a very romantic thing into this--

MT:        [OV] Because I was rude--

AE:        [OV] --this threat thing?

MT:        [OV] --I was rude to him. I was rude to him about, you know, what he was saying.

AE:        Okay.

MT:        And you can go back to old conversations.

AE:        Okay.

MT:     You can go back to the history--

MM:     [OV] If I--Mary.

MT:     [OV] --if I ever sent, or something.

MM:     [OV] Mary, I-I need to understand this better because I'm--I'm not quite sure that's how it happened. And--and I need . . . Again, uh, you've got to take full responsibility for this and tell us--

MT:     [OV] Yeah, yeah, yeah. Yeah.

MM:     [OV] --the complete truth, so if that's not what happened, I need you to tell me--

MT:     Yeah, I am telling you.

MM:     --because that's--that's not my belief.

MT:     This is not what you believe?

MM:     I don't believe that, Mary.

MT:     [OV] Okay, you was able to get this--these? You can go back to the conversations.

MM:     Mary, what--what I need to understand is when you were talking to him--

MT:     Yeah.

MM:     --and--and things were developing around--

MT:     [OV] Yeah.

MM:     [OV] --the time of the em--the US embassy's attack--

MT:     [OV] Yeah, yeah.

MM:     [OV] --in Baghdad, uhm, was your mind change--did you feel any different? Were you upset?

MT:     [OV] No. No, no, no. But I was scared about my family.

        [pause]

AE:     What type of person is he?

MT:        I don't even know him. He has a lot of influence over there.

AE:        I-in terms--uh--I--

MT:        [OV] You know, uh--

AE:        [OV] Explain that.

MT:        His, uh--I mean, his--uh--███████████████████ It's not in the--you know--

AE:        [OV] Lebanon's a very complex group and--

MT:        [OV] No, no, no, I-I mean organization.

        [noises]

AE:        [OV] That's fine.

MT:        [OV] No, I know that, you know, he has a lot of influence--

        [noise]

AE:        [OV]  [noises] [coughs]

MT:        --████████████

AE:        Mm-hmm.

MT:        █████████████████████████████

        [noises]

AE:        His ████████████████

MT:        Uh, not the ████████. He--he works, you know--

AE:        [OV] Oh, works for the--

MT:        [OV] Yeah. Yeah.

AE:        [OV] --███████████ Okay.

MT:        But, uh, I don't know that he's--if he is with, uh, any organization or something, no. I don't know.

MM:        What are his--what are his views?

MT:        Oh, he's--you know, yeah, he's--uh--like--he's a Shi'a. As a Shi'a, uh, he is with his--with his people.

AE:        [OV] I want to be sure I understand what that means.

MM:        [OV] And what is ███████████████?

MT:        ███████████████ is, uh . . . I-I don't remember, you know. I-I don't remember what is his name, but it's, uh . . . I'm trying to re--

           [end of AUD_2020-02-27_04-28-28_UTC+3.flv]

           [start of AUD_2020-02-27_04-33-28_UTC+3.flv]

MT:        --member. His--his last name is█████████████████████
           ██████████████████████████████████

           [coughing]

MT:        He lives in Tripoli though.

MM:        You sure you don't remember his first name?

MT:        [OV] Yeah. I-I will--if I remember I will tell you, I promise. [pause] I promise I will tell you.

MM:        It's just, uh . . . Again, Mary, I . . . Look, I . . . This has got to open up--

MT:        Yeah, yeah, I'm opening.

MM:        --more.

MT:        [OV] Yeah, I will talk. I will--when I remember name, I will tell you.

MM:        [OV] It's just, you know, these--

MT:        I'm trying to remember.

MM:        --these are details that we need to understand--

MT:        [OV] Yeah. Of course.

MM:        --becau-because, again, if it's--I need the complete truth because I--

MT:        [OV] Yeah.

MM:        [OV] --if I have--I-I can't go back--I do not want to go back to the AUSA and tell him that Mary told me half truths--

MT:        [OV] No.

MM:        [OV --and she didn't tell me the full truth.

MT:        [OV] No, I will tell you everything.

MM:        [OV] Because right now, Mary, I-I mean, I don't want to--I'm--I'm going to have to tell the AUSA you're giving me only part of the story.

MT:        No, no, uh, now--

MM:        [OV] This is--this is part of you remember--

MT:        [OV] Because I don't remember his name, it's part of the story?

MM:        Mary, there's some other aspects of this--

MT:        Like what?

MM:        You're only telling me parts of the story. You know what I'm talking about. I'm not going to continue to confront you with these things because I need--

MT:        [OV] Because--

MM:        [OV] --this is a mutual relationship.

MT:        [OV] Andy. Listen, I don't know if this guy--he is working [noise] for any organization, okay? He has--

MM:        [OV] What--

MT:        [OV] --a lot of influence in Lebanon. His nephew has a lot of influence, you know, in Lebanon.

AE:        Mm-hmm.

           [noises]

MT:        Okay? It's, like, my sister, she is the one, she told me that he is threatening us, okay?

AE:        Like how so? I mean, I-I'm--I'm trying to understand--

MT:        [OV] They can kill--they can kill them.

AE:        Okay.

MT:        Yeah.

AE:        But why would they do that?

MT:        [OV] Why would do that . . . You know, if I don't, like, you know, answer his question.

AE:        I'm--I'm just trying to understand how it went from a romantic relationship into--

MT:        [OV] I know.

AE:        [OV] --something like that.

MT:        No, this is all--it all changed after what happened in the embassy. All changed.

MM:        And--and what caused that change, Mary?

MT:        I don't know. It's--it's--uh--I don't know what was his change on him, but I was afraid.

MM:        Mary.

MT:        [OV] You know?

MM:        [OV] It's--that's--that's--that's it, Mary. I-I-I just--I do not believe it was just a change on his end.

MT:        It changed on my end.

MM:        I-I-I--and I think--

MT:        [OV] Maybe he influenced me.

MM:        [OV] I-I-I-I think he--

MT:        [OV] And he got, you know--probably not, uh--

MM:        [OV] Mary, what you just said--

MT:        [OV] Yeah.

MM:      [OV] --you just said the most truthful thing--

MT:      [OV] Yeah.

MM:      [OV] --you've said all night.

MT:      [OV] Yeah.

MM:      [OV] Maybe he influenced you.

MT:      [OV] He influenced me. It was a trick.

MM:      [OV] Did he influence you to think differently?

MT:      No, he influenced me--no, he influenced me that, you know, I took [UI] with him. You know, I mean, to tell him. You know, I--

AE:      [OV] He--he wanted you to enter in an a--into an agreement with him? Is that what you're saying?

MT:      Uh, maybe, but I--but I didn't do that, you know? Maybe I have done mistake, yes, but then I said, "No more."

MM:      So Mary, I--hold on, I'm--I'm just trying to understand that.

MT:      Maybe I sent these things, okay? But I figured out, you know, that it's wrong.

MM:      [OV] Yeah.

MT:      [OV] This is wrong, okay?

MM:      So--

MT:      [OV] And I said I don't care, you know, if they will kill or not kill. And I stopped talking to him. Even today, when he tried yesterday. He tried to talk to me. Go to the text messages. I will show you what in the text messages. I said--he said, "Can you talk?" I said, "No. I am busy. I am at work."

MM:      And so Mary, with--with the influence piece--

MT:      Yeah.

MM:      --so I-I need you to explain that to me, because that . . . So, listen, again, I believe you. I believe--

MT:       [OV] I know. Uh--

MM:       [OV] --I think what you--what you think is going to happen is--is I'm going to yell at you. Mary, I'm not going to yell at you.

MT:       [OV] No.

MM:       [OV] I'm--

MT:       [OV] No, no, no, no.

MM:       If that's what you want, Mary--

MT:       [OV] I--

MM:       [OV] --I'm sorry, you're going to be really disappointed.

MT:       [OV] Trust me. You know, trust me, even if you, uh, yell at me--

MM:       [OV] I won't, okay?

MT:       [OV] --I deserved it.

MM:       [OV] I won't.

AE:       [OV] Are you kidding me?

MT:       [OV] No.

AE:       [OV] Mary--

MT:       [OV] I deserve--

AE:       [OV] No.

          [noises]

MT:       [OV] --everything that--

AE:       Listen, we just want to figure out what happened.

MT:       This is exactly--

AE:       [OV] And--and listen--

MT:       [OV] --this is exactly what happened.

AE:        [OV] --I--no one is judging you. You're someone--

MM:       [OV] Mary. Mary.

MT:        [OV] No, no, no. He's like, you know--

AE:        [OV] [UI]

MT:        [OV] --it's like, yeah. He influenced me. He said, you know, "Okay, you know, just--just tell me what--you know, tell me something." "Okay, I've got this--this is what happened." And, uh . . . I mean, I was like--I was afraid to lose him, maybe. I was afraid to lose him. I will say it like this, I was afraid to lose him.

AE:        [OV] [UI] But you--you--

MM:       [OV] [UI]

MT:        [OV] I know. I learned that I--

AE:        [OV] Hey, it wasn't [UI].

MT:        [OV] Yeah, I know. I-I know. I'm s--I'm stupid.

AE:        Listen.

MT:        [OV] And, you know--

AE:        [OV] It's okay.

MT:        [OV] --I was afraid to lose him, and I was afraid that they might hurt my family. It's a combination, you know? It's not, no . . . You know, I mean, uh, he--

            [end of AUD_2020-02-27_04-33-28_UTC+3.flv]

            [start of AUD_2020-02-27_04-38-29_UTC+3.flv]

MT:        --influenced me when he asked me, you know, this thing. I said, okay, because--

MM:       [OV] Mary, not--not--

MT:        I love, because of love--

MM:       [OV] Mary, what you're explaining--

MT:        [OV] --but nothing else.

MM:        --Mary, what you're explaining . . . i-it sounds like an agreement. I-I'm just not sure--

MT:        [OV] No, not an agreement. Never an agreement. I stopped talking to him. Never on an agreement.

MM:        Yeah, I know, I-I understand you--you stopped.

MT:        Yeah.

MM:        But there--there had to have been something that precipitated it that was between the two of you that led to this.

MT:        This is--this is in a short period of time. Agreement means a long time.

MM:        I-I would say an agreement could happen over a short period.

MT:        [OV] Yeah, if you take it--if you--if you take it . . . You know, it's like if you have it this work--but it--it's not an agreement. No. I never had--

MM:        [OV] What would you---

MT:        [OV] --done an agreement with him, you know? It's like--

MM:        [OV] Right.

AE:        [OV] Well--

MT:        [OV] --to continue talking to him and giving him--

MM:        [OV] Well--

               [noises]

MT:        [OV] No.

MM:        [OV] What would you say describe--

MT:        [OV] The agreement will last . . . You know, you have to sign--

MM:        [OV] Okay.

MT:        [OV] --and it will last for a long time.

MM:        [OV] That's a good point, Mary.

MT:     [OV] No. But when you--when you got, like, you know, scared and--you know, scared, you know, about your family, scared to lose--to lose the person you lo-- you--you love--sometimes you do mistake [*sic*], okay? And then when you figure out that was wrong, you stop. [pause] When you do, it's wrong, you stop. [pause] I wasn't sleeping thinking about this. I wasn't sleeping, because I have done this mistake. I was blaming myself every second. [pause] [noise] Trying to be normal. I was not--

MM:     [OV]  Mary.

MT:     [OV] --normal.

MM:     I-I'm not blaming you for this. Andy's not blaming you for this. What we are trying to do, Mary, is you have to understand that . . . And if--if Ahmad influenced you . . .

MT:     He influenced me--
MM:     [OV] You--you [UI].

MT:     [OV] --for a short period of time. Yes, I'm telling you, for a short period of time, yeah, he influenced me.

MM:     [OV] Was--

MT:     [OV] And I had--

MM:     [OV] He influenced you to--what did he influence you to do?

MT:     [OV] Well, I mean for this. For this.

MM:     [OV] To--and what was that?

MT:     To send this, that's it. Nothing else. [noises] To harm these guys? No.

AE:     What is his intent with this information?

MT:     I don't know why [noise] he asked for it. I don't know why he asked for it.

AE:     I'm just trying to understand, too, because, [noises] I mean, you're a smart lady, and you--you deal with, for years now--

MT:     [OV] I know, [stutters]--

AE:     [OV] --this type of information--

MT:          [OV] --maybe that--that's what--you know--he said, "You know, that it's like, you know, we have been, like, a lot of things, like, you know, attacks and, you know, against--against the people over there." And I said that's why he said, "I need, you know, if--if you help me--if you help me with this . . ."

AE:          The--what--what was he offering? I mean, was it--

MT:          Nothing.

AE:          --financial?

MT:          [OV] No.

AE:          [OV] Was he offering you financial support?

MT:          [OV] No. No, no, no. No. Financial support me [*sic*]? No.

AE:          No?

MT:          I never received anything from him.

AE:          Okay. I-I'm not saying--

MT:          [OV] Or from anybody else. You can check--

AE:          [OV] But was that all?

MT:          [OV] --you can check everything.

MM:          [OV] Okay.

AE:          [OV] We're just trying to understand what--what was used to kind of, uh, to--to bait you in.

MT:          [OV] Love. Love.

AE:          [OV] Love?

MT:          [OV] Marriage. That's it. Marriage.

AE:          [OV] I-I understand that.

MT:          That's it. M-money, no.

AE:          Okay.

MT:        No. Go and check. No m--not money. No, not money.

AE:        Okay.

MM:        Okay. Mary, I-I--while I do think there was--there was influence at play here, uh, I-I do think he--he--and he may have made you think this way, but it--it seems as if to do something like this, that your--was your mind changed?

MT:        No. I did this. I said, you know, I never thought that it would harm the guys. No.

AE:        The thing that I wonder, though, is when people [noise] you--you have this--this relationship and this affection and this love, and I know that you love all these guys here, but, you know, at the same time too, uh, sometimes we get frustrated with how things are--are done or conducted or . . . Like, the other day we talked about how the--uh--the meetings that we had with, uh, Mike and Jay [PH].

MT:        Mm-hmm.

AE:        I mean, you'd expressed some frustration about, uh, certain people.

MT:        [OV] No.

AE:        [OV] I know those relationship--

MT:        [OV] I'm not frustrated from [*sic*] anything. No.

AE:        [OV] Okay. Uh--

MT:        [OV] No, no.

AE:        [OV] --I'm just trying to understand, uh--

MT:        [OV] It's not--it . . . No, no, no.

AE:        [OV] There's things--

MT:        [OV] It's not me. Yeah.

AE:        [OV] --there's things that frustrated me, too.

MT:        [OV] I . . . No. It's the threat and, uh, just the--

           [end of AUD_2020-02-27_04-38-29_UTC+3.flv]

[END OF 1145989.final.docx]

[START OF 1146004.final.docx]

[start of session AUD_2020-02-27_04-43-29_UTC+3.flv]

MT:        --notion. I think the tem--uh--you know, the--just this relationship, you know?

AE:        I--and I understand the emotional part--

MT:        Oh, I--

AE:        [OV] --but I-I just--

MM:        That's okay.

AE:        [IA]

MT:        Yeah.

AE:        And I'll also defer to Mike on this, but I, the--the front part is--is the one part that I'm not seeing. And I-I think that would--

MT:        [OV] The threat, yes.

AE:        [OV] --what--what--but I think the thing that--that we're worried about here is--and--and the trouble that we're having getting past is I--

MT:        [OV] Mmm.

AE:        [OV] --I think that you're thinking that, [noise] you know, if it's one letter or--or two, that it's--that it's less of an issue. And what I'm going to encourage you to do is to talk open--openly with Mike. All right? We want to understand all of it, and we want to--

MT:        [OV] Yeah.

AE:        [OV] --understand all of it because then we can work together--

MT:        [OV] Mm-hmm.

AE:        [OV] --to minimize the damage. And this--this--

MT:        [OV] It has--the damage has been done.

AE:        [OV] Mary, listen, this--

MM:        [OV] Mary.

MT:        [OV] [laughs]

AE:        [OV] No, no, no, listen.

MM:        [OV] Mary.

AE:        [OV] It's just really important.

MT:        [OV] The damage has been done, finished.

AE:        [OV] No, listen.

MM:        [OV] The damage has not been done, Mary.

MT:        [OV] Yeah.

AE:        [OV] You can be part of fixing this. We can assess and we can figure out what this guy knows, and we can help protect people, and that's what you want to do.

MT:        [OV] You know, I don't--I swear I don't know what he knows. I swear, I never--I swear.

MM:        [OV] Okay, so Mary, what we're saying--

MT:        [OV] But sure, you know, maybe, you know, he lied.

MM:        [OV] He knows what you told--

AE:        [OV] He knows what you said.

MT:        [OV] Yeah, he knows for sure. You know he's working with somebody, but I don't know who, you know? I know his--his nephew is in the government, the Ministry of Interior, you know, Antiquity [PH], but I don't know, you know, if they are connected with anybody.

AE:        What's the political party of the Ministry of the Interior?

MT:        He is Shi-- Not the Minister of Interior. He works with . . . He is Shi'a.

                [noise]

AE:        Uh-huh.

MT:        Yeah. You know, his nephew is Shi'a.

AE:   Mm-hmm.

MT:   Yeah.

MM:   Mary [pause] I-I understand what you're saying. And--and you're saying that the damage has been done.

MT:   It has--the damage has been done.

MM:   [OV] Mary, [pause] I can tell you that the damage has not been done.

MT:   It has been done. What I have done is a big mistake.

AE:   Mary, it--it's--

MT:   [OV] You know?

AE:   [OV] Yes, it . . . Mary, it's not the worst of this. Every--

MT:   [OV] I was selfish--I was selfish when I--when I did this. Okay? I never thought--I thought about it later. You know, I thought about it later and said, you know, I have done a big mistake, but it was too late.

MM:   What stopped you from coming forward?

AE:   And--and--and reaching out to people?

MT:   [OV] No, it--it's not--n-now--now everything is stopped for me now.

AE:   But here--[noises] but what everyone knows--when you realized this, what stopped you from coming forward and approaching people and--and coming to the people that--

MT:   I lost everything. I lost you guys.

AE:   But people could help you.

MT:   No, no, no, finished. I lost my dignity. I'm going to lose my kids' respect and this is a big--big--big--

MM:   [OV] Mary.

MT:   [OV] --big punishment. I don't care about prison. I don't--

AE:   [OV] Listen.

MT:        [OV] --care about court.

AE:        [OV] You can help get--

MT:        [OV] You know?

AE:        You can redeem yourself by being honest about the full scale of this.

MT:        Yeah. I am--you know--I am honest.

MM:        [OV] Well, Mary, but there-- there are things--

AE:        [OV] Help us connect--

MM:        [OV] --you're not telling me right now.

MT:        Like what? I'm not--you know--uh--

MM:        I-I need to know who Ahmad was involved with. I need for--for you to explain that to me--

MT:        You know for sure i-if--if--if he is Shi'a--

MM:        [OV] --because--

MT:        --if he is Shi'a, he will be involved with Amal or Hezbollah.

AE:        Mm-hmm.

MT:        You know, one of these two, because this is what we have in Lebanon. Am I right? I don't know [stutters] with which one he is affiliated. I don't know.

MM:        [OV] And--and--and--

MT:        [OV] He never told me, "I am with this," or "I am with this." He never told me. That's why I-I cannot, you know, tell you he is from Hezbollah . . . And I will be--you know--you will say, "She is lying," or he--she--"He is in Amal--,"

AE:        [OV] If he--

MT:        [OV] "Oh, she is lying."

AE:        --if--if he--if he is not with Hezbollah then--then who is he with?

MT:        Amal. Amal Organization.

MM:      [OV] Yeah.

MT:      Yeah.

MM:      Amal.

MT:      Amal Organization [UI]. Because his two--

MM:      [OV] And--and it's one of the two?

MT:      Yeah, one of the two. They are the same.

      [pause]

MM:      And Mary, I just--I need you to understand that in providing him that information, y-you--you knew--or i-i-it's--it's the understanding--

MT:      [OV] I didn't know. No, no, no, no. I didn't know--

MM:      [OV] But--but Mary, do--if--

MT:      [OV] --because I don't know with whom he's affiliated.

MM:      Right, but--but you--you just told me about his--that--that what you understood with him--

MT:      [OV] I told you--yeah, I told you if--

MM:      [OV] --what you understood--

MT:      [OV] --if he is w--you know--he never told me that he is--

MM:      [OV] I-I'm not s--

MT:      [OV] --with any organization.

MM:      [OV] --I'm not saying that he--he did--

MT:      Yeah.

MM:      --but your understanding was that if he is Shi'a, what?

MT:      You know, I mean, if he is--if he is related with somebody--discovered that he is related with--uh--with o--

      [end of AUD_2020-02-27_04-43-29_UTC+3.flv]

[start of AUD_2020-02-27_04-48-30_UTC+3.flv]

MT:     [OV] --the organization. I am telling you, he is with Hezbollah or Amal but, uh, I--no, he never told me. I didn't know. I didn't know with--

AE:     [OV] What--what did you think?

MT:     I--you know, I think he is--

AE:     Which--which organization do you believe he--he belongs to based upon your conversation, the one he sent you, the type of information he was asking you to get.

MT:     No.

AE:     What do you think?

MT:     You know, I think, you know--

AE:     You're a smart lady, and---

MT:     [OV] Maybe Amal? Amal Organization.

AE:     Okay.

MT:     Because most of the people over there were Amal Organization and entered from the--the you know--from kind of the people in--in the area where they live.

AE:     Mm-hmm.

MM:     Now--

MT:     Hmm?

MM:     --Mary, [noise] so if that was your understanding--

MT:     Yeah.

MM:     --I w--I would assume that you know about Hezbollah?

MT:     No, I don't know about Hezbollah. I hate Hezbollah.

MM:     I'm--uh--I'm sure sh--

MT:     [OV] Yeah.

MM:        [OV] --that--that doesn't surprise me, but--

MT:        Yeah.

MM:        --what do you know about Hezbollah?

MT:        I don't know nothing about Hezbollah, that they are--they are ruling Lebanon, that's it. They are ruling--

MM:        [OV] They . . .

MT:        [OV] --my coun--

MM:        [OV] Okay.

MT:        [OV] Yeah.

MM:        And--and what--what do they do? [pause] This--

MT:        You know, according to my family, they are, like--they are--they are bad. You know, my sister told me that, you know, it's like I--like the other day, I asked her about, uh, why her, uh, s-s--her, uh, son-in-law, he is not working. She said, "You know, it's like all the jobs is for if you are Shi'a and, you know, if you are with Aoun, the president, you have job [*sic*]. If you are with others, you will never have job." Even she warned me not to go to Lebanon. She said, "Don't come." Because the airport, you know, all the employees, they are Hezbollah, and maybe they know about who can led us to you.

MM:        And--and why would they do something like that?

MT:        Because--uh--because they are bad.

MM:        And--and I need to understand what "bad" means to you.

MT:        Bad means, you know, it's--it's ruining other people [*sic*] lives. This is what bad . . .

AE:        Like how? Through violence?

MT:        Violence. You know, it's like--I mean--it's like, uh, corruption, taking everything from the people. This is what bad . . .

AE:        Does your sister associate, or your family associate--

MT:        [OV] No, no, no.

AE:        [OV] --with Hezbollah?

MT:        [OV] No, no. No, they are not. They hate them, no.

AE:        No? Okay.

MT:        No. No.

MM:        [OV] And--

MT:        [OV] My--my mother, she is 88 years old and my sister she has nothing to do with that.

MM:        I just--I need to understand more of what you mean when you say "bad." I-I understand the violence and the corruption.

MT:        [OV] It's the violence, you know, corruption and stuff.

MM:        [OV] What type of violence are we talking about?

MT:        I mean, you hear about what they are doing with the--with the people over there.

MM:        I need to understand what you're [UI]--

MT:        [OV] You know, it's like, yeah, that, you know--

MM:        [OV] --so I can understand what you [UI].

MT:        What they are, you know, it's like especially in the south, you know, if you are Shi'a, you are good--you're living good life. If you are, like, Sunni or, you know, even Christian, you know? Christian, they are violent between Aoun and, you know, Aoun is with Hezbollah and the other people, they are against, you know, them. The people, you know, the Christian [*sic*] who are with Aoun I mean, they love Hezbollah in the south, but only the Sunni people. I mean, discrimination, you know, in Lebanon, between the Sunni and the Christian [*sic*] who lives in the south and even the Shi'a. There are a lot of discrimination [*sic*].

MM:        I just need to understand what you--what you just described is discrimination, but you said violence.

MT:        [OV] It's violent--

MT:        [OV] What type of violence?

MT:        [OV] They kill people--they kill people and nobody knows about them. They--they can kidnap you and kill you and nobody know where you are. They are bad. They can reach anybody, and that's why I was afraid. [pause] They can reach anybody.

They have, like--they are, like, the octopus. They can reach anybody. They are the government now. They are the government.

MM:          [OV] And then what--

MT:           [OV] The Ministry of Interior, you know--

MM:          [OV] --what--what kind of org--

MT:           [OV] --it's all--the--the--the Ministry of--

MM:          [OV] --what kind of organization are they, Mary?

MT:           A religious organization, you know? You--I will describe them like--

MM:          [OV] Is--

MT:           [OV] --terrorists.

MM:          [OV] --is--

MT:           [OV] Like terrorist organization.

AE:           That's how I describe them.

MT:           [OV] Yeah, this is how you can describe them.

AE:           [OV] Y-you had--you were about to say something about Ministry of--or in the government, the Ministry of Interior--

MT:           [OV] Yeah, yeah. They are--all of them. All them.

AE:           [OV] So is your friend Hezbollah then, if his ███████████████

MT:           [OV] No, no, no.

AE:           [OV] You said everyone in there.

MT:           No. Uh, they are affiliated with Hezbollah.

                  [end of AUD_2020-02-27_04-48-30_UTC+3.flv]

                  [start of AUD_2020-02-27_04-53-30_UTC+3.flv]

MT:           --and Amal. Amal and Hezbollah, they are the same.

AE:        Okay. All right.

MT:        [OV] Both of them. You know, like, uh, Hezbollah can be covered by Amal.

AE:        Okay.

MT:        Amal is, you know, the--what do you call it--the parliament, the head of the parliament.

AE:        Mm-hmm.

MT:        He is the head.

           [pause]

MM:        Uh, I-I just--I-I need to make sure that I understand.

MT:        Yeah.

MM:        Okay. So you describe them as a terrorist organization?

MT:        [OV] Yeah.

MM:        Okay.

MT:        I describe them as a terrorist . . . Yeah.

MM:        [OV] And--and--and listen, okay? [noise] Right now, I'm--I'm going to--we're going to stop and we're going to take a break because I-I need to tell you that I finally feel like we're breaking through because when we started, Mary, you were not totally [UI]. So I need you to--I--

MT:        [OV] I told you, I'm telling you, I will tell you everything, please.

           [noises]

MM:        [OV] No, I-I just need you to listen for a second.

MT:        Yeah.

MM:        Because I need to tell you that--that your truthfulness as we move forward--just like what we went over . . . When--when you told me, you said, "Listen, I know Ahmad is bad. This is--this is what--

MT:        [OV] Yeah.

MM:     [OV] --he's involved in, [noise] that is what I need to understand.

MT:     [OV] Yeah.

MM:     [OV] So that understanding on your end, Mary . . . Mary, just listen to me, because this is--

MT:     [OV] I am.

MM:     [OV] --difficult stuff.

MT:     I feel bad.

MM:     Mary, don't . . . Listen, what are you doing right now, Mary, is you are righting anything that happened before. Explaining . . . Andy--Andy told me before we started here, he said, "Mary may have some difficulty at the front end of this. Maybe--maybe she--

MT:     [OV] I wish I had killed myself.

MM:     No, Mary. Mary, Mary, Mary. Listen to me right now.

MT:     Andy, I said--I-I wish I just appeared different places, not life.

AE:     [OV] Listen, we haven't--we haven't gone through this--

MT:     I have none in this world. Nothing more.

AE:     [OV] [IA]

MT:     Okay, you know, these things, maybe four or five ti--

MM:     [OV] I-I--

MT:     [OV] --what, maybe four time--

MM:     [OV] --I don't judge you.

MT:     --maybe four times, five times.

MM:     [OV] Sh-…

AE:     Mary, I don't judge you, but I need you to--it doesn't matter how many. It really doesn't.

MT:     [OV] No, it's m--

AE:        [OV] It--but, uh, we need to know--

MT:        [OV] --it's matter now.

AE:        [OV] --we just need to know what it was.

MM:        Mary, i-if--if I don't understand and Andy [noises] doesn't understand what it was, we can't stop what we talked about. A-again, what I need to stress to you so much is that you explain to me that connection--

MT:        Yeah.

MM:        [OV] --with Ahmad.

MT:        Yeah, I [UI].

MM:        [OV] That is critical.

MT:        Yeah.

MM:        Okay? Mary, I-I thought we were going down a path where I was going to have to let you--

MT:        [OV] No, you will have no difficult [*sic*] with me. I am right now--you know, I'm s--I'm telling you the truth.

MM:        [OV] You want water?

MT:        [OV] I am telling you the truth.

MM:        You want a water?

MT:        No, I don't want water. Uh--

MM:        [OV] Do you--do you need to take a break--

MT:        No.

MM:        [OV] --for a second?

MT:        No, just keep getting [UI].

AE:        [OV] Okay.

MM:  Mary, I'm being serious, I-I don't think you understand that it's--it's . . . You--you being honest with us like you just did, that's going to go a long way, okay? Mary, like--like you said, you can't stop what happened. You can't.

MT:  [OV] No.

MM:  [OV] If--if any--

MT:  [OV] It has over . . . I mean, the--the--the damage has been done.

AE:  No!

MM:  No, no, no. So--so Mary, what happened is these things were sent. The damage is not done, because we can stop that, but I need you to tell me what you just explained to me, that last portion--

MT:  [OV] Yeah.

MM:  [OV] --of it.

MT:  Yeah, yeah.

MM:  [OV] Where you said Ahmad's connections.

MT:  [OV] Yes.

MM:  [OV] So that I can understand where--

MT:  [OV] Yeah.

MM:  [OV] --this information has gone.

MT:  Yeah.

MM:  Because I now realize [noise] that there's an understanding on your level of where this information has gone.

MT:  No, I didn't know.

MM:  Mary, you just explained to me.--

MT:  [OV] No, no, no. Yeah. I told you--

MM:  [OV] --that--that you understood--

MT:  [OV] No, no, no.

MM:      [OV] --he was involved with--

MT:      Yeah. No, he is, you know--

MM:      [OV] So you knew he--

MT:      [OV] --for sure, he is one of them and, you know . . . But he never told me. Maybe, you know--

MM:      [OV] Uh--

MT:      [OV] --I thought--

MM:      A-and I'm not saying that he came out--

MT:      [OV] Yeah.

MM:      [OV] --but there was an understanding there, what you--we just went over it.

MT:      [OV] Not really. Not really.

MM:      Uh--

MT:      Not sure.

MM:      M-Mary--

AE:      [OV] W-why would--why would someone want this type of information though, if--if that wasn't--

MT:      I don't know.

AE:      --one of those organizations?

MT:      [OV] I don't know, I never asked him.

MM:      [OV] Mary--Mary--

AE:      I'm--we're asking your understanding.

MM:      [OV] --you're--you're walking that back a little bit, and what I'm--what I'm telling you is that I was thanking you for your honesty and then you're walking it back.

MT:      [OV] Yeah.

MM:      [OV] You--you told me before--

MT:      [OV] Yeah, I told you that he is affiliated, you know, for sure for--with one of these, you know? I was honest with you.

MM:      [OV] M-Mary, Mary, listen to me.

MT:      Yeah.

MM:      That's--that's--

MT:      Yeah.

MM:      [OV] And I understand, like, uh, it probably hurts to say that, a little--

MT:      [OV] I didn't know directly from him. This is what I am saying.

MM:      Right, but it was--you know--you--

AE:      [OV] You understood.

             [end of AUD_2020-02-27_04-53-30_UTC+3.flv]

             [start of AUD_2020-02-27_04-58-30_UTC+3.flv]

AE:      [OV] You understood.

MT:      [OV] But I understand, you kn-know, I-I--you know--I-I understand yet, you know, all these people, you know, they are af--they are this or this, you know? Nothing more.

MM:      [OV] Mm-hmmn.

MT:       If you have power, you have to be with this or this one. That's it.

MM:      Mmm.

             [pause]

             [noises]

AE:      Okay.

MT:      Andy, I am bad.

AE:      No.

MT:       Yeah.

AE:       Everybody makes mistakes and you're not the first person--

MT:       [OV] No, but I--

AE:       [OV] --to--

MT:       [OV] --I will pay a lot--

AE:       [OV] --just--

MT:       [OV] --for this mistake.

AE:       Well, we can cooperate and be honest and work through this. We can minimize some of that, and that's how we . . . We do that by working together.

MM:       [OV] Mary, I did not think--

AE:       [OV] We--we're very honest.

MM:       --when we started that we were going to get to what we just covered. And you have to understand that y-you will--you are now cooperating.

MT:       Of course I'm cooperating. Of course I'm cooperating with you guys.

MM:       I just--I w--I want you to realize that it's going to go a long way, and I w--I will tell you that--that it's going to mean a lot to everyone in this organization that you identified that you made a mistake and that you will make it right.

MT:       Yeah.

MM:       They care about you, Mary, and--

MT:       [OV] Of course.

MM:       [OV] --and you know--

MT:       [OV] I want--I--

MM:       [OV] People--

MT:       [OV] --you know--

MM:       [OV] --people get--

MT:     [OV] --I-I don't know how t--I have a c--h-how I am going to make it right, now. It's too late.

AE:     [OV] N--no, no, no, no, no. This is how we're going to make it right.

MM:     [OV] Mary, this is how we're going to make it right.

AE:     Just being open and honest.

MT:     [OV] I will lose everything, Andy.

AE:     You're not going to lose everything. Are you going to--

MT:     [OV] Yeah.

AE:     [OV] --lose your family? Are you going to lose your grandbabies? No. Mary, you're still going to have grandchildren.

MT:     They will never look at me. They will never look at me.

AE:     [OV] No, that's not what family does.

MM:     [OV] Mary.

MT:     If I go to the court, prison, they will be--

AE:     That's not what family does.

MM:     Mary, that's not true. You know what they're going to realize? That you made a mistake, just like you told us. People make mistakes, okay? [pause] They do.

MT:     But I will pay a lot for my mistake.

MM:     Mary, [noise] everything that you're telling us is--is helping this whole paying--

MT:     [OV] Do--

MM:     [OV] --a lot piece, okay? I am going to go directly to the AUSA, the Assistant United States Attorney, and I am going to be able to tell him, "Mary started off not so good."

MT:     Yeah.

MM:     "We had to talk about it a little. [noise] Then she identified she made a mistake. We

opened that door a little bit, and we realized Mary identified . . ." You identified an opportunity to talk about this, and to make this right, and to assist the government. You just--like you had for that long period of time--

MT:     Mmm.

MM:     --and then you made it . . . There's a short mistake, and then you are now opening that door back up to helping the government.

MT:     Mmm. What can I do? How can I help?

MM:     So Mary, we--we need to know that [pause] [noise] this--this type of information here, okay . . . We--we already talked about Ahmad, okay? And--and what you understood to be his affiliations. You--you--there was--there was an understanding on your part as you're explaining that to me. So with relation to this information, why would an org--why would Ahmad, who's related to an organization, want [noise] that type of information?

MT:     [OV] I don't know. I don't know. He never told me about it. He never told me why.

MM:     So . . .

MT:     For sure he wants, what, to give it to somebody, you know, if he asked for it.

        [pause]

        [noises]

AE:     What do you think the purpose of the--all the information would be?

MT:     You need to stop these people from giving information for it was [IA].

AE:     Yeah. And I will tend to agree with you.

MT:     Yeah.

        [pause]

AE:     And how--how will they stop them?

MT:     I just don't know. I don't know how they stop them and . . .

AE:     I know he hasn't-- [noise] he didn't say it to you, but--

MT:     No, he didn't say [IA].

AE:     [OV] --I'm just asking you based upon these groups and your knowledge and my knowledge, Mike's knowledge.

MT:     [OV] Maybe--maybe they will arrest him.

AE:     Yeah.

MM:     So you--you thought that maybe they would arrest the people--

MT:     Yeah.

        [end of AUD_2020-02-27_04-58-30_UTC+3.flv]

        [start of AUD_2020-02-27_05-03-31_UTC+3.flv]

MT:     No, I-I-I don't know what he is going--I said, "Maybe." You know, don't know how they will stop them by a way or remove them from their job, you know?

AE:     Yeah. My concern was also that you had referenced that they could also be violent.

MT:     Yeah, in Lebanon--in Lebanon they can be.

AE:     Yeah.

MT:     [OV] Here they're violent.

MM:     But Mary, you--

MT:     I don't know why, you know? I mean, he asked about this information. He is in Lebanon. I don't know what is, you know . . . I said--

MM:     Uh, Mary--

MT:     [OV] I asked him this question and he said, like, "No, nothing, just going to--I like to know."

MM:     But Mary, look.

MT:     Yeah.

MM:     One of the things that we talked about earlier is you--you described Hezbollah as an octopus.

MT:     Yeah.

MM:     You said that their tentacles are everywhere.

MT:        [OV] Yeah, for sure. Yeah, they are related here.

MM:        Okay.

MT:        For sure they are octopus. [pause] And rest--

MM:        [OV] Mary--

MT:        [OV] –I would not know--I don't--

AE:        [OV] You made a mistake.

MT:        [OV] Uh, I am done.

AE:        Listen, I-I have sat with--

MT:        [OV] This is the beginning.

AE:        [OV] --with you--listen to me, I have sat with a very small group of bad people in my over ten years in law enforcement. The overwhelming majority of people that I sit down and have conversations with are good people that make bad decisions. And that puts you in a group of--

MT:        [OV] Yeah.

AE:        [OV] --we're in all that same group here. I've been around you.

MT:        [OV] M-hmm.

AE:        I-I've seen you work. I've gotten to know you. I've talked to you about your family. We've talked about my family. All right? Everyone makes mistakes and because you had a weak moment and someone took advantage of your emotions doesn't make you a bad person.

MT:        [OV] Mm-hmm.

AE:        [OV] It doesn't make you stupid. It makes you a human being.

MT:        No, I am a bad person.

AE:        I-I know that you feel that way, but I'm telling you, you're not a bad person. You've made--and what I think you need to focus on is the opportunity that we have here tonight to fix this.

MT:        Isn't enough to fix this.

AE:          No, well, we--we can do a lot to fix this. Mary, I c--I c--I can't--can't take it away, but we can fix a lot of this.

MM:          Mary, you--you're already taking steps. [noises] And--and, you know, there's . . . I-I understand it's difficult to talk about and sometimes it's probably difficult for it come out of your mouth, but it's got to feel at least a little bit better when you say it.

MT:          Mmm.

MM:          Because it--it's--it's out there and then we all can be learning . . . Like, you realize Andy and I aren't judging you right now. What I recognize every time that you tell me something that . . . And, look, Mary, the other thing is we already know a lot of this but your explaining this goes towards explaining to the Assistant United States Attorney that you're helping us. So us continuing that is . . .

MT:          [OV] I will go to the prison?

AE:          We have to talk about . . . And that's something for the attorney and the judge and . . . Let me ask you a question. You ever--you ever been arrested before?

MT:          No, never in my life.

AE:          [OV] Okay.

MT:          Never in my life.

AE:          Okay. People make mistakes. And the thing to focus on is this. N-naturally in these situations, people always tend--their mind will drift towards the consequences, right? [noises] What we need to do is focus on how to correct this problem [noises] and then hopefully we can make this the least impact on your life, so that you can move forward.

MT:          [OV] No, I don't want [IA].

MM:          [OV] You sure?

MT:          Yeah.

MM:          Mary, I don't want you to--

MT:          No, just--

MM:          [OV] W-we're--we're going to talk for awhile and as long as you're up for it--

MT:         [OV] I am sure we can talk but, you know, I can talk for hours.

MM:         [OV] I just--

MT:         No, really. Thank you.

MM:         [OV] [IA]

MT:         [OV] Thank you. Thank you so much.

MM:         Mary, I-I just--I-I need you to be well right now because--

MT:         I am well. I am well.

            [noises]

MM:         [OV] I-I know you're well.

MT:         [OV] Thank you.

MM:         [OV] But you could get--but I-I-I need you to . . . Th-this is a lot to take in.

MT:         [OV] Mmm.

MM:         [OV] Andy and I both realize this, that . . . And that's--that's why we want you to know that we are willing to do compassionate actions on our part . . . The--the way that we brought you out, we don't want to--we didn't want anyone to see you in--

MT:         [OV] Everybody saw. They were, like, there [UI].

AE:         [OV] No, I don't think everybody had seen you.

MT:         [OV] Yeah, they were there in the rooms. I saw them.

AE:         No, they weren't.

MT:         Yeah, yeah. I--there was that--the pe--

AE:         [OV] That was the people with us.

MM:         [OV] M-Mary, th-that was--

AE:         [OV] And they were all FBI agents.

MT:         No. No.

MM:        --Mary, that was--that was our--

MT:         All for me [laughs].

MM:        Yeah.

MT:         I'm not going to escape all of that.

MM:        Mary, that--those were our people. Those--we--

                 [end of AUD_2020-02-27_05-03-31_UTC+3.flv]

                 [start of AUD_2020-02-27_05-08-31_UTC+3.flv]

MM:        --we--Mary, we did this in a way that we--we knew that no one was going to see because we didn't want to embarrass you.

MT:         In the organization.

MM:        Mary, no one is going to be told the details of this over there. That's--that's not what we do.

MT:         Yeah, okay. There is any q--other question, I'm just--

MM:        No, I-I just--I want you to understand that. That's--that's very important--

MT:         [OV] What--I understand.

MM:        [OV] --to Andy and I.

MT:         It--it's over. The mistake happened, done. The damage has been done.

MM:        Mary. Mary.

MT:         [OV] My life has been ruined.

MM:        Your life has not--

MT:         [OV] That's it.

MM:        [OV] No, no, no, no. Listen.

MT:         It's over now.

MM:        [OV] No, no. No, it's not.

MT:        [OV] No, no, at this point, it's over.

AE:        No.

MM:        Mary, I-I--

AE:        It's not over.

MM:        Andy and I--

MT:        [OV] Yes over.

MM:        [OV] --are--are not--

MT:        [OV] It's over.

MM:        Mary.

MT:        I just did the--

MM:        [OV] Mary, you got to listen to me.

MT:        When I am leaving from here?

MM:        Mary, Mary.

AE:        I need you to listen to Mike.

MM:        [OV] Yeah, I need you to listen to me.

AE:        [OV] This is important.

MT:        [OV] Yeah.

AE:        [OV] Okay?

MT:        I am sorry.

MM:        You don't have to apologize to me.

MT:        Yeah.

AE:        [OV] Why--

MT:        [OV] Why am I stupid all of my [IA], Andy.

AE:          Mary.

MT:          It's good I am between your hands [UI].

MM:          Mary, w-we are going to continue to treat you with dignity because that's what you deserve.

MT:          When I am going now to the prison?

MM:          Mary, I c--I can--I can tell you about it, but it's--it's probably s--I'm speculating at this point, when that would happen. What--what I can tell you is we can talk for as long as you're willing to.

MT:          Yeah.

MM:          After a certain amount of time, we're going to have to sign some paperwork that would say that you're willing to continue talking, but I don't see this going more than a day, maybe--maybe two days if we just continue to talk.

MT:          And go back home.

MM:          And then we're going to go back home. We're all going to go together, okay?

MT:          Okay.

MM:          And--and I--

MT:          [OV] Handcuffed?

MM:          Mary, if I don't have to handcuff you, I'm not going to, just like I'm--I'm not handcuffing you--

MT:          [OV] Not handcuffing me.

MM:          --right now, but there will be times where we'll have to. But I-I will tell you that every opportunity that we get to take them off so that you can be comfortable, we'll take them off.

MT:          You will cuff me in the airplane?

MM:          I--Mary, I-I don't want to give you details that I don't necessarily understand.

AE:          If--if that's the procedure that we have to do, there's certain--

MM:          [OV] And, uh--

AE:        [OV] --to abide by, then we will--

MM:        [OV] There's certain rules.

AE:        [OV] --but if there's a--

MT:        I will go to Minnesota or--

MM:        S-so we--we're going to bring you to the District of Columbia in Washington, DC.

MT:        Okay.

MM:        Okay? That's--that is where you'll--will be brought before the judge. He'll explain everything to you, and then we'll--we'll continue to . . . It'll--at that point, you know, if . . . It'll go through a number of procedures. There's--there's a number of things that happen after that. I can explain it at the end of what we're talking--

MT:        [OV] It's Virginia.

MM:        I'll explain at the end of when we're talking but it's--it's a l--it's a bit of a long process, but what I can tell you is that throughout that process, you will continue to be treated just like this. No one's going to yell at you. No one's going to--

MT:        [OV] And I will not go to Minnesota?

MM:        [OV] Uh--

MT:        [OV] To Washington, DC.

MM:        It'd be to Washington, DC.  [pause] But, you know, once--once you are wherever, you know, y--that you--you end up while the process takes place, you know, if--if you desire for people to come visit you from Minnesota, your f--your family to come visit you--

           [noise]

MT:        I do not want them to see.

MM:        And Mary, I know---

AE:        [OV] We'll disagree with you on that one.

MM:        [OV] --Mary, I know--

MT:        [OV] No.

MM:        [OV] --your family will--

AE:        [OV] Your family will--

MT:        No. I don't want--

AE:        [OV] --your family will still love you.

MT:        [OV] I don't want anybody to know. I don't want to make them visit me.

MM:        Mary. Your family is going to understand mistakes happen, just like Andy and I
           understand.

MT:        [OV] No.

MM:        And I-I think what you--what you've always felt is that this is a bit of your--these
           guys around here, it's like a surrogate family. Do you--do you know what people
           call you around here?

MT:        I don't deserve it.

MM:        Mama Mary.

MT:        I don't deserve them.

MM:        It's not true.

MT:        I don't deserve it.

AE:        We talked about--think about all the sacrifices that you've made over here for your
           family. You paid for your daughters to go to college, you paid for your son in
           medical school. You've done all of that to the det--to the detriment of--of your
           savings, right? You did that--all that for your family. This one mistake--one--

MT:        [OV] I never took any--

AE:        [OV] --one mistake--

MT:        [OV] --money from anybody. You have to understand.

AE:        [OV] Nobody's saying that s--listen, you helped your family--you--

MT:        [OV] I never make this for money.

MM:        I believe you.

MT:           You for sure, you checked, you know--

AE:           Okay.

MT:           There is a trans--

                    [end of AUD_2020-02-27_05-08-31_UTC+3.flv]

                    [start of AUD_2020-02-27_05-13-32_UTC+3.flv]

MT:           --mission for sure, you have done this.

AE:           [OV] Mary.

MT:           [OV] I have never ever took--

AE:           [OV] I believe you.

MT:           [OV] --money for this. No.

AE:           I believe you.

MT:           [OV] I will never sold these guys with money [*sic*]. No money.

AE:           [OV] I believe you. I believe you.

MM:          And--and Mary, the--I-I think what--what you explained as a--as the reason previously was that-- [noises] that shift--

MT:           [OV] Mmm.

MM:          --happening. And, uh, we want to understand that shift a little more. We are going to talk about that a little bit more.

MT:           Okay.

MM:          But with--as things happen, [noises] you know, at the embassy, a-as--as there were problems at the embassy, there were changes here, too, uhm, at the task force. And I know that you have--you have things you care about. You're from a very complicated place in the world. Lebanon is complicated.

MT:           Yeah. I was . . . Yeah.

MM:          [OV] I understand. I understand. And just like you--you told us, you know, there are--Hezbollah, a terrorist organization--

MT:      [OV] Mm-hmm.

MM:      [OV] --is--is a major player in the way that things happen in Lebanon. That's incredibly complicated.

MT:      It's very complicated.

MM:      And--

MT:      [OV] I was also--I was affiliated with them for many--

MM:      [OV] And--and if--if--if that's the--

MT:      [OV] My mother [UI].

MM:      [OV] --if that's the case, you know, we can talk about that a little bit more, but Mary, I-I--it could have--and--and I need you to tell me about this, but that--that shift after the embassy--maybe after, you know--there were--there were some s--some things that the task force did that the military was doing, that maybe . . . Did--did you agree with all the things that were happening here at that time?

MT:      [OV] No, no, I-I agree on everything. I am proud of these guys here. No, no, no, I am proud of these guys in--

MM:      [OV] I-I-I know, but, you know, there's--there's got to be certain aspects that--

MT:      [OV] No.

MM:      [OV] --because of the complications--

MT:      [OV] No.

MM:      [OV] --with where you're--

MT:      [OV] It's only, you know, the reasons what I told you. It swear. Not like this. Not like . . . No. No. I have been working for 15 years.

MM:      [OV] I know. You've been working for a long time.

MT:      [OV] And look, after 15 years, the love makes you . . .

MM:      I understand.

MT:      [OV] --and, uh, to be scared and to do mistakes.

MM:      Yeah, but, you know, the--

MT:          [sobbing sound]

MM:          [OV] Mary, I-I--there's also, like I s--

MT:          [OV] And this is, uh, stupid, you know?

MM:          [OV] Mary, it's--

MT:          [OV] For 15 years.

MM:          [OV] --it's a mistake.

MT:          [OV] Since two thousand s--

MM:          [OV] I need you to stop calling--

MT:          [OV] --six I am working.

MM:          --Mary, I need you to stop calling you--it stupid because you--you're--you're calling yourself something that we know you're not.

MT:          [OV] Oh, I am. I'm stupid.

MM:          No, Mary. The--you made a mistake.

MT:          [OV] I don't--I am [UI].

MM:          [OV] Love is a powerful emotion.

MT:          It's been--

MM:          [OV] Love is a powerful emotion.

MT:          [OV] It's a big mistake.

MM:          And--and Mary, it--it--it sounds like the way that you're describing it to us is that--that was an influencing factor and, you know, potentially changing your mindset. A-and I--I think what happened was there was a mindset shift at some point. And I-I just need you to tell me--

MT:          [OV] Yeah.

MM:          [OV] --about that.

MT:          [OV] Yeah. There was a mind--there was, like, mind shift for, like, short period of

time.

MM:        Mary, e-exactly.

MT:        Short period of time. Mmm--

MM:        [OV] I can talk about--

MT:        [OV] But then I woke up. I woke up.

MM:        You made a mistake. You--you identified that you had made a mistake.

MT:        Oh my God, yes. Trust me.

MM:        And--

MT:        [OV] This is kept, you know, from--from my friends. More than two weeks. You know, I did it for a short period of time, and then I stopped. Finished. Said, "I am doing a big mistake."

MM:        Mary, that--what--what--

MT:        I wasn't sleeping.

            [noise]

MM:        --what you just explained to me--

MT:        [OV] I wasn't sleeping. I swear to God.

MM:        --what you just explained to me, that was really truthful.

MT:        I swear to God, you know. Yes, this is what I feared in--

MM:        [OV] You--what you said--you said about--about two weeks?

MT:        Yeah. I stopped. I swear, I said, "Oh my God. I've done bad here, yeah, than--more than two weeks. More than two weeks. I said--

MM:        [OV] More?

MT:        [OV] --I've got--more than two weeks.

MM:        [OV] More than two weeks?

MT:        Yeah, a little bit more than two weeks.

MM:      How much longer than--

MT:      [OV] I understand.

MM:      [OV] --two weeks? I j--I need to understand, Mary.

MT:      [OV] I--you know, I don't remember since when. It's before we went to Hasset [PH].

AE:      [OV] Mm-hmm.

MM:      [OV] But it was--

MT:      [OV] Before we went to Hasset.

MM:      [OV] Did--

AE:      [OV] Mm-hmm.

MM:      [OV] --did it begin after--

MT:      [OV] No.

MM:      --the embassy?

         [noises]

MT:      You know, it--yeah--it began, like, you know--yeah, when we--when we were--

MM:      [OV] So we it began D-December?

MT:      [OV] Yeah. Yeah.

MM:      [OV] Beginning of--

MT:      [OV] No, no, no, this December. No.

MM:      Was it the beginning of January?

MT:      [OV] It's--it's l--the beginning of January, like last month, you know? And then, he knows, like--

MM:      [OV] Were there--were there any other events other than the embassy?

MT:      [OV] No, no, no, no.

[end of AUD_2020-02-27_05-13-32_UTC+3.flv]

[start of AUD_2020-02-27_05-18-32_UTC+3.flv]

MT:     No, no, no, no. This is--

MM:     What about--there--there were controversial things that happened during that time. I--we--

MT:     [OV] No. No.

MM:     [OV] --we acknowledge it.

MT:     No, no, no, no. It all started in--

MM:     [OV] You know, A-Andy and I--

MT:     [OV] I remember.

MM:     --Andy and I have talked greatly, I mean, and--

MT:     [OV] No, I remember [noise] after the embassy and--no, no, no, after the embassy.

MM:     [OV] But--but was there--there anything else--

MT:     [OV] No.

MM:     [OV] --that was going on?

MT:     No. No, no, no, no.

MM:     [OV] Are you sure?

MT:     I-I am sure. After the embassy. After the embassy and then for more than two weeks, I recognized that it's a big mistake. Why he is asking in, you know . . . I thought about it. You know, I said, you know, it's like, he a--for sure he's going to give this information to somebody, you know? And then for more than two weeks, you know, it like--you--maybe you know. I don't know if you knew. I stopped--I stopped--I stopped talking on anything. I stopped talking to anyone.

MM:     And I-I realize that it may not have been said who the information was going to.

MT:     Yeah. Maybe, you know--

MM:     [OV] Yeah, it was--

MT:        [OV] --maybe--yeah, I know--

MM:        [OV] --maybe it wasn't--it wasn't said outright.

MT:        [OV] No, it wasn't said. I swear it wasn't said.

MM:        But--

MT:        [OV] I know [UI].

MM:        [OV] --but Mary, did--did you understand without it being said?

MT:        Who?

MM:        Was--I th--I think I'm not putting it in a great way--

MT:        [OV] Yeah.

MM:        --but--

AE:        We're just--we're trying to un--so we--we understand his affiliation.

MT:        Yeah, maybe. You know, I d--he never told me direct.

AE:        I understand. I'm--

MM:        [OV] Right, and--

AE:        [OV] --I'm just--I'm basing it on--he never said it out loud--

MT:        [OV] No.

AE:        [OV] --but your understanding is that he is involved in one of these two
           organizations--

MT:        [OV] Yeah, for sure he's--

AE:        [OV] --then, with the--and it makes it--

MT:        [OV] --involved in one of these org--for sure.

AE:        They're two terrorist organizations.

MT:        Yeah, after that, you know, it's like, I was thinking . . . I said, you know, why he--
           wh--I mean, why--uh--why he wants this information?

AE:        Let--let's think about that because, you know, you've been here--

MT:        [sighs]

AE:        --and you've seen some pretty--pretty pivotal events happen, I mean--

MT:        Yeah.

AE:        Right?

MT:        Yeah.

        [noises]

AE:        We--we spent five hours together in a bunker--

MT:        [OV] Yeah. Yeah.

AE:        [OV] --as a result.

MT:        Yeah, I know.

AE:        And these are--these are Shi'a groups--

MT:        [OV] Mmm.

AE:        [OV] --Shi'a terror groups.

MT:        [OV] Yeah.

AE:        Let's talk about what's your understanding. They have tentacles everywhere. Who funds that?

MT:        You know, of course, you know, because they are Shi'a. For sure, you know, they ha--they have--

AE:        Who funds them?

MT:        Iran who funds them Andy--you know who funds them, Iran who funds them.

AE:        But that's what I'm getting at.

MT:        It's from them, Iran, you know, who is funding them. Nobody is funding them except Iran.

AE:        And obviously Iran was very upset--

MT:        Yeah.

AE:        --and destroyed us [UI].

MT:        [OV] They were very upset.

MM:        And--and Mary, the--this information, you know, the--it's--it's very specific.

MT:        Yeah, yeah, uh, right. Yeah, right.

MM:        And I-I-I need to understand what you knew about this information.

MT:        I didn't know Ira--I knew that the--all these s-sources, you know, that's it. These are sub sources.

AE:        [OV] Could you just tell me about who [UI]?

MT:        [OV] ██████████████████████████████████████
           ███████████████████████████████████████████
           ███████████████████████████████████████████
           ███████████████████████████████████████████
           ████

           [noises]

AE:        Mm-hmm.

MT:        I know a lot. I never--released only these names, that's it.

AE:        But what--w-what prompted you to release these names?  Was there something about these names?

MT:        No, because he said, you know, it's like the one--they are working with the--with the PMF.

AE:        Mm-hmm.

MT:        These people are working with the PMF.

AE:        Okay.

MT:        But, you know, the other sources, yeah, they--they had information but, uh . . . Because he asked a specific . . .

AE:           Like what specifically did he ask?

MT:           ███████████████████████████████████████████████ ███████████████.

AE:           Okay.

                   [pause]

MM:          And did you know who provided the information on the PMF?

MT:           You know, these people, yeah. Uh, there are--there are a lot . . . You know, I didn't give him, like, you know, a lot. I didn't give--

                   [end of AUD_2020-02-27_05-18-32_UTC+3.flv]

[END OF 1146004.final.docx]

[START OF 1145903.final.docx]

                   [start of session AUD_2020-02-27_05-23-33_UTC+3.flv]

MT:           I stopped, I stopped. I did, you know, it's like I sent him this and I don't--I stopped. I knew that it's wrong.

AE:           I mean--

MT:           He asked me for more. I said no. I stopped here. I said no more. I stopped.

AE:           Do you know why? Because you're a good person.

MT:           B--I said, "Because this is wrong." And I stopped. Yeah he asked for more. I said, "No, no more."

AE:           I'm just try--like what-what kind of stuff about these sources was he interested in?

MT:           I don't know.

AE:           What--what was he asking you to gather?

MT:           I don't know, I swear. He asked me and that's it. And he said give me all the sources.

AE:           Right.

MM:     But you said that he asked about the PMF work. What was he asking about the PMF sources?

MT:     PMF sources. Yeah he said you not find. He-he said, uh, who is the sources. You know, the one thay are working with PMF. Okay. If you can like, you know, get me all of them and, you know, this will-will save your family, you know. This will, uh, this will help me and--

AE:     What does that mean save your family? Was he going to help out your sister Natalie [PH]?

MT:     No, not certainly, Natalie, no. That--my sister she is not sick.

AE:     Is she [UI]--?

MT:     It's a trade--you know, it's a trade, Andy. They can kill my family.

AE:     Oh so your cousin?

MT:     My cousin, she's dying.

AE:     Mm-hmm.

MT:     She has nothing to do with this.

AE:     Okay, I'm just trying to understand [UI]--

MT:     No. My family is--it's my sister.

MM:     No.

MT:     [UI]

MM:     No. No, and you said he asked for the PMF sources and it would help him. What did you understand that to mean?

MT:     You know, what I understand, you know, for sure when he--when he, when you know, the first time he asked me, you know, he's like, "Oh, you know, if you can help me, you know, it's like me, I need to help, you know, uh, some people and, you know, just, uh, if you give me the-the people who are working with the PMF okay?" And then I sent them this.

MM:     Hmm.

MT:     And I asked him. He said, "Oh, that's all what you have?" I said, "Why do you want all the"--you know, I thought about it. I said, "Why you want a-all the names

of the little [UI]?" I told him, "It was a mistake that I-I even give you the names of these people." And then I stopped.

MM:     And--

MT:      Then I stopped. I swear I stopped.

MM:     I-I understand that. I understand it. But these-these people that you sent [UI], what-what do they--what do they have information on? What do they do?

MT:     Nothing. They are working with the PMF. They work with the PMF these people.

MM:     [OV] Can, can you--can you tell me who those people are?

MT:     ██████████

MM:     Mm-hmm.

MT:     And ████████

AE:     What do they do?

MT:     They give information. You know, the PMF.

AE:     So, I'm just trying to re--so they give information about the PMF?

MT:     Yeah and about, you know, yeah. About the, the, the--about the commanders.

AE:     And who are they giving it to?

MT:     No. Not sure.

AE:     Giving it to us?

MT:     Tell you [UI], yeah.

AE:     The U.S?

MM:     So who-who do they give the information to?

MT:     To-to-to U.S.

MM:     What is ████ last name?

MT:     ████████████████SP].

MM:          Sab--I--

MT:          [OV] Sabkan, Sabkan.

MM:          Sabkan, right?

MT:          Hmm.

MM:          Sabkan.

AE:          Can you spell it for me?

MM:          Yeah can you spell that?

MT:          [OV] S-A-B-K-A-N.

MM:          S-A--

MT:          B-K-K-A-N.

MM:          And wh-what about ████?

MT:          Huh?

MM:          ████████

MT:          Also the same kind of name. They have the same kind of name.

MM:          ████████

MT:          Yeah.

             [pause]

MM:          And . . . Mary, and when y--when you were trained on this information what were
             you told about the information [UI]?

MT:          What they told us? About, to whom?

MM:          When you were trained here?

MT:          Not to release information. [Pause] No, it's not about acting.

AE:          It's okay.

MT:          [OV] It's over.

[end of session session AUD_2020-02-27_05-23-33_UTC+3.flv]

[start of session session AUD_2020-02-27_05-28-33_UTC+3.flv]

MT:      The damage has been done.

AE:      [OV] Actually, a-and, part of this? Part of this over and I think that you should feel a little bit of a relief. This is--this is the time where we start to put things back together.

MT:      I lost everything.

AE:      You didn't lose everything.

MT:      I lost my family, and I lost my country too.

AE:      I-I think . . . you--

MM:      You know, Mary--

MT:      Are you going to take me? You came from the state to take me?

MM:      Mary . . . there--people were very concerned about this and what we were told is that we need to bring people in who would understand this. Andy and I have worked together previously.

MT:      That's good.

MM:      And we--

MT:      [OV] Understood.

MM:      [OV]--we all talked about this and that's-that's why I'm here. I've-I've dealt with things like this before and Andy and I, you know, we've got a good working relationship. Andy and I got to talk about this, and ultimately we-we--our belief Mary was that this is was a mistake.

MT:      [UI].

MM:      This, it was a mistake.

MT:      Yeah.

MM:      The thing was we--when we--we needed to understand this.

MT:   I agree.

MM:   And that's what we're doing right now.

MT:   I understand.

MM:   So we're just talking through this. It's going a very long way in doing all the control--damage control and for this situation. You know, A-Andy and I we had to talk about this. We had to talk about how we were going to discuss this with you. And Andy said it might be hard for Mary because she cares so much.

MT:   [OV] Mm-hmm.

MM:   But you--but Mary's going to tell the truth. And-and I needed to believe Andy and Mary when we started here I wasn't sure. I was--I was really wondering what was happening. What-what-what were you thinking and--about the things you were saying at first because it-it was--it were not truthful.

MT:   Yeah.

MM:   But now--

MT:   [UI]

MM:   --Mary I'm-I'm seeing exactly what Andy told me is that you-you're cooperating with us. You're explaining what you understood about this information. You know, how you understood where it was going. And listen. It's a mistake.

MT:   You know, Wyatt [PH], uh, he never told me but I think, you know, it's like two sides. Okay [sighs].

AE:   What does that mean, "It's like two sides"?

MT:   You know, it's like America against Iraq.

AE:   [OV] Two sides against each other?

MT:   [UI]

AE:   Americorps [PH] and Esbor [PH]?

MT:   Yeah, I told him. Okay.

MM:   [OV] So Mary, I-I do need to talk a little bit more about when you said that you were--you were told not to release information--

MT:          Yeah.

MM:          --and what kind of information.

MT:          Secret information.

MM:          What was this--

MT:          [OV] I know this is secret. I know.

MM:          Is this secret?

MT:          Secret information.

AE:          Okay.

MT:          Well, this is the truth. Do you want me to hide it?

AE:          No.

MM:          Mary.

MT:          I'm not going to hide.

MM:          Remember how I told you a little bit ago that you started telling the truth. You started saying things that are--

MT:          Yeah.

MM:          --really difficult? You're doing it again. And-and I just need to explain to you that this is going to go a long way for us and-and when I talk to the Assistant United States Attorney, what I am going to tell him--I'm going to call him right when we get done with this. And I'm going to tell him that like anyone who's facing something that is-it's potentially really scary there was hesitation at first but what Mary did, what Mary decided she made a mistake. She wanted to own her mistake and she wanted to make it right. She wanted to do everything she can to help her country.

MT:          Yeah. Whatever you ask me to do, now, I'm willing to do it.

MM:          I-I just want you to know Mary--

MT:          If you want me to go and kill this guy I will go out after him.

MM:          Mary, whenever…

[end of session AUD_2020-02-27_05-28-33_UTC+3.flv]

[start of session AUD_2020-02-27_05-33-34_UTC+3.flv]

AE:     You don't need to do that.

MT:     I swear. You know--

MM:     Mary what I'm asking you to do now is-is very simple because you're already doing it and that is telling me the truth.

MT:     Yeah.

MM:     But Mary, when-when I first showed you this you-you-you… There was hesitation. You, "I don't know what it is, I'm not [UI]."

MT:     Yeah, yeah, yeah. I know.

MM:     But you just told me Mary that it's--it is secret information.

MT:     Yeah.

MM:     Because you understand it and-and you're ready to tell the truth.

MT:     Yeah.

MM:     And-and that's-that's exactly what I need.

MT:     Okay.

MM:     So. Mary I-I need to know so if-if that is secret information, then, did you pass other secret information?

MT:     No, no. These things.

MM:     S-sorry.

MT:     These things.

MM:     These ty--these-these types of things that were secret information? Sorry, I-I guess I'm not--I'm not using [UI].

MT:     No, no, no. I am saying I told him, uh, only these things.

MM:     Yeah.

MT:        Nothing else.

MM:        Right, right. But it was--it was things like this? So…

AE:        There's like a number three here.

MM:        There's a number three [UI].

MT:        Number three, yes. Here, here. One, two, three. That is it. [UI]--

MM:        That's-that's still the same page.

AE:        [OV] The same one. This is this note, just blown up.

MT:        No, you remember I told you three or four?

AE:        Yeah, I remember.

MT:        This is--this is the three or four. You know--

MM:        So how many more?

MT:        No, only three or four. No more, no more.

MM:        There were three or four like this?

MT:        [OV] No, no, no. This is number three.

MM:        Yes.

MT:        Yeah I told you three or four since the beginning.

MM:        [OV] Right.

MT:        Three or four, that's all I am give.

AE:        [OV] It's three or four of these?

MT:        That's all I am give.

AE:        Okay.

MT:        No more, no more.

AE:        [OV] Can we talk about, can we talk about what was on those other three that we don't see?

MT:     [OV] No, no, no. No, no, no about you know, it's like IEF [PH]. You know, here inside the U.S. Embassy.

MM:     Okay. So these-these are all pictures of the same thing, Mary.

MT:     [OV] Yeah. Yeah.

MM:     Okay, Mary--

MT:     No, no I told you different things. And about I sent them about like ███████

AE:     Mm-hmm.

MT:     That he works with, uh, the [UI].

AE:     Mm-hmm.

MT:     The [UI]. And ████ I don't remember what, you know, I told him. And, uh, that's it. And I never gave, you know… I mean I said they reported to ██████████

AE:     What happened to the other documents?

MT:     It's the same. It's the--it's the names--

AE:     Mm-hmm.

MT:     --who-whom they working with. That's it. No. This one, this one. ██████████

AE:     [OV] So you-you went into further explanation about the [UI]?

MT:     ████████████████████████████████
        ████████████████████████████████
        ████████████████████████████████
        ██████████████████████████

MM:     So--

MT:     It was one mistake and done.

MM:     So Mary, I--what I understand is you-you're s--you're saying that there were three to four pages?

MT:     No, no, no. It's, uh, three.

MM:        Three.

MT:        [OV] You know, I remember I said the three.

MM:        Okay. So it was three?

MT:        Yeah.Yes.

MM:        Three pages?

MT:        Yeah, yeah.

MM:        And what-what was on--

MT:        This is--this is--this is all about these guys--about ▇▇▇▇▇▇▇.

MM:        So what-what was on the other two pages?

MT:        It's, uh, like that they work with the [UI] I remember. Work with the [UI] this one. ▇▇▇▇▇▇▇▇▇

MM:        So-so what-what was the number--the sheet number one? What-what was discussed on the sheet?

MT:        In sheet number one, you know, it's like, I-I told him that, uh, the-the next, you know, the next pages will be about this and about this and about this. I put their names all [UI].

AE:        So were there--were there other names?

MT:        No, no, no, no, no. Check my phone. Ch--You-you grabbed this? Why you don't give the other ones? The other [UI].

MM:        So what you told me before is that you got scared and-one you deleted it.

MT:        No, no. This is--no. No, this was--this is--this was--this wasn't… I deleted it, no. There is no-nothing if you get--when you got this one it was [UI] big. I just deleted, I just update. You have been working on this for a long time.

MM:        What-where did you put the other papers? Where were you--where are the other two papers?

MT:        It was this one and this one. This one I sent it like if I really remember it's not [UI] Andy. Maybe I didn't sent only this three page. This is the one.

MM:         Right.

MT:         The first one it was--I don't know. This is a three?

AE:         Yeah this is--this is all the same.

MT:         This is all--

            [end of session AUD_2020-02-27_05-33-34_UTC+3.flv]

            [start of session AUD_2020-02-27_05-38-34_UTC+3.flv]

MT:         Yes the other one is about, you know, where they work. But may--I resend it
            maybe--

AE:         Okay.

MT:         --two times. Nothing else and--it--nothing else.

AE:         [OV] O-okay. So what we're asking is--so what we're asking is so we-we know
            where this sheet is. It was under your bed. Where did you put the other ones?
            Because they weren't under your bed.

MT:         What's under my bed?

AE:         This-this paper. It was under your mattress.

MT:         Mmm, you have a camera in my room?

AE:         [OV] This, this t--This one--just saying this one--

MT:         You have a camera in my room?

AE:         Well we-we went and searched and we found this.

MT:         Yeah.

AE:         We were ques--We're asking you where-where are the other ones? Did you throw
            them away?

MT:         No, I sent--I sent like two… No, no I did not throw it away, it was in my--under
            my sheet. You found it under my sheets and my [UI].

AE:         [OV] There's just the one paper. Yeah.

MM:         Are all three under your--under your bed?

MT:        No, I don't remember. The other ones I don't remember if I put something only like this one. You found it under my sheet?

AE:        No, that's why I'm asking you what-what did you do with the other ones?

MT:        You get under my sheet, this one?

AE:        Yes.

MT:        There is a camera in my room?

AE:        No, we took a picture of this with a camera when we lifted the mattress up.

MT:        When, today?

AE:        That's, that yeah . . .

MM:        [OV] Mary that's-that's not important. What-what we're--what-what we need to know is--is what the other sheets said.

MT:        I swear nothing else. It's about ■■■ and ■■■ that's it.

MM:        Okay.

AE:        [OV] Perfect.

MT:        ■■■■■■■■■■■■■■■■■■■■■■■■■■
           ■■■■■■■■

MM:        And when you said Haram what do you mean?

MT:        Which one?

MM:        You said Haram?

MT:        What is Haram?

MM:        You said ■■■■■■■■■

MT:        ■■■■■■■■

AE:        ■■■■■■■■ And what-what do you mean by that?

MT:        N-nothing. I thought they work for somebody called ■■■■■■■
           Then I told the--

MM:     So-so it said that █████████████

AE:     [UI] Would you maybe at the end would you be able to write out kind of what you remember what was said?

MT:     Oh yeah. I-I know he can write it.

MM:     Okay.

MT:     [OV] I mean, this is what I say. What I wrote in the [UI], it was the same as the second [UI]. I remember very well. I did not say anything else. This is all the-the information.

MM:     Okay. I think right now, uhm, it would be best for us, uhm--

MT:     Yes.

MM:     --given the time to--we probably should take a little break.

AE:     [OV] Take a break.

MM:     Yeah.

AE:     Yeah. Do you need to use the restroom?

MT:     Yeah, [UI].

AE:     Do you want to smoke a cigarette?

MT:     [UI] This is from you went in my room, Andy?

AE:     I-I did not go in your room personally.

MT:     When they go?

AE:     When-when was this, Mike? W-when we were up ██████████

MM:     [sighs] I'm not sure Mary. And-and Mary I-I-I--

AE:     Yeah.

MM:     It's, you know, for, for what we're doing right now, Mary, it's-it's not important.

AE:     [OV] I mean, that--it's kind of irrelevant. [UI] when we went in. I mean it's-- Mike had gotten a legal-legal process from the judge.

MT:      Yeah because you said you got it from the IMEI.

AE:      Yeah.

MT:      From my phone. You got it from my phone you said.

MM:      Mary there were--there parts that were gotten from your phone. Now Mary one of--one of the things that I would--I would like to do with… We-we are going to take a break here, but, um, if-if you would provide this, it would really be appreciated to us.

MT:      [OV] Okay.

MM:      Uhm, does your phone have a password?

MT:      Yes.

MM:      Would you be willing to give me the password--

MT:      Sure.

MM:      --so someone can look at your phone?

MT:      Sure.

MM:      Okay.

MT:      It's A-L--

MM:      Okay.

MT:      --S-A-Y-E-D 1932.

MM:      Okay. 1932 A-L-S-A-Y-E-D 19--

MT:      [OV] Yeah.

MM:      --32. And which phone is that?

MT:      It's, uh, 507-398-9526.

MM:      Sorry, those--can you give me those last four?

MT:      507-398-9526.

MM:         398--

MT:         9526.

MM:         95--

MT:         26.

MM:         26. 507-398-9526.

MT:         Yeah.

MM:         And-and the password is A-L-S-A-Y-E-D 1932?

MT:         Yeah.

AE:         Do you have any other electronics? Do you have any other electronics?

MT:         Computer.

MM:         And--

AE:         [OV] Do you have a password on that?

MT:         No password, just open and open it.

MM:         [OV] That's okay. Would, would you be okay with us looking at this phone? 507-398--

            [end of session AUD_2020-02-27_05-38-34_UTC+3.flv]

            [start of session AUD_2020-02-27_05-43-34_UTC+3.flv]

            [background noise]

MT:         [UI].

AE:         Thank you.

MT:         No need to. They can do to anything.

MM:         Um, Andy do we--

AE:         Yeah.

MM:     --do we, do we want to go maybe get somebody, uhm, so we can take a little break?

AE:     Yeah. That'd be good.

MM:     [UI] do you want to maybe use the bathroom? Do you want to smoke a cigarette?

MT:     I don't want to stand outside front of everyone. [UI].

AE:     Yeah, but, like Mary, we'll limit--

MT:     Andy I don't want to show anybody.

AE:     Well, Mary, you have to--you have to use the restroom at some point.

MT:     I [UI] they know. The thing, they know?

AE:     I-I'll, I'll have an idea.

MT:     Who?

AE:     We can talk about that at the end. I-I--Listen, I promise Mike and I'll can all sit down and we'll, as best we can, answer all of your questions. Is that okay? The important thing is that we get through this information because as Mike said, there is a potential that people could get hurt. So the quicker we can get through this and we can look at the phone and so we can assess.

MT:     I not gonna hurt you. Nobody will hurt you.

AE:     [OV] We wanna k--We wanna keep people safe.

MT:     Nobody will hurt you [UI].

AE:     Listen, that's all [UI] gonna do.

MT:     No, [UI]. You know, you can check my phone. You can check anything you want. I never intended to me--

AE:     [OV] You're-you're going to give us-i-is that consent to look through that stuff?

MT:     You can look through my phone.

AE:     Thank you.

MT:     Let's go!

AE:        Okay, alright. Very good.

MT:        Go and look through my phone.

MM:        Okay. Alright, Mary, uhm, [UI]--

MT:        Look through my phone, look through my, uh, computer and it's open.

MM:        [OV] A-Andy's, uh, Andy's going to get someone real quick. We're just going to grab someone--

MT:        [OV] You need these.

MM:        --sit--sit with you, for a second.

MT:        [OV] Where is the bathroom?

MM:        Do you need to use the bathroom?

MT:        [UI]

MM:        If you want to use the bathroom, you can use the bathroom.

MT:        Yes. I feel very bad.

MM:        Mary.

MT:        I will be in the prison.

MM:        Mary. You-you are doing the right thing right now. That's all you can control. That's-that's all you can control.

MT:        I will be in the prison?

MM:        Mary I'm-I'm going to talk to the Assistant United States Attorney--

MT:        Please.

MM:        --and I'm going to tell him how cooperating you were with us.

MT:        [OV] Please. And I haven't, uh, I have done it for, you know…

MM:        Just a short period.

MT:        That's it . . . That's it.

[Pause]

[background noise]

AE:         Alright, I'm gonna grab, uh, ███ [PH], the, the gal that was in here before to take you to the restroom and, uh, we'll just take a couple minute break and then we'll [UI] continue the [UI].

MT:         [OV] You are go with me in bathroom.

AE:         You'd think we got the worst chair on camp here for me.

MM:         If you want to have a cigarette outside, you can, you want to have a cigarette in here.

MT:         Okay. [UI]--

MM:         [OV] We just--we need to, we need to make sure that we're taking breaks and--

MT:         [OV] Mm-hmm.

AE:         --then so that we're not--

MM:         Are you hungry?

AE:         --you're not--you're not dragging us.

MT:         They get one, one ten empty can to--You throw all of this in and everyone don't have to go out and make it as, people make it as, uhm--

AE:         Ashtray?

MT:         Ashtray [laughs].

AE:         You sure?

MT:         Yeah, I'm sure.

AE:         Okay, I may take a sip, is that okay?

MT:         Yeah take it--take it all.

AE:         Alright.

[background noise]

MT:      I don't want to drink.

MM:      You need a little bit of water.

MT:      No. I don't want to drink. I want just to die.

MM:      Mary--

MT:      No, I'm serious.

MM:      You don't deserve that.

MT:      [OV] No, I deserve to die.

MM:      You don't. Mary I--what I told you before, I-I meant. And that you're, you're right on the--

         [noise]

AE:      [OV] Alright, there we go!

MT:      You see. For that, thank you.

AE:      I had to drag [UI] cup so it would.

MT:      You leave it open a little bit for the smoke, you know?

         [pause]

AE:      You need to use the restroom?

MT:      No, it's okay, no.

AE:      No?

MM:      Uh, yeah, yeah. Yeah, let's take, we'll yeah. Go ahead and take a bathroom break.

AE:      [OV] Let's take a bathroom break.

MT:      No it's okay.

AE:      No, it's okay. We'll--

MM:      We sh--

UM:      [OV] ███████ [PH] gonna go over here to take you, so--

MT:        No it's okay. I don't want to go.

AE:        Yeah.

MM:        We do need to take a bathroom break.

UM:        [OV] ▮▮▮ it's okay.

MM:        So, we could just get two people go.

UM:        Okay . . . We gonna take her now, or--?

MM:        Yeah.

AE:        Yeah.

UM:        I think they want to go ahead and go do it so then--so, like, before she goes to bed we'll--so it--

MT:        [OV] Oh, okay!

UM:        Is that okay?

AE:        Yeah. Got--I gotta take a bathroom break too.

UM:        [laughs]

MM:        [OV] Yeah I do too. I do too Mary.

MT:        Yeah.

           [unintelligible background conversation]

           [Pause]

           [end of session AUD_2020-02-27_05-43-34_UTC+3.flv]

           [start of session AUD_2020-02-27_05-48-35_UTC+3.flv]

           [Pause]

           [background noise]

MM:        This is Special Agent Merletti. Ending the recording to conduct a battery change.

[end of session AUD_2020-02-27_05-48-35_UTC+3.flv]

[END OF 1145903.final.docx]

[START OF 1145944.final.docx]

[start of session AUD_2020-02-27_05-50-42_UTC+3.flv]

MM:      This is Special Agent Michael Merletti, FBI. Starting recording at approximately 05:50 on 27th of February 2020. Local time Iraq.

         [background noise] F

MM:      [UI] outside.

         [shuffling sounds]

UM:      [UI] Mary?

MT:      Thank you, how are you?

UM:      I'm good. How are you, ma'am?

MT:      Fine.

UF:      Do you need anything?

MT:      No, uh, can I smoke outside?

AE:      Yeah, you can smoke outside.

MT:      Can I smoke outside?

         [Pause]

         How are you?

AE:      [UI]

         AL

MT:      But even with the [UI], you lost a lot of weight.

AE:      Isn't it weird, all these changes?

MT:      Yeah.

AE:         The last time I  I saw you [UI] that short--

MT:         [OV] Yeah.

AE:         I lost a lot of weight. I'm usually eating better at work.

MT:         [laughter] [UI]

AE:         I've been eating a little less. A little less, and I've been training a little while. You know, back out in the field.

MT:         Yeah.

AE:         [UI] a couple years ago I had the [UI].

MT:         Yeah.

AE:         We've been together, a couple years ago, [UI] how long it would've been . . .

MT:         Yeah, [UI].

AE:         The last time I saw you it was short.

            [pause]

AE:         Feel good?

MT:         No. [UI]. I pray to God. [UI] I wish I disappear now. What I did, I think you know.

AE:         [UI]

MT:         Disappear from this world.

AE:         You good? Okay.

MT:         No, I [UI].

AE:         It's alright. You're gonna fix this.

MT:         No fixing it.

AE:         [UI]

MT:         I am sorry [UI].

AE:        [OV] Good?

MT:        Yeah, I try to . . .

AE:        Sorry, this was--

MT:        [OV] No! It's okay! I am sorry, you know, to keep you up.

AE:        [OV] No [UI].

MT:        No, I am sorry to put you in this situation.

AE:        [OV] [UI] Mary you didn't put me in any situation. You're okay.

MT:        Yeah. I put myself in this bad situation. [noises]

AE:        Mary, it's a mis--it's a mistake. It's like what we talked about. It's a short period
           of mistake.

MT:        Yeah [UI] you know.

MM:        [UI]

MT:        Yeah, you've got my phone and everything.

AE:        Yeah. Thank you.

MT:        [OV] And check everything? I have no--you know, I have never done anything.
           This one.

MM:        Andy, do you want a water?

AE:        I'll take one.

           [noise]

MT:        This one and I always stuck, you know.

MM:        I think I'm going to have a water. Are you sure you don't want a water?

MT:        No, I'm not drinking it.

           [background noise]

MT:        Thank you. Thank you.

MM:     You told me you want--so your email.

MT:     Yeah.

MM:     It's on your drive?

MT:     I usually talking. [laughs] Don't worry about it. I'm used to it. But not in this situation. What [UI].

AE:     It's okay.

MM:     Mary.

MT:     And I think they have to understand that for 15 years I have done nothing but good deeds.

MM:     So Mary, Andy and I were--were just talking a little bit and…

        [end of session AUD_2020-02-27_05-50-42_UTC+3.flv]

        [start of session AUD_2020-02-27_05-55-43_UTC+3.flv]

MM:     --we-we-we realize that-that you-you feel very sorry about what happened.

MT:     [OV] I feel very bad.

MM:     So we-we think we have a good opportunity at the end. Um, and we'll talk about that when we--we're getting finished up. But, you think, you know.

MT:     If you go to ba--my back to my history, ask me, and I have done normal, normal.

MM:     You've . . .

MT:     I was going out with the guys, in dates, you know, I put myself in very dangerous, you know, positions. Afghanistan [PH].

AE:     [UI].

MT:     You know, I don't know what to say. I let this happen.

AE:     Okay, so-so--

MT:     I let this happen, I am asking why this happened.

AE:        [OV] So when, so when we--Listen, every-everyone has emotions. And people can use your emotions [UI]--

MT:        [coughs]

AE:        People can use your emotions and make you do some things you wouldn't normally do.

MT:        I told them.

AE:        I understand. Mistakes don't take away all of those good things. Okay?

MT:        [OV] And I hope so. I have good things I have done, you know, that support my case. But I--

UM:        [OV] What-What's actually--what's really going to support your case is what we do in the here and now.

MT:        Yeah.

UM:        To be honest about this and to identify what's happened and be completely honest so that, that--

MT:        [OV] I am [UI].

MM:        [OV]--so those connections [PH] can well, they know that. If there's anyone in danger they can make them aware of that.

MT:        [OV] No. God, no. No, I don't put anyone in danger. I didn't meant, you know, to put anyone in danger and you--and you know that.

AE:        I know. It's so-some of this also, with the information on the sources that-that went out. I mean they could be in some danger.

MT:        Yes.

AE:        So we--that's why we need to understand--

MT:        [OV] Yeah.

AE:        --exactly what was said.

MT:        [OV] Yeah, yeah. I never considered them as American. You know, it's a problem. They are not American. If American, I would not have released information about Americans. You know that.

AE:        And--and that-that's actually--that's good to know.

MT:        No. I have never. I would never release any information, operations, anything no. Nothing. Come on, Andy.

MM:        [UI] Mary, no one is suggesting that, but we-we do need to understand entirely what this information was.

MT:        This is exactly I swear. Only about these sources I swear, nothing more.

MM:        So--

MT:        [OV] It's only one time meeting up like that.

AE:        Mm-hmm.

MT:        And finished. I start.

MM:        So which--we, we talked about some of them.

MT:        The-the--only those--only those. Go through my phone, go through my computer. I am a--whatever you want.

MM:        Okay, so--

MT:        You will not find only this. I have confidence in this. Go and check.

MM:        What types of information was provided about our in-house service?

MT:        That he--that ███████████████████, you know, and he also--I don't know, what-what, you know, I don't remember. Where he was, where he was working with. That's all--that's all what I--what I, and-and you know, never released like--never released our information.

AE:        Right.

MT:        Now this is all on what I am saying.

MM:        Okay.

MT:        You go and search and do anything you want. You have my phone, you have my computer, you know, go back through the history. Nothing else. I am sure. I am telling you the truth.

AE:        Okay.

MM:     Uhm, so Ahmad [ICST] asked about sources.

MT:     Yeah.

MM:     And you were able to provide ████████████████

MT:     Yeah.

MM:     And what, what did you describe that as.

MT:     Nothing.

MM:     Nothing.

MT:     What I wrote. I never talked with him, you know, I never talked. No. What I wrote I put, that's it. No more.

MM:     Okay. So he asked about… Did-did he ask you about sources? He--and did you respond?

MT:     [OV] He told that, yeah, and-and told that. I said, you know, that's what--that's what I give him. I told him, you know, I was like, I sent [UI] for once, but I discovered that this was a big mistake and I stopped. I never gave him any information. I am very sure. I'm telling you. Go ahead check my phone, both do anything you want.

MM:     Is there a reason you feel uncomfortable approaching Golden [PH] Command about what had happened?

MT:     No, no.

        [end of session AUD_2020-02-27_05-55-43_UTC+3.flv]

        [start of session AUD_2020-02-27_06-00-43_UTC+3.flv]

MT:     I will not. I-I don't even at the first step. No I [UI].

MM:     No, no I mean but after it happened did you ever consider going to the Command and saying listen I ma--I-I did this?

MT:     I was thinking about it.

MM:     Okay.

MT:     But I was afraid.

MM:        Okay.

MT:        But, you know, I-I-I'm telling you before it-it-it's more than two weeks after this
           happened.

MM:        Mm-hmm.

MT:        It happened--

AE:        Mm-hmm.

MT:        --directly after this more than two weeks now. I, you know, I decided no more.
           This is--this is a big mistake why you are doing this?

MM:        Sure.

MT:        I-I figured, you know, I recognize that this is a big mistake.

MM:        So Mary one of the other people that is mentioned in the note, uhm, aside from
           ███████████████████████████

MT:        ████████████

MM:        He's mentioned in the note.

MT:        ██████████████████████████████████████████████
           ███████████████████████████████████████████████
           ████████████████████████████████

MM:        ████████████████████████████████

MT:        ███████████████████████████████████████████████
           ████████████████████████████████████████████████████
           ███████████████████████

MM:        For [UI] this--

MT:        ██████████████████████████████████████████████
           ██████████████████████████

AE:        Mm-hmm. Did you base that off anything that you had read in reporting?

MT:        [OV] Yeah, yeah.

AE:        So it's something you read in the reporting--

MT:        Yeah, you know, it's [UI].

AE:        ████████████████████████████████

MT:        No, not with the targeting. They were [UI], yeah.

AE:        [OV] I'm not trying to words in your mouth, I'm just trying to understand.

MT:        [OV] Yeah that ████████████████ that's it.

AE:        ██████████████████████████████████
           ██████████████████████████████████

MM:        What were you--

AE:        We tried--

MT:        [OV] ████████████████████████████--

AE:        Okay.

MT:        [OV]--but that's not . . .

AE:        And what-what does that mean someone is watching him?

MT:        It's like this like this, I told him, you know. I put it like this.

AE:        And what made you--

MT:        That you know--

AE:        --what made you believe that?

MT:        ████████████████████████████████████
           ████████████████████

           [pause]

AE:        And . . . ████████████

MT:        ████████████████████████

AE:        Y-you said his position.

MT:        Not, wh--what was his position?

AE:         You said before ███████████████████████

MT:         ██████████████████████████████████--

AE:         ████████████████ Okay.

MF:         I just feel like that-that's for that to be in there there had to be s--a little bit more significance.

MT:         ████████████████████████████████████████
████████████████████████████████████

MM:        That's it.

MT:         You know, I'm telling you the truth.

                 [Pause]

MT:         It's not okay, Andy.

AE:         No, it's okay. It's okay.

MT:         [laughs] It's everything, you know? It's not okay. It's--And it was illegal.

MM:        [OV] And, and Mary--

AE:         [OV] We're, we're [UI].

MM:        --just so I understand, um, what-what kind of information made you understand that?

MT:         No, no, no. I read about, you know, that they are watching him and that's it. This is what information. I didn't put specific, you know.

MM:        Is there something specific that you read about him?

MT:         No, no, no that they are watching him, you know. I don't know why, but that's it.

MM:        [OV] Where-where did you read that?

MT:         In-in-in the reports.

MM:        Which reports?

MT:         In the reporting.

[end of session AUD_2020-02-27_06-00-43_UTC+3.flv]

[start of session AUD_2020-02-27_06-05-43_UTC+3.flv]

MM:      In what?

MT:      In the note one. In the OneNote.

AE:      The OneNote?

MT:      Yeah.

MM:      Mmm. Do you know which date? Or what report you read?

MT:      I can't remember. Many. I read many. But I didn't--I didn't put more information. Not discuss [UI] about anything.

MM:      Yeah, but you said--

MT:      ██████████████████████████████████████
████████████████████████████████████████
████████████████████████

AE:      Mm-hmm.

MT:      Nothing. Just--

AE:      Just, just the guys?

MT:      The, the guys.

AE:      ████████████████████

MT:      [OV] That's it. That's it.

MM:      Okay, uhm--

AE:      [OV] Can I ask a question?

MM:      Absolutely.

AE:      ██████████████████████████████████████
████████████████████████████████████
████████████████

MT:      No I-I didn't say this.

AE:        I-I'm just saying that he-he understands--

MT:        [OV] That he [UI] that he--? No, no.

AE:        [OV]--that you work with the sources and transmitting.

MT:        [OV] These guys--they are--these guys are watching him.

AE:        Okay.

MT:        That's all what they said. I never mentioned no U.S. I told, "You go and see."

AE:        [OV] No, no, no. But--

MT:        [OV] Never mentioned, you know, they can be reported to anybody.

MM:        But my question is, he knew that you worked in a U.S. Embassy. This
           organization. Y-you understand? He knows what you do for a living.

MT:        Yeah. No, no he didn't know. That I am working. I told him somebody give me
           the information. He knows that I work in a hospital in the United States.

AE:        Okay.

MT:        And I go sometimes and I translated, you know, for the government.

AE:        Mm-hmm.

MT:        This is what I told him. And this period I told him, I'm translating for the
           government. That's why he asked me. But I never--I never put more information
           about this. I said I'm--

AE:        [OV] So, you didn't speak about being in Iraq? Where you're located?

MT:        No, I said I go back and forth. I go between--

AE:        [OV] Between Iraq and--

MT:        [OV]--Yeah, and the United States.

AE:        Okay. So you-you go between Iraq and the U.S?

MT:        Yeah.

MM:        And you translate?

MT:        Yeah.

MM:        In Iraq?

MT:        Yeah.

AE:        Okay. I just want to understand.

MT:        Right.

AE:        And then to Minneapolis is working at a hospital?

MT:        In ER.

AE:        Okay. Just so I--

MT:        [OV] That's it.

AE:        Okay, I understand.

MT:        I still don't believe that I'm doi--I did this. And I'm here.

AE:        There's a good thing.

MT:        It's a dream. Nightmare.

AE:        [OV] Li-list-listen, we're working hard and we're going to continue to keep things in a positive direction.

MT:        [UI]

MM:        So Mary my--that's-that's a really big point that you brought up. Uhm, as it relates to when, when you're explaining that you work for the government. What type of government--government organization did you tell--?

MT:        [OV] No, I didn't. I said, you know, I'm a linguist. I never mentioned for whom I work with.

MM:        But you said the government--

MT:        [OV] I'm in Iraq. Yeah, I'm in Iraq. You know, as a contractor. You know, I work as-as a linguist sometimes. I go to Iraq and translate and, you know, go back.

AE:        For the U.S?

MT:        Yeah, for the U.S. Yeah.

MM:        [OV] Okay. And was--was it explained what type of information you had or have access to?

MT:        No, I never told him. I told him, you know, that's not [UI]. I mean maybe he knows what-what she is doing in Iraq, you know.

AE:        [OV] Mm-hmm.

MT:        But I never told him that I am, uh, I have like clearance, or I-I translate sensitive information. No.

MM:        S-so why would he have known to ask you.

MT:        Because I told him I-I go and translate in Iraq, you know, for the government.

MM:        So, but why would he have thought that you had information about PMF sources?

MT:        Mm-hmm. I don't know. He figured out for sure. He told me [UI]--

MM:        [OV] How did he figure that out?

MT:        I don't know. I never told him what I am doing here exactly. No. You know, I-- you know I--You know, I-I-I am 100% sure.

AE:        Mm-hmm.

MT:        He told me--

AE:        [OV] Could someone you know--

MT:        [OV]--"If you know, you, if you know, just, you know, if you can help me . . ."

AE:        Mm-hmm.

MT:        That's what he told me. I suppose his [UI]--

           [end of session AUD_2020-02-27_06-05-43_UTC+3.flv]

           [start of session AUD_2020-02-27_06-10-44_UTC+3.flv]

           [background noise]

MM:     So if-if you don't mind I'm going to--I want to talk again about the reports in the OneNote. So earlier we mentioned the classification of material. So do you understand the classification of the material in the OneNote?

MT:     Yes.

MM:     And what do you understand that classification to be?

MT:     It's secret. And you make it easy for me. Now, it's not easy. [laughter]

MM:     Telling the truth, telling the truth is easy.

MT:     [OV] You are, you are, American. I'm telling him the truth, you know. I'm telling him the truth, I swear. It has made one mistake and, you know.

AE:     Listen, we're addressing it.

MM:     We're going to address it.

MT:     Yeah, I know, [UI]--

MM:     [OV] We're going to address it, and we're going to move on.

MT:     [OV] I'm telling you if you find something else in my phone you will say, "Oh you are a liar. You are a big liar." [UI]

AE:     [OV] [UI] something else?

MT:     Yeah.

AE:     What is it?

MT:     [OV] If you find something else in my phone--

AE:     [OV] Do you think we will find something?

MT:     You will never find anything else.

AE:     [OV] I just want to make sure.

MT:     [OV] I know myself, Andy.

AE:     Okay. I--

MT:     It's yours.

AE:         --I'm just making sure.

MT:         It's yours. With the computer it's yours and the phone is yours.

MM:         We-we talked a handful of times about how it's really big steps in explaining this.

MT:         [OV] Oh, yeah.

MM:         This is a big step.

MT:         Thank you.

MM:         This is a big step.

MT:         Thank you. Yeah and I give you the phone and the password, and it's a big step because I know myself.

AE:         [OV] [UI]

MT:         [OV] I know myself. It's has--it happened once and no more.

MM:         It's a very short period in time.

MT:         Exactly.

MM:         Very short period in time.

MT:         I am the one who-who-who discovered that it was a big mistake.

MM:         Right.

MT:         Nobody give me a warning before even you came.

MM:         So with the information in the OneNote being secret I need to understand how you removed the information from your OneNote and how you--what you did.

MT:         Memorize it.

MM:         So you--

MT:         Yeah, I just memorize it because it's--I didn't put a lot of stuff, I just memorize it with no details. I want you to understand this. I just memorize it without any details.

AE:         You've got a pretty good memory.

MT:        Oh, in the names, yeah that's easy to memorize names.

AE:        [OV] Yeah.Yeah.

MT:        I didn't put a lot, you know, I didn't send [UI].

MM:        So, you got their names that were passed off. Did you write them down?

MT:        Yeah, yeah, yeah.

MM:        So you--

MT:        [OV] Yeah, yeah, I had them down.

MM:        [OV] So you, you, you would memorize?

MT:        [OV] Yeah.

MM:        And then--

MT:        I memorized every, you know, it's like with the [UI] because it's a big like big marker, you know.

MM:        Yeah.

MM:        And why would you write it with a big marker?

MT:        Because to be like--I didn't have like a pen in the room. I have marker. I was scared also.

MM:        Did--Was it--was there a reason it was in a big marker?

MT:        No, no. No reason. It was handy. It was handy.

MM:        And then once you wrote it down on paper how did you send it to Ahmad?

MT:        It was like a--it's a video call. You know, like a video call.

           [pause]

MM:        And what--How did that work on the video call? What-what would you do with the paper?

MT:        Nothing. I show him the paper and I sent to him. I showed him the paper.

           [Pause]

AE:        It's [UI]. Did you--did he tell you to transfer it like that or did you figure that out on your own?

MT:        No, he told me.

AE:        Okay.

MT:        Yeah.

AE:        How did he explain it?

MT:        No, he told me--

               [end of session AUD_2020-02-27_06-10-44_UTC+3.flv]

               [start of session AUD_2020-02-27_06-15-44_UTC+3.flv]

MT:        He started, "If you, you know, show it to me." I said, "I can send it to you," you know.

AE:        And how does he get that information? Or does he--How does he capture it? Did he write it down?

MT:        He wrote it down. He wrote it down.

AE:        He writes it down.

MM:        And does he thank you for the information?

MT:        Yeah he said, "You did great." Yeah.

               [background noise]

MM:        So he said this was great. Did he say anything else?

MT:        [OV] Yeah, yeah. He said, you know, if I, "Yf you have more." I said, uh, "We will see, inshallah," and told him. And after that, I stopped. And then, perhaps [UI] I never thought that [UI].

MM:        So, Mary I-I understand that there was, you know that-that emotional--

MT:        Yeah, yeah.

MM:        Connection between the two of you.

MT:         [OV] Yeah, yeah.

MM:         It sounds like he may have used that--

MT:         Yeah.

MM:         --to maybe change your mind a little bit.

MT:         Yeah. And I was afraid of about him from . . .

MM:         Uhm . . .

MT:         Both.

MM:         Now…

AE:         So my question is, based on all this, how--did he ever communicate a threat or… I mean it sounds to me that it was--you understood who he was affiliated with and what they're capable of.

MT:         [OV] No, but, you know, no. I was afraid that my family [UI] like.

AE:         Was-was that something that you were afraid of because you knew who he was affiliated with?

MT:         No, I know that he's affiliated with ██████████

AE:         Mm-hmm.

MT:         This is--you know, I was afraid of. It's not [UI], somebody else, no. ██████████ is like, uh, like I mean he's in the Ministry of Interior, interpret. He has a lot of influence. It's not [UI] because, it's because of his nephew.

AE:         So but they--so he never communicated a direct threat?

MT:         [OV] No, no.

AE:         Nothing like, "I'm going to get your family"?

MT:         No, no, no.

AE:         [OV] Okay. That's--

MT:         No, no, no.

AE:         Okay. That's--okay, good.

MT:        No, no.

AE:        Yeah.

MT:        I was afraid, you know?

AE:        It was just an [stutters] inference of who his family knows--

MT:        Yeah.

AE:        I understand, okay.

MT:        He knows my, you know--

AE:        [OV] Okay.

MT:        He knows my sister that's [UI].

MM:        It's--did that fear is generated because of Ahmad's affiliation?

MT:        Yeah.

MM:        Is-is that what fear struck you?

MT:        [OV] Yeah. His nephew . . .

AE:        It's okay.

MT:        It's not okay, I know. [laughs] You keep saying "okay."

AE:        [OV] No, listen. Listen.

MT:        It's not okay, Andy. I know that.

AE:        Listen. I-I've sat across from bad people and it's not you.

MT:        I am not bad.

AE:        I know.

MT:        I am not bad. I am not bad.

AE:        We're human. We make mistakes.

MT:        Not like this mistake. After 15 years.

AE:        Listen to me. We make big mistakes, small mistakes in our lives.

MT:        Fifteen years. This is not a small mistake.

MM:       So you--you-you just--I-I know you're saying you make these mistakes but you're--you're doing the things right now to make all of this right. And--

MT:        I hope so.

MM:       I-I know so.

MT:        No, I hate it. I wish I can sacrifice myself, you know?

MM:       [UI]

MT:        To wipe this mistake.

AE:        That's what your character will be judged on, is how you address this.

MT:        I wish I can . . . I can sacrifice myself to wipe this mistake. The only mistake of my life.

AE:        It's not necessary.

MT:        No, it's very necessary. I know what I have done. This is big mistake, Andy, don't make it easy for me.

AE:        Right now it-it's hard to see past tonight, but I promise you as time goes on, you're-you're going to see that there can be life after this [UI].

MT:        [UI]

AE:        [OV] We'll be there for you.

MT:        [OV] [UI]

MM:       [OV] Mary, you know, I know you don't feel that way right now.

MT:        [UI]

MM:       Eventually you're going to feel different.

MT:        I know.

MM:       And what you're doing tonight is the right thing.

MT:        [OV] Is wipe my repent.

               [end of session AUD_2020-02-27_06-15-44_UTC+3.flv]

[END OF 1145944.final.docx]

[START OF 1144158.final.docx]

[start of session AUD_2020-02-27_06-20-45_UTC+3.flv]

MT:        I don't.

AE:        Yeah.

MM:       I'm, I'm not going to, I'm not going to yell at you tonight.

MT:        Mm-hmm.

MM:       But that [UI]--

MT:        [OV] Yeah I deserve it, I deserve it.

MM:       I would never do that.

MT:        [OV] No yeah. I deserve it.

MM:       I'm [UI].

MT:        Oh yeah, I deserve it. Hit me I deserve it. [crying]

MM:       [OV] No, we would never do anything like that.

MT:        [OV] You can do anything [UI]. Kill me, I deserve it--

MM:       No.

MM:       No, yes. I deserve it.

AE:        You know, what's important to Mike and I, is that you feel like you're getting treated with respect and dignity.

MM:       Exactly.

MT:        [crying] Kill me, I deserve it.

MM:     [OV] Mary we're-we're--we would never do anything like that. Do you want to [UI]?

MT:     No, habibi! No mama!

MM:     I-I don't want you [UI].

MT:     No, I feel bad about myself.

AE:     Can I tell you something?

MT:     One mistake I [UI].

AE:     Listen, can I tell you something that always sticks with me? I know that you're a Christian too. The fact of the matter is we all make mistakes. We all have done-done bad things. Every one of us, right? So, I--

MM:     [UI]

AE:     But somebody paid that price for us, right? No, Jesus paid that price for us right? And God can forgive us. We don't have the right not to forgive each other.

MT:     I wish I could die now. That's what I wish.

AE:     We will be able to move, you will be able to move past this. Tonight is--it's not lost on Mike and I how stressful, something this is.

MT:     [OV] No it's okay, you know, I-I-I-I'm answer all these questions and I will be honest. I have been honest with you and not find anything else. It-it one time.

AE:     Yes.

MT:     It's one time. I [UI] this just one time, and that was a big mistake. I was honestly [UI]. I was feeling very bad. But it's, uh, it's too late.

AE:     Mary.

MT:     Yes.

AE:     You-you-you felt bad because--

MT:     I feel very bad.

AE:     --you knew what had happened.

MT:     I knew it-it-it's wrong. I knew it was [UI].

AE:         You knew it was wrong but you know what, Mary, you've been given an opportunity to talk about that with us, what happened and you're doing that and you are doing your best to make it right as you can right now.

MT:         Yeah.

AE:         And-and that's why in-in our eyes what we will communicate is that you've done as much as you can to make this right.

MT:         Mm, I am telling you all that was sent was this. You will never find anything else.

AE:         So-so Mary…

MT:         Check IMEI, look my IMEI and see what I see, what I do. This is all, just once I make this big mistake. That's it. And I deserve anything. I admit it, and [UI] any punishment. I deserve what's happening now, to me.

AE:         If you were given the opportunity to try to help get some of this would-would you take it?

MT:         Yes. Of course I would do.

AE:         Like to help the U.S. find this person that--

MT:         Yeah.

AE:         --[UI] you-you would help?

MT:         Yeah.

AE:         Okay.

MT:         Of course I will help! You know, come on. I will help. Of course I will help to find this person. Of course I will help.

AE:         Okay.

MT:         Are you kidding me? If you want me to go and kill him I'm willing to go and kill him now.

MM:         [OV] No, that's-that's not at all what we're asking.

MT:         No, I will kill him you know.

AE:          Maybe through--maybe through communication that you'd help us to identify him?

MT:          [OV] Yeah, yeah.

AE:          Okay.

MT:          You know, I can tell you where he live also. You know, he told me where he lived. He told me where he lived, you know, it's like his phone number. Description, you know, I have photos of him in my phone. Him and his wife, you know, him and his wife, you know. And, uh, his daughter and, and his son. I have them all, you know, on my phone. I will show you, I'll tell you this and this and this and this, you know? Of course. It's too late Andy. This will not [UI].

AE:          It's not too late.

MT:          [OV] Yes it's too late. You know?

AE:          [OV] Will you sit down with us again if you have that information?

MT:          [OV] You don't know--Of course!

AE:          Okay.

MT:          Of course, I will sit down, anything. You know, it's like I'll tell you and show me the picture. Bring the phone, I will show you the pictures now. I will show you the picture--

             [end of session AUD_2020-02-27_06-20-45_UTC+3.flv]

             [start of session AUD_2020-02-27_06-25-45_UTC+3.flv]

MT:          I will show you, you know, with all the [UI]. Are you kidding me?

MM:          And we-we--

MT:          You know, it's like…

MM:          We may want to do that.

MT:          Yeah!

MM:          [OV] May-maybe tomorrow.

MT:          Yeah, yeah.

MM:         So what we--what we might do is we might take a break at some point and rest--

MT:         [OV] Where you are going to keep me, here?

MM:         We-we would rest, allow you, allow you to rest for the evening. Sleep for a little while. And then--

MT:         [OV] Here? In my room?

MM:         Uh, it-it would be here.

AE:         We'd be here.

MT:         You'll be here?

MM:         Yeah.

MT:         My room I cannot go, eh?

AE:         No, no, no. So what we-we'll have sent here.

MM:         [OV] What we can provide, what's what's needed--

AE:         Yeah.

MM:         [OV]--to make you comfortable.

MT:         And my stuff and everything?

AE:         Can you make a list of some of the personal items that you need?

MT:         Yeah, but how I'm going to take all my stuff with me [UI].

MM:         We'll w-w-we'll take care of that.

AE:         [OV] We'll worry about that.

MT:         [OV] No, no, no. I'm willing to-to-to show you the picture and then, you know, everything, his family, you know?

MM:         Mary you-you're talking about a picture. Uhm, what-what picture are you talking about?

MT:         It's his picture.

AE:         His?

MT:     It's his picture.

MM:     Oh okay.

MT:     Yeah I'll send you his picture.

MM:     I wasn't sure--

MT:     His-his wife picture, his daughter, yeah.

MM:     [UI] it almost sounded like--Are we were talking about … Are there, are there any sig--

MT:     [OV] No, no, I'm talking about A-Ahmad [ICST].

MM:     Yeah, yeah.

MT:     I'm talking about Ahmad.

MM:     So you talked about that you showed papers to Ahmad on video call.

MT:     Yeah.

MM:     Was there ever any other way that you showed Ahmad information?

MT:     [OV] No, no.

MM:     Okay.

MT:     This is the only one. This is the only ones and this was the only one I showed him. That's it. I am 100% sure. I'm telling you, you know, check my phone. Go back through the history.

MM:     Is there any other way that you communicated with him?

MT:     No, I was talking to him like, you know, twice a week.

MM:     Mm-hmm.

MT:     And we would like text messages, text.

MM:     Did you ever email or anything?

MT:     No, no, no. No email.

MM:        Okay.

MT:        No email. No any of that. No, nothing. I don't give my email no--

MM:        Okay.

MT:        --to anybody.

MM:        And what-what was the application that you used…

MT:        It's WhatsApp, WhatsApp.

MM:        Was there any, um, any-any other additional application?

MT:        No, no. We never used any application. WhatsApp.

MM:        Okay. Um, were there--were there times where you memorized information and then texted?

MT:        No, no.

MM:        Okay.

MT:        Usually when I--no.

MM:        Okay.

MT:        It's only one time, that's it. Only one time. Text messages, no. I never text messages. This is once happened and I--it-it was, uh, written. That's it.

           [Pause]

MT:        It's easy to memorize names, you know. It's not hard. Because not too many information. So.

MM:        I-I just--I have to be--

MT:        Of course, go ahead--go ahead, mama!

MM:        Sure. Mary I-I've just--I've got to be positive that there is no text messages or--

MT:        No.

MM:        --no photos.

MT:        No.

MM:         There were--

MT:         [OV] No. No.

MM:         --no, uh, recordings?

MT:         [OV] No, no, no, no. I am 100% sure. No recordings, no text messages, no, no.

MM:         Okay, those--

MT:         I am telling you the truth, man.

MM:         And no--

MT:         [OV] They have all you will discover. If I am telling the truth or lie.

MM:         So no, note--

MT:         I'm telling you the truth, no.

MM:         No text messages?

MT:         No.

MM:         No photos?

MT:         No.

MM:         No recordings?

MT:         No.

MM:         No secret information?

MT:         No.

            [Pause]

AE:         That-that's your phone and you don't give that to other people. I know you're very protective of it.

MT:         No, sometimes I give my phone but I don't think somebody will use it.

AE:         If that was the case then you'd be aware of what they--what they did and what they called?

MT:     No, sometimes I don't look. I don't know. I keep my phone in here. I keep my phone here and then--

AE:     I just want to--nobody else here contacts him?

MT:     I don't think so. I don't think so. I don't know.

AE:     Okay.

MM:     We're just trying to make sure it was just--it was just you that was making these--

MT:     Yeah.

MM:     --these communications.

MT:     Yeah.

MM:     And not anybody else in there--

        [end of session AUD_2020-02-27_06-25-45_UTC+3.flv]

        [start of session AUD_2020-02-27_06-30-46_UTC+3.flv]

MT:     [UI]

AE:     Okay.

MM:     So one of the other things I do want to talk about is Ahmad's nephew.

MT:     Yeah.

MM:     So you talked about--

MT:     Yeah he's, uh, he is [UI]--

MM:     Okay.

MT:     --he is--

MM:     What's he--

MT:     [OV]--he is the Minister--uh, he worked with the Minister of Interior, you know, and, uh, you know, I'm trying to remember his first name, to be honest with you.

MM:     So earlier when we spoke about, uh, the affiliations.

MT:          Yeah.

MM:          You-you told me some things about Hezbollah.

MT:          Yeah.

MM:          And you told me, uhm, that they--you described them as an octopus.

MT:          Yeah.

MM:          You said that they have their tentacles everywhere.

MT:          Yeah.

MM:          Does-does Hezbollah have their tentacles in the Ministry of Interior?

MT:          I don't know. But, you know, if you are Shi'a yes. I don't know, you know.

MM:          Mm-hmm.

MT:          I don't know, you know, I don't live in Lebanon. It's almost been forty years I state. I don't know. To be honest with you, yes. Every Shi'a, you know, even if he is in the government if he is not supported by both of these organizations he will not survive. He will not survive, I mean he will not stay in this position.

MM:          So Mary what-what you're--what you're saying you're kind of going in two directions.

MT:          No, I--no.

MM:          But you--So, with his work with Ministry of Interior, do you understand or would-would you-you believe they've affiliated--

MT:          [OV] I don't know.

MM:          [OV]--with… I-I know you're saying you don't know but…

MT:          I don't know but I'm telling you I-I assume that, you know, every Shi'a has a family that, you know, [UI]. I don't know.

AE:          Hez-hez-Hezbollah?

MT:          [stutters] Both. Ahman or Hezbollah, I don't know which one.

AE:          [OV] [UI]

[Pause]

[background noise]

MT:      [sighs]

MM:      I'm-I'm just--I'm trying to understand this better because it seems that there's a connection between Ahmad and his nephew.

MT:      Of course, he's, he is his nephew.

MM:      Right. But it seems that there's more of a connection.

MT:      [OV] I don't know. They say and they affiliated, and he's his nephew, for sure, he is connected with him.

MM:      Mm-hmm. Okay. I-I understand that but it's--There's only, you know, one person you're continuing to mention as it relates to Ahmad as his nephew. So I-I've got to understand why that is in your mind that you directly connect so much? [UI] especially with this [UI].

MT:      [OV] Because, yeah. Because, you know, his-his-his nephew and he is like his father. You know, like the fathe, you know, like the father to his nephew. Told me [UI] lost is father [UI]. And this is why I'm saying, you know, he is connected to him. You know, I assumed. I-I never talked with him. Never, never even met with him. [UI]

AE:      How did you find out about the nephew's position?

MT:      He told me.

AE:      Okay. [UI]

MT:      Yeah he told me that he was the Ministry of Interior.

MM:      And what else did he tell you about his nephew's position?

MT:      Nothing, nothing position, no. We don't talk about this. I don't like to talk about these things, you know.

AE:      What's that?

MT:      I don't like to talk with--I mean politics like with him [stutters] over the, you know, the phone.

AE:        Okay.

MT:        I don't--I agree, you know.

MM:        Wh-what do you mean?

AE:        [OV] Well, what are his politics?

MT:        [OV] I don't like it. I don't like it. I don't like all of it.

AE:        [OV] What are his politics?

MT:        No politics, I mean what's happening in Lebanon.

MM:        Okay.

MT:        [OV] You know, it's like I don't like to talk about this because I disagree, you know, about what's going on in Lebanon. I disagree, you know, about what's going on, not whats--

           [end of session AUD_2020-02-27_06-30-46_UTC+3.flv]

           [start of session AUD_2020-02-27_06-35-46_UTC+3.flv]

MT:        What they are hap--what they are doing. You know.

MM:        What who's doing?

MT:        [UI] Hezbollah or other things, you know, in-in-in Lebanon. You know, I disagree. I think that, you know, they are the reason we-we argue.

MM:        Mm-hmm.

MT:        You know, it's like, it's okay.

AE:        And he kind--he supported it and you, you didn't support it?

MT:        [OV] Yeah, yeah, yeah you know, and he said what they are doing. Like, you know, when I talked about, uh, the protest, you know.

MM:        Mm-hmm.

MT:        [OV] He said--he said--he said no, I know. I said no they're, you know, they are poor. They need money, they need food, you know? He said no, they are just-- they're bad people.

MM:        What else did he tell you--

MT:        [OV] That's it.

MM:        --that he agreed with?

MT:        That's it. I told him I don't want to talk politics, you know, please. You know, we disagree and it's better not to talk about that.

MM:        But-but you knew that--or I should say--Did you know that Ahmad agreed with Hezbollah's politics?

MT:        No he agreed because with what's going on in Lebanon, you know.

MM:        [OV] As it relates to . . .

MT:        [OV] But, you know, you know, Lebanon, it's, it's not Hezbollah only. You have the president Ahlam, the party also, against--

AE:        [OV] Hm.

MT:        --you know, you cannot tell, you know. And said he agreed with-with, uh… I mean he is against of course. I was with the protests.

MM:        It's just--

MT:        [OV] Protests.

MM:        --it's just a little confusing because--

MT:        [OV] Yeah.

MM:        --we're--you--we're saying it sometimes and then when… I guess when they talk about it again, you [UI] could be [UI].

MT:        What's confusing?

MM:        We're-we're just trying to understand what you're saying. So our-our understanding--

MT:        [OV] When-when-when the protests started, okay? He was talking--I said, "How is the situation in Lebanon?" "Oh, they are bad people." And I told Ahmad that, "No it's not bad people," you know.

AE:        And who do these people protesting?

MT:  The protests--the protesters, i-i-it's mix. It's the Shi'a and Sunni there are protests that can take a [UI]. He said, "No they are bad people, Lebanon. They are trying [UI] to destroy the country." And said, "No. I mean they are asking for their rights, you know? They have the rights."

AE:  Mm-hmm.

MT:  They have the rights. I mean I told them like my sister is-is--she-she told me that the prices of the food, it was modest.

AE:  Oh.

MT:  You know.

AE:  Yeah, yeah.

MT:  Production and the hospitals.

AE:  Interesting.

MT:  Yeah. No, it was no problem.

    [background noise]

MT:  No it's [UI] I'm-I am diabetes, that's why I [UI].

AE:  Do you need a little bit of food?

MT:  No, no. I don't need.

AE:  Okay.

MT:  Not yet.

AE:  Do you take--real quick…

MT:  [OV] I take medication.

AE:  Do you? Okay.

MT:  Yeah the medication it's, uh, it's on top of the fridge. You know, [UI].

AE:  When do you take it next?

MT:  No it's okay, you know. I ta--I have to take it once-once a day.

AE:        Once a day. Okay, so that's something that we want to get to you.

MT:        [OV] Yeah.Yeah.

AE:        Okay.

MM:        We'll talk about that at the very end. Some [UI].

MT:        No problem.

AE:        Do you check your blood sugar every day?

MT:        No.

AE:        You don't, okay.

MT:        Once a week.

AE:        Once a week?

MT:        Okay.

AE:        So things are pretty well under control?

MT:        Yeah, yeah. I think so.

AE:        Do you feel good right now?

MT:        No, not very good.

AE:        I mean just with the diabetes.

MT:        I meant mentally, I don't feel good.

AE:        And I'm, okay, [UI] harm.

MT:        Not my body's physical needs. [laughs] What you need? I am [UI].

AE:        I-I know. I don't know how fa--I'm not the fastest--

MM:        [OV] We-we are--we are trying to go as fast as we can.

MT:        [UI] Yeah, thank you.

AE:        It's not lost on either of us this is a very difficult night for you.

MT:         Thank you. No it's okay. You know, it's easier than--

MM:         Mm-hmm.

MT:         --what I am--what-what I mean like what I am feeling about what I have done. Ask any question.

AE:         [laughs]

MM:         Uhm, I think you've covered a lot, um, tonight. And, uhm--

AE:         We could talk some more tomorrow?

MM:         Yeah.

AE:         Maybe [UI] read some of the stuff on your phone?

MM:         [OV] Are you willing to talk tomorrow?

MT:         Of course. Why not, you know. I talk with you and I go to say I will talk, you know. It's a lonely process as you said. It can be a lonely process, Andy.

MM:         [UI] lonely process. And I think we have a lot information to cover too. And we'll probably have some other questions tomorrow just to verify some things.

MT:         Yeah.

MM:         Look at the stuff on the phone.

MT:         Yeah.

MM:         Some of the pictures that you get.

MT:         Yeah.

MM:         I just want to make sure that also--using the phone we can verify the stuff that you're saying because, that's important to me that people are able to tell that you're being truthful.

            [end of session AUD_2020-02-27_06-35-46_UTC+3.flv]

            [start of session AUD_2020-02-27_06-40-47_UTC+3.flv]

AE:         That's the one thing that-that we know of.

MT:         Andy, you can check, you know.

AE:         Yeah.

MT:         All the information [UI] Nothing. Only one.

AE:         Okay.

MT:         I swear.

AE:         Okay, we just want to be sure and-and I say that because we try and minimize [UI].

MT:         [UI] here. Nothing will in my phone. I know. [UI]

AE:         We just want to make sure that we don't get in a situation where--

MT:         Mm-hmm.

AE:         --we've, uh, misrepresented something or like, lied.

MT:         Nothing will be minimized.

AE:         Okay.

MT:         The damage has been done.

AE:         Okay. Because we just--we want to make sure that if a--

MT:         No.

AE:         --another Federal charge that we don't want to see happen.

MT:         Federal [UI]? Federal charge?

AE:         Yeah, like, uh, like lying. Like false statements.

MT:         No.

AE:         I-I just don't want to make-make sure that you don't--

MT:         No, no.

AE:         --get in trouble--

MT:         [OV] No, no.

AE:          --and that you're being honest.

MT:          [OV] I will not--I will not get in trouble. Go and check it out. No, no, no.

AE:          All right, very good.

MM:          So Mary I-I think we're at least coming close. We could probably take a break in a little bit. Uh, Andy and I just need to discuss a few things. But one of the things we'd like to talk about is a form that we use for--remember how we went through a form earlier? Uhm, uh, and it's related to--it's called a waiver of rights. Um… And, you know, an-any time, um, I should also explain, uh, anytime you want to stop and then we restart, you know, I can--I'll very quickly go over your rights. Uhm, but the sheet can discuss what those are, you know, just so you understand that. [UI] not understand--

MT:          No, I understand, correct.

MM:          --um, your rights. So, um, this form specifically is going to discuss, uh, us extending the amount of time that we can talk--

MT:          No problem.

MM:          --before, you know, we would go anywhere. Before we would go to the District of Columbia. So what I'm going to read this to you, uhm, verbatim as it's stated on this sheet so that I-I give you the clearest understanding possible of-of what this is. So this-this waiver of right to talk presented. You have a right to be taken without unnecessary delay before the court in the District of Columbia, where a judge will advise you of the charges against you and of your rights. Among those rights are your right to an attorney, the right to have an attorney appointed for you if you cannot afford to hire an attorney. You have the right to consult with your attorney. The judge also will determine whether you be detained or allowed any pretrial release. If you waive your right you still will be presented to the judge so that you can be informed of and exercise your rights. But waiving your right to be brought to the court at this time will cause your initial appearance in the court to be delayed. Do you understand the right to be brought to court without unnecessary delay. Are you willing to waive that right?

MT:          Do--what do you mean exactly now?

AE:          So that means we can stay here a little bit longer and we can talk about some more things instead of trying to get you on the plane right away, uh, to go to see a judge. So it would give us the opportunity to maybe have a couple more interviews to go through the stuff on the phone. You can identify some of those pictures and try to help us. Uh, you can work towards identifying this guy and give you the opportunity to help us out.

MM:        We still have a lot of information that we would like to cover but we have to--we have to present this to you. Um, and-and ask if you understand, eh, the--what this means and if-if you are willing to stay.

MT:        You know, I don't understand now. Like, I, you know, I mean questioning me--

AE:        Mm-hmm.

MT:        --this will help me when I go to the State?

AE:        Cooperation, yeah.

MT:        This--

AE:        [UI]

MT:        No, no. You-your paper. This will help me in front of the judge? This is my question.

AE:        So I can explain the Federal system p-pretty simply. Uhm, they have these guidelines in a rud-rudimentary. Explanation of that is they look at you and your criminal history which is-is nothing.

MT:        Nothing.

AE:        And then they look at the offense and what happened and that meets in an area. And there's usually a minimum and a maximum guideline associated with that. So your acceptance and your cooperation--

MT:        Yeah.

MM:        --help lower that down, which could mean a-a lower guideline for you.

           [end of session AUD_2020-02-27_06-40-47_UTC+3.flv]

           [start of session AUD_2020-02-27_06-45-47_UTC+3.flv]

AE:        That's going to help you.

MM:        So we've-we've covered a lot of useful things tonight.

MT:        I-I mean it's like else more can say.

AE:        We'd like to, maybe, talk about something [UI].

MT:        [UI]

MM:         We'd like to go through your phone--

MT:         [OV] Yeah. Go through my phone!

AE:         Look through these pictures.

MT:         [OV] Yeah. Go through my phone!

AE:         Cool.

MT:         And then we--you will find nothing.

AE:         Well we would like to talk to you about it.

MM:         [OV] We would like to talk to you about it to just make sure, you know, we cover everything there is in there like Andy was just [UI].

AE:         So like example I don't know what Ahmad looks like. But if we show you a picture or something and you can say well that's him, that's his wife, this is where he lives. Just help us kind of connect some of the dots. And to do that it would just delay us going back to the States maybe a few days.

MM:         Yeah. It-it would be--

MT:         No, if I decided to go to the States when we--

MM:         If-if you were to sign this form?

MT:         If I don't sign and I want to go to the States, just go back to the [UI] face my destiny.

MM:         Uhm, it's-it's unpr--I couldn't present you with a-a-a timeline right now. Um, I wouldn't be able to give you that, but we…

MT:         Tomorrow?

AE:         I don't think it'd be tomorrow.

MM:         I'm not--I'm not sure. It-it-it would--it would [UI].

AE:         I don't think we'd get air travel tomorrow.

MM:         That's not something that Andy and I can, uh, can tell you. Uhm…

AE:         We don't control that.

MT:      [UI]

AE:      Yeah, we don't--we're not wearing making the arrangements for the air.

MM:      [OV] It's not us.

MT:      Exactly.

AE:      [UI] where we are.

MT:      And now after I go from here I'm going to the--to the prison, of course.

MM:      You go to your initial appearance.

AE:      You go to your initial--your initial appearance where--

MM:      That's when the judge is going to explain to you--

MT:      [UI]

MM:      --what you have been charged with.

MT:      Mm-hmm. Yeah I will go to the prison or I will go to the judge.

AE:      That's way to the court. That's way down--

MM:      You're going to go to the court first.

AE:      Yeah. You-you're going to go to the judge.

MT:      Yeah.

AE:      He's going to explain the charges.

MT:      Mm-hmm.

AE:      He's going to explain your rights and he'll likely set some type of detention hearing and we'll determine whether or not you are going to stay in custody or if you're allowed out on a bond while you're up for process. And that's all--these are all things that a judge will-will determine.

MT:      It's a federal judge?

AE:      Yes.

MM:        However a--

MT:        [UI] other judge, judges.

MM:        You mean like seeing the judge?

MT:        I mean different. Yeah.

AE:        It's a higher court, yeah.

MM:        Yeah. D-different courts and [UI].

AE:        Yeah.

MM:        But what-what we can do every step of the process is explain your level of cooperation.

MT:        I hope so.

MM:        [UI] but it--that's very dependent on if we continue.

MT:        I give you--I answer what--what I know. I told you.

MM:        We would still like to go through some things with you.

MT:        Yeah, what is it?

MM:        It would be in your phone.

MT:        Yeah.

MM:        We want to go through your phone.

MT:        My phone is like, you know--

MM:        We're not able to do that right now.

AE:        It-it will take us a little bit to [UI] information and--

MT:        [OV] How long?

AE:        --figure that out.

MM:        We'd be able to continue sometime tomorrow.

AE:        Yeah. We're just looking to talk to you again tomorrow.

MM:        But in order to do that this-this form would have to be completed in order for us to be able to do that.

        [Pause]

MT:        [UI] I don't want to go back--[UI] I'm getting tired.

AE:        [UI] that's why we want to take a break and-and have you get a good night's sleep. Get some breakfast and then later tomorrow or later this evening go over. We-we would come back and talk [UI] plan to [UI] get a better understanding of the information.

MT:        And you will lock me here then?

MM:        You can--you can just go to your room.

MT:        [laughs]

MM:        It's not lock-lock you in.

MT:        Yeah. You want to put the cuffs on my hands.

MM:        It, it was for everyone's safety, Mary. I-it wasn't personal.

MT:        I'm not going to fight you. Don't have any weapons.

AE:        So that being said when we get done here there's a list of some things that you might need. We can go through that too.

        [background noise]

MT:        I cannot go to the consul [PH].

AE:        No, no, no. Listen the--we can--we can handle that.

MT:        I don't want to see him and [UI].

AE:        I know.

MT:        [UI] This will be the story.

AE:        It could also be the story of you taking--taking responsibility for this and doing everything you can to mitigate the damage.

MM:        And we-we can talk about that a little bit more tonight Mary.

MT:          Yeah, yeah.

MM:          But I am required to complete this form.

             [end of session AUD_2020-02-27_06-45-47_UTC+3.flv]

[END OF 1144158.final.docx]

[START OF 1145864.final.docx]

             [start of session AUD_2020-02-27_06-50-48_UTC+3.flv]

MM:          You know, I have to look at this. Uh, Andy and I--

AE:          Yeah.

MM:          --don't have an option of whether we, you know, if--if we just--we don't--

MT:          [OV] I cannot--why say no?

MM:          No, no. Y-you can s--

AE:          [OV] You can say no but--

MM:          [OV] --you can absolutely say no.

AE:          [OV] --we were hoping to have a little bit more time with you.

MM:          That was our hope, with, uh--

AE:          [OV] That's our hope.

MM:          --tonight would not be our only time together.

AE:          [OV] Yeah, so we--

MM:          Because we want to go through just a few more things with you, which we think
             could be helpful to us, and we think could show further cooperation on your end.
             [pause] [noise] For us, it's critical.

MT:          You will not find anything. I haven't done anything else.

AE:          [OV] Th-that's . . . No, no. We're just looking, uh, for additional clarity once we
             have the information.

MM:     [OV] Mary, w-w--I'm not accusing you of--

AE:     Yeah.

MM:     --of anything additionally, but I--

AE:     [OV] Yeah.

MM:     [OV] --but it would be--

MT:     [OV] No, you think that I have been doing this many times.

MM:     Mary, I-I think it's a . . . I-I've talked to Andy about this for a long time and--and what everyone's come to a--a pretty well-understood position is that this happened for a pretty short period of time--

AE:     [OV] Mm-hmm.

MM:     --and it's--

MT:     One, yeah. That's it.

MM:     [OV] Uh-huh.

AE:     [OV] And actually--so when we see these timelines, we can go through them together, and you can say--

MT:     [OV] Yeah.

AE:     [OV] --"Yep, this--this is where it began. You can see here's the--the events." You can say, "Here are the photographs." It helps me when you identify people, right, because I don't--I don't know who people in the photos are.

MM:     And--and the other thing is, you know, i-if there's other s--other just general items that are--

MT:     [OV] Mm.

MM:     [OV] --out there that we need to get clarification from you on--

MT:     [OV] Mm-hmm.

MM:     --if--if we don't complete this, we can't ask you about that. I-it would just--we would--we would go forward with no explanation as to what it is or, you know, how it--how it came about. There would be no understanding or--or explanation of the--the--the Mary--

MT:      [OV] H--yeah, I would like to ask the source in how this happened. How this happened, you know?

MM:      Well, I mean, Mary, I think--I think we've--we've got to come to an understanding on that, uhm, this morning.

MT:      [OV] No, no, no. [noise] Yeah, yeah, you, how you discovered this. I want to know what I--you know . . .

MM:      Mary, that--that's--that's not really something we can get into. Uhm, and I mean, you know, the United States government is very capable and--

MT:      [OV] Yeah, I know.

MM:      [OV] --you--you've seen this.

MT:      I know.

MM:      That's--that's--that's--we--we are--

MT:      It's before we go to Hasset, huh? Before we went to Hasset, huh?

AE:      That's [IA]. It's since--

MT:      [OV] Uh--

AE:      [OV] --you were doing these things.

MM:      Mary, it's like you said, that--at--at the end of--or at the beginning of January, we were aware, you know, of these things. So, it's--it's been awhile. I mean, but, that's--it's a very short period of time when you consider your entire term of service with the United States government.

MT:      No.

MM:      So, but Mary, again, uh, I-I don't have an option of--of whether to complete this form, you know? I-I-I have to be able to tell the Assistant United States Attorney you want to continue to talk to Andy and I, [noise] or not. I-I-I can't tell him--

MT:      What you advise, Andy?

AE:      I-I can't give you any le--

MT:      [OV] To minimize the damage.

AE:      So I-I can't give you legal advice. However, I would say--

MT:        [OV] No, I know. To minimize the legal--

AE:        [OV] --h-however I would say is--

MT:        [OV] --damage when I go back to the States--

AE:        [OV] --and that's--and that's coop--
MT:        [OV] --and come out of federal judge.

AE:        [OV] --that's coop--and that's by cooperating, so . . .

MT:        [OV] This will remain [UI].

AE:        [OV] Acceptance of your responsibility and--and--and assistance and cooperation are the big things that are going to help you.

MM:        Generally what happens in our system is that people who cooperate fully, uh, r-receive lenience. That's not something we can promise, but what we can do is we can express your cooperation to the Assistant United States Attorney who is the one who presents this case to the judges.

AE:        We just--we want to have a clear picture, too. And I--I'm not saying [noises] we think you're--looking through the phone, we think you're lying. We just want some additional clarity.

MT:        No, look through the phone. It's fine.

           [noises]

AE:        [OV] That's a--yeah--

MM:        [OV] Yeah, a- . . . Mary, I-I'm worried that you think that's what I think. I don't think that. I just--I want to be ens--I would like the opportunity to discuss whatever is in that phone with you. Like Andy said, there are certain aspects of Ahmad that we haven't gotten to talk about tonight. You said there's a photo of him--

AE:        Yeah.

MM:        --in there. I would like to be able to talk about that photo. I'd like to be able to see some of the other s--things that he was asking you about, because we're interested in that--

MT:        [OV] No. Okay.

MM:        [OV] --to deal with the--

MT:        [OV] This is only what he asked for.

MM:        No, no, but th--I-I want to be able to compl--

           [end of AUD_2020-02-27_06-50-48_UTC+3.flv]

           [start of AUD_2020-02-27_06-55-48_UTC+3.flv]

MM:        --etely minimize--

MT:        Mm.

MM:        --what--what has happened. Just like you said earlier, you want to do anything
           that you can to minimize this. I want to do the same thing, because, again, Mary,
           I--you know, I-I don't want to scare you but if something happened to one of
           these sources, that's incredibly bad. That is incre--and it's incredibly bad for you
           and--and your case. So--

MT:        Hope you know to warn them.

MM:        Uh, I--

AE:        [OV] That's--yeah, that's why we want to go through everything.

MM:        [OV] That's--that's what we--we need to go through everything, to be able to
           warn everyone who is mentioned. And i-it may be a case of you just forgot
           someone. You know, honest mistake. And that happens, I'm--you know?

AE:        [OV] Absolutely.

MM:        Th-those things happen, so this--this gives us the opportunity to talk again so that
           we can go through anything that would be s--a similar situation to that. If--if we
           don't have that opportunity, then all I would have to go off of is--is what's found.
           And--and you would be able to provide no explanation for any of it. That's--to--to
           Andy and I, that's the most critical pieces of our--your explanation. That's why I
           came all the way here, Mary, to talk to you.

MT:        Yeah. I see--

MM:        [OV] To--to--to understand.

MT:        [OV] No problem, you know, I will sign it because you came all the way from
           there to here, to question me. And because I love these guys, you know?

AE:    We appreciate it.

MT:    No, really. And if you can get me my glasses, you don't know, I-I-I--

AE:    [OV] Absolutely.

MM:    So i-if [noises] you're willing to waive, that's where you put your initials, here. [pause] And then, uh, your signature will go on this line. [pause] Okay. And this will be [UI].

AE:    Mike and I, we're going to witness it.

MT:    No, witness it. It's because he came all the way--

AE:    Uh--

MT:    --to question me. I will not let him down. I will not let you down.

MM:    That would be . . . No, I appreciate that.

MT:    No, of course.

MM:    [OV] Signature here.

MT:    [OV] You know, I'm a good person.

MM:    Mary, o-one of the things, uh, that we--

MT:    It will be hard for me--

      [noise]

MM:    [OV] I understand.

MT:    --to go in a cuff with my mistake. It's, uh, this--

MM:    [OV] Mary. Mary. Every chance that I-I get to have you not in handcuffs, that will be what I-I will, uh . . . There's going to be certain procedural times where that has to happen, [pause] [noises] b-but I will--

MT:    Andy, you cannot do that?

AE:    I know.

      [noises]

MT:     Andy, I wish I got . . .

AE:     Good night's sleep. It's [UI].

MT:     [OV] There will be no sleep.

AE:     [OV] Got some [UI].

MT:     [OV] There will be no sleep.

AE:     [OV] And actu--I think that--I-I-I think that I'm actually going to be going back with you, too.

MT:     [OV] Great.

        [noises]

AE:     So, let's--we can talk--

MT:     [OV] Great.

AE:     And it's g--it's going to be okay. All right?

MT:     No, it's not.

AE:     [OV] We'll get away from this.

MT:     [OV] [UI]

MM:     [OV] [UI] not [UI].

AE:     Today it s--

MT:     [OV] I'm waiting to [UI].

AE:     [OV] --today it seems really bad.

MT:     [OV] My . . . It's bad.

AE:     [OV] It's going to--it's going to get easier.

MT:     [OV] I love my kids. How will they look at me?

AE:     All they're going to say--

MT:     They will . . . No.

AE:         [OV] --M-Mom--Mom made a mistake. She--

MT:         [OV] They will abandon me, no. No, they will never--

AE:         [OV] They're--they're still going to be proud of you.

MT:         [OV] I will lose my kids. My kids, [noises] they will never talk to me.

AE:         [OV] That's--

MT:         And I'm telling you, I know my kids.

MM:         [OV] Mary.

MT:         [OV] They will never talk to me.

MM:         Mary, you did everything in your power to support them for years.

MT:         They will forget everything.

MM:         Uh, kids never forget those who were there.

MT:         [OV] They will forget everything if they know--

MM:         [OV] Mary.

MT:         I don't want them to know. Can--can nobody know?

MM:         Mary. Mary, I'm going to tell you a story.

MT:         Can nobody know?

AE:         Listen to Mike. Listen to Mike.

MM:         My--my mother is the sweetest woman in the world. She is the sweetest woman in the world. It sounds very similar to how everyone here has described you. But you know what? My mom has made mistakes. I'm sure you would attest to the same thing. As we grow as adults, and we go from being children into adults while as parents, you'll always view your children as children. They are adults. They understand that mistakes happen. They will remember the way that you took care of them from the time that they were little. Their first memories are of you, Mary. And you cared for them. Even now, you're still caring for them.

MT:         No. No. [UI]

MM:          Mary, so one time we--all my, uh--

                [end of AUD_2020-02-27_06-55-48_UTC+3.flv]

[END OF 1145864.final.docx]

[START OF 1145855.1145858.final.docx]

                [start of session AUD_2020-02-27_07-00-48_UTC+3.flv]

MM:          Right. I'm gonna respectfully disagree with you.

MT:          And anything's my calling of my life, [UI]--

AE:          [OV] You wanna call come? We could, we could facilitate a way for you to call home. Give, give Mike and I some time to figure that piece out, okay?

MT:          No, it's okay.

MM:          If that's something you want, Mary, then--

MT:          [OV] And when I go home--

MM:          Mm.

MT:          --and, you know, I go, I will tell them that I'm still da-here. I am not going to tell them any, any, or that I in the prison. I don't want them to know.

MM:          So-so, Mary, it's, that's going to be difficult. Uhm, and I, and I, and I just want you to be able to brace for that because, that, there's way that's, that's possible. Uhm, I-I-I told you I would--

MT:          [OV]--Oh, they will say to them?

MM:          [OV]--be honest with you.

MT:          [OV]--Yeah. To be honest with me.

MM:          I, I . . . I told you I-I'm gonna be honest with you.

MT:          Yeah.

MM:          They, they are gonna find out.

MT:          I-i-if I don't tell them, how they gonna, gonna find out?

MM:        Be-because there, there are gonna be FBI agents that talk to them.

MT:        I don't want anyone to, to talk to them.

MM:        I-I understand, Mary--

AE:        [OV] Loo-look, Mary, court records are public.

MM:        Yeah, it's . . .

MT:        What you said?

AE:        Court records are public, so . . .

MT:        I don't want anybody to talk to my kids.

MM:        Mary, I, I understand that--

MT:        [OV] What, why you want, would need to talk to my kids? They don't know nothing about me.

MM:        [OV] It's, it's, it's a requirement. It--

MT:        [OV] What they are going to, to talk to them about?

MM:        Mary, it's j-just gonna be generic, but they have to. They, they absolutely have to. I told you I was going to be honest with you.

MT:        [OV] Abou--No, but about what?

MM:        They're, they're gonna want to know about--

MT:        About me?

MM:        Yeah.

MT:        But, you know, I mean, they don't know nothing about me. About my [UI]. If my son, he knows, you will know. He, he doesn't know about it. And, you know, it's like you will tell my son. This is not good for me. Because, this was like, I never told my son about it. I would, you know--He will hate me. Because I never told him about me.

MM:        Mary, like Andy was saying, it's--court records are public. This is, this is going to become a court record. There's, there's nothing we can do to avoid that. There is nothing that Andy and I can say--

MT:      [OV] I know, but you know, what? I mean, go and question my case? A-a-anyone?

AE:      So you know we're gonna ask questions about Eva Zomaller [PH]. [UI] they're gonna hear great things.

      [noise]

AE:      They're also, that's gonna see the good questions too.

MT:      No, don't [UI], don't tell them about, you know, this. I don't want them to know.

MM:      [OV] Ma-Mary, Mary all that's statement's gonna be, it-it's, it's a generic questioning that, that we, we have a responsibility to do that, Mary. Do you--I know you understand that. A-and for you right now, it's personal, but when, when you take a step back, I-I know you understand that we have to do that.

MT:      This will be a long, long path. It's going to be, it could takes us, could be one year?

MM:      I'm, I'm, I'm sorry, I got some--

MT:      [OV]--Maybe this would take one year?

MM:      Oh, you mean this process as you [UI] with the courts?

MT:      [OV] Yeah.

AE:      With the, with the court stuff?

MT:      With the court stuff.

AE:      I mean the, the federal process, is, typically takes longer than the state process, so . . .

MM:      Look Mary, th-you know, your-your treatment, the way the people will treat you--

MT:      [OV] I will be in the prison for more than a year?

MM:      I-I mean--

MT:      [OV] No, be honest with me. When I go, I will go to the prison.

MM:      Mm--

MT:      [OV] And then I will go to the court [UI].

AE:     [OV] That's, that's, yeah, that's not actually how the process works. So you're gonna go back, and you're gonna see the judge.

MT:     DC judge, when I, where I am going to stay?

MM:     And the judge will make a determination. That's, that's up to the judge.

MT:     [OV] And I'm uh, see the judge immediately.

MM:     When, when we leave here, you will be brought back to, to the, the United States, the District of Columbia--

MT:     Mm?

MM:     [OV]--in the most expeditious manner possible. So it'll be the fastest way possible.

MT:     Yeah.

MM:     There, there's, there will be no delays.

MT:     Okay . . . This is a big case, huh?

MM:     It's pretty important.

MT:     Yeah, I spot it. I com-completely, like, spot it.

AE:     We treat you like, we're s--

MM:     We're gonna treat you like a person, Mary, because that's what you are.

AE:     [OV] We're gonna treat you with respect and dignity.

MT:     Eh, nothings with me [UI].

AE:     And that's with the, uhm--

MM:     [OV] And I, and I--

AE:     [OV] we're here to treat you with respect and dignity.

MM:     And you know we're not gonna go trashing [UI] about anything.

AE:     There's no judgement here.

MT:      And what's about the lawyer? I can hire a lawyer as you said?

MM:     Mm-hmm.

MT:      If I cannot afford, you, you will assign me a--

MM:     [OV] Court, court will assign your lawyer.

MT:      Eh. Dear God, [UI] you are going to punish me for this and, and I will accept it.

AE:      [OV] [UI] Let's just, let's talk. Let's just focus on--

MM:     [OV] We're gonna sh-we're gonna start with short term--

AE:      [OV]--gonna go one day at a time. Yeah, like short term, what's going on here? Okay? And we'll try to look into, if you wanna make a call home--

[end of session AUD_2020-02-27_07-00-48_UTC+3.flv]

[start of session AUD_2020-02-27_07-05-49_UTC+3.flv]

AE:      --you let us know.

MT:      I don't want my kids to know.

AE:      I know. I know. But I, I bet you probably want to at least talk to them.

MT:      You know, I will talk, but I don't want my kids to know.

AE:      Listen, I, at this point, we're not gonna be, say anything. We just wanted--

MT:      [OV] I don't want anybody to talk with my kids, you know, about this.

MM:     Mm-hmm. We understand.

AE:      I understand your point.

MT:      [OV] You know? Please. And I will talk to the judge about it.

MM:     Okay.

[noise]

MT:      It will go to the, th-the judge, you know? It has nothing to do with the FBI. Am I right? Or this is FBI.

MM:      The judge?

MT:      Yeah.

MM:      Y-the, the judge is from the Department of Justice.

AE:      Yep.

MM:      So the, the FBI falls under the Department of Justice.

MT:      [OV] Yeah.

MM:      But the person who talks directly to the judge is the Assistant United States Attorney. Andy and I talk directly to the--

MT:      [OV] To him.

MM:      [OV]--Assistant United States Attorney. Yes.

MT:      Okay.

MM:      Okay.

MT:      Yeah.

MM:      So . . .

MT:      I sign this paper, saying, I gave to those men that information.

MM:      So, uh, I think maybe we just need some rest--

MT:      Mm-hmm.

MM:      --tonight. Uhm . . .

AE:      One thing we talked about i-i--I know that you don't want to see anybody here in the command.

MT:      No. No.

AE:      [OV] Did you re--want to write them a letter?

MT:      No.  No.

AE:      [OV] Just kind of explain? No? Okay.

MT:      I don't want anything.

MM:      Are you sure?

MT:      No, I don't want it.

MM:      You sound very apologetic and some, for some people, it's often times cathartic to write a letter.

MT:      [OV] No, I don't want. I don't want to write anything. Don't want to see them. Not anything.

MM:      [OV] If you change your--

MT:      [OV] They know. For sure they know. ███████ he knows. ███████ he knows, yes?

AE:      I, I think it's helpful for them. They're probab--

MT:      I, [UI]--

AE:      --[OV] they're--they're also confused right now, too.

MM:      [OV] Mary, w-we--

AE:      So . . .

MM:      --the, the reason we're a-we're saying if, if you would like to write a letter, I think it would provide closure for a lot of people here.

MT:      Mm-hmm.

MM:      Because, again, you can provide reasons.

MT:      Mm-hmm. I don't want to write one.

MM:      [OV] And, we can explain what happened.

MT:      No, now, you know? I don't want. You take--

MM:      [OV] Okay.

MT:      --and you tell them, Andy. Maybe, you know, tomorrow?

AE:      Yeah. We can call it a night and--

MM:        [OV] We can [UI] again tomorrow.

AE:        [OV]--just get some rest.

MM:        [OV] [UI] It's, it's very, very early in the morning, so, I think we'll completely be best, for us, to--

AE:        [OV] Yeah. To answer us.

MM:        [OV]--get some rest, and we're gonna continue with each morning. Okay?

AE:        Is there anything that you need? Of your room?

MT:        I need my, my pills.

AE:        See medication?

MT:        [UI] see it for medications. See it for medication in the top of the bench in-in-in the drawer.

MM:        Okay.

AE:        So, what kind of medication is it? What do you take? [noise] Do you know the name of it? Is it insulin?

MT:        Yes, it--

AE:        [OV] For your diabetes? Do you, do you s-inject insulin, or--?

MT:        No, no, not inject. Pills.

AE:        Pills? Okay.

MT:        In the drawer you know, you can find it.

AE:        Is it, like a--?

MT:        [OV] Med form. Med form. In my drawer, next to my bed.

AE:        [OV] Med form? Okay, is it like a prescription bottle?

MM:        [OV] Sorry, where is it?

MT:        Med form.

AE:        Med form?

MM:        Med form? Yeah.

AE:         And that, is that a prescription bottle from, for you?

MT:        Yes.

AE:         Okay.

MT:        Yeah.

MM:        Do we know where that is?

MT:        Next to my bed, in the drawer.

AE:         [OV] And we'll, we'll go, I'll help you find a time to--

MT:        [OV] And my clothes, you know, I need my clothes.

AE:         When do you take your, your medication?

MT:        Once a . . . time.

AE:         What time?

MT:        I take it in the morning and six in the evening.

AE:         Okay. And then what time do you usually eat breakfast?

MT:        I don't want to breakfast. I don't want food.

AE:         No, no, I know you're also a diabetic so I want to make sure that you keep your sugar up.

MT:        [OV] No, I will drink bottle [PH]. I don't want eat.

MM:        Okay.

AE:         Okay.

MM:        Mary, uhm, for us to go get your medication from, when we be going to your room, so I need to just ask that, that you would be willing to let us go into your room, to, to get that.

MT:        [OV] Go to the room. There is nothing in, there is nothing immoral [PH].

AE:        Okay.

               [pause]

               Do you check your sugar once a week? Once a week you said? Or do you once a day?

MT:        I don't want to check my sugar, Andy.

AE:        I, I, must, I got, I gotta make sure that you're, you're, you're keeping yourself healthy.

MT:        [OV] Yeah, I know, and I don't want.

AE:        [OV] I know that you're upset. Okay.

MT:        I'm not upset. I'm not upset. I'm upset, you know, with myself.

AE:        I know.

MT:        Not upset from you guys and for--

AE:        [OV] We can be--

MT:        [OV] [UI].

AE:        [OV] We can be the worst one, like the--That doesn't mean that we won't take care of ourselves. So I'm gonna make sure that you stay healthy. Wanna make sure that you take care of your diabetes. I don't wanna see you get sick.

MT:        If we would be at home, I would--

               [end of session AUD_2020-02-27_07-05-49_UTC+3.flv]

               [start of session AUD_2020-02-27_07-10-50_UTC+3.flv]

MT:        Nobody, nobody showed me that that's something.

               [pause]

AE:        Uhm, I can tell you this. Uhm, other than Mike and Brigo [PH], there's not a lot of people that, uh, know that happened. There's a fe--there, there's a few people. By and large, most people over there have no, no idea what's going on.

MT:        [OV] [UI].

AE:        Well, I, uhm, I, I'm--they're probably gonna go bring [UI] at some point, but they're gonna talk about this and just, let people know, because you're, you're not gonna be there, and people are gonna have questions.

MT:        But you know what they are going to say, to their neighbors.

AE:        They, they only have to say the minimum that's necessary.

MT:        People gonna say that she looked for images. I don't want them to know.

AE:        Well I'm not sure how we can a--Well--

MT:        [OV] No, you can't, [UI].

AE:        [OV] Le-let Mike and I try to figure out how--

MM:       [OV] We, we can try to [UI]--

AE:        [OV]--how to best a-approach this, I, I can't give you any guarantee at this point.

MT:        Did you came for me to understand? That's good. It's nice to meet you.

MM:       It's nice to meet you.

AE:        I've known Mike for a while.

MM:       I'm sorry it's under these circumstances, but--

MT:        [OV] No, you know, it's okay. I have to . . . When we lose faith, we have to, you know--

MM:       [OV] You do, you're doing the right thing, Mary.

MT:        Yeah.

MM:       Right here.

MT:        You know, we have to do it, you know?

MM:       [OV] And I, a-and again--

MT:        [OV] Just God forgive me.

MM:       [OV] Andy and I have known each other for a long time, now, and, you know, Andy and I were able to talk about this beforehand. A-Andy said, he said, we, we believe that you had made a mistake--

MT:        [OV] He is a great--No, he has, he is a great man.

MM:        [OV]--and that--that overall--

AE:        [OV] Thank you.

MM:        [OV]--you know, for, for a long period of time, you've done very well in this organization and you may have--

MT:        [OV] You know, I have to talk what--

MM:        [OV]--for a short period, made mistakes.

MT:        [OV]--I made mistakes, but I have come with God.

MM:        I think--

MT:        Yeah.

MM:        I think what the thought is, among most people here who know about this, I, I would say all of the people here who, who know about this, which are not many people, is that they would feel the exact same way, that--Wow! You had this long period of service with the government and, in a vast majority of that you were, you were wonderful, uhm, and in that short period of time there was a mistake. But what you are doing now is, is you are providing us the information that we need to make it right. That's, that's, that's the full story. That's the full.

MT:        I don't know. Eh.

AE:        It, it's a lot.

MT:        I'm gonna get, like, [UI].

AE:        [OV] [UI] guys from the mess?

MT:        [OV] I don't want my kids to know, please. This is a request.

MM:        [OV] I--

MT:        Of this they will never say nothing.

MM:        I don't think so. I don't think--

MT:        [OV] They don't know my personal world, my kids. Don't get my kids involved.

MM:        We, we would--

MT:        [OV] Please.

MM:        [OV]--we would do everything we can to, to not get them involved.

MT:        Yeah, don't get them involved, you know. I mean--

AE:        We'll do our best.

MT:        You know?

MM:        We'll, we'll do our best.

MT:        [OV] Maybe they, one of them he would kill himself if you tell him something, then. I don't want, want lose my kids.

MM:        [OV] I just, what Andy and I--

MT:        [OV] You have to consider that. My kids loves me too much. I am like an idol for them. If they know something like this, if you go and question them, I assure what they are going to do, they will kill themselves. Please, I don't want--

AE:        [OV] [UI] We, we're gonna, we're gonna do our best to deal with this--

MM:        We, we--

AE:        [OV]--in the most appropriate manner possible and taking all those considerations, okay?

MT:        They don't know anything about this guy, my kids.

AE:        [OV] In the end, in the end--

MT:        [OV] And if you ask them, they don't know nothing. I never get my kids, my kids involved in my personal life.

AE:        That's good.

MM:        Yeah.

MT:        Just to let you know.

MM:        And so we should [UI]--

MT:        [OV] I mean, nothing for Americans about this stuff.

MM:        Okay.

AE:        So I wanna make sure. What time do you take that medication? I wanna make
           sure we get that over here.

MT:        I don't want to take my medications.

AE:        Alright. See, we, see we, we got [UI] for taking care of you.

MM:        [OV] [UI].

MT:        Okay.

AE:        You got, you gotta take care of yourself. Alright? That's, that's non-negotiable.

MM:        Mary? Mary?

MT:        Yeah.

MM:        You're, you're gonna do that. That's very important.

MT:        Yeah.

AE:        That's non-negotiable.

MT:        Yeah.

AE:        You--y-you can be, you can feel upset and ashamed. I understand that. That these
           are all very natural feelings. But what we can't do is not take care of our self,
           okay? Not--

           [end of session AUD_2020-02-27_07-10-50_UTC+3.flv]

           [start of session AUD_2020-02-27_07-15-50_UTC+3.flv]

AE:        Can't hurt our self. Can't do any of that okay? Because that, I think, is gonna hurt
           your children way more than anything else [pause]. Okay?

MT:        Okay.

AE:        Do you have any other questions?

MT:        No.

AE:        Okay. Try to get some rest.

MT:         Yeah, just I'm not going to have my computer or phone, then, you know?

AE:         No. But we'll, Mike and I will try to facilitate some type of a call to, f-for you to call that one guy. Because I know he'll worry about you.

            [pause]

            Hey, Mary? It's gonna be okay.

MT:         No.

AE:         It, right now it seems insurmountable, but after some sleep--

MT:         [OV] No, I don't think it will. I will not sleep.

AE:         [OV]--you get a little bit better perspect--

MT:         I will not sleep.

MM:         Alright, we'll work--

MT:         [OV] Where I am going to sleep? I'm not--

MM:         [OV] We, we need to do our best to, to try to get some sleep, okay, Mary?

AE:         Do you have any books or anything?

MT:         I'm not going to read. I can't.

AE:         [OV] Okay. Alright. Alright . . . We're going to try to get some of those things for you. Okay?

MT:         Yeah. Yeah.

AE:         [OV] That's fine? I would also--You want to leave her any piece of paper? She--

MT:         [OV] And if I want to go to bathroom, they will take me, or--

AE:         [OV] Yep. Yes, that--

MT:         Somebody will be outside the door all the time?

MM:         [OV] Yeah, yes. You bet.

MT:         God!

MM:     Uhm . . .

MT:     It's okay.

MM:     We do the--

MT:     No, it's okay.

MM:     We, we'll do the [UI] tomorrow.

AE:     Yeah! Yeah, I just started to think she might need it. Up in the room.

MM:     Yeah. Yeah.

MT:     No, I mean, it's okay. You-you have the guard, you know to take me and bring me.

AE:     You gonna be okay?

MT:     I am in prison now.

MM:     [UI] not prison, no.

MT:     Yeah, it's a prison. No, it's okay.

AE:     So we'll, we'll talk--

MT:     [OV]--No, we will talk, yeah--

AE:     [OV]--we'll talk more tomorrow.

MT:     [OV]--we will talk tomorrow, yeah.

AE:     Okay. I should say later tonight.

MM:     Yeah.

AE:     See--

MT:     [OV] I don't want to see anybody else, please.

AE:     I understand. Listen, I, I can tell you this--

MM:     [OV] We, we're--

MT:        [OV] I be brave and--

AE:        [OV] Listen [UI], if you're not taking care of yourself, someone is gonna come in. A medical person is gonna come in--

MT:        [OV] No, no, no, I'm--

AE:        [OV]--to check you.

MT:        --No, I'm, you know, I'm usually like, temporary fast. I take my pills for to, I like eat [UI].

AE:        Okay. Alright.

MT:        No, don't, don't, don't take them anyway.

AE:        [laughter] Listen, I just, I just, I gotta--

MT:        [OV] I really don't, I don't need it. I don't really got a need. I don't really got a need. It's a dream. Nightmare, or--

MM:        Listen, Mary, we're, we're gonna work through all this, okay?

MT:        No, it will not be okay.

MM:        We're, you, you are taking all the right steps at this point to make it as right as possible. Right? You are and I'm not just saying that. Now I know, I know you don't know me w--

MT:        [OV] It's too hard.

MM:        I know you don't know me well.

MT:        It's hard. Oh my God, how much hard, you know?

MM:        I-it's like, [UI]--

MT:        I, I don't know. I don't know how I, you know? I've just offended. How I, I need to, to waive all this? It will not be waived, ever. It will be on my record in this state [PH].

MM:        It's gonna, you know, like you said, you, you've taken [UI] responsibility for those--

AE:        [OV] I'm gonna, I'm gonna walk over to that office.  Are you guys good for a couple of minutes?

MM:      [OV] Yeah, yeah, we'll--

AE:      [OV] Okay. Alright.

MM:      It's just like you been there [UI]. During [UI]--

MT:      I will lose the heaven. I lost it all [PH].

MM:      Mary, you, you're, you're doing everything you can in your power right now to make things right.

MT:      I lost everything . . . I am sixty-three years old. I'm supposed to know the good and evil [PH].

MM:      All you can do at this point, Mary, and, and, well that's what we need to focus on, is, is this, this part right now, this seems very bad and, and it seems like, it's gotta be overwhelming. But, what you are doing is you're taking the steps to, to, to minimize any damage that happens, because of this information that's . . . And that's, that's the right thing. When, when you had an opportunity tonight--

MT:      [OV] I am so terrified, Mike. You know, I, I, I got, I got, without details, nothing. No more. I did not touch any of the--

         [end of session AUD_2020-02-27_07-15-50_UTC+3.flv]

         [start of session AUD_2020-02-27_07-20-50_UTC+3.flv]

MT:      You can check. You can check anything you want. Happened only one time.

MM:      [UI] you said, it was a handful of times.

MT:      Happened one time and it destroy me. One mistake, and destroy me.

MM:      Listen, you're doing the best that you can right now to make it right. That's it. That's-that's, all you can control. What, Andy and I are trying to do is to put-put you in a position where we can tell the Assistant United States Attorney that you've been cooperative and you're doing your best to minimize the damage that falls by this information.

MT:      How many years if you--if you put me into prison for this?

MM:      It's, it's, like Andy was saying it's, it's completely dependent on a number of factors and, and I don--I don't make those types of decisions.

MT:      [OV] I know. Like--

MM:  [OV] So, it's--

MT:  --give me an idea.

MM:  It's, it's very hard for me to give you an idea on that. I-I've never dealt with a specific case just like yours. And every case that I work is very unique and has different circumstances--

MT:  [OV] I'm still worried about my kids.

MM:  [OV]--and patterns. And that's okay.

MT:  My kids will be destroyed.

MM:  That's okay, and you di--Mary it's okay to be worried right now. Uhm, but we, we, we have to focus on the things that we can control and the things that you can--

MT:  I have done to [UI].

MM:  The things that you can control right now are us having conversation with, with Andy and, and you and I talking about the things that have happened. And that information that, that goes a long way. It does.

MT:  [UI].

MM:  I, I, I would be able to tell the, the people who make these decisions what you told us. I'll be able to provide them the why, all of it.

MT:  Yeah.

MM:  You know what, what happens in these investigations are, there are facts that are collected, irrefutable facts that are collected.

MT:  Uh-huh.

MM:  And we, we explain how those facts in a court system, but we don't receive, or we don't have the opportunity to discuss those things with someone. There's no explanations to why. There's never an explanation as to why. So what you were able to provide today is the why. And that's, that's a level of cooperation that we communicate.

MT:  I told you why.

MM:  You did.

MT:       Yeah.

MM:      You did.

MT:       I'm not going to change it [UI].

MM:      And, we, we can cover a little bit more tomorrow. Um, beyond that I think we'll be in uh, in a good place to-to wrap this up, to get you afternoon [UI].

MT:       I will take my stuff [UI].

MM:      So what will, what will happen is, is the, the DOD will organize all of that stuff and they'll--they'll have it taken--

MT:       [OV] I have my purse, my passport.

MM:      W-we'll, we'll make sure all of it's taken care of.

MT:       I need my purse and my passport [UI].

MM:      Absolutely. We'll, we'll, we'll make sure all of that's taken care of.

MT:       Before we leave?

MM:      Yeah. It-it'll all be taken care of before we leave.

MT:       I don't want anything else on plane. Just give me this and [UI].

MM:      I know a l--I know it's a lot right now. We just--

MT:       [OV] I don't want.

MM:      We, we just have to focus on the short term.

MT:       I don't want anything. What's your name?

MM:      Mike.

MT:       Mike. It's hard Mike.

MM:      Y-y-you, you can call me Michael.

MT:       Michael's hard. It's really hard. Nothing happened for 15 years.

MM:      [UI].

MT:    Instead of retiring [UI] teenager.

MM:    Everything, everything that we talked about, that, that why piece. That will be, that will be described with all of this. Okay? [pause] I just, the, the one thing Andy and I can't tell you enough is that--

      [end of session AUD_2020-02-27_07-20-50_UTC+3.flv]

      [start of session AUD_2020-02-27_07-25-51_UTC+3.flv]

MM:    --we, we do understand that, that there's mistakes that happen. Like, like we talked about tonight.

MT:    No, the judge will not understand that this is a mistake.

MM:    No, they, they understand it. They--Do you know why I understand that? Because we were able to tell the Assistant United States Attorney and they [UI]. They ask, "Was Mary cooperative?" And we explain that level of cooperation. I just, the, the one thing I can't reiterate enough to you Mary is that you'll continue to be treated with dignity, respect throughout this process.

MT:    I lost my dignity a long [UI], trust me. My kids, they will kill themself if you tell them something.

MM:    Mary--

MT:    [OV] I don't want my kids to know.

MM:    [OV]--I, I, I know you'll, you'll, like the, you know the dignity and the respect right now internally. Like you may be struggling to find that and, and to feel like that's there. But no matter your feelings on this matter you will be treated by the FBI and by the, everyone with in the Department of Justice with dignity and respect and we will ensure that.

MT:    I don't' know what to say. [UI] I lost everything.

MM:    We're, we're going, you know make sure that we recover all of, we, this is, this is not something that you know is covered in a, a very short period of talking so I don't, don't want you to think that, you know, that we can cover everything right now. That's why we were asking for more time. Um, I think as, as we continue this process and as we continue to move forward I, I know it's, word are, words are cheap. You know its actions that you're going to want to see but you'll be treated well by us. As, as [UI].

MT:    You will take my phone [UI].

MM:     For, for a bit you won't be able to have phone [UI].

MT:     Now, normally.

MM:     It's just, there, there will be a period of time where you're not allowed to have your phone. Okay there will definitely be a period of time where you'll, you'll be able to have it back. I-I-I can't know when that specifically is just because the, the process as we move forward is so dependent on so many different things. It's hard for me to tell you exact timelines.

MT:     [OV] Yeah.

MM:     Um, but that's, that's not the last time you'll have your phone.

MT:     [UI].

MM:     I'm sorry.

MT:     [UI].

AE:     All right. Jason went to uh, take his phone, so somebody's gonna run and grab him, and uh, then we'll figure out kind of--

MT:     The phone? You took the phone?

AE:     No, no, uhm, the guy who's like uh, kind of in charge out here? Didn't take his phone with him when he walked out, so he couldn't get in touch. Somebody's gonna run and grab him.

MT:     Okay.

AE:     But we just want to get it set up for you to get some sleep.

MT:     You've got my phone--

AE:     [OV] And then, uh--

MT:     [OV]--and the computer?

AE:     Uh-huh.

MT:     You've got it.

AE:     We'll just have you get some, get-get a little bit of rest.

MT:        Uh-huh.

AE:        Yeah.

MT:        I wish you, you came before I went to Hasset.

AE:        Yeah?

MT:        Yeah. I mean why never, they never told me? Told the plan to take me to Hasset.

AE:        No we actually had stuff to do. [laughter] We had to go find those kids.

MT:        Mm.

           [pause]

           So, so all of this was happening, the other people [ringing sounds] the're come. [UI] they restriction to go out.

AE:        The what now?

MT:        I mean all the restrictions, they need to come down here [UI]. It's because of this?

AE:        Some of it, yeah.

MT:        Yeah.

AE:        Maybe not.

MT:        In order to make me feel bad.

MM:        Well you know one of the things that Andy and I can assist with is, is making sure that those kinds of requests [UI]--

           [end of session AUD_2020-02-27_07-25-51_UTC+3.flv]

[END OF 1145855.1145858.final.docx]

[START OF 1145843.final.docx]

           [start of session AUD_2020-02-27_07-30-51_UTC+3.flv]

MM:        That's something that you want, we can, we can voice those requests.

MT:        Uh-huh. Okay. [pause]. I did this and I'm sorry.

MM:      You know--

MT:       What?

AE:       [OV]--Caught up in the moment [UI] you made decisions.

MM:      [UI] tried some, [UI]. It's, it's not. You--the mistakes are not a complete summation of who you are Mary [UI]. When Andy and I bring those mistakes to you, you-you're willing to discuss it with us. That goes a lo-long way.

AE:       It speaks highly of your character. That's not an easy thing to do.

MT:       Mmm.

MM:      It's very difficult to ad-admit when you've made a mistake and--

MT:       [OV] Uh-huh. Very difficult.

MM:      --and say, what happened and how it happened, and--

MT:       Uh-huh.

MM:      You, and, and I mean you, you're, the way that you've explained it to us you, you know that, where that, those things were going and, and that's, that's incredibly difficult.

MT:       [UI].

MM:      Andy and I've talked to plenty of people who--

AE:       Uh-huh.

MM:      --when, when we showed them thing that definitively say that they've done something they, they'll tell you that's not me. I didn't do that. That's, that's a exercise that goes against everything that we advise because ultimately at that point we, we can't tell anyone that they were helpful. You're, you're, you're being helpful and, and you're, you're trying to make the mistakes right. [pause]. And, I thi-I think the other part of this is that, you know I think we've-we've got to consider uh, how this entire, entirety of this happening, how did it happen? It didn't happen in a vacuumed. It wasn't you just doing it on your own. Uh, I think there was another person involved. They were pretty involved.

MT:       Here? Only Ahmad knew.

MM:      Yeah that's, that's, that's what I mean. Ahmad was very involved in this.

MT:         Oh yeah. He was the--

MM:         I think he's, he's to blame.

MT:         He's the one who ruined. Yeah.

MM:         He's the one to blame.

MT:         [OV] My life. Yeah of course I'm blaming him. Blaming myself before Ahmad.

MM:         I mean that--I-I think, I think you know when we, when we blame Ahmad the, the, with the affiliations that we've talked about. We, we blame Hezbollah.

AE:         Uh-huh.

MT:         Of course. I'm not here [UI].

AE:         Take the uh--

MT:         [OV] [UI].

AE:         --take the opportunity to maybe work and do something to, to, definitively figure out him and what he's up to and if you can help, help this command out with some of that, or help out the FBI with some of that.

MT:         I, my life is ruined Andy, you don't get [UI]. My life, it has just been ruined. I don't know how many ye-years I will be in the prison.

MM:         Mary I--

MT:         [OV] For one mistake.

MM:         Mary I-I think the . . . that, that is an overwhelming way to look at this and, and what we need to be focused on right now is tomorrow, what are we going to do tomorrow to continue to make this right?

AE:         It's natural that the emotions are kind of the driving force in, in your mindset and how you are thinking.

MT:         Mm-hmm.

AE:         Right, but you need to, to fight those impulses and focus on the goal. The goal is to get your life back on the right track. That is you, and your family, having a relationship with your family. These are the important things. And facilitating that. Okay that, that being the goal. Continue to work and cooperate, this is the vehicle to get you there.

MM:     Andy's, Andy's completely right about that.

AE:     We need, we need to focus on, on a more positive thing down the road. Not this unknown negative that--and it's not lost on me how m--

        [end of session AUD_2020-02-27_07-30-51_UTC+3.flv]

        [start of session AUD_2020-02-27_07-35-52_UTC+3.flv]

AE:     --all that is, that's just all, how human beings think.

MM:     Yeah. There--

AE:     [OV] Think about the important things ahead.

MM:     Andy is so right in that, and this is an, an emotional place right now and, and we entirely understand that. And that's, that's why we are doing our best to explain to you the, those short term positive factors that we can focus on. That's--that is the best way through this. Go through getting that point, getting to that next good point. That's why, that's what's going to get us to tomorrow, the day after tomorrow, the day after that. And again, you know, on, on the way home Andy's, Andy's going to be with you every step of the way. And you know Andy is somebody that you know well.

MT:     I love Andy. I'm disappointed. Don't to say no. Don't say no.

AE:     You, you're okay.

MT:     No, I'm not okay, Andy.

AE:     It's, it's, any disappointment I had with you, being honest with Mike and working through this has, that has been put aside. Because I have seen your character and that's what's important.

MM:     And that's, that's what's going do the best possible thing that you can to fix it is, is honesty. Mary. And I think--

MT:     [OV] I was honest with you.

MM:     Okay, I think you were.

MT:     [UI].

MM:     And I think, and de-and deep down that's--

MT:      [OV] Yes, I know. What, I, another [UI] informant. I don't know him--

         [knocking noise]

MM:      --[OV] what you want.

MT:      [UI].

         [knocking sounds]

         [background sounds]

MT:      Just what I've done to my kids. I'm thinking about my kids, Andy.

MM:      Mary and, and that's a very natural thing to do right now. But-but--

MT:      [OV] Yeah. I don't want my kids to know. They'll responsible, you know, this was my records.

MM:      [OV] If, if, if it is possible then, then we would do everything we could to accommodate that request. Okay.

MT:      [OV] Yeah I don't want my kids to know. Tell [UI], like especially Daniel. He would kill himself. [pause] [UI].

MM:      Why?

MT:      I never received money [UI]. I never received anything [UI]. Only check. Only my paycheck that's it. You don't make for money. You know, It was a mistake.

MM:      Mary I-I-I think after tonight when, when we talk about that why, the why is so important. We were having a better understanding of it.

MT:      Okay.

MM:      And after tomorrow I think we'll even have a better understanding. Okay I don't want you to think, that explaining it gets lost on us, because it does not.

MT:      It is possible deporting me from the United States.

MM:      Deporting you?

MT:      [OV] Taking my citizenship.

MM:      No, you're, you're a United States citizen. The United States does not take citizenship from, from citizens.

MT:     Keeping me away from my kids, that I built. [UI] What I have done? This is the mistake in my mind. Fifteen years with the Army. American since 2006 [UI].

MM:     Mary, we can't, we can't focus on the mistakes. We, we can't. That's, that's not going to get us, like Andy said to that next positive light at the end of the tunnel. We've got to, we've got to focus on that. Okay.

MT:     They will treat me like ISIS [OV]. Yeah, I will be treated like them.

MM:     Mary I, I, I understand the, [noise] the emotional--

MT:     [OV] Oh my God.

MM:     --piece of this to, to react.

MT:     Oh my God.

MM:     No, no one would blame you for that. I d--I-I certainly don't. I would--I would never blame you for that.

MT:     [UI] to me, this will support me. [UI]. This will support me.

MM:     Mary you know I d--I-I, it's not just like I just came over here with, without any knowledge or awareness of who you are. I-I-I've done a, quite a bit of work leading up to this to understand you.

        [end of session AUD_2020-02-27_07-35-52_UTC+3.flv]

        [start of session AUD_2020-02-27_07-40-52_UTC+3.flv]

MM:     --derstand who you are.

MT:     You know me, now.

MM:     I-I, well . . .

MT:     This could help me.

MM:     I-I-I know about the entirety of-of that, that piece, that time in the army I-I know all about that. You know? So this, this looks to me like a mistake.

MT:     [UI].

MM:     A very, a mistake in a short period of time.

MT:      Big mistake.

MM:     But as we, as we discussed you know, we have to take responsibility for those mistakes.

MT:      Yeah. [UI].

MM:     You know part of that is, you know acceptance.

MT:      We have to [UI] to God.

MM:     Responsibility.

MT:      [OV] Yeah.

MM:     I b-we, we, we can doing tonight.

MT:      [UI].

MM:     There's-there's, Mary there-there are going to be hard moments in this. But that's, that's when, you're, you're going to push through it. You know you, you haven't lived an easy life up to this point. You, like you said you've done very difficult things in your life. And, and you, you've got through all of those. And that's, that's the, that same character. That's, that's what's going to get you through the rest of this.

MT:      [UI]. Why I did it?

MM:     Mary, people make mistakes.

MT:      I know. [UI].

MM:     The, the, the thing is, Mary what-what we can do is, we can continue to work towards [UI] tonight.

MT:      Yeah.

MM:     That's what we're going to do.

MT:      [UI] I will, I will cooperate with you.

MM:     I'm sorry?

MT:      I will cooperate with you.

MM:     I hope.

MT:       You know?

MM:      I hope.

MT:       I'm not--I'm not hiding anything.

MM:      I hope. I hope you know I appreciate that. I know--

MT:       [OV] I am not hiding anything.

MM:      [OV]--I know Andy appreciates that.

MT:       [OV] I'm not hiding anything. I'm [UI].

MM:      [OV] And I--And I know--And I know--

MT:       [UI] I know, I told you.

MM:      And I know--

MT:       [OV] I don't know that guy in person, I told you.

MM:      --and I know--

MT:       [OV] You can check my phone.

MM:      --Andy and you-you and Andy have had a relationship previous to, to this talk.

MT:       Yeah.

MM:      And you know, I'm sorry that our relationship had to start with this.

MT:       I know. I [UI].

MM:      [OV] I think-I think you and I were actually--Weren't you at ███████████ ███ for a while?

MT:       Where?

MM:      ███

MT:       █████

MM:      █████

MT:         I was there for two years and a month.

MM:        I was there for, for a while.

MT:         [OV] Yeah. [UI].

MM:        How, how long were you there?

MT:         I have have done nothing. Only the [UI].

MM:        No, no I was just a--it looked like--

MT:         Two years.

MM:        W-what, what years?

MT:         Since, uh, 2017 until, 2017 until like uh--

MM:        2019?

MT:         Oh my God, '18. Oh my God. Oh my God.

MM:        Can you--

MT:         I lost everybody now.

MM:        Mary, lets, lets--

MT:         I lost everything.

MM:        I understand the, the feeling of the--

MT:         [OV] My family.

MM:        Lets--You're getting ahead of yourself. Let's--

MT:         Yeah, I don't [UI]. I'm 63 years old. I don't. This will be my report until I die.

MM:        Mary you, you can't think like that right now. Okay? What we, we just, and, you know we, we want you to get some, some rest. And, and be, be a, be fresh for tomorrow. Okay?

MT:         You have been watching my phone. I have no [UI]. You said you have been watching.

            [background noise]

AE:     All right. So we're going to--One thing that they do have to do uh, probably [sounds] pretty soon. By policy th-they are going to have the PA come in and just uh, do a little medical check on you.

MT:     Yeah.

AE:     Okay. Is that good?

MT:     Okay.

AE:     And then, uhm, look at the timeline. It would probably be 72 plus hours before we're able to get back in the states.

MT:     When?

AE:     Uh, like 72 plus hours.

AE:     About three days.

AE:     Yeah.

MT:     Three days here?

AE:     Yeah.

MT:     Oh my God. Too much!

AE:     Yeah, it'll be about three days. Well the-so, some of the difficult, we're going, talk a little more later, but also the difficulties with flights. And--

MT:     [OV] [UI].

AE:     Once we do get there it's going to be like Mike said, very, very direct and we'll probably hop on a plane, and fly somewhere, and then we might hop on a different plane. Fly straight back.

MT:     [UI]--

        [end of session AUD_2020-02-27_07-40-52_UTC+3.flv]

        [start of session AUD_2020-02-27_07-45-53_UTC+3.flv]

MT:     [UI].

AE:     It will be, the one that I think they're talking about is-is fairly comfortable. So.

MM:        Yeah.

AE:        Yeah. It will at least be a comfortable ride back.

MT:        [OV] Mm. No problem.

AE:        Yeah.

MT:        You know, I don't care comfortable or not.

MM:        Well, one of the two of us, if not both, will--will be there for the duration of it.

AE:        [OV] Yeah.

MT:        Will be with me when I got to the court?

AE:        I'm, I'm--

MT:        [OV] You will be in the meeting?

AE:        --almost positive I'll be traveling back with you.

MT:        No one will be in the courtroom with me, when I go to the appointment?

MM:        It would be one of the two of us.

AE:        Yeah it'll be, it'll be me--

MM:        [OV] Okay.

AE:        --we'll have uh, a female agent. And then it might be one other agent too.

MT:        Yeah.

MM:        But you know the likelihood is, if you know if, if I'm not on the plane with you then I would meet you.

AE:        Yep.

MM:        On the way back. It's just a little bit about--

AE:        [OV] Can I help you make [UI]. Can't help it.

MT:        [OV] [UI] don't want [UI] and the judge.

MM:        [stuttering] A lot of the, a lot of the details of-of what's going to happen when we moving forward uhm, we'll be able to find that out, you know over the next few hours.

MT:        [OV] Uh-huh.

MM:        But a lot of that will become clear to us.

AE:        No later than like the next 24 I would say [UI].

MM:        We'll have a really good idea.

AE:        And we'll give you some good clarity on, on, like, when we're leaving and how that's going to work.

MT:        I don't want my kids to know when.

AE:        I know.

MM:        Yeah.

AE:        I-I understand.

MT:        My kids, you now if, if some, if one of them you know, have, do something to themselves, hurt themselves, harm themselves [UI]--

MM:        [OV] What would be a better way--

MT:        --[OV] I will never forgive you--anybody.

MM:        --for, what would be a better way for them to find out? Would it be for them to find out--

MT:        [OV] No they will not find out.

MM:        [OV]--from you?

MT:        They will not find--He will find out from me.

AE:        Okay.

MT:        But not to from somebody else. I don't want the [UI].

AE:        [OV] Do you want to, should we maybe while we're over here try to facilitate a call, that, that you can talk to them?

MT:        I'm not going to tell them what's happening.

AE:        How, how will you--

MT:        [OV] They will be shocked. They will die.

AE:        How, how we going to, at some point they are going to, find out. I just need to, I'm going to be honest with you. At some point they'll--

MT:        [OV] When I go to the state I will call them from the state and tell them. I'm not from here.

AE:        Is it going to be weird if you don't talk to them, like, for a couple days.

MM:        [OV] Mary we-we're, Mary we-we're only telling you this because we want to be honest. But uh, we told you at the beginning we were going to be honest with you about everything because we expect honesty from you.

MT:        Yeah, yeah.

MM:        So [stuttering] it's not, it would not be right for us to be dishonest with you--

MT:        Uh-huh. Yeah.

MM:        --about that. So we, we only want to tell you what's going to happen. We're not going to speculate if-if we do have to speculate we'll tell you this is a speculation. I don't know--

MT:        [OV] Then, you know, you would go and talk to my kids. And tell them you're mother she had done this and this.

MM:        I-I don't know circumstances that would, I would tell you in a normal, in the course of a normal investigation that would likely happen. In a course of a normal investigation. Yes.

MT:        They would want to tell them your mother has done this and we have proof.

MM:        So that would not happen. That's not what happens.

MT:        [OV] That's good.

MM:        They--

MT:        [OV] That's good [UI].

MM:        --we, we. The-the FBIs not going to do anything to disclose information with, to
           people that they shouldn't disclose information to.

MT:        [OV] Mm-hmm.

           [pause]

MM:        Does that make sense? That, that can be confusing.

MT:        What's going to happen to [UI]? [UI] I cannot [IA], it's stupid. Now it's too late.

AE:        You know, that-that's, I know, I know in-in Arabic culture that-that's, that is
           something that people say. Uhm, but my personal belief is that it is not written.
           Mactu [PH] is-is not, that's--that is not a complete--

MT:        [OV] Yeah.

AE:        --definition of what is written. You know I-I think you can, it, it's continually
           written. You know the ending is not complete--

MT:        [OV] Uh-huh.

AE:        --for anything yet. Uh--

MT:        [OV] Oh my God, what I have done to myself. Oh my God. [UI]

AE:        Mary, [UI].

MT:        I will never forgive myself.

AE:        Going back on that stuff is just going to cause you [IA].

           [end of session AUD_2020-02-27_07-45-53_UTC+3.flv]

           [start of session AUD_2020-02-27_07-50-53_UTC+3.flv]

MM:        Okay.

AE:        We need to, need to move forward.

MT:        I will never [UI].

AE:        [OV] And I know that there's a, there's a mourning period.

MT:        No my life's stopped here. There's, there is no nothing.

AE:         [OV] There's going to be a point where you're going to--

MT:         [OV] No.

AE:         --be able to accept [pause] the situation and we'll focus on that goal--

MT:         [OV] [UI]

AE:         [OV]--and move forward and get there. [sounds] We just have to figure out what
            that is. And I know that family is very important to you.

MT:         Uh-huh.

MM:         Mary do you want to eat something?

MT:         No I don't eat sweets, anything.

MM:         Are you sure?

MT:         Yeah.

MM:         What, what about--

MT:         I don't eat sweets.

MM:         --so the bagels. Did--would you like a bagel?

MT:         [OV] Yeah, no. It's okay. Just--

MM:         Because I-I want to be able to provide you with, what you need to continue going
            here. Like Andy said you know, we've, we've got to keep you healthy.

MT:         Uh-huh.

MM:         [OV] That's, that is not--

MT:         I am healthy. We can go an dress, you know, before I go. And can--

AE:         We're going to wait and make sure someone's here.

MM:         [OV] We--

AE:         We get to check you out and make sure everything is okay medically.

MT:         [OV] Yeah. Alright.

MM:     Mary our, our, our job is to make sure that [sounds] you're okay as we move forward here. You're in our care now so we have to insure that. That, that means that's a pretty holistic approach, too.

MT:     When you came to the room and knocked the door I thought that you need something. [UI].

        [pause]

AE:     We needed to help you . . . with all this.

MM:     [OV] We, we needed to get in here and discuss.

MT:     [UI] will not help me, not with judge. They know.

MM:     No, it's--

AE:     [OV] Unfortuna--if we-we hadn't addressed all this, all this eventually it was going to come out.

MM:     But Mary that's, that's also not true that, that your cooperation will be--

AE:     [OV] Yeah.

MM:     [OV]--expressed.

AE:     Absolutely 100%.

MM:     Like, like Andy explained it's a very complex system, how they work all of this and, and I know you were asking me how, how, how much prison time. It-tha-that's, that's, it's unfortunately it's--it's a very difficult question to answer. And it's, it's something that's always fluid. The nice part for you is that you have, you get a say in that. And that's, you're expressing your say right now. All, everything that we've done tonight is, is expressing your sadness.

AE:     Absolutely.

        [pause]

MT:     A bad position now. I am in bad position. I am in a bad position, Andy.

MM:     [OV] You're making the best of it. You're making the best of it.

MT:     I am in a bad position Andy.

MM:     We're making the best of it though, right?

MT:     I don't think so. The damage has been done. It's too late. It's too late.

MM:     Let's not think about that part. Okay?

MT:     I would never quit thinking. I thinking it since I stopped.

MM:     Again I, and I-I-I've told you this a number of times. And I'm going to continue to tell you. I won't stop telling you this. Andy said it best. The best way is to focus on the positive things as we will do moving forward.

MT:     I'm never stop thinking about it since, you know [UI].

MM:     [OV] We're going back to the United States.

AE:     Uh-huh.

MM:     That is going to be a positive step.

AE:     Mm-hmm.

MM:     When we're back in the United States, de-depending on the situation you, you maybe able to see your family. That's a possibility. These are positives. These are positives.

MT:     Release me, it would be in my record, you know? [UI]. This will be, in my record. I would never be allowed to work anywhere.

MM:     Mary we, we can't be beyond that now. That's, the only way to change that would be go back in time. We-we can't do that. And you know what, if we could, we would. We would go back and tell you stop, stop talking to him.

AE:     [UI] said it yourself.

MT:     [UI].

        [sounds]

        [UI background conversation]

        [end of session AUD_2020-02-27_07-50-53_UTC+3.flv]

        [start of session AUD_2020-02-27_07-55-54_UTC+3.flv]

MT:     I am bad. I am bad. [noise]

MM:      You made a mistake, Mary.

MT:      Big mistake.

MM:      Mary, i-i-it's a bit mistake but it goes a long way being able to talk about it afterward--

AE:      Hey Mary? My friend, Tiba [PH] is here. She's going to take you to the restroom one more time, because I--she--she's actually gonna--

MT:      [OV] I don't want to go.

AE:      [OV] I know, but well she's going to probably go to bed so--

MT:      No, no I don't want to go. I don't feel it.

AE:      [OV]--just, just try calm down.

MT:      [OV] I don't feel it.

AE:      You don't want to, you sure?

MT:      No, I'm 100% sure.

AE:      Okay.

MM:      Okay.

MT:      I am 100% sure.

AE:      [UI] you could.

MT:      [UI] the bad thing that's coming.

MM:      I'm sorry.

MT:      I mean the bad things will be coming, [UI]. I am in front of the judge, and everything.

MM:      Mary, I mean you know, again we're, we're talking about accepting responsibility for all of this. You're doing a very good job of it already.

MT:      The lawyer will be there.

MM:      That's right.

MT:     After I-I, after I talk with the judge you know they will hire, the lawyer will come. They are good lawyer?

MM:     [UI] I bet what--what they would do is stress that, that you cooperated. That you provided us the information when we asked you.

MT:     Yeah, they will talk to your [UI]. Okay. . . Oh my God. [UI] me here. What they will think about me to command and [UI], everybody. I put down everybody.

MM:     Mary, clearly they, they, they love you because of your, who you are as a person. A mistake, this is not who you are. It's something that you did. It's not who you are.

MT:     It's the same, habibi. It's the same, mama. It's the same.

MM:     I-I know you feel like that right now but that's, that's now how it is. That's, that's not how an-anything works. Uhm, good-good people do make mistakes.

MT:     If they put me in the prison my kids [UI], "My mom she's in prison." [UI] I have to answer them.

MM:     There-there's elements of that, that would, will be worked out. You know and i-it's, it's not as if you'll, you'll never see your children again. That's, that's not the case.

MT:     I don't want them to know that I'll be in prison [UI].

MM:     I'm sorry.

MT:     That you put me in the prison I don't want them to know that I'm in a prison.

MM:     I mean, that's going to be difficult, Mary.

MT:     Yeah.

MM:     So, I-I think you know, just-just as you were honest with me, you're eventually going to want to do the same with your children. I mean you, you're able to tell them whatever you want. Certainly--

MT:     [OV] [UI].

MM:     --but--

MT:     I will never tell them. I'd rather die.

MM:     Where do your children live?

MT:         Minnesota.

MM:         All of them?

MT:         Most of them.

MM:         And h-how many do you have?

MT:         Four [UI].

MM:         Four? What are their names?

MT:         [UI], Daniel, Lincoln [PH], and Sam [PH]. They are all very sensitive.

AE:         Alright, we just got-got another PA [UI].

MT:         [OV] I'm okay, you know, [UI].

AE:         Yeah it's procedure though we have to. Uh, we have to just make sure that you're all good and checked out.

MT:         [OV] [UI]

AE:         [OV] So, also he'll, he's going to talk about your diabetes and stuff and--

MT:         [OV] Huh?

AE:         --your diabetes and we're just going to make sure you're okay. And then get some sleep. We'll all get a little bit of sleep.

MT:         What time you came to me?

AE:         In the morning? Uh, probably about--

            [end of session AUD_2020-02-27_07-55-54_UTC+3.flv]

[END OF 1145843.final.docx]

[START OF 1145384.final.docx]

            [start of session AUD_2020-02-27_08-00-54_UTC+3.flv]

AE:         It's 3:30 I think, was it, 3:30?

MM:         [UI].

AE:        Something like that 3:40, 3:45. It was early.

MT:        What?

AE:        I said it was early.

MT:        Yeah I thought that somebody need something in office. I never thought about--

AE:        Yeah.

MT:        --[UI].

AE:        No, I know.

MT:        It was a big surprise.

AE:        Well, we didn't want to scare you. That's not what we . . . Just trying to talk to you, explain things the best we could.

MT:        [UI] their sleep, over there.

AE:        [UI] Their sleep? Not everybody knows over there, but . . .

MT:        [OV] Uh-huh. Mm.

AE:        Yep. I, again I, I'm not sure they're gonna explain something. I don't know what that is. They're gonna have to explain something. I don't know what that is. It's okay. This is, this is the hardest part.

MM:        [stuttering] Andy was--

AE:        [OV] This is the hardest part.

MM:        --Andy is so right Mary. The, this-this is the hardest part. That initial wave of emotion.

            [pause]

AE:        You're complying, just--

MM:        [OV] It was--

AE:        --all [UI].

MM:        Yeah, yeah.

AE:         [UI].

MM:         Ev-even, even but, e-even us talking at the beginning that's, that's mostly when it stops.

AE:         Uh-huh.

MM:         When we just stop discussing things. That's, that's when it's most difficult.

MT:         Okay.

            [pause]

AE:         I'm going to check on [UI].

            [background sounds]

MM:         We're trying to make this as quick as possible, just this last part.

MT:         Yeah.

            [pause]

            I'm tired. I'm tired. Oh my God, Mary, what you have done? What I have done?

MM:         We just--

MT:         [OV] What I have done?

MM:         [OV]--we need to focus on where we're going to be going with it. This is, it's a lot to process Mary. Uhm, I just ne-I need you, I need you to remember what Andy and I are telling you. That, the emotions of this are very strong right-right now. Because we're--

MT:         Even after they will hate me.

MM:         It--

MT:         Trust me. Oh my God. If you have kids, you will understand what I'm talking about.

MM:         And--

MT:         [OV] Grown-up kids.

MM:          And I-I don't, but--

MT:          [OV] [sounds]

MM:          --I-I-I understand what you are saying.

MT:          [UI]

             [background sounds]

AE:          Ooh, it's still chilly in here. Am I the only one?

MM:          It uh, so with the sun just rising.

AE:          Yeah.

             [UI conversation]

MM:          [UI] been.

MT:          [UI].

             [background sounds]

MT:          That's okay.

AE:          No, no, no we're going to move over.

MT:          Why?

             [background sounds]

AE:          Well Mary--

MT:          [OV] I can do it.

AE:          --I told you we, we're, we're going to treat you with dignity and respect--

MT:          [OV] Oh come on. You are.

AE:          Plus, you got--

MT:          [OV] It's too late now.

AE:          --two, former military guys here. We know how to make a bed.

MT:        [OV] I know [UI].

MM:        I'll tell you what we--

MT:        [OV] I know.

MM:        --we know how to make the bed.

           [background sounds]

           I get that in here.

MT:        Try to do it, but I try.

MM:        Yeah, um I'll take care of it.

MT:        Thank you.

MM:        Of course.

           [background sounds]

MT:        Oh yeah this is a nice bed. You getting me some clothes before I leave yeah?

AE:        Uh-huh.

           [end of session AUD_2020-02-27_08-00-54_UTC+3.flv]

           [start of session AUD_2020-02-27_08-05-54_UTC+3.flv]

AE:        This thing is sewn all the way shut.

MM:        Okay. I see it.

AE:        I may to have to plug in on the--

           [background sounds]

MT:        [UI]. No, it's okay. Thank you.

           [background sounds]

MT:        Thank you.

MM:        Uh-huh.

MT:         Thank you, Mike.

MM:         Whoops. [UI].

MT:         Thank you so much.

MM:         Which way do you want it? This way?

MT:         [OV] Just like that.

AE:         [sighs]

MM:         Yeah.

MT:         Right there.

MM:         Which, which side do you want to sleep on?

MT:         I'll sleep this side.

AE:         This side?

            [sounds]

AE:         Let's drop this end.

MT:         Try not to bend.

AE:         [UI] Well, I don't wa--I don't want you getting, you getting cold.

            [background sounds]

            [pause]

AE:         You okay?

MT:         I'm sorry I [UI].

            [background sounds]

AE:         It's okay.

MT:         I'm sorry.

MM:         So have you ever [IA]?

[background sounds]

MT:        No, not yet, [UI].

AE:        Seems like that [UI]

           [pause]

AE:        Since you've been honest with us, accepted responsibility, cooperating these are
           all thing that are going to help. [pause] There's a system, it's how it works. There
           are all things that are going, they're going to help.

           [background sounds]

MT:        I lost everything.

AE:        What was that?

MT:        I lost everything.

AE:        You didn't lose everything.

           [background sounds]

MM:        You didn't lose everything.

           [background sounds]

           [unintelligible background conversation]

MM:        I'm sorry, I just want to give you my, [UI] phrase, so, when you're ready to go to
           bed, then get out of hearing my name.

MT:        Time you will be coming here?

MK         Tomorrow?

AE:        [OV] It'll be about . . .

MM:        That'll be tomorrow night.

AE:        Yeah tomorrow night? [UI], yeah?

MM:        [UI], I--yeah. [UI].

MT:        Today, I mean, today not . . .

MM:         Y-yes.

MT:         Too early. I will stay here until, until we leave?

AE:         Uh-huh. It's 8:00 A.M.

MM:         Hmm?

AE:         8:00 A.M. We, maybe 10:00, actually.

            [pause]

AE:         What kind of stuff do your normally eat? You don't like the sweet stuff.

MT:         I don't want to eat. I'm not hungry. I will drink water.

MM:         Are you sure you don't want-want anything?

MT:         [OV] For the bathroom every time I go I have to call them?

AE:         Yeah.

MM:         Yeah.

MT:         He will be outside huh?

AE:         Yeah there will be somebody and then they'll, they'll get a female to, to take you to the bathroom.

MT:         Not now.

AE:         What's that?

MT:         Not now, later.

AE:         Okay. I hope not.

            [end of session AUD_2020-02-27_08-05-54_UTC+3.flv]

            [start of session AUD_2020-02-27_08-10-55_UTC+3.flv]

AE:         --just sent uh, our gal to bed.

MT:         No.

AE:          We could probably rouse her up.

MT:          Please don't do that.

MM:         If you want to Mary we'll get her up [UI].

MT:          You are really nice.

AE:          [OV] Yeah we'll get her.

MT:          It's okay.

MM:         Mary we're, we're, we're just, we're, we're here to treat you, like what Andy said it's, it's a dignity--

MT:          [OV] I know.

MM:         --and respect.

MT:          You are the best. But don't, you know, control, not for the people down in Houston. You interrogate or question.

MM:         Yeah.

MT:          You are always the best.

MM:         I learned from the [UI].

AE:          We all learn from each other. Its easy way to, way to treat people respectfully--

MT:          [OV] And that's why yesterday, I try to go to fix my tea.

AE:          Mm-hmm.

MT:          They didn't allow me.

AE:          I don't know anybody on the base.

MT:          Maybe uhm, yeah maybe for this reason.

AE:          I, I think just think we're greens [PH] in general allowed to be there.

MM:         I know w-we weren't allowed to be in--

AE:          [OV] Yeah I don't know why the commander thinks--He's got his reasons.

MM:     We certainly aren't, aren't making those types of decisions.

AE:     This is the craziest chair I've ever been on camp here, man. It's [UI] boot and put this chair in there.

        [sounds]

MM:     Ready to [pause] I'm sorry for the delay, I'm sorry.

MT:     No [UI].

MM:     I-I know you want to lay down.

MT:     Don't worry. Don't apologize to me. I am the one who's supposed to say sorry.

MM:     No, that's okay.

MT:     I am the only who who's supposed to say sorry from now until I die. [UI]. From now until I die. I hope I'll die soon.

MM:     No, Mary.

MT:     Before this ended, you know? Worse than [UI]. Totally end everything and hope I will die.

MM:     Mary, we--

AE:     [OV] I think once the, initial--

MM:     [OV] Yeah.

AE:     --emotional shock of all of this wears off.

MT:     No, no, no, no, no. [UI].

AE:     And you get, you get, and you get less, and you get a better understanding on what's going to happen. [UI] unknown pieces is uh, is [UI]. You'll have a better understanding of [UI]. You've got, you've got a lot of life ahead of you. You're an incredible baker. You probably could make a million being a baker.

MT:     Nobody will buy anything from me. I--

MM:     [OV] Mary.

AE:     [OV] I actually, seriously doubt that.

MT:         Everybody will, everybody will see that my, in my history. This will be recorded on my social security.

AE:         [OV] [UI] I feel like you're--Uhm, no it's not. I-I feel like you're over estimating--

MT:         [OV] Yeah.

AE:         --how people check people's records. Yeah . . . That's, that doesn't happen.

MM:        Mary, everyone that I know that talks about you--

MT:         [OV] [UI].

MM:        --Like Andy said, they said what a wonderful baker you are. I'm, I'm a little disappointed--

MT:         [OV] I bought yesterday ten meals [PH] of flour--

MM:        --[OV] I didn't ever get a cinnamon roll.

MT:         [OV]--I was intending today to make it.

AE:         I blame [UI].

MT:         [UI].

MM:        [laughing]

MT:         I was planning to make cinnamon rolls and cookies.

AE:         I blame [UI].

MT:         [UI] in a bowl [UI].

MM:        What's your favorite thing to bake?

MT:         No favorite.

MM:        You don't have a favorite like dish stuff?

MT:         No I have--no I love to bake everything.

AE:         Some pretty good oatmeal cookies.

MT:         I know the oatmeal raisin ones.

AE:      [OV] The raisin ones. Those are my favorite. They're pretty dangerous.

         [pause]

AE:      You've still got baking, I-I-I think you could make a lot of money doing that. [UI]

MT:      [UI].

MM:      [UI]

         [background sounds]

AE:      Yeah.

MT:      Maybe they're not coming. I'm tired, my back is hurt.

AE:      You can lay down.

MM:      [OV] If-if you want to lay down, Mary, you--.

MT:      [OV] Lay down and you all here? No.

AE:      You can lay down.

MM:      You can lay down and I mean we're--

MT:      I don't want to lay down when you're all here.

AE:      What do you mean? Just lay down. [laughs]

MT:      My back hurts too much.

MM:      Un-unfortunately we're not able to leave.

MT:      No.

MM:      [OV] [UI].

MT:      No, I know you are guarding [UI] me. I'm not going to escape.

AE:      [OV] My back hurts too, so--

MT:      I'm not going to escape or--Trust me, so--

MM:      Oh Mary, it's-it's not [UI]--

MT:     [OV] Trust me, no. No.

MM:     --because, it's not because of that. It's just we-we have--

MT:     [OV] Trust me.

MM:     --we have make sure.

MT:     No I-I rather killed myself before I [UI], I harm anyone of you.

MM:     But Mary we, we also can't let you do that.

MT:     I know. I know.

MM:     We have, we have, we have to stop that from happening.

AE:     [UI] you should, you're not going to hurt yourself are you?

MT:     Come on. No.

AE:     O--

        [end of session AUD_2020-02-27_08-10-55_UTC+3.flv]

        [start of session AUD_2020-02-27_08-15-55_UTC+3.flv]

MT:     --why I hurt myself.

AE:     That's, that's--

MM:     [OV] That's--

AE:     --[UI].

MT:     [OV] I'm a believer.

AE:     [OV] Thank you. I just need to hear you say that.

MT:     And you have the camera, they will watch me if I hurt, if I hurt myself.

MM:     Mary we just don't want you to hurt yourself. We--

MT:     [OV] I know.

MM:     --please tell us you're not going to hurt yourself.

MT:        Oh my God, I'm not going to hurt myself. Trust me.

MM:        [OV] Okay. Because, we need--

MT:        Come on.

AE:        [OV] We, we need, Mary we just have to make sure.

MT:        No. People do mistakes, this was the mistake of my life. I never repeated it. You know, I have done it once, and I stopped. Finished. You have my computer, you have my telephone. You do whatever you want to with my phone.

AE:        Get some shut eye.

MT:        What?

AE:        I said get a little shut eye, take a nap. We'll, they'll be, he should be here in the next few minutes.

MT:        No I'm not, but my back hurts.

AE:        Oh yeah.

MT:        Yeah.

AE:        Do you take anything for your back?

MT:        Not usually no, I took ibuprofen.

MM:        Oh. Well, if that's something you would want uhm, we can definitely talk to the PA.

MT:        Yeah.

AE:        Yeah, tell him, tell him what's bothering you and tell him your medical conditions.

MT:        My teeth it's brothering me.

AE:        Oh yeah.

MT:        It, it never let to do my teeth.

AE:        I thought you said you got a teeth cleaning.

MT:      No it's like, the crown, this is temporary.

AE:      Oh yeah?

MT:      [OV] I covered them of course. I have the crown. I already paid, paid him money.

AE:      Hmm.

MT:      I will not be able to do it . . . You know? I don't know.

MM:      So we can definitely like, like I said before, Andy and I will, will make sure that everyone is aware of that.

MT:      Yeah my teeth, I'm not going to [sounds] [UI].

AE:      Maybe [UI] Jojo [PH] or someone could pick it up or, I don't know what we could work out?

MT:      No, I have to go to the doctor he will put it one by one.

AE:      Uh, that's probably--

MT:      No.

MM:      [UI] wait a little bit until we get back to the st--

MT:      Yeah.

AE:      --states but.

MT:      They can't do it maybe, in the prison.

AE:      I mean, maybe he could get the crowns and they--

MT:      They can do it in the prison for me?

AE:      Yeah if he gets the crowns maybe he can take them back with her. If you paid for them. Get it done in the US or something.

MM:      Yeah, something [UI].

MT:      He have to take, they measure here temporary. He didn't finished the lower part.

MM:      Uh-huh.

MT:        He did the upper part [UI]. Maybe in the prison the doctor will do it for me free. If they put me in the prison. How many years if they put me in the prison? You know--

MM:        [OV] Mary, that's [UI].

AE:        [OV] Yeah, that's [UI].

MT:        [OV]--Minimum, minimum! Minimum and maximum?

MM:        [OV] It's still very--

AE:        [OV] I will check the guidelines for you because they can still--

MM:        [OV] It's still very [UI] for you, because they still very un-clear because like Andy said there's a number of factors that go into it.

MT:        There's, there's mitigating factors. Accept this responsibility and cooperation.

MM:        Like Andy said, if you uh, past criminal history comes into it. All of those things.

MT:        I have a clean history. I don't have any criminal history.

MM:        That's good. That's--

MT:        Fifteen years with the army I have never done anything bad. You can ask all the people I work with.

           [knocking sounds]

           [background sounds]

           [background conversation]

MT:        [UI] they will be fair to me when I go back.

MM:        This is a fair pro--

MT:        [OV] I hope they will understand [UI].

MM:        --it's a fair process.

MT:        I hope so . . . The medic is not coming. He can come at another different day.

MM:        They, they have to by-by our procedure they have to.

[background conversation]

AE:          I--He is on his way. I'm going to find him [UI].

             [background sounds]

AE:          It can't be that long. He's on camp.

             [end of session AUD_2020-02-27_08-15-55_UTC+3.flv]

             [start of session AUD_2020-02-27_08-20-56_UTC+3.flv]

MM:          We're just going to want you to get some good rest tonight. Okay?

AE:          Okay?

MT:          I'm not going anywhere, trust me.

MM:          Would--

MT:          [OV] I don't want, anybody to see me.

AE:          You don't want who?

MT:          I don't want anybody to see me. I don't want anybody to look at me and think--

AE:          [OV] Okay. I understand.

MT:          Anybody, please.

AE:          Mike and I--

MT:          [OV] Except you two--

AE:          [OV] Okay. That's-that's okay?

MM:          Alright.

MT:          Except you two, I don't want to see anybody.

MM:          I understand.

MT:          No more.

MM:          We understand. We understand this.

AE:        Let's get you checked out and I-I think you're going to feel a little better after a couple hours. It'll be good.

MT:        I would never feel better.

           [pause]

MT:        I will never be better.

           [pause]

MT:        Please. Tell [UI], you know? [UI] do you like [UI].

AE:        Okay.

MT:        He have an ID for me and I don't want anyone to see. Some privacy.

AE:        We'll, we'll do our best to mitigate it but you understand, like we can't, you know it's--

MM:        [OV] It's going to be a very minimal--

AE:        [OV] Yeah.

MM:        --number of people. And, and you know, Mary, that, that's exactly why we, we did this from the beginning, the-the way that we did this so that as few people as possible will see.

MT:        Why I did this?

           [pause]

MT:        Why I did this?

MM:        We-we got to focus on something else.

AE:        Mm.

           [pause]

MT:        I don't want to go [UI].

           [background sounds]

MT:        He is George's [PH] friend.

AE:         What's that?

MT:         He is George's friend.

AE:         Which guy is that?

MT:         George.

AE:         Oh the doctor. Okay.

MT:         He's a doctor or medic? Medic.

AE:         Oh the medic. Uhm, I'm not sure if he's George's friend. Yeah, he might be. The PA? Physician Assistant. I think that who's coming.

MT:         Yeah.

            [pause]

            [background sounds]

            [UI background conversation]

AE:         Don't mind me, I'm gonna stand. That cha--that particular chair is a little brutal.

MT:         I know. The chairs, they are not comfy.

AE:         This one's not b

            [pause]

AE:         Oh, yeah, much better . . . See this is when, when, we meet, if you need anything--

            [end of AUD_2020-02-27_08-20-56_UTC+3.flv]

            [start of AUD_2020-02-27_08-25-56_UTC+3.flv]

AE:         --I would, I-I would just like uh signal that camera. Like you just got to stand up in front of it and like wave and they'll uh, they'll send somebody over.

MT:         I wave for them when?

AE:         I said if-if you need something, you could stand, you know there's that camera there. You can just stand up and just you know wave--

MT:        They're watching me?

AE:        [OV]--to the camera. Yeah.

MT:        Watching me 24 hour.

AE:        Well yeah.

MT:        If I get naked they will keep looking.

AE:        Uh, no, I-I don't think that, that's-that's the intent at all. So, what should you do if you needed to change, use the restroom, shower that kind of thing. Uh, they'll bring a female over to, just be in there to, not watch you but you know make sure everything's okay, and, you know.

MT:        And how [UI] you know when I go back to the state, Andy? If it takes long, huh?

AE:        What's that?

MT:        The process?

AE:        With, with the whole federal court? I mean it, it could take a couple months.

MT:        And I will be in the prison during that.

AE:        I-I see I don't know that. Uh, that-that's going to be up to the judge.

           [pause]

AE:        Just see if they, you got--Actually no, you got more in your room.

MT:        I have a lot.

AE:        Yeah, okay. Good. Just making sure you don't run out there.

MT:        No.

           [pause]

MT:        I need all of my medication.

AE:        Okay.

           [pause]

MM:        [UI] At least it warmed up a little bit out there.

AE:         What's that?

MM:        Warmed up a little bit out there.

AE:         Yeah, yeah. It's getting a little better.

MM:        [UI].

            [laughing]

AE:         Yeah, well, better me than you.

MM:        Andy's a man of many talents.

AE:         Yeah that was the--Key is stability there.

MM:        [OV] I had--You, you might just be sorry for that.

            [laughing]

            [pause]

            [background sounds]

MM:        You're welcome.

AE:         Oh yeah, nice joke. Is the temperature okay in here, Mary.

MT:         Yeah, okay. [UI] He can come at night you know, I'm okay.

AE:         What's that?

MT:         I'm okay, and the camera is watching me.

AE:         Oh we-we just got to wait until you're, uh, they medically assess you. And then we'll, we'll step out and let you sleep.

MT:         He said 10 minutes.

AE:         They said 10 minutes 20 minutes ago. Yeah [laughs]. They said 10 minutes 30 minutes ago.

MM:        Jason [PH] [UI].

AE:          What's that?

MM:          Jason [UI].

AE:          I got Tony [PH]. He wouldn't do it. The wine area, I think, uh--

MM:          Yeah.

             [end of session AUD_2020-02-27_08-25-56_UTC+3.flv]

             [start of session AUD_2020-02-27_08-30-57_UTC+3.flv]

AE:          I think he's on his way to bed.

             [pause]

             [background sounds]

AE:          What's up?

             [background sounds]

UM:          Good, good. How are you guys.

MM:          Are you ready?

AE:          Good. Couple minutes?

UM:          How's it going ma'am.

MT:          Hey how are you?

UM:          Good, good, ma'am. Uhm, I'm the ████████ [UI] the senior medic.

MT:          Yeah.

UM:          Uhm, we're just going to do uh, kind of ask you a bunch of questions and do a
             quick physical exam if you're up for it.

MT:          Yeah. No problem.

UM:          All right. Sweet. How uh, how old are you?

MT:          Sixty two.

UM:    Sixty two. All right. He's going to get us set on vitals. How tall are you, do you know?

MT:    Five four.

UM:    Five four. Absolutely. We need to fix that.

AE:    Yes please.

MT:    Yeah.

UM:    How much do you weigh?

MT:    Uh, it's like 198.

      [pause]

      [background sounds]

AE:    Can I talk to you for a moment?

UM:    Do you have any uh, [UI] health concerns right now?

MT:    No, no, no. I take, uh, Metform [PH].

UM:    Metformin [PH]?

MT:    Yeah.

UM:    Okay.

MT:    That's it. I have no other medical issues.

UM:    Okay. How often do you take the Metformin?

MT:    Like uh, uh, half pill, half in the morning, half in the evening.

UM:    Do you know the dose that you are taking?

MT:    Five hundred.

UM:    Five hundred? Yeah.

      [pause]

UM:    Do you got any uhm, other concerns? [UI] healthy?

MT:        [UI].

UM:        Okay. Uhm, any mistreatment or abuse?

                [background sounds]

MT:        No abuse.

UM:        Uhm, do you have any chronic pain, shortness of breath, nausea, vomiting--

MT:        [OV] No sir. No sir.

UM:        --blurry vision, Ear pain?

MT:        No. No.

UM:        Immense pain, heat pain?

MT:        [UI].

                [background sounds]

UM:        Uh, no change in your bowel movements?

MT:        No.

                [session ends with 00:01:49 left]

                [end of AUD_2020-02-27_08-30-57_UTC+3.flv]

[END OF 1145384.final.docx]

**Interview 2 – Composite Verbatim Transcription**

[START OF 1146043.final.docx]

      [start of session AUD_2020-02-27_21-15-26_UTC+3.flv]

      [background sounds]

      [beeping]

UM:      I feel like [UI] I'm not sure.

UM:      Probably. Nice and stable. [UI]

      [pause]

      [background sounds]

UM:      Okay. [UI] sit down [UI].

      [background sounds]

MT:      [UI].

UM:      [OV] [UI] That's good.

MT:      [OV] [UI] it's okay.

UM:      Yeah [UI]. You doing okay?

MT:      [OV] Yeah.

UF:      [OV] She wanted more Tylenol, so I'm going to go up and check on that.

MT:          Yeah.

MM:          [OV] [UI].

MT:          [OV] I'd like to have that.

MM:          [OV] Thank you [UI].

MT:          [OV] [UI].

AE:          Are you okay to talk?

MT:          Yeah.

AE:          How are you holding up?

MT:          [sounds] [UI].

AE:          We, uh, maybe at the end of this. What I'd like to do is, maybe we can get a list. So I know that there were a couple of things that you wanted like some clothes. Like and there are some books, things of that nature.

MT:          Uh-huh.

AE:          Yeah. We'll get a list together and, and then--

MT:          [OV] [UI].

AE:          --we'll try tomorrow. We'll try, we'll get you that stuff. We'll work on it.

MT:          [UI].

AE:          Is it good?

MT:          [OV] [UI]

AE:          Okay.

MT:          [UI].

AE:          How are you feeling today?

MT:          I'm okay.

AE:          Do you feel--

MT:        [OV] [UI]

AE:        --better that you got a little bit of sleep?

MT:        No I didn't get any--

MM:        [OV] She didn't sleep.

MT:        --sleep. Didn't.

AL:        No. Yeah, we didn't get much sleep either.

MT:        I wasn't able to sleep. I tried [UI].

MM:        [UI] lay down for a little bit?

MT:        Yeah.

MM:        Uh-huh.

MT:        I was laying down [UI].

MM:        That's a good thing. [laughing]. [UI].

AE:        I understand it's not, not the best situation.

MT:        [UI] it's the worst situation. [UI].

MM:        Well we, w-we wanted you know, ev-every day that we come to talk to you, we
           need to talk to you about how you are doing and just make sure you are okay.

MT:        Yeah. [UI].

MM:        Uh, that's, that's important to us.

MT:        Yeah. [UI].

MM:        You know.

AE:        We did bring you some food.

MM:        Yeah.

MT:        [UI].

AA:        Is, is there something in particular that you think it would be easier for you to eat?

MT:       No. I--

AE:       Something light?

ML:       I have no appetite. And my [UI] is hurting.

MM:       Okay.

          [pause]

AE:       So just like yesterday as Mike said uh, when we start off we, we're just going to start everything just like we said yesterday. We're going to go through those rights again. And it's just uh, administrative thing that we always do.

MT:       Uh-huh.

AE:       But nothing, nothing changes from yesterday. [UI] and again it's just something that it allows us to, to speak openly and freely and--

MT:       [OV] Yeah.

AE:       --about the situation.

MM:       And, and like Andy was saying Mary, um--

MT:       [UI] here, it's more comfortable for you [UI].

MM:       Oh, no, no, no it's okay did, is this more comfortable for you than--

MT:       No, no, no here. It's okay.

MM:       That's okay?

MT:       Yeah it's more comfortable.

MM:       Now this is, this is good for me.

MT:       Okay.

MM:       This, this keeps me on my toes.

MT:       Okay.

MM:       Ah, um, so I'm just going to run back through the advice of rights. This was a form that we went over early yesterday.

[sounds]

MM:     Okay um, it, it serves as a reminder so that you're aware all of these things still apply in today, okay. Um, so we're American Law Enforcement Agents with uh, FBI. Uh, you've been arrested for a violation of the United States Criminal Law. It's related to unlawful retention of National Defense Information. Um, because you are under arrest, the United--

[end of session AUD_2020-02-27_21-15-26_UTC+3.flv]

[start of session AUD_2020-02-27_21-20-27_UTC+3.flv]

MM:     --authorized with certain rights [UI]. Before we ask any questions we want to make sure you understand those rights. You have the right to remain silent. You have the right to talk to a lawyer for advice before we ask you any questions. You have the right to a lawyer with you during question. If you cannot afford a lawyer one will be appointed for you before any questioning if you wish. [UI] availability to provide you with council at this time, however may be limited by the decisions of the local authorities of availability of an American trained attorney. If you decide to answer questions without a lawyer present you have the right to stop answering at any time.

MT:     You have no lawyer here?

MM:     Here?

MT:     You have no lawyer here.

MM:     Not, not here.

MT:     Yeah.

MM:     Not here. Um, so with, with-without there being uh, a lawyer here. What that means is just that--

MT:     [OV] We're done yesterday--

MM:     --[OV] questioning.

MT:     --yes?

MM:     I'm sorry?

MT:     We're done from yesterday?

MM:         Our sessions?

MT:         Yeah.

MM:         Yes.

AE:         Uh-huh.

MM:         Yes.

MT:         We're done. Is it something new today?

AE:         We're want to follow up on a couple of things.

MM:         Yeah we're--

MT:         [UI].

AE:         And now that you got a chance also [stuttering] it can be unsettling sometimes when you are taken, you know arrested and we're, we're talking about thing. Now that you at least had a little bit of time to uh, relax and maybe get a little bit of rest uh, we can talk and, and gain a little more clarity. Is that okay?

MT:         Okay.

AE:         We just want to, we just want to un-understand the full, the full picture and make sure that we're not leaving anything out.

MM:         Yeah. Absolutely. So, like I said, you know um--

MT:         Have you checked my phone?

MM:         Um--

AE:         Can we get through this and then--

MM:         [OV] Yeah. [UI].

AE:         --we'll, we'll talk about all that.

MT:         Okay--

MM:         [OV] [UI] to do here.

MT:         --before answering anything yeah.

MM:     Okay um, you asked about the attorney. Do, do we have an attorney here? There is not an attorney here.

MT:     There is no attorney here.

AE:     Uh-huh.

MM:     So if you told me that, that's what you wanted um, we would, we would just have to stop talking. Um, if you decide to answer questions now without a lawyer present you have the right to stop answering at any time. Before you decide wither you want to speak to us today we also want to explain to you that because you got arrested on United States criminal charge we're bringing you without--

MT:     [OV] criminal charges?

MM:     --we're bringing you without . . . Did you have a question about that?

MT:     On criminal charges?

MM:     Yes. [pause] We are bringing you without unnecessary delay to a courtroom in the United States. When you arrive in court the judge will advise you of the charges against you. Give you an opportunity to hire an attorney of your choice or if you cannot afford to hire your own attorney appointed attorney to represent you. To determine wither you should be detained or at least pending indictment and or trial of the case against you. Do you have any questions about what I just explained to you?

MT:     No.

MM:     Okay. Um, So I'm just going to ask you [UI] uh respond, or questions here. We initialed yesterday. If you could just [UI].

MT:     But I want to--

MM:     [OV] [UI].

MT:     --know before I sign anything.

AE:     You don't need to sign anything--

MT:     [OV] [UI].

AE:     --[UI].

MT:     [UI].

AE:          You don't need to sign anything today.

MT:          Yeah have you find anything--

AE:          [OV] We--

MT:          --[OV] [UI].

AE:          --we have, we have to get through this before we can actually talk.

MT:          Okay.

AE:          Okay.

MM:          So, so the acknowledgement of rights.

MT:          I can just stop anytime. Yes?

AE:          Yeah.

MM:          Waiver of, of right to an attorney and to remain silent. I am willing to make a
             statement and answer any questions.

MT:          But I have the right to stop?

AE:          Yes. At any time.

MT:          And any time.

AE:          Yep.

MT:          So you are not going to answer.

AE:          Yes.

MT:          I want a lawyer. Yes?

AE:          I'm confused. He's asking you. He's going down the, the questions here.

MT:          Yeah.

MM:          Sorry, let, let me--

MT:          [OV] No, okay--

MM:          --[UI] clarify what you just said though?

MT:        I said you, uh, you told me--

MM:        [OV] You were just asking--

MT:        --[OV] that you can stop anytime.

AE:        Yes. Correct.

MT:        And I said I'm, I'm not going to answer. I need a lawyer.

AE:        Is that what you desire?

MT:        No. He said you can stop any time.

MM:        Yeah, yes. Sorry, so you're asking a clarifying question.

MT:        Yes. Yes.

MM:        Can you stop it?

MT:        Yes.

MM:        So you are able to stop any time and then you would be able to say I, you, you want a lawyer.

MT:        Yeah.

MM:        That's, that, that is, those are, those are both your rights.

MT:        Yeah.

MM:        [UI] Um, so what I, what I'm looking for is uh, when I make these statements to you. If you agree to it, say yes. If you do not agree you can say no. And that's fine too.

MT:        Yes. [UI] It's okay.

MM:        [UI] I am willing to make a statement and answer questions?

MT:        Yes.

MM:        I do not want a lawyer at this time?

MT:        At this time. No.

MM:        I understand my rights and my decision is knowing and voluntary one.

MT:        Yeah.

MM:        No promises or threats have been made to me and no pressure or cohesion of any kind has been used against me.

MT:        No, no.

MM:        That's, that's the acknowledgement of what we--

MT:        Yeah.

MM:        --we just talked about.

MT:        This is good for my question.

           [end of session AUD_2020-02-27_21-20-27_UTC+3.flv]

           [start of session AUD_2020-02-27_21-25-28_UTC+3.flv]

MT:        Have you found anything in my phone, in my computer?

AE:        So we, we've been able to look through some of that.

MT:        Yeah, yeah.

AE:        [sounds] Yeah we want to actually talk about some of that information. And then I had some other questions as well.

MT:        Okay have you found--

AE:        [OV] We've got some other stuff.

MT:        --anything in my phone?

AE:        Well I'm going to let Mike finish up here and we'll--

MT:        [OV] Yeah.

AE:        --we'll kind of go through that.

MM:        So Marry um . . .  we do want to talk about uh, a handful of topics tonight. Um, we're not going to talk about many of the topics that we talked about last night. We're just going to move [sounds] away from that stuff. [UI].

MT:        Yeah. [UI].

MM:        Um, so um, [UI] got together today and we talked about a few of the things that
           we need clarification on. We, we need to, to better understand so that we, we can
           understand the case. And we can understand what's happened here. Um, there's,
           there's a variety of topics that we're going to go through tonight. Um and we feel
           that all of them are very important so we, we hope that we can honestly discuss it
           like we talked about yesterday. [sounds] Uh . . .

AE:        This is [UI].

           [background sounds]

AE:        [UI]. Uh, was this yours?

MT:        Yeah.

AE:        Yeah. [UI] [pause] I got it.

           [pause]

           [background sounds]

MM:        You got it.

MT:        [UI]

MM:        Why don't you [UI] for minute.

MT:        [UI].

           [background sounds]

MM:        I think you might have dropped one.

MT:        [UI].

MM:        You got it. Okay. Um, so, so there's just, there, there. Mary [UI] where, where
           these are different topics. Okay so that's, that's why I kind want to make it clear.
           Um, the only one that's a little bit similar is um, we are going to want to talk
           about an individual that we talked about last, last night. Um, although we could
           probably save that um, until the end.

MT:        Yeah.

MM:        Up to, up to you.

MT:     Yeah that's fine.

MK:     Up to you.

MT:     Yeah absolutely.

MM:     When you want to do it.

MT:     Yeah that's good.

MM:     Okay. Um, do you want to uh--

AE:     Do you want to talk about some of the phone stuff?

MM:     Uh, yeah we'll talk about some of the phone stuff.

AE:     [UI].

MM:     Um--

AE:     So I also have some questions about just some work related things as well.

MT:     No problem.

AE:     Is that good?

MT:     Go ahead.

AE:     What would you, okay. What would you prefer to talk about?

MT:     Um [UI].

AE:     Okay.

MM:     So--

AE:     So one of the things I have questions about is just within your duties and we were looking at some of the stuff that you were accessing regarding uh, just your normal duties. So I assume that obviously that's very much derived from your, your general duties as a linguist but there's, within in the past two months we were looking through and there's somethings that you were accessing I need to understand a little more as to what were your intentions.

MT:     [OV] [UI].

AL:        [OV] It was?

MT:       [OV] [UI].

AE:       [OV] Okay. [UI] okay.

MT:       It's not for anything.

AE:       Right. [pause] [UI].

MT:       I don't have [UI]. I don't have my glasses.

AE:       Okay. So, some of the stuff that, that I've been looking in going through, and, and a lot of these, right?

MT:       I don't, I don't have my glasses.

AE:       Is it okay if I just explain it?

MT:       Yeah.

AE:       Okay. So a lot of this stuff is, looks to me as normal translation stuff. So you're, you're looking at the one note, um some of it you're saving and you're doing your translations. But there's a couple things in here that I'm trying to understand what, what the, what was the requirement? Um, for you to look at it. And some it has to do with, uh, there's, there's BSD [PH] information. Right, and some of the stuff that we had seen too uh, in, in your room there was some notes that had like BSD [PH] and HST [PH] and BAT [PH]. And those are kind of key words [UI].

MT:       [UI] where? In my room?

AE:       Yeah. Yeah there was some stuff in your room. Just like little notes, which is, those are key phrases that you, you--

MT:       [OV] No, no--

AE:       --used on the network.

MT:       No.

AE:       Is that, an, and I'm just trying to understand is this stuff though your duties or . . .

MT:       No. Yes, because you know it's like one time--

AE:       [OV].

MT:     --I was asking--

AE:     [OV] Yeah.

MT:     --okay I don't know this uh, guy. And that you know, we accessed.

AL:     Uh-huh.

MT:     I don't know his picture.

AE:     Okay.

MT:     And I saw his picture. That's it.

AE:     Okay. Okay. So--

MT:     [OV] I know his name, but I don't know his picture.

AE:     I understand. So within the past two months and this is, we just pulled the past two months . . .

        [end of session AUD_2020-02-27_21-25-28_UTC+3.flv]

        [start of session AUD_2020-02-27_21-30-28_UTC+3.flv]

AE:     There's about 46 [pause] uh queries here through the drive. Out of 260 and I, I have some questions on.

MT:     Yeah.

AE:     And [UI] relates to, I, I'm, I need to understand why you were accessing uh, asset validation.

MT:     [OV] Asset validation?

AE:     Uh-huh. So we were able to do [UI] we just wondered--

MT:     [OV] Asset validation.

AE:     Okay, well there are, there are several incidents here were you are looking at asset validation uh, on several of the sources and I'm, I'm not quite grasping why--

MT:     It's normal [UI] you know?

AE:     [OV] Explain, explain that to me?

MT:  [OV] [UI].

AE:  [OV] Explain it to us.

MT:  [UI].

AE:  Can, can I just interject for a second?

MT:  Yeah.

AE:  Can you explain to me, your normal duties?

MT:  Yeah [UI] [OV].

AE:  Because I don't understand [UI]--

MT:  [OV] [UI].

AE:  --[UI].

MT:  [UI] the sources you know for, forget to know the source--

AE:  [OV] Uh-huh.

MT:  --who is you know, that, that, this is why. Why I access it.

AE:  Okay. So walk, can you walk through and this, this is for Mike's benefit because he's never worked over at HSD [UI] institutional wealth since I've been there. But can you kind of walk through the process so he understands how we get information. Like from the tablets and then the one note and just kind of walk through that, that process.

MT:  [OV] [UI].

AE:  [OV] What you do as a linguist to help out.

MT:  [OV] [UI] the one note and uh, from the, from the tablet.

AE:  So, let me answer this [UI] so just correct me if I'm wrong.

MT:  Yeah.

AE:  Okay. So uh, information would come in from a source.

MT:  Yeah.

AE:           Correct? On a tablet?

MT:           Yeah.

AE:           [UI].

MT:           But sometimes we share.

AE:           [UI].

MT:           ███████████████████████████████████████
              ██████████.

AE:           In terms of, in terms of what now?

MT:           ██████████████████████████████████

AE:           Uh-huh.

MT:           You know if we have a, the, the name or something. Yeah.

AE:           Okay. So I understand that so, you have knowledge and relationships with some
              of these sources for three years.

MT:           Yeah.

AE:           Right?

MT:           [UI].

AE:           So, information comes in from the tablet.

MT:           Yeah.

AE:           And then you take that information and translate. And just, I want you just to
              interject if I'm saying anything that's incorrect.

MT:           Yeah.

AE:           Because I'm not trying to put words in your mouth. I'm just trying to understand
              and let Mike know.

MT:           No I told you. You know, I told you.

AE:           [OV] [UI].

AE:        So it goes in the one note.

MT:        Yeah!

AE:        Right.

MT:        ██████████████████████████████████████

AE:        ████████████

MT:        ██████████████████████████

AE:        Okay. [UI].

MT:        ████████████████████████████████████████████
           ██████████████

AE:        ████████████████████

MT:        ████████████████████████

AE:        ██████████████████

MT:        ██████████████████████████████████████

AE:        ███████████████████████████████████████

MT:        Yeah.

AE:        Okay. So you're saying that you were accessing some of that information to know--

MT:        [OV] Yeah [UI]--

AE:        --[OV] about the sub sources.

MT:        --curiosity.

AE:        Okay. But why, why would you need to know--

MT:        [UI] curiosity.

AE:        Okay.

MT:        You know I didn't need, ne-need it for anything.

AE:        Okay.

MT:        You know I read everything in the one note.

AE:        Okay.

MT:        It's a curiosity.

AE:        How does that fit in to your duties though, in the, the scope of your duties.

MT:        Yeah, sometimes it [UI] you know. I [UI].

AE:        Is that?

MT:        It's for curiosity [UI] I want know [UI] uh, this name I don't [UI] you know know then who is he, I look, you know, I check but uh, this is for curiosity.

AE:        Nothing else.

MT:        Okay.

AE:        But then, why would you be accessing asset validation?

MT:        What asset validation? I didn't asset validation. Maybe accidently I hit on it.

AE:        I understand but there's, okay so there's several incidents and to actually, to get to these files you actually have to deliberately go through. And that's why I, I'm trying to understand what type of--

MT:        [OV] No I--

AE:        --information--

MT:        --[OV] you know accident, sometimes you know a, like few times accident, yeah I hit something. And I close it right away.

AE:        Because there's, there's a number of incidents that there's times here where you are going into asset validation information which is uh, I'm just trying to understand it's a specific route to that--

MT:        I don't understand what asset validation. I never meant to open that.

AE:        You had to specifically click on, on several different things to get there.

MT:        Exactly.

AE:        And asset validation information is only something that uh, a case officer or no as a team leader--

MT:        [OV] Accidently, accidently.

MM:        So um, sorry to [UI], I just want to confirm because something that Andy just said is, is inconsistent with what your response was. Andy explained that there were multiple clicks that you would have to make [UI]--

MT:        [OV] I know . . .

           [end of session AUD_2020-02-27_21-30-28_UTC+3.flv]

           [start of session AUD_2020-02-27_21-35-28_UTC+3.flv]

MT:        --accidently yes. You are absolutely right. It was accident.

AE:        But how are multiple paths being, how, how are you getting multiple steps accidently?

MT:        Because I didn't know, you know which one.

AE:        Okay.

MT:        Like you know, I have to look sometimes. You know it's like hit accidently to [UI].

AE:        [OV] So, but-but just so we're clear like that's not something that's part of your duties?

MT:        Yeah, sometimes, you know it's part of my—

AE:        Uh, to look through asset validation information, that-that's not part—

MT:        [OV] I click--

AE:        --[OV] of your duties.

MT:        --accidently.

MM:        Uh-huh.

AE:        I-I don't understand [UI]. I just, just, so what you're saying is you clicked on this--

MT:        [OV] Accidently.

AE:        --you realized that you weren't supposed to be looking--

MT:        Yeah. Yeah. [OV]

AE:        --at it.

MT:        Yes.

AE:        And then you clicked back.

MT:        Yeah.

AE:        And then you clicked out?

MT:        Yes.

AE:        Okay. So as you're clicking down and you see these routes to the network, you realize you shouldn't have looked at it.

MT:        Yeah.

AE:        And then you click out.

MT:        Yeah.

AE:        Okay. All right. So we'll, we'll go back. Understood. So the other things are, there, there's other times where you're clicking on identifying photos that has like uh, passport photos. And I'm just trying to understand what was the reason for [UI].

MT:        Yeah it's-it's uh, I-I [UI] I said, I-I wanted to see the photo.

AE:        Okay.

MT:        You know I told you before. It's a curiosity to see the picture.

AE:        Right.

MT:        Okay, but it doesn't mean anything.

AE:        But, so there's-there's photos, but then there's photographs that have identifying information. And I'm, I'm just trying to understand why--

MT:        I didn't, you know I didn't look. I looked at the photo. That's it.

AE:               But there's-there's several of the sources that we have that you went and you clicked on identifying photos that had identifying [UI]--

MT:               [OV] Just to see the picture. I have nothing to do with the identification.

AE:               I-I understand but I'm trying to understand why you went to that photo and not--

MT:               [OV] It's, it's a curiosity. [UI]. It didn't mean anything.

AE:               Okay.

MT:               Again, I-I want to ask you a question before I answer—

AE:               [OV] Yes.

MT:               --now. Okay or otherwise I will stop. Have you find in my phone that I sent something like this?

AE:               We're, we're going through a lot of information and there is some evidence that there's been multiple transmissions and that's what we're trying to--

MT:               [OV] [UI] my phone.

AE:               --understand. Right. And that's what we're trying to understand is exactly uh--

MT:               Identification. I sent identification [UI]?

AE:               I'm-I'm trying to understand. So, look at it from my perspective. So I can see some of the things that you've been clicking on. Which if you're telling me I understand there's curiosity but these are things that are outs-outside your scope of your duty. And I get that you are saying curiosity but there's, there's transmissions that are out there. Right, and we're still in the process of analyzing stuff and what I want to understand is, is any of this stuff been sent? Because some of these people like [UI] you had, had long--

MT:               [OV] No.

AE:               --relationships with. So I'm--

MT:               [OV] No.

AE:               --[UI] I'm just trying to understand.

MT:               No.

AE:        Like, Mike-Mike and I said we're trying to understand the full picture so we can present this.

MT:        No. Go to my phone. You have it.

AE:        Uh-huh.

MT:        If I sent it, it would show that I sent. Am I right or not? It would should you. It would show if I sent.

AE:        So if it does [UI] we're still, we're still working through all of that.

MT:        [UI] you know it's like [UI].

MM:        Mary, so these things don't happen immediately.

MT:        Yeah.

MM:        Um, while we do have a very capable team here. We, we can't just click our fingers--

MT:        [OV] Uh-huh.

MM:        --and, and have something.

MT:        [OV] No but you know it's like yeah

MM:        [UI] [OV]

MT:        [UI] [OV] and digging everything from the phone.

AE:        Let me explain about [UI]. You and I have built a friendship.

MT:        Yeah.

AE:        I care about how this.

MT:        [UI].

AE:        [UI]. I care about how this is going to affect you. So there's a prosecutor back in the states that doesn't know you and doesn't have the relationship that we have.

MT:        I know.

AE:        And the fact of the matter is, they're going to look at paperwork and words on this table and they're going to make a, a determination about you. And Mike and I are

in a position to talk to them about this right? That being said, us understanding what the reasons--

MT:        [OV] [UI].

AE:        --[UI]. So we need to understand that accessing this information. Can you understand from my perspective I had to explain to someone why you were accessing information that was outside the scope--

MT:        [OV] It's curiosity.

AE:        Okay. [UI] So can we just go down and, and we can talk about these and if it's cur-let me just, you let me know?

MT:        Yeah.

AE:        Okay.

MT:        Yeah. Curiosity [UI].

MM:        [OV] And Mary I-I think the other point of view that you need to take on this is, the items that we covered last night discuss things that you weren't supposed [UI]. Okay.

MT:        [UI].

MM:        So the reason we have these questions is because of the things we talked about last night. It's, it's not that we're trying to upset you or question everything--

MT:        No you're not. I know.[OV]

MM:        --we just have to go through it.

MT:        You know I told--

MM:        [OV] And, and you need to try to be—

MT:        --[UI] you have my phone.

MM:        We're trying to be through.

MT:        You can know what was sent.

AE:        Can I say something now. But I also have you here, and you--

[music in background]

[end of AUD_2020-02-27_21-35-28_UTC+3.flv]

[start of AUD_2020-02-27_21-40-29_UTC+3.flv]

[END OF 1146043.final.docx]

[START OF 1146026.final.docx]

[start of session AUD_2020-02-27_21-40-29_UTC+3.flv]

[background noise]

AE:     What you said and what you haven't said.

MT:     Andy, it's a curiosity.

AE:     Okay, but I know [UI]. You know what you have and have not said and I-I and Mike have to [UI] and I care about the outcome here.

MT:     Mm-hmm.

AE:     And we have people calling and asking questions. So I am asking you so that I have an understanding.

MT:     [OV] Okay, okay.

AE:     And I--and I [UI].

MM:     No, I did [UI].

AE:     So I--you're saying it's curiosity but I'm-I'm [UI]--

MT:     [OV] I didn't send.

AE:     Okay. But I'm concerned that you were, you were accessing information that was outside of the scope of your job. And-and we have concern because it-it appears based on the evidence that's coming in that there were more, um, more calls and transactions between you and Ahmad.

MT:     Okay.

AE:     And-and that's what I want to talk about.

MT:     Shake it out.

AE:         Yeah.

MT:         Okay.

AE:         But-but do you understand that you're in the best position right now--

MT:         Yeah.

AE:         --to show that you're cooperating?

MT:         Yeah. I [UI] [OV].

AE:         And we can tell [UI].

MT:         [UI] and I didn't--I never sent him identification cards.

MM:         Okay.

AE:         What about information--

MT:         No.

AE:         --related to reporting? This asset validation information is actually very sensitive.

MT:         No. Asset validation, I know. You know, I closed it immediately when I see it I close it immediately. It-it's in the [UI] I mean why I have to go there?

AE:         Right. That's why I'm trying to talk about this.

MT:         You know, why I have to go there and [UI] in the court. It's in the [UI] one note.

AE:         This stuff's outside the one note.

MT:         Yeah I know, but I never, I-I have never ever even like, I take maybe accidentally and close it.

AE:         Here's what they're going to ask me . . .

MT:         Yeah.

AE:         I-I can completely understand when someone says I clicked on this accidentally--

MT:         Yeah.

AE:         --[UI] and now I'm right here, right.

MT:         Yeah.

AE:         Because it's a, it goes down a line in the network, right?

MT:         Yeah.

AE:         You have to, you have to follow the-the--

MT:         Yeah.

AE:         Right. So I understand that happened once but there's a pattern here that I have to be able to explain because it's happened on multiple different sources.

MT:         Yeah I-I, you know, I was going--I didn't know what is the PFC [PH]--

AE:         Right.

MT:         --and I was clicking.

AE:         But I get that the first time but after you go down that chain and then you do that again with another source--

MT:         Hm.

AE:         The second time okay so I know I made this mistake.

MT:         [OV] It was different.

AE:         [OV] What about the third time?

MT:         [OV] [UI] source was different.

AE:         Right but it's a--

MT:         [UI] different source [UI].

AE:         --the way to access it is the same [UI].

MT:         You know, I didn't mean anything when I accessed it. I didn't mean anything.

AE:         I-I'm just trying to understand.

MT:         I didn't send any of these information from--

AE:         Okay.

MT:         --where you are asking--you know, what you are talking about.

MM:         Yeah.

MT:         Which I am sure.

AE:         Okay. And--so here's--I mean here's another good one and I have a question about. ███████████████████████████████████████████
            ███████████████████████████████

MT:         ███████████████████

AE:         Yeah.

MT:         I don't remember.

AE:         Okay. So that was on January 7th.

MT:         Yeah. ████████████  ███████████████████████

AE:         Well this-so this is just within the last two months--

MT:         [OV] Yeah.

AE:         --we're looking at.

MT:         Yeah.

AE:         And we're trying to--

MT:         It's a curiosity.

AE:         [UI] Okay.

MT:         I know, I know ██████ very well. I worked with him for three years [UI].

AE:         Very good.

MT:         I know him very well. [UI]

AE:         [UI] I mean I'm-I'm trying ████████████████████████

MT:         I know. Yeah, I know. Those are curiosity, you are absolutely right.

AE:        Do you understand from my perspective that some sensitive information was passed, right? And we're seeing now a pattern where information you shouldn't have been looking at has been accessed.

MT:        Yeah.

AE:        And we just need to understand now--

MT:        ███████████████████████████████████
           ████████████████ ]

AE:        But you're the only one that passed information to s--

MT:        Yeah, but I didn't tell [UI].

AE:        --to someone out there. [OV]

MT:        I-I didn't fax this kind of information.

AE:        But you understand that we have to--we had to ask these questions?

MT:        Yeah. [OV]

AE:        And we had to determine what we have--it's in the end.

MT:        Right. [OV]

AE:        Like I said Mike and I are going to go back and we have to present this to a prosecutor--

MT:        Yeah.

AE:        --that doesn't know you. And in the end he could say well she wasn't being helpful. You're asking her very direct questions about access, why were you accessing this--

MT:        [OV] Everybody access this.

AE:        --and-and [UI]. [UI] but listen--

MT:        [OV] All of us.

AE:        --listen, do you understand what asking questions I'm telling you--that there's evidence that are more transactions--

MT:        [OV] Yeah.

AE:        --that there are more transactions that happened between you guys.

MT:        Yeah. [OV]

AE:        And your response to me is go check the phone. But-but you know what you said.

MT:        Yeah I know. [OV]

AE:        And see cooperation--

MT:        I know. I am cooperating with you Andy.

AE:        [OV] When I ask--

MT:        I-I give you the password of my phone.

AE:        Right.

MT:        Okay this is very private.

AE:        Yeah.

MT:        I gave you the password of my phone. Go and check what I sent.

AE:        Can you--can you explain to me why you--

           [end of session AUD_2020-02-27_21-40-29_UTC+3.flv]

           [start of session AUD_2020-02-27_21-45-29_UTC+3.flv]

AE:        --answer my question when I ask you what was said?

MT:        I-I don't--you know, [UI] I-I told you what was sent Andy.

MM:        Okay.

MT:        I told you what I sent.

MM:        Okay.

MT:        You want me to say something more than what was said?

AE:        No, no. I want you to be honest.

MT:        No, I am honest with you. That's what I sent.

AE:        So there were--if there were more transactions then what we talked about last night I'm-I'm trying to understand what type of stuff was said. And-and I, right [UI]--

MT:        If you see more transactions--

AE:        [OV] But just--

MT:        If you see more transactions--

AE:        Yeah.

MT:        --and you know what is it why you are asking me?

AE        Because I'm trying to gauge whether you're being honest and you're not telling me what's--

MT:        I am honest with you Andy.

AE:        Honesty and [UI].

MT:        I don't remember.

AE:        Mary, Mary listen this is really important. Being honest and open about what happened eh, you don't have to, uh, go tic for tac with the truth.

MT:        I don't remember Andy. I don't remember.

AE:        So you're saying you don't remember?

MT:        No. I don't remember.

MM:        [OV] Okay.

AE:        Can I ask you quick was-was there more than just the transactions that we talked about last night?

MT:        No.

AE:        Okay so if the evidence showed that there were more.

MT:        Okay. [UI] I-I-I'm lying then.

AE:        Okay.

MT:         You want this.

AE:         Yeah, okay. I just--I just want to understand everything.

MT:         I know.

AE:         And here's why, we have concerns that some of these sources and some of these people that you have relationships with. Like Ahmad and his wife--

MT:         No.

AE:         --may be in danger--

MT:         No.

AE:         --based upon what was sent.

MT:         No, no. I never.

AE:         I-I understand that--

MT:         Yeah.

AE:         --you don't think that some of the stuff that was sent--

MT:         [OV] No, I don't believe that I sent it.

AE:         I'm telling you things that were sent put them in danger.

MT:         I know. I never sent.

AE:         I'm-I'm confused, you're saying I-I know that I sent it or I never sent it?

MT:         No, I never sent it, you know.

AE:         You never sent it?

MT:         I never send identification cards and [UI]--

AE:         Okay. What did you send?

ML:         But-n--oh yeah, you know, you have it. You have it Andy.

AE:         What I'm saying is that there's more than that and my concern is that a prosecutor is going to look at this and where Mike and I are saying that we're having a

conversation. We're trying to work through it. He's probably going to say you asked her direct questions--

MM:     Mary--

MT:     Yes.

AE:     --[UI] and for no reason she-she's not answering you.

MT:     [OV] Andy, Andy this is what I remember I sent. Okay. I never sent anything, an email [UI].

AE:     Let's talk about what else you sent.

MT:     This is all what I sent. You know, there is something you have, you know, it's like just check it out.

AE:     Mm-hmm.

MT:     This is what I remember I sent. Right.

AE:     So if you're saying we have something else like [UI]-- we talk about it.

MT:     [OV] Yeah I-I said, you know

AE:     --we talk about it.

MT:     [OV] [UI] check--No, no. Check the phone--

AE:     Yep.

MT:     --if there is something else. If there is something else, you know, tell me. Ask me about it.

AE:     I'm asking you if there's something else.

MT:     Yeah, no. There is not something else.

AE:     But my concern is that on the back end of this--

MT:     Yeah.

AE:     --that-that the prosecutor is not going to look at that favorably when other things come out.

MT:     Yeah I know, it's okay--

MM:        Mary.

MT:        --It's okay. You know what--

AE:        It's my concern--

MT:        No, no.

AE:        --for you.

MT:        I give up. It's, you know, my life is over.

AE:        No. It's--

MT:        I don't care. Whatever they do I don't care. But that's it! I deserve punishment--

AE:        [OV] But I know you--but-but I know you care about [UI].

MT:        [OV]I, you know what I did. I told you. Okay just that day we talked about. Okay. ███████████████████████████████████████████████████ █████████████████████████████████████████████████ ████████████████████████

AE:        Okay.

MT:        I am 100% sure Andy.

AE:        Mary.

MT:        And then the guys [UI] d-don't worry about it.

MM:        Mary, th-th-the-the reason Andy and I are struggling to fully understand this is that you're saying that you don't remember more transactions, but then you're saying you're sure you didn't send these.

MT:        No, I am sure. That's why I'm telling you no more transactions. I am sure that I never sent these.

MM:        But the--just previous scenario. So what we need to do is when there's--when there is a discrepancy between your answer--

MT:        Okay.

MM:        --we need to go back and we need to [UI]--

MT:      [OV] No problem, no problem.

MM:      [OV] So what-what you said was you don't remember. So it's--is it you don't remember--

MT:      [OV] No, no, no.

MM:      --or that you did not?

MT:      No, ██████████████████████████████████
         ██████

MM:      Okay. So what is it you don't remember?

MT:      I don't remember. I don't remember, you know, I told you this is what I sent. Okay. I said I don't remember and--

         [end of session AUD_2020-02-27_21-45-29_UTC+3.flv]

         [start of session AUD_2020-02-27_21-50-30_UTC+3.flv]

MT:      --I am sure, okay. I am not going to say I remember. I am sure okay that I never sent something like this. ███████████████████████████████
         ███████████████████

MM:      Mm-hmm.

AE:      My concern is that you're saying that you mistakenly clicked on it.

MT:      Yeah.

AE:      But you--

MT:      [OV] No, no! I-I clicked, you know.

AE:      [OV] Yeah, yeah.

MT:      Sometimes I clicked. I didn't know it's not allowed, you know. Okay. But it's not-not-not for--not for taking the information. Not taking the information and sending it.

AE:      Right. You worked in this Command for four years.

MT:      Yes. But--

AE:        You understand you've been working with military for 15 years?

MT:        Yeah.

AE:        And you understand that information is compartmentalized and that we don't access things outside of our scope and given the fact that information was sent to a foreign terrorist organization we-we obviously have to ask these questions.

MT:        No problem.

AE:        Right?

MT:        Yes.

AE:        We need to understand.

MT:        Yeah, I accessed it [UI] files.

AE:        I-I--

MT:        ████████████████████████████████████████████████████
           ████████████████████████████████████████████
           ████████████████████████████████████████████████████
           ████████████████████████

AE:        Right.

MT:        Never.

AE:        Do you understand my concern with--that in the past two months there's been 46 times that you've clicked through the network and gone to--

MT:        [OV] I already [UI].

AE:        --information that you shouldn't have--that you shouldn't have been accessing?

MT:        Yeah I know, I always would click. And when they shouldn't access I would close it immediately when I see the information.

AE:        But you continue to do the same thing repetitively.

MT:        Yeah.

AE:        So I understand it's [UI].

MT:        I don't remember how many [UI] that [UI].

AE:      [OV] Right. But I'm telling you because I have the records.

MT:      [UI]

AE:      And I'm just looking at the past two months. And I understand if you do something one time by mistake. But when you do things multiple times--

MT:      [OV] Yeah.

AE:      --that's a problem. Right? That's-that's not a mistake, that's deliberately looking at something.

MT:      Yeah.

AE:      And I need to understand why you're looking at it.

MM:      What-what Andy is-is going on [UI] is a pattern.

MT:      [UI] curiosity. Nothing. I swear it's a curiosity. Not to obtain any information because I never sent this kind of information I am sure.

AE:      And what if the phone--from the evidence from the phone showed something different?

MT:      [UI] I am sure. I am sure what I am saying.

AE:      Okay.

MT:      I am sure what I am saying.

MM:      If you'd show us?

MT:      No I-I-I-I don't believe it will show because I did not send it.

AE:      Can I explain? I just want to--I just want you to understand. Have you ever heard the-the phrase [UI] in for a penny in for pound.

MT:      Yeah.

AE:      Okay. So that-that's kind of where we're at. Right? In for a penny in for a pound.

MT:      [OV] Yeah.

AE:      So if there's more we need to talk about it. It's-w-we've identified the issue already.

MT:     Right.

AE:     If there's more issues we need to have an understanding.

MT:     [OV] Yeah.

AE:     Because-because the presence of more transmissions is going to hurt you if we don't talk about it. What they call that is they call that--

MT:     [OV] I al-I already have--

AE:     --lying or omission.

MT:     --I already have [UI]. I already have [UI].

AE:     I don't want this to be forceful.

MT:     It's okay. I don't care.

AE:     But I care.

MT:     Let me die inside the-the jail.

AE:     I care. [OV]

MT:     It's okay. You know, I have done something wrong.

AE:     Mm-hmm.

MT:     Okay.

MM:     Yeah.

MT:     I deserve the punishment . . . I admit it.

AE:     Mm-hmm.

MT:     Okay. I feel very bad about it.

AE:     Mm.

MT:     It was the mistake of my life. I cannot go back and fix anything.

AE:     Right.

MT:          The damage has been done, okay.

AE:          Well not all the damage is done.

MT:          But [UI] the guys--

AE:          Mm-hmm.

MT:          No Andy, no, no. Take the phone and you will believe me that I never sent this kind of damage. This is what all that I'm going to is tell you.

             [background noise]

MT:          This is all that I am going to tell you . . . unless, you know--

AE:          Well I'm-I'm concerned because there-there's-there's been some searches and some patterns on your phone on how to conceal information and delete information on your phone.

MT:          Yeah I delete something. I-I always delete everything.

             [end of session AUD_2020-02-27_21-50-30_UTC+3.flv]

             [start of session AUD_2020-02-27_21-55-30_UTC+3.flv]

MT:          I always delete everything, yes. And when I went to [UI].

AE:          Mm-hmm.

MT:          You know, my WhatsApp?

AE:          Mm-hmm.

MT:          You know?

AE:          Mm-hmm.

MT:          I told you. I lost it, you know, it was not open. And then . . . I was researching those like to delete it. I wanted just to--I was afraid, you know, that somebody over there--You know, the Russian, you said the Russian. The Iranian around us do you remember?

AE:          Mm-hmm.

MT:          This is only the reason. And I-I put it back. The WhatsApp it's back.

AE:        But you understand that because you delete something on your end doesn't mean that it's deleted on the other person's end.

MT:        It's okay, go and check his phone Andy. Check his phone, check his phone. I am sure that I never sent any of this information you are talking about. No. I did one mistake okay and I feel bad about it. And I stopped, that's it. Check his phone, you know. You can, you can I mean check his phone. If I sent this kind of information I deserve more punishment.

AE:        Right.

MT:        Don't I?

AE:        But why-why would that be out there if it didn't happen?

MT:        No, no, no. You are telling me--I mean you--I am telling you if you find it--[UI] you will never find it. That's what I mean. Okay you said you-you don't believe me now. Okay.

AE:        [OV] I-I need you to understand.

MM:        [OV] I told you to check his phone.

AE:        Yeah.

MT:        If you find it I deserve more punishment because I am sure I did not send this kind of information Andy.

AE:        I'm just concerned that--I want to make sure that if this has happened that we are--

MT:        No.

AE:        --addressing it.

MT:        No, no. It didn't happen.

AE:        Okay.

MT:        No it didn't happen. And you check.

AE:        And-and you get that I-I'm asking these questions because I'm concerned.

MT:        I know.

AE:        And I want to make sure that--

MT:          [OV] I know.

AE:          --you're not further exposed.

MT:          No, I know. I know. Go and--you know, it's like check his phone. I am sure. I did
             not send him this kind of information. ██████████████████████
             ████████████████

AE:          Do you want to go through each of these individually?

UM:          [UI] Forty-six.

MM:          Yeah. Can I just--can I just… I understand that you're saying this is curiosity but
             do you mind if I just ask you about the ones that are questionable to me?

MT:          Yeah, no go ahead.

AE:          Okay. So there's information on ████████████████

MM:          [UI].

AE:          Yeah, uh, so number four.

MT:          Yeah.

AE:          And that's on January 22nd there's some information you accessed about ████

MT:          Okay.

AE:          [UI] it doesn't look like you should have been accessing. So it was on--they were
             previous historical translations.

MT:          Previous historic translations?

AE:          Yeah that's what it looks like.

MT:          You know, we always go to the reports.

AE:          [OV] Mm-hmm.

MT:          Okay. Just to see the translations.

AE:          Okay. I can understand that.

MT:          Okay?! It's nothing else. It's in the OneNote, you know.

AE:        Okay.

MT:       Yeah I can--I can go to her about how it was, you know, uh, how it was translated.

AE:        Mm-hmm.

MT:       You know, I mean it-there is nothing on this.

AE:        Yep.

MT:       I always do it.

AE:        [UI] I understand. So what would prompt you to do that? What's the--what would be the reason?

MT:       Just to--you know, the translation. Just I want to learn from the translation. That's it. He said all the time, why you don't?

AE:        I'm-I'm trying to understand that.

MT:       Yeah.

AE:        I'm trying to understand why.

MT:       For the translation, for the translation.

AE:        How does--how does looking at old translations--if someone sends me a document and you're another linguist you are.

MT:       No, no.

AE:        So explain this to me.

MT:       I-I look always for other linguist translation.

AE:        [OV] Okay.

MT:       Always. And that day I--

AE:        You promise?

MT:       --said oh my God. To learn. [UI] I said open that one I said oh my God, uh, ▇ he never, you know, a long time he didn't send reports.

AE:          Mm-hmm. I-I'm sorry. Say that again.

MT:          ████████████████████████████████████
             ██████████████████████████████████████
             ████████████

AE:          Mm-hmm.

MT:          I was going through because of the translation. I go-I go through a lot of records.

AE:          Mm-hmm.

MT:          From, you know, from the translation. How it was translated. I learn from that.
             That's it. Why? What-what I did with this? [UI]

AE:          [OV] I'm-I'm just [UI]. But I'm also--I'm looking at it [UI] for one. On five and
             six it looks like there's information that was accessed on sub sources . . . right?
             ████████████████████████████████

MT:          Oh yes. You're absolutely right, yeah.

AE:          And then on six there's--it looks like you're accessing, uh--

             [end of session AUD_2020-02-27_21-55-30_UTC+3.flv]

             [start of session AUD_2020-02-27_22-00-30_UTC+3.flv]

AE:          --TS requests [UI].

MT:          This is, uh, you know, I told you I clicked accidentally this one. You know, I--
             yes. I-I-I-I clicked, but it's not for, you know, information. Anything--[UI]
             curiosity.

AE:          Okay.

MT:          Curiosity.

AE:          But I understand your curiosity but I-I just… You understand that c-this
             information . . .

MT:          Andy, you look like you don't believe me.

AE:          No, I just--

MT:          I gave you everything.

AE:  [OV] I-I--

ML:  I gave you the form.

AE:  [OV] Just you--

MT:  I gave you the computer okay.

AE:  [OV] I just need to understand.

MT:  I told, you know, I--curiosity. I-I never meant any harm.

AE:  Okay.

MT:  ███████████████████████████████
     ████████████████

AE:  So you're--this is curiosity?

MT:  All of it is curiosity.

MM:  All right.

AE:  So the 17--

MM:  Thirty.

AE:  --BST [PH] information.

MT:  Yeah.

AE:  18 as BST information, 20 has BST information.

MT:  Yeah I look--I look all the time.

AE:  Okay, 27.

MT:  Now I hear from you that it's wrong.

AE:  Okay.

MT:  Now I knew from you that this is wrong.

AE:  Right.

MT:        Nobody told us that it was wrong. Nobody told us that you are not allowed to access BST information. And you know, what if you don't believe me--

AE:        [OV] I'm just asking.

MT:        I-I will stop talking and I will--I will ask for a lawyer [OV].

AE:        [OV] I just need to know.

MT:        [UI] I am very serious.

AE:        [OV] I just need to know.

MT:        I am, you know, I am very serious.

AE:        [OV] [UI] Listen, if you're telling me--

MM:        [OV] Mary what was [UI]?

AE:        --that it was curiosity. [OV]

MT:        [OV] I am telling you Andy.

AE:        [UI].

MM:        Okay.

MT:        [OV] I am telling you Andy that it, you know, it's-it's nothing. Everybody access, you know.

MM:        Okay.

MT:        Go to the other linguist and see--

MM:        Okay.

MT:        --how many times they access it.

MM:        Okay. [OV]

MT:        This one or this one it's-it's-it's, you know.

MM:        [UI] write it down.

MT:        It's curiosity.

MM:        All right.

MM:        You know, it's-it's nothing else.

AE:        So BST--all the BST stuff is curiosity?

MT:        Yes.

AE:        And that's… Okay.

MT:        I-I am 100% sure that I never--

AE:        [OV] Okay.

MT:        --sent this kind of information to anybody.

AE:        [UI]

MT:        Not only to this guy, to anybody.

AE:        Okay.

MT:        I am 100% sure.

AE:        Okay.

MT:        And you will--you will--you will confirm it from the phone.

AE:        Okay. All right.

MT:        And really if you don't believe me I will stop, you know. I will ask for a lawyer.

AE:        It's not that--

MT:        [OV] I will not answer [UI].

AE:        [OV] It's not that I don't believe you.

MT:        [OV] I said [UI].

AE:        [OV] It's not that I don't believe you.

MT:        [OV] I admitted what I have done.

AE:        I have to ask you.

MT:         [OV] Okay?

AE:         I just have to ask the questions.

MT:         [OV] That's it.

AE:         Mary.

MT:         [OV] I admitted this was wrong.

AE:         Mary this--

MT:         But nothing else.

AE:         I just have to ask the question.

MT:         Yeah I know Andy but, you know, it's like keeping--you know, I am keeping
            answering you the same--the same answer. And you keep answering, you know. I
            said if you find--okay?

AE:         Mm-hmm.

MT:         If you find that I fax--

AE:         Mm-hmm.

MT:         --these private information--

AE:         Mm-hmm.

MT:         I email or--

AE:         Okay.

MT:         ███████████████████

AE:         Okay.

MT:         Okay. I deserve more punishment. Are-are you--now are you happy?

MM:         Just--this will take a minute.

MT:         Okay.

MM:         Because we, uh, we've been going for a-awhile. Uh, take a little break. Do you
            need to use the bathroom?

MT:        No, no, no. I don't need to use the bathroom. Go [UI] go on.

MM:        I have to go use the bathroom.

AE:        Okay.

MT:        Okay.

UM:        Is that okay?

MT:        Yeah.

AE:        I actually have to use the bathroom too.

MT:        Yeah.

AE:        Is that okay if we take a--take a five minute break?

MT:        No problem, no problem.

AE:        Okay, all right.

           [background noise]

           [pause]

MM:        [UI].

MT:        Yeah.

AE:        Do you need anything while we step out?

MT:        No, no.

AE:        You're all set, you got cigarettes and juice.

MT:        Yeah, yeah, yeah.

AE:        You sure you don't have to use the bathroom?

MT:        No.

AE:        Because we can get someone in here. Okay. All right, we'll be right back.

           [pause]

[background noise]

AE:  Do you mind if we keep this cracked to air out some of the?

MT:  Yeah I wanted to tell you but you are keeping it closed. I am not going to run away.

AE:  I know, I know.

MT:  It will smell bad.

[background noise]

[pause]

[end of session AUD_2020-02-27_22-00-30_UTC+3.flv]

[start of session AUD_2020-02-27_22-05-31_UTC+3.flv]

ML:  It's okay if I smoke here-here?

[pause]

[background noise]

[end of session AUD_2020-02-27_22-05-31_UTC+3.flv]

[start of session AUD_2020-02-27_22-10-31_UTC+3.flv]

[pause]

[background noise]

AE:  All right.

MT:  [UI] Yeah, I'm okay.

MM:  Did you get [UI]?

MT:  No, it's okay.

MM:  All right, I'm going to switch.

MT:  [laughs]

AE:        We care about what happens.

MT:        [coughs]

AE:        I wasn't trying to…  I-I just--I want to be thorough--

MT:        Mm-hmm.

AE:        --so I wanted to make sure that--

MT:        [OV] Andy--

AE:        --you have every opportunity.

MT:        --I am 100% sure--

AE:        [OV] Okay.

MT:        --that I never released this information.

AE:        Great, and that's all I need to hear.

MT:        You know, everybody access this information.

MM:        Right.

MT:        If you are worried about nobody accessing this information you should--you're supposed to put it in a secure file. That's it. All the linguists have access to this kind of information.

AE:        Okay, all right.

MT:        You know, I never ever sent, okay, this kind of information. No.

AE:        Okay.

MM:        Very good, Mary. Andy is-is a thorough investigator.

MT:        [OV] I know.

MM:        Thorough FBI--

MT:        [OV] I know.

MM:        --so we--

MT:        [OV] I know.

MM:       --have to ask stuff like that.

MT:        I know. Yesterday when you told and you asked me I told you yes, you know. I admitted.

MM:       [UI].

MT:        And I have done this, okay.

MM:       I just want you to that [UI].

MT:        No Andy is great. I know, I know.

MM:       [UI]

MT:        [OV] He is--he is genius.

MM:       [OV] Just want you [UI].

MT:        [OV] He is genius.

MM:       [OV] He's-he's incredible [UI].

MT:        [OV] He is not only [UI] he is genius, you know. I know that.

MM:       Mm-hmm.

MT:        But, you know, I am feeling hate and--

          [end of session AUD_2020-02-27_22-10-31_UTC+3.flv]

[END OF 1146026.final.docx]

[START OF 1146031.final.docx]

          [start of AUD_2020-02-27_22-15-32_UTC+3.flv]

MT:        You know I am--I have a lot of confidence--

MM:       [OV] Yeah.

MT:        [OV] --███████████████████████
          ██████████████████████
          ████████████

AE:         That--and that stuff was sent. I understand. Uh, thank you for clarifying that.

MT:         [OV] No, you're welcome, Andy.

AE:         [OV] Thank you for clarifying.

MT:         [OV] But, you know, it's like, believe me, you know?

AE:         [OV] I just--as it--I just--I just want to make sure that nobody misreads--

MT:         [OV] You know, I'm trying--I'm trying to cooperate with you guys--

AE:         [OV] I know.

MT:         [OV] --because you told me this will help me a lot, okay?

AE:         [OV] Good. Good.

MT:         This will help me a lot or otherwise, you know--

MM:         [OV] And Mary.

MT:         [OV] I will stop and I will say--

MM:         [OV] We talked about cooperation--

MT:         [OV] --I need--I need a lawyer, okay? If you will like, if you don't believe me--

AE:         [OV] Mary.

MT:         [OV] --I need a lawyer, you know, to be with me, because this is very stressful.

AE:         This--see this-- [noises] uh, this is why I put this stuff aside because we're--we're done with it. I-I-I believe you.

MM:         [OV] A-and Mary, I--

AE:         [OV] I believe you.

MM:         [OV] --when-when-whenever you say something like that, [noises] I have to clarify, are--are you--are you asking for a lawyer now?

MT:         No. If you will keep, like, if you don't believe me, I will have to ask for a lawyer.

AE:         [OV] Listen, look at me.

MM:          [OV] You're just saying you're going to have to ask--

AE:          [OV] Look.

MT:          [OV] Yeah.

MM:          [OV] --for a lawyer.

MT:          [OV] Yeah, I'm going to--to tell--to tell my lawyer everything, you know? It was v--

AE:          [OV] Listen.

MT:          [OV] --you know, it's, uh, stressful.

MM:          Yeah.

AE:          Uh, listen, I believe you.

MM:          [OV] Uh, one of the things I got to do is, uh--

AE:          [OV] I believe you.

MM:          [OV] --w-we got to go back through and, uh . . . [noises] So o-one of the things I have to remind you, uhm, of is--is when we take a break like that with, uh, the--the advice of your rights. All the rights--

MT:          [OV] Yeah.

MM:          [OV] --that you have, that's still valid. Do you have any--

AE:          [OV] Yeah, nothing really changes.

MT:          [OV] Yeah, yeah, yeah, I know my rights.

AE:          [OV] Nothing changes.

MM:          [OV] Nothing changes.

MT:          [OV] Nothing changes.

MM:          [OV] It's not like a--a section or any--

MT:          [OV] No, nothing changes, you know? Ask a question and I will be honest with you.

MM:     Okay.

AE:     Thank you.

MM:     So one of the things that we do want to talk about--uh, it just didn't naturally come up last night, was a little bit more about Ahmad Nasir [ICST] Al-Din [PH], and, uh, just kind of who he is.

MT:     He is a businessman.

MM:     Yeah, so, like the--

MT:     [OV] He is a businessman.

MM:     [OV] --th-that's--that's what I want to know about.

MT:     Yeah. He is a wealthy guy over there.

AE:     [OV] H-how old--

MT:     [OV] You know, that's what I know.

AE:     [OV] --how old is he?

MT:     How?

AE:     How--how old is he?

MT:     You know, about 60, [noises] 62. He said 53 but, no. I think he is not.

AE:     [OV] What ma--makes you that--

MM:     [OV] And he, uh--

AE:     [OV] Does he look older or--

MT:     [OV] Oh, he is older, yeah.

AE:     Okay.

MM:     So you think he's 62 years old?

MT:     Yeah, I think.

MM:     Okay. And where--where does he live?

MT:        He lives in Al-Qalnun [SP]. Qalnun.

MM:        Can you spell it for me?

MT:        Q-A-L-N--

MM:        [OV] Okay, uh, N.

MT:        [OV] ---U-N. Qalnun.

MM:        [OV] U-M?

AE:        [OV] N.

MM:        [OV] N.

MT:        [OV] N-U-N.

MM:        --N-U--

MT:        [OV] N.

MM:        [OV] Uh, N, November.
MT:        Yeah.

MM:        November, okay. And where is that in Lebanon?

MT:        Lebanon, uh, north.

MM:        North. Is that--

MT:        [OV] North.

MM:        --near Tripoli?

MT:        Yeah, near Tripoli.

AE:        So, like a province or a--like a village or--or something that--

MT:        I have never been there, Andy.

AE:        Okay.

MT:        I don't know if it is village or city, you know?

AE:        [OV] Okay. This--is that n--it's not near where you're from?

MT:        No, no, no, no, no, no.

AE:        [OV] Okay.

MT:        I am from up the mountains.

MM:        And, uh, he--does he own a home there or--

MT:        [OV] Oh, yeah.

MM:        In Qal-- Qalnun.

MT:        Yeah.

MM:        And do you know w-where that home is, or--

MT:        [OV] No, no.

MM:        [OV] --do you know the address--
MT:        [OV] No.

MM:        [OV] --or anything?

MT:        [OV] No. I have never been there to know the address.

MM:        Has he ever showed you around? Like when you guys video chat?

MT:        No, he showed me pictures. That's it.

MM:        Well, what are--

MT:        [OV] Uh, in WhatsApp.

MM:        [OV] --what are the--what are the pictures of?

MT:        I don't know anything. Uh, it's like a palace, his house.

MM:        It's like a palace?

MT:        Yeah.

MM:        [OV] So it's very nice?

MT:        Yeah.

MM:         Uhm, like a palace. What color is it, from the outside?

MT:         It's tan color.

MM:         Tan. It's a--

MT:         [OV] Tan.

MM:         --tan, like, uh--

MT:         [OV] Yeah, yeah.

MM:         [OV] --tan walls?

            [noises]

MT:         Tan, you know, tan color. It's like this color. We called it tan.
MM:         Yeah. But like the--the walls on the outside?

MT:         Yeah.

MM:         [OV] Uh, so the out--

MT:         [OV] Yeah.

MM:         [OV] --exterior color tan?

MT:         Yeah.

MM:         Tan exterior. And w-w-what color's the, uh, roof? In--

MT:         [OV] I don't know.

MM:         [OV] Oh, yeah.

MT:         [OV] I didn't see the up . . .

MM:         [OV] What about the front door?

MT:         I have seen the wall from outside. I haven't seen the front door.

MM:         No front door? Okay.

MT:         [OV] No, inside.

AE:        Do--

MM:        [OV] Okay.

AE:        [OV] --do you have pictures of it?

MT:        I don't know if I have pictures--

AE:        [OV] Maybe?

MT:        [OV] Maybe if I--

MM:        Okay. You might.

MT:        [OV] Uh, you d--you said you will bring it to show you, but you never--
AE:        They--well, I think tomorrow we'll be able to bring maybe some pictures.

MT:        [OV] No problem.

AE:        [OV] Is that okay?

MM:        [OV] Yeah.

MT:        [OV] No problem.

MM:        Uhm, and d-does he have family?

MT:        Oh yeah.

MM:        What's his, uh, family like?

MT:        He has--he has, like, two boys and two girls.

MM:        Two sons.

MT:        And two daughters.

MM:        Two daughters.

MT:        Yeah.

MM:        Do you know the sons' names?

MT:        One is, uh, Khatir [ICST] and the other one is Muhammad [ICST].

MM:        Khatir.

MT:         And Muhammad.

MM:         One is Khatar [PH]. Khatar. Is that, uh--

MT:         [OV] Uh, K-H.

MM:         [OV] --K-K-H. Uhm, and how old is Khatir?

MT:         I don't know, to be honest with you. I think he's, like, 12.

MM:         [OV] [UI].

MT:         Yeah.

MM:         Okay.

            [end of AUD_2020-02-27_22-15-32_UTC+3.flv]

            [start of AUD_2020-02-27_22-20-32_UTC+3.flv]

MT:         And the other one, I don't know exactly. But this is the youngest, Khatir.

MM:         Uh, what about the daughters?

MT:         I don't know their ages.

MM:         Do you know their names? Uh--

MT:         One is Ghalia [SP].

MM:         Ghal--

MT:         [OV] Gha--Ghalia.

MM:         Can you spell it for me?

MT:         Uh, G-H-A-L--

MM:         [OV] G-H-A-L--

MT:         [OV] --I-A.

MM:         --I-A.

MT:         The other one, I don't know what her name . . .

MM:      [IA] And, uh, how--how old is Ghalia?

MT:      Who?

MM:      Ghalia.

MT:      Ghalia?

MM:      Yeah.

MT:      I don't know. I don't know what Ghalia--

MM:      [OV] Your accent is so much better than mine.

MT:      No, Ghalia, no, I don't know what her--

MM:      [OV] Uh, what--

MT:      [OV] How old-- how old is she.

MM:      [OV] And do you know the other--

MT:      [OV] I never asked him, "How old is she?"

MM:      [OV] Do you know about the--

MT:      I know about the youngest, 28, because he said, you know, he feels like he'll--

MM:      [OV[ Oh, you just--

MT:      [OV] --get married. He is 28.

MM:      Khatir is--

MT:      [OV] He mentioned--yeah, he mentioned.

MM:      [OV] He's 28? Okay. Okay. And did you say--is he married?

MT:      Yeah, he is married. His wife is, uh, very sick.

MM:      Oh.

AE:      What--

MM:      [OV] Do you know--

AE:        [OV] --what is she suffering from?

MT:        She has cancer.

AE:        Oh.
MT:        Yeah.

MM:        And what's her name?

MT:        I don't know her name. He called her Hashi [PH] but I don't know her name.

MM:        He called her Ha--

MT:        [OV] Hashi. Hashi.

MM:        Okay.

AE:        Is that like a nickname or . . .

MT:        Yeah.

AE:        Is it, uh . . . What does that mean?

MT:        Hashi is, you know, like the one--the o--you go to the playground--

AE:        Uh-huh.

MT:        [OV] --and they [UI] they call her Hashi. Hashi.

MM:        [OV] Okay. Okay.

MT:        For the male it's Hash, for the female it's Hashi.

           [pause]

           [noises]

MM:        Okay. And--and you said, uh, he's a pretty wealthy guy, huh?

MT:        Yeah, yeah, he--

MM:        What--what makes you think he's a wealthy guy?

MT:        He said it, uh, you know? He told me. I have never been there in four years though [IA].

MM:        [OV] Yeah.

AE:        Did he talk about what type of business he does? Because you said he's got a si--

MT:        [OV] He--real estate.

AE:        Oh, real estate?

MT:        Yeah.

AE:        Okay.

MT:        Real estate, yeah. He said he owns a lot of properties.

           [pause]

MM:        And where are those properties located?

MT:        I don't know.

MM:        Okay. Never came up?

MT:        [OV] No.

MM:        Okay. Uh, any other [noise] business ventures or any--

MT:        [OV] No.

MM:        --jobs you know of?

MT:        No.

MM:        Nothing?

MT:        No.

MM:        Okay. What kind of cars does he have?

MT:        I don't know.

MM:        No?

MT:        No.

MM:        Does, uh . . . With his bu--

MT:        [OV] I'm trying. You know, maybe Mercedes, he has. Mercedes.

MM:        [OV] Do you know the t--

MT:        [OV] But I don't know the color. I know it's Mercedes. One time he told me he
           had a Mercedes but I don't know the color.

MM:        Is it a--[noise] like a sedan?

MT:        [OV] A new one. A new one. A new one. He has a new one.

MM:        [OV] A new one?

MT:        [OV] Yeah. Yeah.

MM:        [OV] Really? And, uh, does that--what is that, a four-door? Is it--is it a two-door--

MT:        [OV] I don't know.

MM:        [OV] --like a sports car [noise] or--

MT:        [OV] To be honest, I don't know.

MM:        Like SUV, a truck?

MT:        I don't know.

MM:        [OV] No idea?

MT:        No, it's a truck.

MM:        [OV] Not a truck?

MT:        [OV] No, no, he said it's a--it's a new model.

MM:        [OV] So a car?

MT:        Yeah, he said the new model. I d-don't know what it--a new model--is
           Mercedes.

MM:        Model. And, uh, for his business, or like his business dealings, or just personally,
           does--does he travel at all?

MT:        He never mentioned it, what type of [UI] like, uh, he never told
           me that any time on the phone.

[pause]

[noises]

MM:        He never told you, [noise] like, anywhere where they would want to go on--

MT:        [OV] No. No.

MM:        [OV] --vacation or--

MT:        [OV] No.

MM:        [OV] --anything about all that?

MT:        [OV] No, he never--he never mentioned that.

MM:        He's got a lot of money.

MT:        He was busy. No, because his wife, she is very sick, and he's about [IA].

MM:        And, uh--

MT:        These people usually are cheap. They don't like to travel.

MM:        What?

MT:        The wealthy people are cheap. They don't like to travel.

MM:        [OV] Oh, they--

AE:        [OV] So he didn't tell you--

MT:        [OV] She's very--

MM:        [OV] She--

MT:        [OV] --cheap.

MM:        [OV] She's cheap?

AE:        It's how they stay wealthy.

MT:        Exactly.

MM:        Okay. Uh . . . [pause] [noises] Has he lived his whole life in Lebanon?

MT:        Yeah.

MM:        Uh, because they never--never left--

MT:        [OV] No.

MM:        [OV] --Lebanon?

MT:        No.

           [pause]

MM:        Is there any--

AE:        Okay. What--what does he look like?

MT:        I will show you his picture.

AE:        Could you give us a--

MT:        [OV] I haven't seen him in person.

AE:        [OV] --could you--

MT:        [OV] I saw the picture only.

AE:        [OV] Oh.

MT:        I cannot describe him. You know, it's like--

           [end of AUD_2020-02-27_22-20-32_UTC+3.flv]

           [start of AUD_2020-02-27_22-25-33_UTC+3.flv]

AE:        I'm just curious--

MT:        [OV] He--
AE:        --just to help us maybe determine, like, which photo is him. Is it, uh, dark hair, gray hair?

MT:        No, he is--he is bald for--

AE:        [OV] Bald?

MT:        Bald.

AE:         Okay. Beard?

MT:         No beard.

AE:         No beard? Uh, any facial hair?

MT:         No.

AE:         Okay.

MT:         No beard.

AE:         No beard.

MT:         No.

MM:         What about, like, eye color?

MT:         [OV] No mustache. No mustache.

AE:         Okay.

MM:         Eye color?

MT:         Black.

MM:         Black eyes?

MT:         Yeah. No mustache.

AE:         Have you ever seen like a--

MT:         [OV] No.

AE:         [OV] --a full picture of him?

MT:         You know, [stutters] I cannot tell you how--how--how tall he is.

AE:         Okay. What about build?

MT:         Uh, he is a little bit fat.

AE:         Okay. [pause] Glasses?  He wear glasses?

MT:         Yeah.

AE:          Yep.

MM:          What color are the glasses?

MT:          White.

             [pause]

AE:          Is there anything distinguishing about him?

MT:          No.

AE:          Nothing?

MT:          No.

MM:          [OV] He ever show you any tattoos or anything?

MT:          No, no. No.

AE:          [OV] Or any, like, uh, scars or anything?

MT:          No.

AE:          Okay.

MT:          [OV] No. No. He never . . .

             [pause]

             [noises]
AE:          Okay. All right.

MM:          Now, uh, [pause] I think one of the things, uhm, that I just wanted to confirm was
             when--when you were talking to Ahmad, uhm, what were the methods for . . .
             What did you use to--to speak to him?

MT:          What do you mean?

MM:          Like what kind of, uh, applications?

MT:          WhatsApp, I told you. [pause] Told you, WhatsApp.

MM:          And was that just, uh, your primary or was that the only method?

MT:          No, just the only method, you know? [pause] We [IA].

MM:     And within WhatsApp, what--what functions did you use? Did you text?

        [noises]

MT:     Yes, sometimes I text, you know? Yeah.

MM:     So when--when you say sometimes--

MT:     [coughs]

MM:     [OV] --like what--

MT:     [OV] Sometimes texts.

MM:     [OV] --wh--how--how often?

MT:     [OV] Sometimes phone.

MM:     Oh, you're just saying--

MT:     [OV] You know?

MM:     [OV] --it was, like--

MT:     [OV] Yeah.

MM:     [OV] --some of the time is--
MT:     [OV] Yeah.

MM:     [OV] --you just text messaged.

MT:     [OV] Some of the times, definitely.

MM:     [OV] Not--not like only randomly text messages. Mostly calls, was--

MT:     [OV] No, not mostly calls.

MM:     Not mostly--

MT:     [OV] Mostly text messages. "Hello. How are you? What are you doing?"

MM:     [OV] Yeah.

AE:     Did you guys do the video stuff from time to time too?

MT:        No, not too many.

AE:        Not too many?

MT:        I'm, uhm . . . no.

              [pause]

              [noises]

MM:       Uh--

AE:        [OV] Do you remember his phone number? Or the number that was associated?

MT:        [OV] No, I don't remember.

MM:       Okay.

MT:        I don't remember his phone number.

AE:        [OV] Okay.

MT:        I-I'm bad with numbers.

AE:        [OV] That's enough. Listen--
MT:        [OV] I'm bad with numbers.

AE:        [OV] I'm bad with numbers anymore these days.

MT:        Yeah.

AE:        Wh--

MT:        [OV] And, uh--

AE:        [OV] Sorry, wh-wh--

MM:       [OV] [UI]

AE:        [OV] --what was--did you have him, uh, listed in your contacts by name?

MT:        Yeah.

AE:        So--

MT:        His name.

AE:         His name?

MT:         Yeah.

AE:         Okay. Not like a--like a nickname or--

MT:         No, no, you can find it.

AE:         [OV] Okay.

MT:         [OV] His name.

AE:         All right.

MM:         And, uhm, did he ever send you pictures?

MT:         He always sent pictures.

MM:         He always sent you--

MT:         [OV] "Good morning." "Good evening." "How are . . ." Yeah.
MM:         Oh, pictures?

MT:         Pictures.

MM:         They would be pictures?

MT:         Yeah.

MM:         Did you send him pictures back?

MT:         Yeah. "Good morning." He sent me, "Good morning." I sent him, "Good morning."

MM:         Uh--

MT:         [OV] "Good evening." I sent him good evening.

MM:         Wh--and sorry, wh--like, I would say--

MT:         [OV] Me pictures--my pictures? Yes. Sometimes.

MM:         [OV] Pic--

MT:         [OV] Yeah.

MM:     [OV] Oh, okay. You did send him pictures--

MT:     [OV] Yeah.

MM:     [OV] --of yourself?

MT:     [OV] Yeah. Yeah.

MM:     [OV] Okay. Okay.

MT:     Why I lied at--at you?

AE:     That's, uh--we--

MT:     [OV] I don't lie here. No lies.

MM:     No, I'm just trying to understand.

MT:     Yeah.

MM:     I-I think I may have misunderstood you yesterday when we were talking about that.

MT:     [OV] No, no, no, no. I sent--I [UI].

MM:     Okay.

MT:     I sent him a couple, just . . .

        [pause]

AE:     All right.

MM:     So, I-I think that's--that's, uh, probably it for tonight.  Uhm--

MT:     [OV] Okay.

MM:     --it's--it's a pretty light--light night. We--uhm--we went really early into the morning.

MT:     [OV] Yeah, I am getting bored, you know? When we are leaving?

MM:     Yeah, so I did want to provide you an update on that, uhm . . .

MT:     Yeah.

MM:         So we got a little bit of clarification [noises] today on what--what that looks like. So, uh, but they think potentially that we'd be leaving here, so today--

            [end of AUD_2020-02-27_22-25-33_UTC+3.flv]

            [start of AUD_2020-02-27_22-30-33_UTC+3.flv]

MM:         --is February 27th. Uh, so we'd be leaving [noise] here on March 3rd.

MT:         Oh, [UI].

MM:         [OV] I know. I know.

AE:         [OV] And I think the difficulty is just the--the logistics of the aircraft.

MT:         [OV] We were going to say at least from six days?

MM:         [OV] I think it's--

MT:         [OV] Seven days?

MM:         [OV] --it's, yeah, i-it's--uh--it's--it's unfortunate.

MT:         [OV] Oh.

MM:         It's--it's not something that's in our control. Uhm . . . And I understand, you know, i-if you want to--i-if you want to, you know, take walks, uh, we could arrange, you know, walks--

MT:         [OV] No.

MM:         [OV] --around--

MT:         [OV] I don't want to walk. I don't want anybody to see me.

MM:         [OV] No, I-I--and I know, that's why I'm--I'm trying to give you the option of--

MT:         [OV] I don't want anybody to see me.

MM:         [OV] --getting some fresh air and--

MT:         [OV] No.

MM:         [OV] --getting your--

MT:        [OV] --I don't want anybody to see me.

AE:        [OV] What--

MM:        [OV] --your legs and, uh--

AE:        [OV] --what about, like, just over here? Because people don't generally--

MT:        [OV] No, I don't want--

AE:        [OV] --walk around here.

MT:        [OV] --anybody to . . .
           [noises]

AE:        What would make--what would make things more comfortable for you? Can we
           bring you some books?

MT:        [OV] Nothing makes me comfortable.

AE:        [OV] What about some books?

MT:        No, nothing for me. I'm not comfortable.

AE:        Well--

MT:        [OV] I'm not comfortable.

           [noises]

AE:        [OV] -well, we'll try to--I'm just trying to make things--

MT:        [OV] And so you keep going on--

AE:        [OV] --I'm just trying to make things a little more--

MT:        [OV] --and keep going on and going on, and going on and going on.

AE:        Is there something--some things that we can bring to you?

MT:        No.

AE:        Like is there--if you would've said maybe some clothes? Is there clothes--
           clothing--

MT:        [OV] Yeah, I need my clothes only. I need to take a shower and brush, uh, my

[IA].

AE:          [OV] Okay. [noises] Can you . . . Well, I'm just trying to understand, like, is there
             a list--can we maybe get a list of items that we could pull out for you?

MT:          Just, you know, two blouses.

AE:          Two blouses.

MT:          Two pants.
AE:          Two pants.

MT:          Underwear.

AE:          Okay. For--

MT:          [OV] My towel.

AE:          [OV] --two days or three days?

MT:          Yeah, for three day--well, it looks like we will stay six days, yeah?

AE:          And also what we can do is--I know--can we do laundry? We could--we could
             probably try to work through some of that too.

             [noises]

MT:          No, no, no. I will take--take the clothes and . . .

AE:          Okay.

MM:          Okay. I think we might go work--work some changes of clothes in. Uh, but
             there's--there's some stuff that's going on tomorrow that we should be able to--to
             get that worked out. Okay?

MT:          Another meeting tomorrow?

AE:          Well, we'll have some stuff to show you. Uh, something, if that's okay. Like
             some pictures--

MT:          [OV] Pictures?

AE:          [OV] Yes.

MT:          [OV] Yeah.

AE:          Yeah. [noises] And, uh, also, in that note, is there some hygiene items that you
             would like? Do you have, like, things that you use regularly that were in your
             room that we could bring--

MT:          [OV] Yeah, I need my--uh--

AE:          [OV] --for showering?
MT:          [OV] --yeah, my toothbrush, I need--

AE:          [OV] Yes. Okay.

MT:          Soap.

AE:          Soap. Shampoo.

MT:          Shampoo.

AE:          Do you have any hair things that you use?

MT:          My comb.

AE:          Your comb? Okay.

MT:          Or my brush. It's on the top of the dresser.

AE:          And want a different pair of shoes?

MT:          No, I want socks. Four, please.

AE:          [OV] Okay. We'll get that stuff.

MM:          Should be able to at least--at least get some of that.

AE:          Yeah, some--

MM:          [OV] Uh, I'm not sure we can get all of that.

AE:          [OV] Your--

MM:          [OV] We'll do our best.

AE:          [OV] --your reading glasses?

MT:          Yeah, my reading glasses and--

AE:          [OV] And, uh--and I know you had a c--couple cartons of cigarettes? Would you

like us to bring--

MT:     Yeah, I need also to submit my timesheet to the--the end of the month. I don't know if somebody can do that.

AE:     Okay. Uh, who--who--

MT:     [OV] I will give you the passwords.

AE:     --who would do that for you, typically, if you couldn't do it?

MT:     The site manager, he knows about me?

AE:     No.

MT:     N-no, I don't want anybody to know. I do it, but if you want . . . You know, it's in my computer. Go to the Cost Point [PH].

AE:     Mm-hmm.

MT:     If you click, you can push the button.

AE:     Is there somebody that you would trust that--that understands that system over there, that could do it?

MT:     I'd ask Jo Jo [PH].

AE:     Jo Jo? Okay.

MT:     I will give you the password.

AE:     Okay.

MT:     [OV] So . . .

AE:     We'll talk to Jo Jo about getting it so you--

MT:     No, I will give you the password--

AE:     [OV] Okay.

MT:     [OV] --and you can . . . Jo Jo for sure, he knows I am here.

AE:     [OV] He does? Uh, okay.

MT:     He knows I am here, Jo Jo?

AE:        [OV] Yes.

MT:        [OV] Everybody knows now.

AE:        Uh, well, can Jo Jo help get that stuff submitted?

MT:        Yeah.

AE:        Okay.

MT:        [OV] You know, after I give you the password, just tell him to submit my timesheet.

AE:        Okay.

MT:        [IA]

AE:        W-what's that password that we can give to Jo Jo?

MT:        It's, uh--

MM:        [OV] Is it--

AE:        [OV] Yeah.

MT:        [OV] --uh, capital P-at--at--uh--s-s lowercase--4462. Lowercase S-S. Four four six two.

AE:        What--what's the name of the system that you use to--

MT:        Cost Point [PH].

AE:        Cross Point.

MT:        Cost. Cost.

AE:        [OV] Cost Point. And Jo Jo knows?

MT:        [OV] I give him . . . Yeah. So tell him to submit it.

AE:        [OV] Do you have, like, a username?

MT:        They have . . . No, there is no username. He--they have it in--in the system.

AE:        [OV] Okay. I'll talk to Jo Jo.

MT:        And they know the username. [stutters]

AE:         [OV] Okay.

MT:         [OV] I don't have--username 4462.

AE:         When is that--

MT:         [OV] It's--

AE:         [OV] --due by?

MT:         Today, to go--today is the 28th?

AE:         [OV] Okay.

MM:         The 27th.

MT:         By 7:00 tomorrow.

AE:         Okay. All right.

MT:         Tomorrow morning.

AE:         Okay.

MT:         I want just you finish it as--

AE:         Is there anything else we can bring?

MT:         What criminal charges, you know? What is the--

            [end of AUD_2020-02-27_22-30-33_UTC+3.flv]

            [start of AUD_2020-02-27_22-35-34_UTC+3.flv]

MM:         We explained it yesterday.

MT:         I know you explained it, but if I--

MM:         [OV] Do you need me--do you want me--

MT:         [OV] --if he--
MM:         [OV] --to explain it again?

MT:         [OV] No, if he's . . . Yeah. Criminal charges, no, I understand it, but if he, you
            know, sentence, you know, how many years usually?

MM:     I--i-it--again, it depends.

MT:     [OV] Uh, no, from--from one to what? You know?

MM:     Again, it d--it depends. That's--that's not something that we . . .

MT:     What is the minimum?

MM:     I-it--it completely depends on what your criminal history is.

MT:     Oh, okay. Well, I don't--

AE:     [OV] That's something . . . So, uh, when you--when you get back and--well, I--I want to say when we, because I'm going to travel with you, uh, when you sit down and speak to the judge, they'll--they'll be able to get a--a better determination of the--of the situation. I don't want to say something, or Mike--we don't want to say something that's incorrect to you--

MT:     No, I wanted--

AE:     [OV] --regarding that.

MT:     [OV] --uh, just a minimum.

        [noises]

MM:     The--the thing is, w-we don't establish those--

AE:     [OV] No.

MM:     [OV] --and--and so it's--it's within the justice system, the Department of Justice.

MT:     [OV] But this will help me?

MM:     Uh, I mean, the--the more [noise] cooperation, the better.

MT:     Uh, [IA]. I'm hoping [IA].

MM:     [OV] Uh--

MT:     [OV] What do you want me to cooperate now? I'm telling you if--

AE:     And that--that's all we can ask. Th-that's all we can ask.

MT:     And what [IA] kids [IA] know. [IA]

[noises]

AE:         Well, they're in Minneapolis, right?

MT:         No, they're in Rochester.

AE:         Ah, so, in Rochester.

MT:         [OV] Rochester.

AE:         Yeah.

MT:         And my kids, I told, you know, I told them why. [noises] My daughter, she go to psychiatric [UI] she had some--some [UI] and . . .

AE:         Okay.

MT:         And my youngest is the same. I am worried they know something.

AE:         Well, we haven't--we haven't said anything.

MT:         [OV] Suicide. He--they will commit suicide.

AE:         How would--how would you best approach that?

MT:         I will--I will--I will speak with them. I'm not going to mention this for, uh--

AE:         Okay.

            [noise]

MT:         I will tell them, you know, there is investigation, and, yeah.

AE:         Okay.

MT:         It's not only me, and, you know, I will say I'm taking time off and th--personal. I am worried that if they know they will kill themself [*sic*].

AE:         [OV] Is it--is it odd that you haven't--

MT:         [OV] You know, and I will never forgive myself. The girl, you know, uh, she is very depressed.

AE:         [OV] What i--

MT:         [OV] She go to psych--you know, psychiatrist. She--she sees like that, a female

psychiatrist off and on.

AE:        [OV] What if, uh--

MT:        [OV] And my youngest is the same.

AE:        Would it help if--if someone spoke to them in person after you call, just to maybe better explain things? Would that help?

MT:        I don't want them to know, Andy.

AE:        Yeah, I-I understand, but I think eventually they're--they are--eventually they're--

MM:        [OV] Mary, that--that's--

AE:        [OV] --going to find out.

MM:        [OV] --that's unrealistic.

AE:        Yeah, that's not a--that's not a realistic expectation.

MM:        [OV] It's--it doesn't--that's not how any of this works. This is--this is all public.

AE:        They are eventually going to f-

MT:        [OV] Why? Everybody would know that I have done this?

MM:        There's court records of this.

AE:        [OV] Yeah.

MM:        Uh--

MT:        Yeah, court record, but my kids, they are not going to the court records.

MM:        Mary, they--they can. You know, that--that's why it's--

MT:        [OV] Yeah, I will be in Washington, DC--

MM:        [OV] --different.

MT:        [OV] --yeah?

MM:        Yes.

MT:        Uh, the trial will be in Washington, DC?

[noises]

MM:      Everything will be--

MT:      [OV] And if they put me in a prison, they will put me in Washington, DC?

AE:      Not necessarily.

MM:      Yeah, not necessarily. That--that's not--

AE:      And--and some of that can also . . .

MM:      Yeah.

AE:      People--they typically--situations like this, when people, uh, work with the--the Bureau, there are times where the courts can help place people close to their family to facilitate visitation. So I have--I have seen that in my previous cases. Not always the case, but many times--

MT:      [OV] I don't want to go up there. I want to stay in Washington. I want [UI].

AE:      And that's something--you have a voice, and that's something that you can talk about . . . All right? You can--you can discuss your concerns, and you can discuss areas where you're--you might be more--more favorable to you. And--and sometimes they--they will accommodate those things.

MT:      And about the [UI] but I don't remember if I sent it.

AE:      Okay.

MT:      This is the reason, you know, I told you, you know, I sent two.

AE:      Mm-hmm.

MT:      --but I don't remember if I sent it.

AE:      Mm-hmm.

MT:      That's why I put it under--I was y-you know, a visitor to Sandy [PH] and I put it under the bed.

MM:      Okay.

MT:      That's why. I wanted to--to throw it away, but I forgot. [pause] Because it was there, I didn't, you know . . . I think that I didn't send it.

AE:      But it's still probably s--

MT:      [OV] The third.

AE:      [OV] The third one, but other ones were sent?

MT:      Yeah.

AE:      Okay.

MT:      The two, they were sent, but this one, no, because the ones, you know, I threw--

AE:      [OV] I got--

         [end of AUD_2020-02-27_22-35-34_UTC+3.flv]

         [start of AUD_2020-02-27_22-40-34_UTC+3.flv]

AE:      [OV] --your--

MT:      [OV] --away--

AE:      Okay.

MT:      But this one, no. I don't think I sent it.

MM:      Wait, so--

MT:      The third page--

MM:      --what we discussed yester--

MT:      [OV] --you know, you I was think--I was thinking about it, yeah. The--the--the two pages--the first two pages it has about 'Ali [ICST]--

MM:      Mm-hmm.

MT:      --and what his name, uh, the other one [UI]. But the third one, no, I don't think I sent it. Uh, 70 percent, I did not send it, okay? Because if I sent it, okay, it will be with the other two papers, and I will just [UI] it and throw it away. No, I did not send it. [pause] [noise] I [*sic*] supposed to throw it away, you know? I put it under the bed because I didn't want to send it. And I [*sic*] supposed to [noise] throw it away but I forgot. [pause] Because if it is with the other papers, my--I will just [UI] it and throw it away with the other papers. I believe that I don't send it. Seventy percent, I did not send.

[pause]

[noises]

MM:      All right, Mary. [pause] We're going to be all done for the evening. Thank you very much.

MT:      No, if you have anything, say it. You know, I have nothing.

AE:      No, we--we'd like to bring some things in tomorrow, if that's okay.

MT:      Yeah.

AE:      Okay.

MT:      You'll bring the phone?

AE:      Uh, maybe some papers. The documents or pictures, but not--taken from--

MT:      Yeah.

AE:      Yeah. Is that good?

MM:      Okay.

MT:      Taken from the phone?

AE:      Mm-hmm.

MT:      Yeah. No problem.

MM:      All right.

AE:      Is there anything else we can get you tonight?

MT:      No, I don't want to eat now. Take the food, please.

AE:      [OV] You don't--I don't--

MT:      [OV] I'm not going to eat now.

AE:      Sure?

MT:      I don't have an appetite.

AE:          Do you need to use the restroom?

MT:          No.

AE:          Okay.

MT:          No.

AE:          Not now. All right.

MM:          All right.

MT:          [OV] I will stay then six days here?

MM:          Mary--

AE:          [OV] We'll--

MM:          --we'll try to update you every day--

AE:          Yeah.

MM:          --on what's going on.

             [noise]

MT:          How are the guys? Uh, how are the guys?

AE:          Uhm, [noise] I think people are a little confused. And, so . . .

MT:          [OV] Because they--they--they--

             [noises]

AE:          [OV] Sure, here's the thing, uh, they--

MT:          [OV] --even though they are--

AE:          [OV] Well, we have-- Yeah.

MT:          [OV] --p-probably they are worried about it.

AE:          Yeah, we haven't fully--uh--all these details, not every detail has been presented
             to everybody.

MT:          That's good.

AE:         So we've talked to some people, uhm, asked about, kind of, you know, their relationship with you and . . . But we didn't disclose the complete details. Uh, but they do know that you were arrested, but we didn't talk about all the reasons why. But you weren't there, so--

MT:         [OV] All of them?

AE:         Right. So they know--they don't-- [noises] they don't know everything, but they do know--

MT:         [OV] The linguists, they know?

AE:         They know that you were arrested.

MT:         Linguists?

AE:         Yes. And so, I mean, [noise] you were--you're not there, so people a-asked questions. So we just gathered everyone up and explained that there was a--a situation. Uh, you were--you were placed under arrest by us and [noises] that we were working through some--some of the investigation still. And that was it. We didn't talk about why or nothing like that.

            [noises]

MT:         I don't care. I care about now what will happen if [IA]. I don't care about the . . .

MM:         All right, Mary, well, we're going to finish up. Uhm, so if you need anything, he and I will [UI] okay?

MT:         I won't need anything [IA]. And you will sit with me every day until I leave?

MM:         Oh, no. Uh--

AE:         [OV] Maybe not every day, but maybe a few more. Because we're just--we're--we're kind of going through some stuff still, so we might want to clarify some--some of the information that we come across. Just to make sure that we--we understand. [pause] Do you have any other questions?

MT:         No. I'm very surprised by this, uh--

AE:         [OV] I know. I know.

MT:         [OV] I'm increasing [UI].

AE:         [OV] Try--try and get some sleep. [noise] Try to get some sleep.

MT:     [OV] I'm--I'm just, you know--I'm thinking about all this--about all of this, that-- you know, if I could have stopped it, until I go there, and I speak with the lawyer, I talked, everything, tell him I talked to you--

AE:     Uh-huh.

MT:     --to clarify.

AE:     [OV] Okay, great.

MT:     [OV] I am thinking from now until tomorrow, I will [IA].

        [noises]

AE:     Okay. Well, try to get some--

        [end of AUD_2020-02-27_22-40-34_UTC+3.flv]

        [start of AUD_2020-02-27_22-45-35_UTC+3.flv]
AE:     --some rest and--

MT:     [OV] Because I am [UI]. You know, this one [noise] has been torn with this . . .

AE:     We just need to--we just need to make sure based on that.

MT:     [OV] I know. It's--

AE:     [OV] If I don't ask the questions, then someone--

MT:     [OV] No problem. I told--

AE:     [OV] --someone's going to ask the questions.

MT:     [OV] --you--I gave you my phone--

AE:     [OV] Yeah.

MT:     [OV] --because I want you to check my phone. Check it, because I believe [IA].

MM:     [OV] Go [UI].

AE:     [OV] I appreciate that.

MM:     [OV] We'll come back tomorrow, okay?

MT:          Mm-hmm.

MM:          All right.

             [noises]

MT:          Thank you.

MM:          Have a good night.

MT:          Good night.

             [pause]

             [noises]

AE:          You sure you don't want us to just leave this?

MT:          I don't want you to leave it.

AE:          Okay.

             [noises]

MT:          Thank you.

AE:          We'll leave the dates and the [UI].

MT:          No, no, it's okay. I need--

AE:          [OV] We'll leave that. Yeah, that's something--

MT:          [OV] [IA]

AE:          [OV] --you wake up in the middle of the night, at least there's something here.

MT:          I don't want to eat now.

AE:          No?

             [noises]

MM:          Mary, we got to leave something here.

AE:          Yeah.

MM:         Okay?

AE:         And I know you don't like the sweets, so--

MT:         I don't. I-I--

AE:         [OV] Yeah.

MT:         [OV] --I-I have no appetite, Mike.

MM:         You--you got to eat something though, I mean--

            [noises]

MT:         [OV] If you are in my situation, you would not--

MM:         [OV] I--

MT:         [OV] --even drink water.

MM:         I-I understand but y-you're going to have to eat. I-it's--

MT:         [OV] Criminal charges, Mike. This is big. This is a big one.

AE:         Look--

MT:         [OV] It's--you know--it's better i-if I kill somebody, it's easier than, you know, criminal charges.

AE:         What do you mean? Tell--tell--I mean, those would be criminal . . . There's only two types of charges. [noises] Th-there's criminal and civil, in the US.

MT:         Am I criminal?

AE:         That's--

MT:         [OV] I'm a criminal. Criminal justice.

AE:         W--those are varying levels of things.

MT:         I helped [IA].

AE:         [OV] Just leave it here.

MT:         [OV] I helped this for you. [noises] [IA] [noises] Thank you.

AE:         Good job, Mary.

MM:         Thank you, Mary.

MT:         Bye.

AE:         Please try--

            [end of AUD_2020-02-27_22-45-35_UTC+3.flv]

[END OF 1146031.final.docx]

**Interview 3 – Composite Verbatim Transcription**

[START OF 1146631.final.docx]

      [start of AUD_2020-02-28_21-22-05_UTC+3.flv]

MT:      Been working since 2006. Never happened. [noises] Never [IA] I don't know. It happened.

AE:      I think tonight we'll take the opportunity [noises] and, uh, I'll let Mike kind of segue in, but I-I-I really want to tonight focus on us working together [noises] to try to get the best possible resolution for you.

MT:      [IA].

AE:      [OV] Oh--

MT:      [OV] I heard about a lot of things, why I never heard [UI] from them? I'm not--I'm not--you know, I'm not bad.

AE:      I-I think that--

MT:      [OV] This happens.

AE:      I know.

MT:      I don't know how it happened.

AE:      Let me just--so--

      [noises]

MT:      [OV] I swear, Andy, happened like--I don't know what--what--what--how it happened.

[noises]

AE:     Why do you think?

MT:     I was drunk that night.

AE:     What's that?

MT:     I was drunk that night. I don't know how it happened. It happened and it just--uh, then it happened. I know a lot of, uh, information [IA]. [noises] You know, it's like, why I didn't report it? Why I never report it, Andy? Help me.

AE:     I think that--

        [noises]

MT:     Even to Amen [PH]. I-I knew about it. Why I never report it to him then? Was having a bad [UI] but I am not a bad person.

AE:     I don't--listen--

MT:     [crying sounds] I swear I am not a bad person. I want everybody to forgive me. I feel bad. I'm thinking how my kids are going to think about me, everybody, you know, that's . . . I'm not sleeping, not eating, because I am--I feel terrible. Never happened, 2006 until now. Afghanistan, Iraq, never, never, never, never. I never [UI] the trust of your guys. Never. [UI] I wish you stopped me or like you came and took me immediately. [crying sounds]

MM:     Well, Mary, you know, I-I-I think--[pause] I think that maybe you're beginning to understand the g--the gravity--

MT:     [coughs]

MM:     --of the situation.

MT:     [OV] I mu--

MM:     [OV] And that's really good.

MT:     Yeah, I know, I have to be--

MM:     [OV] But the--the one thing I'm still not certain of that you're understanding is--

MT:     [sniffs]

MM:      [OV] --and I-I'm going to provide this to you tonight, so it's very important that I do this, because you have been asking me to show you items about your phone.

        [noise]

MT:       Yeah.

MM:      So tonight's the night.

MT:       Yeah. [sniffs]

MM:      So, we're going to show you stuff from your phone.

        [noises]

MT:       Yeah.

MM:      And the whole . . . You know, this is one-time thing, that this is--

MT:       [OV] Yeah.

MM:      --the one time. I'm sorry, Mary.

MT:       Uh, can I see, please?

MM:      Yeah, sure.

MT:       Yeah.

MM:      [OV] We're--we're--we're going to get into that.

MT:       Yeah. [sniffs]

MM:      Uhm, because that's just not true.

MT:       Okay.

MM:      So we're going to have to talk about it. And, I mean--

MT:       [OV] No, I mean, [noise] you know, it's like in this period--

MM:      [OV] Okay.

MT:       [OV] Like, you know--

MM:      [OV] You--you're talking a sh--

MT:          --you didn't know it.

MT:          [OV] --you're talking a short period of time?

AE:          Listen--listen--

MT:          [OV] Yeah.

AE:          [OV] --l-listen--

MM:          [OV] Okay.

AE:          [OV] --listen to Mike, because tonight is a very important night. This may be the most important night of your--your life.

MT:          Okay.

MM:          [OV] Uh--

AE:          [OV] And I'm sorry that this is the venue for it, but this is the point where you're going to choose the direction where things go.

MT:          Okay.

AE:          [OV] Okay? So listen to Mike.

MT:          Yeah.

MM:          Okay. And I've also got an update on your kids.

MT:          Okay.

MM:          Okay?

MT:          You talk to them?

MM:          Nope.

MT:          No?

MM:          Nope. So I'm--

MT:          [OV] Mm.

MM:          [OV] --I'm going to be able to give you an update on them, but I have to go through your advice of rights again.

MT:          Okay.

MM:          Okay? [pause] We are American law enforcement agents in the Federal Bureau of Investigation. You have been arrested for a violation of United States criminal law related to the unlawful retention of national defense information. Because you are under arrest, United States law provides you with certain rights in your dealings with us. Before we ask you any questions, we want to make sure you understand your rights. You have the right to remain silent. You have the right to talk to a lawyer for advice before we ask you any questions.

MT:          Mm-hmm.

MM:          You have the right to a lawyer with you during questioning.

MT:          Okay.

MM:          If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish.

MT:          Okay.

MM:          Our ability to provide you with counsel at this time, however, may be limited by the decisions of the local authorities or the availability of an American-trained attorney. If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time. Before you decide you want to speak with us today, we also want to explain to you that because you have been arrested on a United States criminal charge, we're bringing you without unnecessary delay to a courtroom in the United States. When you arrive in court, a judge will advise you of the charges--

             [end of AUD_2020-02-28_21-22-05_UTC+3.flv]

             [start of AUD_2020-02-28_21-27-05_UTC+3.flv]

MM:          --against you, give you an opportunity to hire an attorney of your choice, or if you cannot afford to hire your own attorney, appoint an attorney to represent you to [noise] determine whether you should be detained or released pending indictment and/or trial of the case against you. Do you have any questions about what I have just--

MT:          [OV] No.

MM:          [OV] --explained to you?

MT:          No.

MM:     Okay. So, I'm going to need--if--this is the acknowledgement, rights of wavier of rights to an attorney for [UI]. If--if you--uh--if you're in agreement with what I'm saying, you know, just, "Yes."

MT:     Yeah.

MM:     I am willing to make a statement and answer questions.

        [noise]

MT:     Okay.

MM:     I do not want a lawyer at this time.

MT:     No, but if I start, I will stop, you know, and--

MM:     Okay.

MT:     Yeah.

MM:     Uh, and that's your right.

MT:     Okay.

MM:     I understand my [noise] rights, and my decision is a knowing and voluntary one. No promises or threats have been made to me, and no pressure or coercion of any kind has been used against me.

MT:     No.

        [noises]

MM:     All right, Mary, so the first thing I want to tell you about--

AE:     Hey, just listen.

MM:     So you asked me the other night, you said, "I don't want my kids to know about what happened."

MT:     Yeah.

MM:     So I made phone calls, and we pulled back the interview team that was going to go interview your kids.

MT:     Okay.

MM:      I pulled--I pulled back every one of those agents.

MT:      Oh.

MM:      They're not going to go interview your kids--

MT:      [OV] Two of them--

MM:      --right now.

MT:      [OV] --they have psychological problem. I am worried they will commit su--

MM:      [OV] Now, the--now, the reason--I want to explain to you the reason why we need to interview them. Why--why we need to, because right now, you are not cooperating. This has not been cooperation.

MT:      Okay.

MM:      We need to understand entirely everything that has gone on. If we don't understand what has gone on, we'll need to talk to them because--

MT:      [OV] Okay.

MM:      --then we need to understand.

         [noises]

MT:      Yeah, I told you when--

MM:      [OV] Now--

MT:      --I told you--t--

MM:      --now, they will . . . Wait, you're saying you have told us?

MT:      Yeah, you know, I told you what--you know, what happened.

MM:      You have not yet.

MT:      Y--

MM:      [OV] This is--this is not cooperation. What--what we've gotten thus far is not cooperation.

MT:      [OV] Okay.

MM:        But--but I am doing this as a goodwill act to you--

MT:        Thank you.

MM:        --by--by pulling them back.

MT:        Thank you.

MM:        Now, at some point you will have to talk to them--

MT:        Okay.

MM:        --on--on some level, yeah?

MT:        [OV] Okay.

MM:        But right now, I pulled them back.

MT:        Thank you.

MM:        But I am only doing that on the chance that you are going to cooperate with me tonight.

MT:        Yeah. You know, just ask me.

MM:        But m--the thing is, you have not cooperated. So what I'm trying to explain to you is--

MT:        [OV] Come on, Mike.

MM:        [OV] --tonight--

MT:        [OV] You know, I told you, you know, ask me. The other night, I told you.

MM:        Mary.

MT:        Yeah.

MM:        [OV] Uh, y-you haven't been forthcoming. You've answered our questions. You have not been forthcoming. You have only confirmed what we've shown you.

MT:        Uh . . .

MM:        You need to tell us everything else that we--that I have not shown you. You need to tell me all of it.

MT:        Yeah, okay. Just, like, what do you have? T-tell me, I will tell you yes or no.

MM:        [OV] No, I-I'm--I'm . . . Th--so that's--that's not how this is going to work.

MT:        Mike, this is what happened, you know, exactly. This is what I sent exactly, you know? The last one, you know, I didn't send it.

MM:        Mm-hmm.

MT:        I am sure I didn't send it--

AE:        [OV] Right.

MT:        --because if I send it, it will never be unopened and--

MM:        [OV] So Mary--

AE:        [OV] What--what was sent?

MM:        [OV] --Mary--

MT:        The--the one, it was sent about the--the two guys.

AE:        What guys?

MT:        ███████████████████

AE:        ████████████████████████

MT:        No, no, no.

MM:        [OV] So--so Mary--

MT:        [OV] Not the OneNote. You know, writing, the names.

           [noise]

MM:        [OV] --so--so Mary--

MT:        Not, uh, from OneNote.

AE:        Hmm.

MM:        That--that is all you're willing to tell me? You're not willing to tell me about anybody else?

MT:       Who? I don't remember. Who?

MM:       The thing is, I-I don't--I no longer believe you. And I am not--

MT:       [OV] No.

MM:       [OV] --I'm not willing to enter--

MT:       [OV] Don't--don't say that.

AE:       [OV] Just--just listen to him. Hear him out.

MT:       Don't say this.

AE:       Hear him out.

MM:       Because Mary, I know about many more.

MT:       Fine. Okay. What--what--

MM:       [OV] So I--the thing is--

MT:       [OV] Maybe I don't remember.

MM:       The thing is, I don't need to bring them to you. I need you to bring them to me. That is cooperation. In order for you to get beyond this situation that you're in right now . . . So I-I'm going to explain something to you very simply. It--it--th-there's an--there's a aspect of this that's going to happen called discovery, okay? And you're never going to hear that term, like, explained to you, but essentially what that--what that is, is my team is going to go through everything you have. [noise] There's no way that we could do it on a short basis before you and I have talked--

MT:       Yeah.

MM:       --but we are going to go through everything you have, and we are going to find everything.

MT:       Yeah, in my phone, go.

MM:       Uh, in your phone, in your emails. We're going to go through--

MT:       [OV] Go. Go.

MM:       I can't do it yet. I--

MT:         [OV] No, no, no, no, no, no.

MM:         [OV] --I haven't been into it.

MT:         [OV] Just take your time. Go through every--

            [end of AUD_2020-02-28_21-27-05_UTC+3.flv]

            [start of AUD_2020-02-28_21-32-06_UTC+3.flv]

MT:         --thing.

MM:         Mary, what I'm trying to--

MT:         [OV] You know, I'm telling you--

MM:         [OV] --what I'm trying to tell you--

MT:         [OV] --go ahead. My--

AE:         [OV] Mary.

MT:         [OV] --my documents, [noise] my events--

AE:         [OV] Mary. You know, Mary, the thing--

MT:         [OV] --everything.

MM:         [OV] Mary, you got to listen to me.

MT:         Yeah.

MM:         What I am explaining is that that's not going to help you. What we find in there is only going to hort [PH]--

MT:         [OV] What will you find?

MM:         [OV] --it's only going to hurt you.

MT:         In my phone.

AE:         [OV] We're--we're--

MT:         [OV] In my emails.

            [noises]

MM:        So not just your stuff, Mary. We're going to go through all of ███████ ]
           stuff, too.

MT:        Go through ██████ stuff.

MM:        [OV] The--

MT:        [OV] I don't care.

MM:        --the--the thing--uh--Mary, if we are finding items that you don't tell us about,
           that makes it worse for you. It doesn't make it better.

MT:        [coughs] Mike, go through his items and see what I said.

AE:        Mary, I don't think you're understanding though.

MM:        What I--what--

MT:        [OV] I understand you.

MM:        --what I am saying is that if you tell me right now about the things that I'm going
           to find, your situation will improve.

MT:        [OV] I am telling you--

MM:        [OV] If I find things that you don't tell me about, then it's going to be worse for
           your situation.

MT:        It's okay.

MM:        Okay. So what I'm going to further--

MT:        [OV] It's okay.

MM:        [OV] --explain to you tonight is--

MT:        [OV] You know--

MM:        [OV] --what I've been told--

AE:        [OV] Just--just listen to him. Listen.

MM:        [OV] Mary, you need to listen to this. This is the most important--

AE:        [OV] This is super important. Yeah.

MM:       [OV] ----this is the most important--

AE:       [OV] You need to hear this.

MM:       [OV] --conversation we're going to have before we get into this. This--like Andy said--we're at a decision point right now.

MT:       Yeah.

MM:       Okay? So, I want to explain something to you. A conspiracy. Do you know what a conspiracy is?

MT:       Yes, I know. Of course I do know.

MM:       [OV] Okay, so right now you are driving down a road with Ahmad [ICST]. You and Ahmad are in the car together. You are in a conspiracy.

MT:       No.

MM:       Yes, you are.

MT:       No, uh--

MM:       [OV] Because to make a conspiracy--

AE:       [OV] Listen. Listen.

MM:       [OV] --you have--you have to complete an overt act. You have completed the overt act by--by sending him items. That's the conspiracy. That is the beginning of a conspiracy.

MT:       Yeah, yeah, okay.

MM:       In order for you to remove yourself from that conspiracy, you must cooperate completely. You are not cooperating completely. So, as a result of that, what happens is that there are anyone, anything, any person who is hurt as a result of the information you passed, you will continue to be punished for that information. So let's say that--that you're in prison, and something happens to one of the people who you passed information on as a result of your information being passed, you will be punished for that.

AE:       That could be in--

MM:       [OV] Let's--

AE:        [OV] --that could be in two weeks, that can be in--

MM:        [OV] Yeah.

AE:        [OV] --five years.

MM:        That could--that could be the week before y-you go to jail for--for the--the full
           time you go to jail. Let's say the day before you're going to get out of jail, in a
           long time from now, let's say someone gets hurt as a result of the information you
           passed, you're going right back to jail.

AE:        The only way to get all this right--

MM:        [OV] The only way--the only way--

AE:        [OV] Listen. Listen to him.

MM:        --is to fully cooperate with me. That is the only way.

MT:        [OV] I have fully cooperated.

MM:        No, and--

MT:        [OV] I will cooperate with you.

MM:        Then--then let's start right now.

MT:        Let's start right now.

MM:        Tell me about--tell me about the other notes that you passed.

MT:        I didn't pass anything more.

MM:        All right. [noise] You have made your decision.

MT:        I didn't pass any more.

MM:        [OV] All right, well--

MT:        [OV] You know?

MM:        [OV] --let's--uh--let's open it up. You ready? [noises] All right, well . . . I guess .
           . .you d- . . . [UI]

AE:        [OV] All right, then. Mary, uh, [noises] I-I need you to understand--

MT:          [OV] Yeah, I want to see what--

AE:          [OV] --I need--

MT:          [OV] --I passed.

AE:          [OV] I know. I need you to understand how serious this is, and the implications for you and your family, and how this is going to affect them. Okay.

MT:          [OV] I already destroyed it. That's . . . I d--

             [noises]

AE:          [UI] I'll hold [UI].

MM:          [OV] Uh, yes, [UI] that.

AE:          [OV] Yeah, that's, uh--

MM:          [OV] We're going to go--we're going to go b--

AE:          [OV] I-is this--

MM:          [OV] --about these one by one.

MT:          Yeah, that's him.

             [pause]

MM:          Who's that, Mary?

MT:          Yeah, that's him. [pause] It's Ahmad.

MM:          [OV] Who--who's that?

MT:          Ahmad.

MM:          Ahmad, well--

MT:          [OV] And ███████ I think.

AE:          The thing is, he insulated himself, but he didn't do anything to protect you.

MT:          No. I was stupid.

             [noises]

MM:     All right, Mary. So, that was sent on January 23rd, 2020. Guess whose phone was on that?

MT:     Whose phone?

MM:     Not yours.

MT:     Okay, whose?

        [noises]

MM:     Who do you think?

MT:     I don't know.

        [noise]

MM:     It's not your phone.

MT:     It's not my phone. Who?

MM:     No, that's not your phone.

MT:     Yeah, it's not my phone.

MM:     You understand what I'm getting at here?

MT:     Yeah.

MM:     Guess what?

MT:     Guess what, it's the--I'm using another phone.

MM:     Yeah. That's--that's not his phone. That's not your phone.

MT:     That's not my phone, no.

MM:     No, that's not your phone.

MT:     Yeah.

MM:     Are you understanding what I'm saying?

MT:     Yeah.

MM:     So, are you ready?

        [end of AUD_2020-02-28_21-32-06_UTC+3.flv]

        [start of AUD_2020-02-28_21-37-07_UTC+3.flv]

MM:     Because--

MT:     [OV] Yeah, I am ready.

MM:     --he is exposing you right now.

AE:     Mm-hmm.

MM:     Not you. You're not exposing you. He is exposing you. So it's a result of this conspiracy, you will feel the wrath of what's happened. He is the one who brought you into this. There's only one way for you to get out, and I'm giving you that opportunity, and you're telling me you don't want it. You want to change? Because I-I want to explain to you, guess where I got that? You may have been operationally secure, Mary. Guess who wasn't?

MT:     It's him.

AE:     Remember I said last night--

MM:     [OV] He is giving us--

AE:     [OV] --I [UI] your t--

MM:     [OV] --everything on you. [noise] So get ready. Get ready, Mary. You've chosen--

AE:     [OV] Yeah.

MM:     --you want to stay in the conspiracy. He's not staying in the conspiracy.

MT:     [OV] Okay. Okay. You know, I am with you.

MM:     [OV] Okay.

MT:     [OV] Just tell me.

MM:     Okay, so--

MT:     [OV] N--

MM:        [OV] --what are you going to tell us?

           [noises]

AE:        Tell us--

MT:        [OV] What--what--

AE:        [OV] --everything that happened.

           [noises]

MM:        Tell us everything that happened.

AE:        [OV] And everything that you passed.

MT:        No, everything I passed, you know--

AE:        [OV] It was not just that note.

MM:        It wasn't just that note, it wasn't the first note, it wasn't the second note, it wasn't the note on your bed. You know about a lot more.

MT:        I didn't--

MM:        [OV] You--do you want to be in the conspiracy anymore?

MT:        You know what con-conspiracy? If you know, it's like--

AE:        [OV] Show--show her the other one.

MM:        All right.

MT:        No, no, show me. You know, I want to see.

           [noises]

MM:        All right. The--the thing is, when I show you these and you don't--you don't help me, we're building stuff, Mary.

MT:        No, I'm helping you. Show me.

MM:        No, you're not.

MT:        I promise I will help you.

MM:        You are not helping me right now, Mary.

MT:        [OV] I am helping--I will help you, Mike.

MM:        Mary, if you don't--

MT:        [OV] If he is against me now, and he is giving you this, you know--

MM:        [OV] Mary, he's been against you since this whole thing started. The reason this whole thing started is because of him.

MT:        I know--

MM:        [OV] I am trying to give you an out and you are telling me no, you want to continue to be a spy.

MT:        I am not--I am not a spy.

MM:        Oh, you are.

MT:        No, I am not a spy.

MM:        Well, Mary, I'm going to show you that you are. [pause] [noises] All right. Well, Mary, [pause] what's that?

MT:        This is not me. This is not me, Mike.

AE:        It is.

MM:        [OV] That's, uh--

MT:        [OV] What--what, my phone?

MM:        [OV] --that is absolutely you.

MT:        My phone?

AE:        Yeah. This came--

MM:        [OV] That's from you.

MT:        [OV] The American phone?

AE:        [OV] --this came from your phone.

MM:        This came from your phone, Mary.

MT:        It's impossible.

AE:        Uh, listen, we know that you went through and deleted. We tracked deletions off your phone.

MM:        [OV] We know you deleted everything.

           [noise]

AE:        But . . .

MT:        My phone?

AE:        We realize you tried to delete all those things--

MT:        [OV] The Am-- No, no, no.

AE:        [OV] --but not everything was deleted.

MT:        [OV] The American phone?

AE:        Yeah.

MT:        My American phone?

AE:        And guess who brought you into this again?

MM:        He did.

MT:        Yeah, but . . . No, this is not . . . This is not . . .

AE:        [OV] This was sent by you to him.

MT:        This is, uh, from my phone?

AE:        This was sent by you?

MT:        Yeah.

AE:        Yes or no? This was sent by you?

MT:        No.

           [noise]

AE:          This was, Mary.

MT:          No.

AE:          [OV] This was sent by you--

MM:          [OV] Okay, Mary.

AE:          [OV] --and we can prove it.

MM:          Well, now--

MT:          [OV] Okay.

MM:          --you're--you're s--

MT:          [OV] No, no, no.

MM:          [OV] --you're staying--

AE:          [OV] No, that--

MM:          [OV] --in the conspiracy.

AE:          --that was sent by you--

MT:          [OV] On my phone?

AE:          [OV] --and we can prove it. We can prove it--

MT:          [OV] From my phone?

AE:          --between both of the connections. Yes.

MT:          From my phone?

AE:          That was sent by you.

MT:          When?

MM:          Mary, you sent that on February 7th, 2020.

MT:          February 7th?

MM:          Yeah.

AE:          Yes.

MT:          From my phone?

MM:          Uh, you sent it, Mary?

MT:          From my phone?

AE:          Hey.

MM:          [OV] Uh, Mary.

AE:          Hey.

MM:          Look. This is now--

MT:          [OV] Mike, it's--uh--it's--

MM:          [OV] I--

MT:          [OV] --impossible from my phone.

MM:          [OV] Okay.

AE:          [OV] Okay.

MM:          [OV] Well, do you want to see another one?

MT:          Yes, I want to see another one from my phone. [noise] From my phone?

AE:          [OV] Listen, y-you're holding on to--

MT:          No. I--from my--

AE:          [OV] N--

MT:          --from my personal phone?

AE:          You had other means of communication? Mary.

MM:          If you had other means, you---you'd want to tell us.

MT:          [OV] I don't have other means--

AE:          [OV] Uh, you better tell us.

MT:        [OV] --of communication. I had only my phone.

MM:        All right. All right, Mary.

AE:        [OV] That was sent by you to him.

MM:        [OV] Well, you recognize that one?

MT:        Yes. [pause] Okay.

AE:        Are--are you starting to understand the gravity of this?

MT:        Yeah.

MM:        Is it finally setting in?

MT:        Yeah.

AE:        Actually, listen, I'm--I want you to look at this.

MT:        [OV] This is also from my phone?

AE:        I want you to look at this. Look at him. And now look at me.

MT:        [OV] From my phone?

AE:        Look at him and now look at me. I am trying to help you. Mike is trying to help you. [noises] That man is not trying to help you.

MT:        This is . . . I-I never sent records, by the way.

MM:        [OV] Mary.

MT:        [OV] I never leaked t--this kind of records.

MM:        Mary, there was--we--

AE:        [OV] D--

MM:        --we--

MT:        [OV] Mm.

MM:        --we know you sent that.

AE:        Yeah.

MT:         From my phone?

MM:         We know you sent that.

MT:         From my personal phone?

MM:         Mary, I told you you sent it on February 7th, 2020.

AE:         It's not your--to--

MT:         [OV] This one?

MM:         It's not you that's outing you.

AE:         No.

MT:         It's him.

            [noises]

MT:         No, I didn't send this one. I never sent records.

AE:         What--what d--what does that say? What is that a report of?

MT:         No, no, no, no. [noises] This one it's about--I--

AE:         [OV] What is that?

            [end of AUD_2020-02-28_21-37-07_UTC+3.flv]

            [start of AUD_2020-02-28_21-42-07_UTC+3.flv]

MT:         I never sent records to--

AE:         [OV] What--what d--what does that say?

            [pause]

MT:         ███████████████████████████████

AE:         Okay. Kind of read through it and give me the--give me the translation.

MT:         ███████████████████████████████████

AE:         [OV] Mm-hmm.

MT:        --house and, you know . . . But what--

AE:        So this--th- . . . So, wait, hold on.  So this is reporting from HST.

MT:        I know.

AE:        Our HST.

MT:        Yeah, but--

AE:        [OV] Yeah.

MT:        [OV] --but--but--but I never sent records.

AE:        No?

MT:        No.

AE:        Who sent it then?

MT:        I don't know.

AE:        Okay, because I'm here to tell you, we can prove that it was sent by you.

MT:        From my personal phone?

AE:        You keep coming back . . . We can prove that it was sent--

MM:        [OV] Mary.

AE:        [OV] --by you.

MM:        We know it was sent by you.

MT:        From my personal phone?

MM:        Mary.

AE:        We can prove--

MM:        [OV] We're not here to answer your questions.

AE:        [OV] --it was sent by you.

MM:        We are here to be told everything.

AE:        [OV] You tell us your tradecraft and what you did.

MT:        No, no, no.

AE:        [OV] You have the s--

MT:        [OV] Wh-what--how did it--

AE:        [OV] --so listen, this is your opportu--listen, this is your opportunity to work with us and cooperate and get out of this conspiracy. Uh, as Mike said, when people get hurt because of this, you are going to be on this ride for the rest of your life.

MT:        But I never sent records.

AE:        Mm, how did you get that?

MM:        Mary, that's amazing that you remember you didn't send reports--

            [noises]

MT:        No.

MM:        [OV] --but you don't remember the other stuff you did.

MT:        What I did?

            [noises]

MM:        You sent this.

MT:        No. I did not send that.

AE:        [OV] This--

MM:        [OV] Well, what did--what did you do here, Mary?

MT:        Yeah.

            [noises]

MM:        So Mary, that's very interesting that you couldn't remember anything, and you told me you didn't do anything else, but you did that. [pause] So what does that say, Mary?

AE:        Mary, it says that you have not been truthful to us. You've been lying to us,

you've been withholding information. And we're trying to help you.

MT:     [OV] What--you got all the information from my phone?

MM:     Mary.

AE:     [OV] I want you to start--

MM:     [OV] I told you. We're not--we don't need it from your phone. We're getting it other places.

AE:     Yeah.

MM:     What's that say, Mary?

MT:     ███████████████████████████

AE:     Uh, say that--I-I couldn't hear you.

MT:     ███████████████

MM:     ████████████████

MT:     █████████████

MM:     Who are they?

MT:     ███████████████████

AE:     So, wh-where did you--where did you s--

MM:     [OV] So they're sources?

AE:     [OV] --where'd you get that information?

MM:     Where'd you find it?

MT:     I don't remember I sent this.

MM:     [OV] Where--

AE:     Listen.

MT:     [OV] This is my room?

AE:     [OV] Where did you get that information?

MT:        [OV] This is my room?

MM:        ██████████████████████████████████████
           [noises] I-I want you to look at that, Mary.

MT:        No, I feel bad. I don't want to.

MM:        I--I kn--you should.

MT:        But this one, I never sent that one.

AE:        Mm, you did.

MM:        You did.

MT:        From my ph--personal phone?

AE:        [OV] Listen.

MM:        [OV] Mary, again, I'm not--

AE:        [OV] We're not playing--

MM:        [OV] --we're not here to answer.

AE:        [OV] Listen, this isn't Checkers.

MT:        [OV] I am not--

AE:        [OV] Listen to me.

MT:        [OV] --uh--I am--it's--

AE:        [OV] Listen, this isn't Checkers, you move, I move. We're not playing Checkers,
           okay? And y-you seem to think that we are, and--

MT:        [OV] Uh--

AE:        [OV] --we're--listen, the stakes here are the--is the course that your life is going
           to take--

MT:        [OV] I n--

AE:        [OV] --after tonight.

MT:        --I never sent records. What I sent, I will say.

MM:        Well, Mary, you did send a report.

AE:        [OV] You did send that.

MT:        I never sent it. From my phone? My personal phone? What I sent here is the--

MM:        [OV] Mary, I don't . . . You are q--you are wanting to quantify this into how you did it.

AE:        Yeah.

MM:        That's not what I'm here to do. We talked about that the first night when you lied.

MT:        [OV] Do you think I was sending everything--

MM:        [OV] You lied.

MT:        [OV] --from other phones?

MM:        You told me--you told me--

AE:        [OV] You told us where you were sending from.

MM:        [OV] --that Ahmad wrote stuff down.

AE:        [OV] Be honest.

MM:        He took screenshots.

AE:        Yeah.

MT:        Yeah, he took a screenshot.

MM:        He didn't write anything down. You lied to me on the first night. Just like you lied about not sending that first report. Now you're lying about that. And I've caught you in it.

MT:        No, I did not send this.

AE:        You did.

MM:        You did.

AE:        And it--it is undisputed. We can trace that that came to you and it went to him.

MM:     Mary, again, you are in a conspiracy--

MT:     [OV] How?

MM:     --right now.

AE:     You don't--you don't have to worry about how. [pause] [noises] The only thing we need to worry about right now, Mary, is--

MT:     [OV] Mike said it.

AE:     [OV] --being honest and cooperating. These two faces here are actually trying to help you. This face--

MM:     You are still covering [noise] for him.

MT:     M--I'm--

        [noises]

AE:     This face.

MT:     [OV] I told you everything.

MM:     [OV] Yes, you are.

MT:     [OV] You know--

AE:     [OV] This guy--

MM:     [OV] You are covering for him, Mary.

AE:     [OV] This guy will be--this guy will be--

MT:     [OV] What do you want me to say [UI]?

AE:     [OV] Listen, listen. [noise] He will be in his big house enjoying his life and you're going--

MM:     [OV] With his wife.

AE:     [OV] --with his wife--and you're going to be in a cell.

MT:     In prison, huh.

MM:        [OV] And that's what you got to see. You're going to--

AE:        [OV] Your family is going to be affected.

MM:        --you're going to--you're going to--

AE:        [OV] Your entire life.

MM:        [OV] --hold it up for him.

MT:        No. I--

AE:        [OV] He--

MT:        [OV] --cared for him.

AE:        This guy does not care about you. He used you, and you wittingly gave him information, and--

           [end of AUD_2020-02-28_21-42-07_UTC+3.flv]

           [start of AUD_2020-02-28_21-47-07_UTC+3.flv]

AE:        --I need to understand not only how it was done, but we need to understand why. And we also need to understand the information that was sent that puts people here in danger. [noises] And cooperating as Mike said is you being honest. That means we can say--Mike says, "Mary, what happened?" And you're going to say, "Mike, [sighs] it all started at this time. And here's what was said, and here's how--uh--what he had said to me. And here's why I finally decided why I'm going to do it. And here's the information that I sent. Here's how I sent it. [noises] Here's the tradecraft that I used. Here are the reports and the people that I exposed. And I'm going to give you all this information to make sure that they are safe." But in the end, you're also helping yourself, because that is the only way that you're going to get off this conspiracy and have some semblance of a life after this. Tonight is the night where you choose the direction that your life goes, Mary. We are--

MT:        [OV] Yeah, I know.

AE:        [OV] --we are advocating for you--

MT:        [OV] I know.

AE:        [OV] --and helping you--

MT:        [OV] I don't remember--

AE:     [OV] --and you are burying yourself.

MT:     [OV] --I don't remember I sent this.

AE:     It's not . . . Listen, I have watched you--

MT:     [OV] This.

AE:     [OV] Hope . . . Listen to me, Mary. This is super important. I spent time with you. You remember minor details that are amazing when we had meetings with Mike and Jay [PH], and meetings with SDF [PH]. You remember the smallest details about people that allow you to make these beautiful connections, and it's why you're so good at what you're doing, which is why I can tell you with complete confidence that you are lying right now. You are lying to me and you're lying to yourself, and you're lying to Mike.

MT:     I am--

AE:     [OV] Be--you are--listen, you're lying. You remember every detail because I know you.

MT:     [OV] No--n--

AE:     You are smart and you are sophisticated.

MT:     [OV] I never sent this.

AE:     Yes, you did. You did.

MT:     [OV] I never sent this.

MM:     Mary.

AE:     Yes.

MM:     There is no doubt you did.

AE:     [OV] There's no doubt.

MM:     [OV] I think you think there--

AE:     [OV] H--

MM:     [OV] --is wiggle room.

[noises]

AE:      There's no wiggle room. Listen to Mike.

MM:     Mary, Mary, I'm not here to answer your questions. You're here to answer mine. You're here to tell me about all . . . Just like Andy said, you are here to lay this out from the beginning to the end, not to make denials.

AE:      Listen.

MM:     If you want to make denials, Mary, then you are going to continue on this conspiracy. I can't help you. Andy can't help you. The only person you are hurting right now is yourself, and your kids.

MT:      What are you doing?

            [pause]

AE:      He's not hurting.

MM:     [OV] He is the person benefitting from all of this.

MT:      Yeah.

MM:     He--like Andy said--he is going to be in his big house with his family, enjoying all of them, and you are going to be imprisoned in a conspiracy. All because of him, because you don't want to give up everything that you passed him. And if you gave up--if you gave up everything that you passed to him, I can help you. But right now, you put me in a situation, you put Andy in a situation--

MT:     [OV] Whatever you find in the phone, that's what I--

MM:     [OV] No, no, no.

AE:      [OV] No.

MM:     [OV] Not whatever I find.

AE:      [OV] Uh, that you do--

MM:     [OV] You need to explain to us--

AE:      [OV] You need to lay out--

MM:     --what happened. I am showing you--

AE:          --full disclosure.

MM:          [OV] --exactly--I'm showing you the items you sent.

MT:          [OV] This one. Yeah, yeah, yeah.

MM:          [OV] You--y-you definitely sent that, you--and you wouldn't tell me about it, Mary.

AE:          And--and here's the problem, Mike alluded to--

MT:          [OV] I reme--

AE:          [OV] Mary.

MT:          [OV] --somethi--something I remember, something, I know--

AE:          Mary.

MT:          That's why, you know? I didn't--

AE:          [OV] Mary, listen to me.

MT:          [OV] --I didn't mean to lie to you.

AE:          [OV] Mary, that's not true.

MM:          [OV] And no, that's--

AE:          [OV] And listen--

MM:          [OV] --that's not true.

AE:          [OV] --Mike--Mike alluded to something. This has all happened in a very short period of time for our perspective in the investigation. We are going to continue to exploit evidence, and more of this stuff is coming out, because we are already seeing the indicators that it's present. And the more this comes out, the more it's worse for you. And I guarantee you--

MM:          [OV] Mary, we just started.

AE:          [OV] --when the judge looks at you and says, "My God, look at the pattern of days of lying to these agents." And he's going to say, "Now that you're in front of me, suddenly when you realize the full consequences, you're sorry."

MM:          Mary, I know the things that you sent him are so many more than this, but I can't

get into it here. I know that. For a fact. Andy knows that for a fact. And you are going to cover for him--

MT:      [OV] No, I'm not covering.

MM:     [OV] --instead of being--instead of doing the--

MT:      [OV] I'm not--I'm not covering for him. I'm not covering.

MM:     [OV] You--you absolutely are.

MT:      [OV] No, I'm not covering.

MM:     [OV] Well, you're not helping yourself. And the bottom line is--

MT:      [OV] M--

MM:     [OV] --there's only one person you need to look out for right now, and you need to think about your kids right now.

AE:      And your grandkids.

MM:     Because you--the--the chances of you getting out of jail when everyone is still anywhere near the age that they are right now, is stacking every day, because we find new items every single day. We have just begun looking. The fact that I can bring this in after a single night . . . I walked out of here last night without that, walked back in with it. And if you don't think that that's just the beginning of all kinds of stuff that's out there, you're only fooling yourself, Mary.

AE:      And--and understand--

MM:     [OV] And I-I want to help--I want to be able to help you, Mary. I do. But you--the first decision you've got to make is to help--

[end of AUD_2020-02-28_21-47-07_UTC+3.flv]

[start of AUD_2020-02-28_21-52-08_UTC+3.flv]

MM:     --yourself and not to help him.

MT:      Do you know--

MM:     Because he's not helping you right now.

MT:      I know, what I--what--what--what I sent, you will see it, you know? I will not lie to you.

MM:      Mary, but it's not cooperation unless you tell us before we're finding it.

AE:      Yep. You need to tell us everything that happened.

MM:      [OV] It's not cooperation until--you're not cooperating right now.

MT:      [OV] This one I did not send.

         [noises]

AE:      You did.

MM:      [OV] Mary, I'm sorry, you did. You absolutely--

AE:      [OV] We--

MM:      [OV] --did.

AE:      --we know this. We--we can a--we have attributed it back to you.

MT:      How?

AE:      You don't need to know how.

MM:      Uh, Mary, we're not going to explain to you about that.

MT:      [OV] You attributed it to me--uh--to me?

AE:      Yeah. That message.

MM:      Yeah.

AE:      We--you don't need to know the how, but we did.

MT:      No, but if--if it is not, you know, from my personal phone, how?

         [noises]

MM:      Mary.

MT:      [OV] How I send?

MM:      [OV] Mary, what--is there something else that you're using--

AE:      [OV] Yeah.

MM:        [OV] --to send things on? Because you keep saying your "personal phone."

MT:        Yeah, my personal phone.

AE:        Okay. What else did you use?

MT:        [OV] Because I-I-I used my personal phone for--

AE:        [OV] What--what else did you use?

MM:        [OV] Yeah, what else did you use?

MT:        Nothing. Nothing.

MM:        Well, Mary--

MT:        [OV] It was not--

MM:        --Mary, I'm sorry, but we found it. And you did. And it didn't come from your personal phone, it came through another method. But what I can tell you is we have it now, and you sent it.

MT:        You have it? N--

MM:        I have it right here. I'm saying this here--

MT:        [OV] Yeah, I know, but it's not me. This is not from my phone.

AE:        The other problem is--

MT:        [OV] I will keep saying--

AE:        --the other problem is too, [noise] we can also attribute . . . Remember we talked about the types of things that you were looking at last night?

MT:        Yeah.

AE:        We can also attribute the fact that you had access to that.

MM:        [OV] All of that attributes back to this stuff that you're sending.

AE:        It correlates with the dates and times when they were sent.

MM:        Mary, we have all of that.

MT:        [OV] Yeah, this is--

AE:        Yeah, you sent that.

MT:        No, I did not send that.

AE:        [OV] Yes, Mary.

           [noises]

MT:        No. N-no, I didn't send that.

AE:        [OV] You had access to that material and you sent it.

MM:        Mary, you're--you're not protecting anyone.

MT:        You know, I'm not protecting. No, I'm not protecting him. I am--I am very angry,
           okay? I'm not--

MM:        [OV] Like--like--

MT:        [OV] --protecting him, you know?

MM:        [OV] --Andy's--

AE:        [OV] Don't be angry at him.

MT:        [OV] Don't--yeah I know--I don't--you know--don't tell me that, you know, I am
           protecting him. He's, you know, finished, you know, for me.

MM:        [OV] Goes out.

AE:        No, no, no, no, no. He-he's going to--

MM:        [OV] Mary, he's going to prosper.

AE:        [OV] --he's going to live in his house for the rest of his life--

MT:        [OV] But this one--

AE:        [OV] --with his family.

MT:        [OV] I never sent these things.

AE:        Listen, he--he will be in his house, and he's going to say, "Hey, listen, you know
           what? That source that we had, that spy in there with the great access--"

MT:        [OV] I'm source--I am the--

AE:        [OV] Yeah.

MT:        [OV] --source?

AE:        Yeah. You are--

MM:        [OV] You--you are his source.

AE:        [OV] --his source.

MT:        I'm not his source. Yeah, maybe. Yeah. Okay.

AE:        With the great access. You know what? It would've been nice if that went a little bit longer but we got what we needed. [pause] You were his source. And you know that--listen, you know that I work cases too and I understand this. I-I understa--I can look at this [pause] as a collector, and I c--I can--it--it is so painfully obvious to me what the relationship was between you two, Mary. It's a--

MM:        [OV] The thing is, Mary, we don't need to talk to you at all.

MT:        Don't--don't [UI] did this to me. [noise] Please.

MM:        Well, Mary--

MT:        [OV] Uh, n-no. No, he did this.

MM:        --that's--that's a lie.

MT:        Uh, okay. But, I-I know what I sent.

AE:        [OV] But what else--what else--what else was sent, Mary? [noises] What else was sent?

MT:        I don't remember.

MM:        Mary, we know you remember.

AE:        [OV] H--explain to me--

MT:        [OV] Uh, you will--

AE:        [OV] --h--

MT:        [OV] --you will find it in the phone. That's why I gave you the password and--

MM:        [OV] But that's not--Mary, that's enough--

AE:        [OV] But that's not cooperation.

MM:        [OV] --that's not enough.

AE:        [OV] That's not cooperation.

MM:        [OV] That's not you cooperating.

MT:        That--that--

MM:        [OV] L-listen, you are going to have time stacked onto you.

           [noise]

AE:        Can I explain something to her?

MM:        Yeah.

AE:        Listen, we know all of the queries that you made. We know all the software that you used to eliminate evidence from your phone. We know all about it and I can tell you--

MM:        [OV] Doesn't work.

AE:        [OV] --it's not as good as you think.

MT:        My phone?

AE:        Your phone.

MM:        [OV] Mary--

AE:        [OV] We know that you--

MM:        [OV] --you're going up against the FBI.

AE:        --we know that you tried to cover up and conceal the information that you had. We know that you downloaded all those pictures multiple times to try to fill up the space. We know the tradecraft that you were using.

MT:        Wanted to fill up the space? What you--

AE:        [OV] Yeah, with photographs, to make it look like you didn't delete a bunch of stuff.

MT:        No.

AE:        [OV] But just because you delete things doesn't mean that they're totally gone.

MT:        Yeah, of course it does not.

AE:        [OV] Of course.

MT:        It isn't--

AE:        [OV] Of course.

MT:        [OV] But this one--

AE:        [OV] Of course.

MT:        [OV] --I didn't send it.

           [noises]

AE:        Because--because you know what? We're also getting things from his device.

MT:        No, no, no, no, no, no. This one, I did not send it.

           [noise]

AE:        What did you do then?

MT:        Huh?

AE:        What did you?

MT:        I don't know. [noises] I'm looking at it. I don't know.

AE:        [OV] Well, did--did you hold it up so he could see it? Did--so he could take a screenshot?

MT:        Which one? This one?

AE:        Mm-hmm.

MT:        No. No, no, no, no. I don't know. No, no, no.

AE:        So what did you--how did you s--

MT:        [OV] No. How I am going to print it? How I'm going to print this one?

MM:        You don't need to print it, Mary.

AE:        [OV] Yeah.

MT:        No, you need to print it. Why it was in the tablet? How I'm going to print it?

           [noises]

MM:        You don't need to print it.

MT:        I take the tablet with me?

MM:        You don't need to print it.

MT:        I-I need to ta--I took the tablet with me?

           [end of AUD_2020-02-28_21-52-08_UTC+3.flv]

           [start of AUD_2020-02-28_21-57-08_UTC+3.flv]

AE:        You don't need to print it.

MT:        What you have to do then?

AE:        And you don't have to take the tablet. What--yes, what do you do?

MT:        [OV] I don't know.

MM:        [OV] Mary.

MT:        [OV] I don't know.

AE:        [OV] Tell us what you did.

MM:        [OV] Mary, we're not--

MT:        [OV] I don't know.

MM:        [OV] --here to answer your questions.

MT:        [OV] I don't--I don't know--

MM:        [OV] You're here to answer ours.

AE:        [OV] Yeah.

MT:        [OV] --uh, what I--no, how I sent it.

MM:        [OV] Mary, I don't think you're--you're listening. [noises] We're not here to--

MT:        [OV] No.

MM:        [OV] --answer your questions.

MT:        You know what? I--you know, I-I told you--

AE:        [OV] Mary, I'm--I'm trying to--I'm trying to help you.

MM:        [OV] This--this is it, Mary. This is the--

MT:        [OV] Andy.

MM:        [OV] --only--

AE:        [OV] Listen.

MM:        [OV] --opportunity.

MT:        [OV] You know, if I sent like this . . . I never sent this.

AE:        Okay, listen to me. You got to underst--if you don't cooperate 100 percent to get off this conspiracy, [noises] it is going to continue to haunt you as people get hurt for the rest of your life. Mary, I-I . . . [noises] You made a series of very bad choices.

MT:        [OV] You will find it . . . No, no, it's--

AE:        [OV] You made a seri--

MT:        [OV] I-I don't remember.

MM:        [OV] Mary.

MT:        [OV] You will find it--

MM:        [OV] Ssh.

MT:        [OV] --in my [UI].

MM:        [OV] Mary.

AE:        [OV] --you made a series of very bad choices. I'm giving you the opportunity to save face. I'm giving you the opportunity [noises] to be honest--

MT:        [OV] Andy, I know.

AE:        [OV] --and to protect people.

MT:        [OV] I know.

MM:        [OV] M--Mary.

AE:        [OV] And you're not taking it.

MM:        [OV] Mary.

MT:        [OV] I know.

MM:        [OV] What h--

MT:        [OV] I know. I know.

MM:        [OV] Mary, you keep saying, "If you find it on my phone." If I find it on your phone, that's not you cooperating.

AE:        Nope. That's me--th-that's us finding it.

MM:        That's us finding it.

MT:        [OV] No, no, no, because--no, because I-I forgot. I forgot, Andy.

MM:        [OV] Well--

AE:        [OV] No.

MM:        [OV] --then your memory--

MT:        [OV] I forgot, you know?

MM:        [OV] --then your--

MT:        [OV] What is this?

MM:        [OV] --then your memory is going to haunt because in--in--

MT:        [OV] But this one, never. [noise] No, I did not send this one.

MM:        [OV] Mary, I-I know your memory is better than that.

           [noises]

MT:        [OV] I did not send this one.

AE:        [OV] Mary.

MM:        [OV] No, I don't--I don't think you're . . . I-I realize you and Andy are close, but like, this i--this is--this is your only opportunity, Mary, because right now, what you're telling me--you're not c--you're still not cooperating. Remember when I just explained to you that in order to get off the conspiracy, get out of that car, you have to cooperate fully? [noises] You are not cooperating fully. You are now still part of that conspiracy.

MT:        [OV] What can I tell you? Yeah, I know.

MM:        [OV] You need to tell me everything.

AE:        [OV] Uh, l-literally, right now, th-this actually makes sense. This is--this is what you think is--

MT:        [OV] I let you know.

AE:        [OV] --listen, this is what--this is what you think is going on right now. You two are together, but I can tell you, this is what's going on. He's living his life--

MM:        [OV] He's--he's not going to go to jail.

AE:        You are.

MM:        You are.

AE:        [OV] He's not going to contact you again.

MM:        [OV] You are going to jail. [noise] Mary, I want to help you, but you c--you have to help yourself first. You have to decide that you don't want to be in jail, that you don't want your kids coming to visit you in the jail for the next 20 years.

AE:        Or--or even worse, you'd be going to a federal prison that doesn't even allow you to visit anyone or call anyone. That--I mean, I-I would like to--

MM:        [OV] These are the possibilities in your future, Mary.

AE:        [OV] I don't want to see you go to super max.

MM:        [OV] Not to mention, Mary, can you imagine the thought of someone that you knew, someone that you cared about, dying because of what you did?

MT:        No.

MM:        Mary.

MT:        I don't want anybody to die.

AE:        [OV] But--but that has--

MM:        [OV] Well, not only is it going to hurt you inside, then you're just going to jail for longer, Mary. You know, I'm talking--we're looking at 20 years minimum. The only way for you to get out of this--out of this conspiracy car is to give me everything.

MT:        I gave you, you know, something.

MM:        [OV] No, you didn't give--

AE:        [OV] No.

MM:        [OV] --me anything.

AE:        [OV] Nothing. You gave us nothing.

MM:        [OV] You didn't give us nothing.

MT:        [OV] No, you know, if--you know, if I put like--

MM:        [OV] Mary.

AE:        [OV] Mary.

MM:        [OV] The AUSA is--

AE:        [OV] Uh, please--

MM:        [OV] --the AUSA is--you know what they told me? Go after her. Give y--give her everything you have because if she doesn't cooperate at this point, we're finding so much, we don't need her. [pause] They're telling you that--that we don't—we don't even need to present you with this stuff. I said, "I want to give her the option to cooperate. I want to give her the option to tell me everything." And you

know what you've done to--with me tonight, Mary? You've told me you're not interested in any of that. You'd just rather go down for all of it while he lives in his nice house.

MT:     [OV] Mike, I never [UI] the--the--the last [UI].

AE:     [OV] But listen--listen to Mike. And here's the other thing. The information that you sent--and your ability, your--your time that you have to actually be honest about this and tell us what was sent and what was fully disclosed, right, to prevent people getting hurt--that--that clock is starting to go down. There's going to be a point where it's going to be out here. It's going to go back to Hezbollah, maybe Iran, and you're not going to have any control over this. They're going to have it, and they're going to action it when they see fit. And you know darn well how patient these people are. You've been dealing and working in this business for too long not to know. And like Mike said, my fear is that you're going to get part of the way through your sentence, or maybe to the end, and one of these people is going to get murdered, and it's going to start all over again. And--

MM:     [OV] Hezbollah's going to get in t--get a hold of them and murder them. And there's . . . Hezbollah's not going to be held accountable for it, but you will be, because of him.

AE:     Uh, absolutely.

MM:     [OV] That's on your plate.

        [end of AUD_2020-02-28_21-57-08_UTC+3.flv]

        [start of AUD_2020-28_22-02-09_UTC+3.flv]

AE:     Look at this--look at that smug look.

MM:     He used you. He completely used you.

MT:     [OV] No.

MM:     And this--you are here because of him. And the only way out is to cooperate. And I'm giving you that option. I'm d--I am doing the nicest thing I can possibly do for you. I t--I told the AUSA today, I said, "Let me go back in, even though Mary went back on what she told me. [pause] And let me give her a chance." And you basically just told me--

MT:     This is, uh, from WhatsApp.

AE:     From WhatsApp?

MT:        Yeah.

MM:        Is this you starting to cooperate?

MT:        No, this is, uh, from WhatsUpp, uh--

AE:        This th--are you going to start to cooperate with us?

           [noises]

MT:        Yeah. I'm [UI].

MM:        [OV] I'm--I'm not the one answering the question.

MT:        [OV] [UI]

MM:        Mary, you can--you got to tell me--

MT:        [OV] Yeah, I don't--you know--it's like, yeah, I sent about--you know--I sent the names but without the last name, and, uh, only the one--the two I sent in and the last names. It's, uh, yeah--

AE:        [OV] Listen.

MT:        [OV] --it's, uh, t--

AE:        Tell us everything about that and tell us--we're going to start to talk about everything. [pause] [noises] Where did you--where did you get that information?

MM:        Where'd you find it? ███████████████████████

MT:        Uh, from the-- [noises] from the--from the OneNote.

AE:        And--and who are they?

           [pause]

MT:        I think sources.

AE:        Uh, no, no, not, "I think." You know who they are.

MT:        [OV] Source, yeah.

AE:        [OV] They're sources.

MT:        Yeah. They're sources.

AE:        No, I--I just--I need to be--we need to be very clear and have full disclosure. So
           you took the information [noise] from the OneNote, Secret//NOFORN
           information--

MT:        I need a lawyer. I need a lawyer. I need a lawyer. This is confusing and this is . . .
           I don't know. I never sent here. I need a lawyer.

AE:        All right.

           [noises]

MT:        It's . . . I talk--I need a lawyer, and talk to a lawyer and, uh . . .

MM:        [OV] So--

MT:        [OV] --some stuff--

MM:        --so right now, we--we can't come back from this.

MT:        [OV] That's okay. No, I-I need a lawyer. I want to go. I need a lawyer. I don't
           know how to get a lawyer around here.

MM:        [OV] So--so we can get you a lawyer when we get back to the United States, but
           we can't get you one now.

MT:        No, it's okay. I'm going to go . . . You know, it's like you are--I want to know
           how I sent this. I never sent this.

           [noises]

MM:        Well, I'm sorry, Mary, but you did, and--

MT:        Yeah. Yeah, okay. You know, it's like--

MM:        [OV] If you're not going to be able to cooperate, I need to know.

MT:        [OV] Yeah. No, no, no. You know, if I sent this, I will say yes. This is--

MM:        Mary, we know that you--

AE:        [OV] We're d--we're done talking about it.

           [noises]

MM:        [OV] --we know you sent that. I'm sorry.

AE:        Yeah, your--your opportunity . . . We're done.

              [noises]

MT:        Yes. No, w--I-I need a lawyer. I will talk with a lawyer.

MM:       Mary, just so you're aware, there's--there's way more.

MT:        Yeah, yeah.

MM:       We just got this on--

MT:        [OV] No, no problem. Text messages, no problem, you know? Or whatever you want to cover. What--what's . . .

MM:       Mary, I'm--

MT:        What text messages were . . . [noises] These are about the text messages.

MM:       [OV] No.

MT:        What text messages? About what?

MM:       Uh, I can't do that. You just asked me for a lawyer.

AE:        When you do that, we--we can no longer talk about it.

MM:       [OV] We can no longer talk.

AE:        So the only way, if you feel that you want to reach back out to us, that's something you can do, but we can no longer talk about this. We've--you've chosen your path.

MT:        I need a lawyer, you know? This is tough . . . for me. This is tough.

AE:        Okay.

MT:        I know, to be truthful. I know, I need a lawyer. I need lawyer for advice. I need a lawyer, you know, for all these things.

MM:       Okay, Mary, we can't talk anymore. I'm sorry.

AE:        [OV] Yeah. All right. So, good luck.

              [noises]

MT:          Thank you so much.

AE:          Uh, we will continue to treat you with dignity and respect.

MM:          We absolutely will, Mary.

AE:          [OV] So--

MM:          [OV] I hope you know that.

AE:          [OV] I-I hope you were that--

MM:          [OV] Even though you--you--you've asked for an attorney.

MT:          [OV] I know you are good people.

MM:          [OV] Mm?

MT:          [OV] And you are great people.

AE:          [OV] I'm sorry that you don't . . . Uh--uh--so we will--I will be traveling with you. [noises] Uhm--

MT:          Yeah.

AE:          --probably in a few days, back to the--the US. [noises] And I'll continue to give you updates on that, but just so we're clear again, we're--we're done talking about this, and the chance is done.

MM:          Yeah. Y-you do understand that, right?

MT:          No, no, no, I need a lawyer.

MM:          Okay.

MT:          I need a lawyer because how--with this stuff, you know, it's like . . . You attributed for me--uh--uh--me--I did not.

AE:          Okay.

MT:          I did not send records.

AE:          Is there anything you need right now while we're here?

MT:          No.

AE:         Okay.

MT:         No, no, no, I--

AE:         [OV] Uh, let's--

MT:         I got to--where we are--when we are leaving?

AE:         It'll be a few days--

            [noises]

MM:         Yeah, it's going to be awhile still.

AE:         --before we--might be a few days--

            [end AUD_2020-28_22-02-09_UTC+3.flv]

            [start of AUD_2020-02-28_22-07-09_UTC+3.flv]

AE:         --to a week or so [noise] before we head back.

            [noises]

MT:         And about, you know, it's like you said, it's open, the courts is open? It'll be
            journalists and TV?

MM:         Yes.

            [noises]

MT:         There will be journalists and TV all the time?

MM:         Yes.

AE:         Really the--yeah.

MM:         And Mary, just as a sign of good will because I-I don't--

            [noises]

MT:         [OV] Are you serious?

MM:         Yes, the journalists will--

AE:        [OV] It's public record.

MT:        No, I cannot request no?

AE:        No.

MM:        No.

AE:        It's public record. There's freedom of the press.

MM:        They're allowed to cover it, Mary.

AE:        [OV] It's public information. They're allowed to cover the information.

MM:        They're going to cover everything. I mean, this is--

AE:        [OV] Yeah.

MM:        --this is going to be a really big story.

MT:        Really big story?

MM:        Mary, this is going to be one of the biggest cases the FBI's done in years.

MT:        [OV] Are you serious?

MM:        Yes. That's--that's--Mary, that's what I was trying to tell you. Like, I c--I-I can't help you anymore though, now. You've chosen the--your--your--you want to do this.

MT:        It will be in the media?

MM:        Mary, this is going to be--

MT:        A big case? My case?

MM:        Mary, this is a huge case for the FBI. This is one of the biggest cases we've had in years.

AE:        It's espionage.

MM:        Mary, what you did, you--you passed all of that information to a terrorist group.

MT:        I didn't--I-I didn't mean to text--or to pass it to to--to you know, whatever. Don't say big story.

MM:        Mary, you passed it. You knew.

MT:        [OV] I pass [*sic*] it to him. You know?

MM:        He's a terrorist.

MT:        I--you know, I-I didn't know he is a terrorist.

MM:        You did.

MT:        [OV] I didn't--no, I didn't know.

MM:        You told me the first time we talked.

MT:        [OV] No, I told you . . . You know, it's like, I know--I don't know. He never told me. That's what I told you. You know, he never told me--

MM:        [OV] It's--it's--

MT:        [OV] --if he's affiliated with any organization.

MM:        [OV] --it doesn't matter if he told you. You knew he was.

MT:        No, I didn't know he was.

MM:        [OV] Mm--well, Mary--

MT:        [OV] He asked me and--and I was, uh, stupid.

MM:        [OV] We--Mary, we can't talk about it anymore.

MT:        [OV] But the reports, uh, no, I didn't send it.

MM:        I'm sorry, Mary, [noises] we--we can't talk anymore.

MT:        [OV] Yeah, I need a lawyer.

MM:        [OV] All right, uhm. [UI].

           [end of AUD_2020-02-28_22-07-09_UTC+3.flv]

[END OF 1146631.final.docx]