Redacted to Unclassified by
INFOSEC 20 May 21

UNCLASSIFIED

~~SECRET//NOFORN~~

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE JOHN D. BATES |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

**SWORN DECLARATION**

(U) **I, Lieutenant General Scott A. Howell, U.S. Air Force, declare under penalty of perjury that the following is true and correct:**

(U)

1. (S) I have served as a commissioned officer in the United States Air Force for the past 34 years. I am currently the Commander, Joint Special Operations Command (JSOC), and have served in that capacity since July 11, 2018. I started my career as a commissioned officer in the United States Air Force in 1987, and I have performed operational assignments in Iraq, Kuwait, Bosnia, Haiti, Kosovo, Mozambique, Djibouti, and Afghanistan. As a career helicopter pilot, I have flown 2,600 hours across six unique air platforms. I have served on the Air Staff, Air Force Special Operations Command staff, U.S. Special Operations Command staff, and as the Deputy Director of Special Operations at the Joint Staff. I have commanded at the squadron, group, wing, and joint task force levels. I currently oversee the training and conduct of special operations ███████████████████. The special operations conducted under my command

███████████████████████████████████████

███████████████████████████████████████

███████████████

2. (U) Throughout my career, I have been responsible for the proper handling and protection of classified national security information consistent with applicable Presidential

███████████████████████████████

~~SECRET//NOFORN~~
UNCLASSIFIED

UNCLASSIFIED

~~SECRET//NOFORN~~

Executive Orders and Department of Defense and Department of the Air Force policies.

Pursuant to Executive Order (EO) 13526, "Classified National Security Information," and under

a delegation of authority from the Secretary of Defense, I am a Top Secret Original

Classification Authority (OCA) for matters within the JSOC purview.

(U)

3. (S) Additionally, as Commander of ███████████████, I also have overall

command responsibility ██████████████████████████████████████,

and where a majority of the defendant's actions took place. ███████████████



(U)

4. (S//NF) I submit this classified declaration in support of the Government's classified

sentencing memorandum to explain the harm to national security that resulted from the

disclosure of information from several classified Department of Defense ████████

████████████████████████████████████████████████

███████████████████████ by the defendant. Specifically, I will detail the

classification of the information contained within that reporting, and the harm to national

security that resulted from its unauthorized disclosure.

5. (U) Per DoD regulations, information is classified at the SECRET level if an

unauthorized disclosure of that information reasonably could be expected to cause serious

damage to the national security.  Thus, when SECRET information is disclosed to an individual

not authorized to receive it, serious damage to national security can be reasonably expected to

occur.  Sometimes the damage occurs shortly thereafter; most often, the U.S. government cannot

identify the specific moment when the damage occurs.  Here, however, as discussed further

UNCLASSIFIED

~~SECRET//NOFORN~~

UNCLASSIFIED

SECRET//NOFORN

below, DoD has identified actual, serious damage to the U.S. national security as a result of the defendant's unauthorized disclosures.

6. (U) Section 1.1(a)(4) of E.O. 13526 provides that information may be classified only if unauthorized disclosure of the information reasonably could be expected to cause damage to U.S. national security and the original classification authority is able to identify or describe the damage. Section 1.2(a) of E.O. 13526 states that information shall be classified at one of three levels: TOP SECRET if its unauthorized disclosure reasonably could be expected to result in exceptionally serious damage to the national security; SECRET if its unauthorized disclosure reasonably could be expected to result in serious damage to the national security; and CONFIDENTIAL if its unauthorized disclosure reasonably could be expected to result in damage to the national security.

7. (U) In addition to the separate levels of classification markings defined by E.O. 13526, there are also dissemination controls appropriately associated with classified information. Dissemination control markings identify the expansion or limitation on the distribution of the information. Not Releasable to Foreign Nationals or NOFORN (NF) is an explicit foreign release marking used to indicate that the information may not be released in any form to foreign governments, foreign nationals, foreign organizations, or non-U.S. citizens. Moreover, Originator Controlled or ORCON (OC) is a marking used to indicate that the information may not be released in any form to anyone without permission of the originator of the information.

8. (S//NF) In the present situation, the DoD intelligence information and reporting that was disclosed by the defendant in an unauthorized fashion concerned ███████. The

UNCLASSIFIED

SECRET//NOFORN

UNCLASSIFIED
~~SECRET//NOFORN~~

defendant specifically focused on information of value to ███████████████████

███████████████████████████████████████████████████████████

███████ To be clear, the information the defendant passed was classified at the time of the

passage, and remains classified, at the SECRET//NOFORN level, meaning it was not to be

shared with foreign nationals and that its unauthorized disclosure could reasonably have been

expected to do serious harm to the national security.

(U)
9. (~~S//NF~~) The defendant's transmissions ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

(U)
10. ~~(S//NF)~~ The DoD ████████████████████ information in question is

classified at the SECRET//NOFORN level because it reflects ████████████████████

██████████████████ In addition, the DoD █████████████████████████

████████████████████████████████████████

████████████████████████████████████ In dozens of

instances, the information contained in the unauthorized disclosures were ████████████

████████████████████████████████████████████

████████████

UNCLASSIFIED
~~SECRET//NOFORN~~

UNCLASSIFIED

~~SECRET//NOFORN~~

(U)

11. (S//NF) The damage to national security caused by the unauthorized disclosure of the

███████████████████████████████████████████████, was immediate and grave

to national security.

(U)

12. (S//NF) Within days of the defendant's disclosure of information, DoD intelligence

noticed a sharp increase ████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

and force protection mission, ultimately resulting in making our troops in the field less safe.

(U)

13. (S//NF) In the aftermath of the unauthorized disclosures, █████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

UNCLASSIFIED

~~SECRET//NOFORN~~

UNCLASSIFIED

~~SECRET//NOFORN~~

(U)

14. (S//NF) The defendant identified ███████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████ .

(U)

15. ~~(S//NF)~~ With respect to the DoD ███████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

These impacts have been serious and extensive, and can reasonably be expected to have lasting,

detrimental effects ███████████████████████████████

███████████████████

(U)

16. (S//NF) Finally, the level of knowledge Ms. Thompson has about the ███████████

███████████████████████████████████████████████████

UNCLASSIFIED

~~SECRET//NOFORN~~

UNCLASSIFIED

~~SECRET//NOFORN~~

[REDACTED]

[REDACTED].

Respectfully submitted,

*Scott A Howell*

SCOTT A. HOWELL
Lieutenant General, USAF
Commanding

MAY 20 2021

UNCLASSIFIED

~~SECRET//NOFORN~~

UNCLASSIFIED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-0067 |
| | ) | |
| v. | ) | HONORABLE JOHN D. BATES |
| | ) | |
| MARIAM TAHA THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

**SWORN DECLARATION**

(U) **I, Lieutenant General Scott A. Howell, U.S. Air Force, declare under penalty of perjury that the following is true and correct:**

1.   U I have served as a commissioned officer in the United States Air Force for the past

34 years.  I am currently the Commander, Joint Special Operations Command (JSOC), and have

served in that capacity since July 11, 2018.  I started my career as a commissioned officer in the

United States Air Force in 1987, and I have performed operational assignments in Iraq, Kuwait,

Bosnia, Haiti, Kosovo, Mozambique, Djibouti, and Afghanistan.  As a career helicopter pilot, I

have flown 2,600 hours across six unique air platforms.  I have served on the Air Staff, Air Force

Special Operations Command staff, U.S. Special Operations Command staff, and as the Deputy

Director of Special Operations at the Joint Staff.  I have commanded at the squadron, group,

wing, and joint task force levels.  I currently oversee the training and conduct of special

operations ███████████████████ The special operations conducted under my command

████████████████████████████████████████

████████████████████████████████████

██████████████

REDACTED TO UNCLASSIFIED BY INFOSEC ON 03 JUNE 2021

████████████████████████████

UNCLASSIFIED

UNCLASSIFIED

2. (U) I submit this proffer statement to outline the impact of the defendant's participation in DoD debriefings.

3. ( U ) The information the defendant provided █████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████ Additional

█████████████████████████████████████████

█████████████████████████████████████████

███████████████████████

4. ( U ) The defendant disclosed ████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████

5. ( U ) The defendant disclosed ██████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████

6. ( U ) The defendant provided DoD ████████████████████████

█████████████████████████████████████████

UNCLASSIFIED

**UNCLASSIFIED**

████████████████ Additionally, the defendant disclosed information ████████

████████████████████████████████████████████████████████

7. ( U ) ██████████████████████████████████████████████████

████████████████████████████████████████ Additionally, DoD

████████████████████████████████████████████████████████

████████████ While DoD ████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

Respectfully submitted,

SCOTT A. HOWELL
Lieutenant General, USAF
Commanding

JUN 0 2 2021

3

**UNCLASSIFIED**