# EXHIBIT A

The Honorable John D. Bates
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Your Honor,

I fully accept responsibility for my actions. I am not proud of what I have done, and am filled with sadness and regret for what happened. This is my first arrest and I have never had any type of criminal history whatsoever. I served in Iraq, Syria, and Afghanistan as a Linguist, Human Terrain Analyst, and Intelligence Analyst for about fifteen (15) years. During these years, I participated in thousands of missions and raids side by side with our soldiers, and helped save lives.

My nickname was Mary, but our soldiers called me "Mama Mary" because I cared about them and helped them whenever they had family or other problems. I share with our soldiers their sadness and happiness and I never got tired of listening to their struggles. I spent more time with our soldiers than with my children because I was their ears and tongues in the war against terrorism. I received many letters of appreciation from commanders I worked with such as General Petraeus, General Oats, General Huggins, and many others. I also received the Medal of Hero in the War Against Terrorism while I was serving in Afghanistan.

I spent most of my life working to raise my children, after my husband tragically passed away in 2002. I raised them good, and I am very proud of them because they are good members of society. During the past two years, I figured that I was getting old with no one to hold me when I cry or to warm me with love and care. I needed love and when I found this person, he promised me a good life with great love. He made me dream about the smiling future, but I did not know that it was all lies and that he was just taking advantage of me to reach his goals. When I discovered his lies, I stopped, but it was too late.

Your honor, I am the only family for my children. I am asking you for mercy and to give me time to spend with my children and my grandchildren in the end of my years. I never spent enough time with my children or grandchildren because I was overseas most of the time. Please consider my age, my health issues, and my work history against terrorism when you sentence me.

Sincerely,

Mariam Thompson