# EXHIBIT B

Dear Judge Bates,

My name is Arthur Thompson. I am Mariam Thompson's oldest son. I have known my mother my whole life. I am blessed that my mother has put her children before herself for all those years. I wish I could have told you about how amazing my mother is under better circumstances. Sadly, I have to talk about how amazing she is in the hopes you can see it as well.

My mother has put her life in danger so that she can provide for her and her family for all these years. That is who she is as a person. Her whole life she has put her family first. I remember her telling me that as a child she had to risk her life so that she could work to support her family. That is who my mother is. Her heart is full of love for her family and her friends. She would give anything so that they can prosper.

In my life, my mother has set me on the path that I am on today. My two children wouldn't have been here if it wasn't for her saving my life when I was younger. The path I am on today would have been a different one if it wasn't for her risking her life for me.

My mother is a person who helps everyone out she can. She is a person who has worked for a company that helps mentally challenged individuals get jobs. She herself has helped some of those people with work. Her heart is big and she is always thinking about everyone around her rather than thinking about herself.

I think that my mother is an outstanding member of society. I understand that her charges are severe. However, I think that given the chance she would help the community. I would hope that she helps others who are thinking about doing horrible things see the good they could do instead.

The offense she is charged with is something that took everyone by surprise. Her friends, family and I couldn't believe what we read on the news. The person my mother is would not allow me to think she could do those things. I remember when I worked in Iraq, she had friends with her during her moves. They would always talk about how she was the reason so many troops lived in Kalsu, Iraq. They always talked about how my mother wouldn't take vacations because she wanted to stay with her soldiers. She called them her family. My mother stayed in a forward operating base that was hit with mortar fire all the time. Any other person would either go home or take their vacations when they should have. Not my mother. She would make sure

everyone was OK and then think about taking a vacation. This is why I don't see how this offense could have happened. Her love for the military and the US is beyond what a regular person would have.

I think that the person who manipulated my mother is evil. This is what he was trained to do. Take advantage of a elderly woman that is vulnerable and has been in a warzone for a long period of time. I think this experience has opened my mother's eyes to seeing that the evil she was talking to only cared about what she could give and not her.

I hope in the future she could see her grandchildren. They love her very much and always ask where their Tata is. I tell them she is ok.

In the future, I hope she is part of a outreach group that helps people who are manipulated by the same kinds of evil. The warmth and love my mother has is more than enough to save lives. She saved lives in Iraq and Afghanistan, I believe she can do the same here in the states.

All I ask is that my mother be given a second chance. Please let her see her grandkids outside the walls of a prison. Please let her children and her family hold her while she is free.

God bless you and thank you for reading my letter.

/s/

Arthur Thompson