# EXHIBIT C

The Honorable John D. Bates
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Your Honor,

My name is Daniel Thompson, the son of Mariam Thompson. I am a humble man, working hard to improve my health and wellbeing through hard work and dedication to my family, job and country. I am writing this letter to help show you what kind of person my mother is, with confidence in your just and fair judgment in regards to the charges against my mother.

I was utterly shocked to hear of this offence as it is extremely out of her character. She has always been a kind and respectful, law abiding citizen, and made sure to enforce these habits within me. Every memory I have of my mother involves her generosity and kindness towards others. My mother loves cooking food for anyone and everyone. She loved hosting family and friends, and always welcomed company into her home, making sure they were well fed and taken care of. I also remember during high school I would help my mom sell homemade foods at the fair. She was always very successful as she remained kind and courteous with customers and maintained a very positive and engaging interaction.

My mother has always worked to provide for her family. And during her continual linguist and overseas work, she always expressed her pride in being an American. When My father died in the summer after 5th grade , she did everything she could to support her family. She would frequently acquire cleaning jobs for businesses, and work her tail off to get all the work done. I would be happy to help her with any task she would need. Unfortunately because of her deep commitment to provide for her family, she was rarely home.

After she has been released, she will find peace and harmony doing her favorite things: Hosting meals for her family and friends. And as my mother has constantly shown her strength and dedication in all areas of life, there is no question in her ability to acquire another job. As I have never known my mother to have malicious intent, her time during this conviction has reinforced her commitment to always doing right. This I know as every conversation we have had, her remorse and sorrow ring true.

I greatly appreciate your time in this matter, and your work in reunifying my mother with her family. I love my mother, and I only wish her great joy, happiness and success.

Sincerely,

Daniel Thompson