# EXHIBIT D

**The Honorable John D. Bates**
**United States District Judge**
**United States District Court for the District of Columbia**
**333 Constitution Avenue, NW Washington D.C. 20001**

Dear Judge Bates,

I am Mariam Thompson's youngest son, Michael. When I was a kid and my father passed away, my mom not only was my hard-working mother but she was also being the father – taking care of all four of her kids and my grandma. My mom is the only family I have left and she has always been there for me when everyone was not.

Mariam goes out of her way to make sure everyone is safe, has been fed, or even if someone just needed to talk. My mother has always been helping her family and friends to the point that she never truly loved herself. All my mom has ever done is helping her family before she even helped herself. Every time I have been on the phone with her, I feel like I'm breaking down. She is the reason why I got sober and she is the reason why I'm going to be graduating from nursing school.

When she was living in Rochester, MN, she was working 5 jobs. One was a housekeeping business she started herself and one was working at the mayo clinic. If you ask me if the offense is out of character for her? Yes, its not what I know my mom to be. I don't know much about the case but I know my mom and she would never want to harm anyone, let alone this country that she loved for my whole life.

Every day of this past year, when I'm not doing homework, I lock myself in my room and just pray and imagine my mom in my arms. Listening to her cry every phone call we have and hearing her ask if her own mother is dead yet has broken me more than the death of my father. I wake up every night screaming, feeling like I can't breathe, knowing that I lost the last person who has ever cared for me, and knowing she won't ever have the chance to hug me or her grandkids.

If anyone has had the chance to get to know her, they will see a mother, a father, a grandma, a sister, and an aunt. They won't see a person capable of harming anyone, they'll see a person who has never been loved, a person who spent her life helping others before herself. I blame myself sometimes, wishing I had been there for her more. Anyone who has known my mother knows she isn't a criminal.

Thank you for your time Judge Bates,

-Michael Thompson