# EXHIBIT E

**The Honorable John D. Bates**
**United States District Judge**
**United States District Court for the District of Columbia**
**333 Constitution Avenue, NW Washington D.C. 20001**

Dear Judge Bates,

My name is Kayed Taha and I'm Mariam Thompson's brother. I'm writing this letter to talk about my sister and how a good and wonderful woman she is.  What she did is out of character. She is a very good person who will never cause harm to anyone. She spent her whole life working to help her family and help a lot of her friends, and she never asked anything in return. All her family and friends know that she has a big heart and she will never hurt anyone. All the people who met my sister know how honest and what good character she has. Please your honor, give my sister a chance. She is an elderly sick woman. Thank you and god bless you.

Kayed Taha