# EXHIBIT F

May 24, 2021

To:         The Honorable John D. Bates
            United States District Judge
            United States District Court for the District of Columbia
            333 Constitution Ave, NW
            Washington D. C. 20001

Dear Your Honor,

My name is Sarah Thompson , I am the daughter of Mariam Thompson. I want to write this letter to let you know what kind of person and mother Mariam is to me and to those that love her. My mom means the world to me, she is caring, giving, thoughtful, the most selfless person I know, she is always giving to others and sacrifices much to make sure my brothers, myself and her grandkids are a priority. I want to list several examples of her selfless acts as well how much she cares for others.

1.  My Mother's passion for food is one way she expresses her care to others. No one in our family or close circle of friends went without on holidays or any time that there was a need. She would bring food to neighbors who were less fortunate than we were or had an emergency situation. No matter what, people always were welcome at our table at any time. The only complaint anyone had was that she made too much food or was generous to a fault with her care and concern.  Everyone loved her and her nickname is Momma Mary.

    a.  One event she enjoyed participating in was Thursday on First. Thursdays on First is a community event where downtown Rochester, MN near the Mayo Clinic, sells crafts, food, there is music, a very fun community event. Mom baked dozen's cookies and some other simple food items to sell for the fun of it. She loved the interaction with the community and had many regulars that visited her stand on Thursdays.

2.  We lived in Rochester, Minnesota and so when anyone visited the Mayo Clinic for treatment, or a diagnostic appointment, Mom would open our house to them for a place to stay until they returned home.

3.  My Mom made friends very easily because of her charismatic personality, she was down to earth, she was an excellent listener and people always felt comfortable confiding in her. I feel her selfless nature added to all these qualities and people trust her.

4.  Besides her passion for cooking, she loved to fish! Mom would come home from leave and one of her favorite activities was to get to the lake and wet line.  She loves the water and fishing was a great release, time of quiet reflection. She always made friends easily while fishing and swapping great fishing stories.

5. My Mom loves her grandchildren! Tata (the name the grandkids call her) would spoil them rotten when she was home on leave.  Due to her being overseas she always made up for the missed birthdays holidays or special events. Whenever she was home, she loved to spend time with them, she was fun, they sang songs, played, she babysat, and she made sure they had everything they needed.

6. My Mom was employed as an overseas linguist for over 20 years. My Mom was well respected in her field and loved her job and loved the people she worked with.  Like everything she put her love, care and selflessness into her job and the people she came in contact with every day.  No matter what career path my Mom would take, she would put her all into the job and be a positive example for other employees.

7. My Mom and Dad were married happily until his death from cancer in 2003. Unfortunately, she was involved in a relationship a short time after his death, that was both physically and mentally abusive; the relationship was over within a year to my knowledge.  This person was able to take advantage of my mothers' selfless nature and manipulate her; after the divorce, she never dated or wanted to have another relationship with anyone. I was very shocked when I read about the said relationship and allegations regarding her arrest, because this is not something I believe my mother could ever do.

In closing, my mother is very remorseful, feels ashamed, and is very aware of the magnitude of her actions and the effect that it has had on her family, friends, and country.  In my heart I know my mother would never be involved in a situation that has caused so much turmoil. My Mother has lost everything, she won't be involved in any of the above mentioned loves, and passions that she has. So, yes, she has learned her lesson. I love and miss her everyday and will until she is able to rejoin her family.

Sincerely,

Sarah Thompson