# EXHIBIT G

May 20, 2021

The Honorable John D. Bates
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington S.C. 20001

Dear Judge Bates,

My name is Cristina Adams. I have worked for the Mayo Clinic in Rochester, Minnesota for 40 years, most currently as a Sleep Technologist. I am a family friend of Mariam Thompson and her son Arthur, having known them both for over 10 years. Mariam is the grandmother to my great niece and great nephew, so we have interacted at many family functions. I have known Mariam to be very generous to her family, providing both financial and emotional support to her children and grandchildren.

Most notably, Mariam was very proud to work with the U.S. military and I was impressed with the importance and sensitive nature of her work. The charges that Mariam has admitted to, are both shocking and egregious. If I didn't know her personally, I'd feel that any person committing such acts against the United States of America should be given the fullest and harshest penalty possible. However, the Mariam I knew would never have done anything to hurt the U.S. She always referenced America as "my country" and was proud to be an overseas representative. I believe that the only possible explanation is that she was coerced and manipulated by evil persons. As far as I know, Mariam was a linguist with top military clearance for many years without incidence. Her crimes are totally out of character for the intelligent and humble woman I knew. I'm positive that Mariam is deeply sorry, and I hope her remorse and advancing age are taken into consideration prior to sentencing.

As you can imagine, this situation has devastated the family and friends of Mariam. To realize Mariam may never know her beautiful grandchildren is absolutely heart wrenching.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Mariam Thompson to be an honorable individual, a valuable member society, and a good human being.

Sincerely,

Cristina Adams

Cristina Adams