# EXHIBIT H

The Honorable John D. Bates
United States District Judge
United States District Court for
The District of Columbia
333 Constitution Ave NW,
Washington D.C. 20001

Dear Judge Bates,

I've worked in my career field for 20 years and I work one-on-one with people so I feel like I am a very good judge of character. I never in 1000 years thought that Mariam would be a part of something like this. Mariam is the grandmother of my niece and nephew. I have known her for almost 10 years period she has been a very thoughtful, caring, giving, loving, and helpful part of our family. We've spent many holidays together and have made lots of great memories. I believe 100% that Mariam was manipulated by a master manipulator. She's a very smart woman, but I do believe she is naive to an extent.

She was always so proud of the work that she did and could never give us a date that she would retire because she loved the work that she did. Even from afar, Mariam helped support her grandchildren financially and made daily phone calls and FaceTime videos with them. The relationship that they had was so cool to witness; the love was so strong and as soon as the situation separated those kids from their grandma, there "Tayta", I could immediately see the change. Thinking about these kids not having their grandma as they grow up is devastating. We all want nothing more than Mariam to be part of the family again. I would bet my life that Mariam would never commit another crime again. I hope you can find it in your heart to give Mariam a lenient sentence.

Thank you so much for your time,


Jessica Adams