# EXHIBIT I

The Honorable John D. Bates
United States District Judge
United States District Court for
The District of Columbia
333 Constitution Ave NW,
Washington D.C. 20001

Dear Judge Bates,

May 18, 2021

My name is Lori Adams and I am writing as a character witness for Mariam Thompson. I work as a nurse for Volunteers of America and I have known Mariam for more than 30 years. I am aware of Ms. Thompson's charges of delivering national defense information to a foreign government.

Mariam's son and my son were in a martial arts program together. Mariam, her husband, myself, and other parents would come to observe the class. Mariam loves her family and friends dearly. When I visited at her home she inevitably would offer something that she was cooking in the kitchen. Mariam had a catering business at one time. Her home was comfortable and inviting and I enjoyed our visits.

A little further on how I know her is that her oldest son is engaged to my oldest daughter. Mariam has two grandchildren from them. These children are her world. I know if Mariam could go back in time, she would. This has been a horrific tragedy; a mistake that she wishes she could reverse.

Another opportunity I had to get to know Mariam is through my cleaning company. I sold my company in 2018, but prior to that Mariam worked for me to help me out for a few months while I was short staffed. The name of my company was Cleaning At Your Service. Mariam was a member of my cleaning crew. Her work ethic and detail superseded my expectations even though I only had her on my crew for a short time.

Mariam and I attended family celebrations and holidays. She is an incredibly generous friend, mother, sister, and grandmother. The grandchildren adore her. Celebrations haven't been the same without her.

Mariam knows she made a mistake; a mistake that possible could have jeopardized our national security. I know in my heart that she would not have done this on purpose. The person that she gave information to coerced her into doing so. I feel Mariam did not know what she was getting herself into. If Mariam is allowed a second chance, I know she would not jeopardize losing time with her family again. Mariam didn't share much about her most recent career, but from my observations she was dedicated and seemed to enjoy her work. She's proud to be an American.

In addition, I have never known Mariam to take advantage of anyone or anything in the 30 plus years that I have known her. She is a God-fearing woman and I pray for her freedom and the chance to have her back into the family.

Lori K. Adams