# EXHIBIT J

To: The Honorable John D. Bates
United States District Judge
United States District Court
For The District of Columbia
333 Constitution Ave NW,
Washington D.C. 20001

Dear Your Honor,

I hope this letter finds you well. My name is Nicole Adams, I am engaged to Mariam Thompson's oldest son Arthur and we have two children together. I have known Mariam for almost a decade. She is one of the most loving, caring and hardworking people I've ever met. This situation has completely devastated my family. To be honest we were blindsided by all of this. I cannot excuse her behavior and I absolutely do not condone what she has pled guilty to. All I know is this is completely out of character for the woman I know and love.

Mariam loves her children and especially loves her grandchildren. Everything in her life revolves around her career and her family. She was always so proud of both. Mariam stayed with us last time she was home and loved every moment with her grandkids. She loved cooking and baking with them. Most of the time it was way too much food. Mariam loved singing to the kids, making popcorn and cuddling while enjoying a movie. She loved rocking my daughter to sleep, that was her favorite. She also provided financially. Mariam paid for both my daughter's preschool, bought diapers monthly for my son and always wanted to put a smile on their faces. My kids miss her, my daughter prays for her every night. This has been extremely difficult as my kids are little ages three and four.

I understand she will be punished, as she should be. I am asking you to please consider some leniency when sentencing Mariam. I have no doubt she will work extremely hard to make this right. She's a good person who has many people that love her and will hold her accountable. Thank you for your time and consideration in this matter.

Sincerely,

Nicole Adams