# EXHIBIT K

The Honorable John D. Bates
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Your Honor,

My name is Robert Heston.  I'm writing to you on behalf of Mariam Thompson. I'm a retired military officer having served 31 years on active duty and an additional 23 years as a Department of Defense contractor in the capacity of Senior Intelligence Advisor to various combatant commanders.

My entire career has been in the intelligence career field.  I'm a combat veteran and formally retired from the work force. As an intelligence NCO I served three tours in Vietnam as a Forward Air Controller with the 5th Special Forces Group.  I worked my way through the ranks, earned a bachelor's degree majoring in history with minors in English Literature and Law Enforcement. I received a commissioned and completed my graduate work for a master's degree in international relations, strategic studies.

Over the next several years following my commissioning, I was directly responsible for leading the intelligence efforts against enemies of the United States such as Libya (Operation Eldorado Canyon), Panama (Operation Just Cause), Iraq (Operations Desert Shield/Desert Storm) and directly supporting combatant commanders for five years who were leading coalition forces defending the civilian population in Bosnia-Herzegovina.

As a contractor, I supported the Australian Defence Forces in their defense of East Timor.  I directly supported the U.S. Army Corps and Division Commanders and the U.S. State Department in both Afghanistan and Iraq.  My last position before formal retirement was as the Senior Intelligence Advisor to the J-2 with the Joint IED Defeat Organization (JIDO).

I provide you this background on myself because it was in one of those capacities that I met and worked with Mariam Thompson. We worked together for one year in Afghanistan.  She was filling the position as a cultural advisor at the time.  We continued our connection via Facebook until just about a year before I read in the Washington Post (WAPO) that she had been arrested for passing intelligence information to an unauthorized individual.

Mariam, like many of us, worked in a combat zone not because it was what she thrived for but because the pay was better than anything she could earn in her home state.  The money she earned went toward the care of her family.  We spent a lot of time talking about our children and it was apparent to me that she was dedicated to her son and hoped to provide for him the things she was not able to have growing up.  A goal all parents strive for.

I was shocked to read about the circumstances of Mariam's arrest.  It was a charge I thought was more than likely falsely claimed.  I felt that way when I read the WAPO article because it was so out of character for Mariam and how I saw her handle classified materials and discussions around those who were not privy to the things we were directly involved with.

I have on many occasions in my career, been given the direction to form my own team of individuals whom I believed would be best suited for difficult, highly classified work for an operation.  Mariam's name was on my list for one such team.  Would she remain there now? Certainly.

I've not talked with Mariam for some time, but I cannot fathom, even after so long, that she has changed so much that I would not trust her to provide me the kind of support needed.  I also do not believe she would intentionally jeopardize either the mission or her team members.

My gut instincts tell me that Mariam fell victim to someone, a scheme, a sweet talker, I say this because I have personally witnessed many women I know (a sister, a family friend, co-workers) fall victim to situations like Mariam's.

I know Mariam has been convicted of a crime, but do I think that has changed my view of her or would it exclude her from a classified mission I would lead? No.

Mariam took these cultural positions in the middle east not only for the money but because of her loyalty to her family and the United States.  Her numerous accolades from the General Staff should demonstrate her dedication to the mission and her team members.

Her access to classified information is eliminated as an option for her applying for a job in that arena again. I know that this is going to be a millstone around her neck for the rest of her life. Knowing Mariam, however, I cannot believe it would be nothing less than a constant reminder to do better, to move forward, and to live up to the family values she so often shared with me when we worked together.

If this letter can do anything I would hope that it would serve to keep Mariam from prison to give her a second chance to be with her family and start over.


Respectfully,



Robert J. Heston