# EXHIBIT L

The Honorable John D. Bates
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Your Honor,

My name is Catherine L. Haverty. I am a retired Army Nurse. I served in the U.S. Army as a nurse for 22 years and 7 months before retiring in 2012 with the rank of Major. I am aware of the conviction of Mariam Thompson for delivering national defense information to aid a foreign government. I am shocked that Mariam would ever commit any crime let alone a crime of this magnitude. I have always considered her to be extremely honest and trustworthy, and this action seems totally out of character for her.

I was deployed to Forward Operating Base Kalsu in the Southern Baghdad Province from April 2007 until April 2008.I was the medical officer on an Embedded Provincial Reconstruction Team with Civil Affairs,82nd Airborne Division. My responsibility on this team was to provide medical care to Iraqi women and children. Mariam was the interpreter on our team and we traveled outside the wire on many occasions. These missions were called Civil Medical Engagements and we usually treated one to two hundred patients a day.

This was a very difficult time for myself as well as Miriam, The wartime environment was difficult for everyone and Mariam was no exception, however, she was always cheerful and upbeat at all  times and always remained calm no matter the circumstance. We witnessed many deaths and war casualties during the year, and I always felt safe when Maraim accompanied me on these missions. She was excellent at performing any task whether it was interpreting for the sick and injured women and children or performing first aid and nursing duties as assigned.

I can honestly say without a doubt that Mariam is the kindest, most trustworthy person that I know. She will gladly help anyone. She loves her family dearly and has taken very good care of them for many years. I also know that Mariam is a woman of faith and her belief in God is without reproach, she attended services at the Kalsu Chapel whenever possible.

I recall a mission when one of our vehicles was by an IED and there were many fatalities, called KIA'S that day. Mariam volunteered to assist with the retrieval of the soldier's remains to be sent to their families at home. This was one of the many examples of Mariam's unselfishness and willingness to go beyond and above what was expected of her.

I wish Mariam the best and am requesting leniency on her behalf.

/s/

Catherine Haverty