# EXHIBIT M



**HEADQUARTERS**
International Security Assistance Force/
United States Forces - Afghanistan
Kabul, Afghanistan
APO AE  09356



COMISAF                                                                           6 November 2010

MEMORANDUM FOR RECORD

SUBJECT:  Letter of Endorsement

1.  I am pleased to strongly recommend Ms. Mariam "Mary" Thompson for positions of increased responsibility as a Human Terrain Analyst or Cultural Advisor.

2.  Mary served as an interpreter and translator in Iraq for more than three years, participating in hundreds of combat patrols to assist Coalition leaders in their engagements with key Iraqi leaders.  During that time, she spent nearly every day immersed in Iraqi culture.  Her willingness to embrace and ability to quickly learn the Iraqi culture was an important catalyst in the progress of our mission there.

3.  While serving in Afghanistan at the International Security Assistance Force headquarters, Mary provided essential information to the theatre-level command which affected policy and operations throughout the country.  Her insightful and accurate preparation and review of documents for key leaders' engagements was invaluable.  Mary truly knows her craft.

4.  A superb example of integrity, loyalty, and professionalism, Mary is more than capable of serving as a leader of a Human Terrain Team or as a Cultural Advisor.  I recommend her selection for one of these positions in the strongest possible terms.

5.  If you have any questions, please contact me at david.petraeus@us.army.mil.


David H. Petraeus
General, United States Army
Commander
International Security Assistance Force/
United States Forces Afghanistan