# EXHIBIT N



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 1ˢᵗ BATTALION, 76ᵀᴴ FIELD ARTILLERY
4ᵀᴴ BRIGADE COMBAT TEAM, 3D INFANTRY DIVISION (MND-C)
FOB KALSU, IRAQ APO AE 09312

REPLY TO
ATTENTION OF:

October 15, 2008

Lieutenant Colonel Dane A. Barksdale
Commander
1ˢᵗ Battalion, 76ᵗʰ Field Artillery Regiment
Forward Operating Base Kalsu, Iraq APO AE 09312

Mariam (Mary) Thompson has been working as a linguist in a region intersected by three provinces: the Babil, the Baghdad, and the Wasit province of Iraq for nearly three years and has personally worked as my linguist for a year. During this past year, Mary has accompanied me on over 300 patrols throughout out area of operations. She has also been by my side during numerous operations as we walked alongside the Soldiers conducting the operations. Mary is an outstanding professional that has an intuitive ability to relate to people. Her abilities have been critical to our mission success and diplomatic relations between local tribal and political leaders.

The Iraqi security forces and tribal leaders respect Mary and feel free to contact her 24hours a day / seven days a week, in resolving critical issues. Her rapport with security and tribal leaders has mended and developed relationships that have prevented key fundamental issues boiling into sectarian violence. She is very well knowledged in the Iraqi people and their culture. Mary always sends appropriate well wishes and condolences on my behalf on her own initiative; her actions have been very helpful in maintaining establish relationships and in establishing a new ones.

Mary is an invaluable asset to our organization and has established remarkable relationships with key political, security force, and tribal leaders in the Babil Province. Her employment would bring instant credibility to any organization. Her honesty is above reproach; her frank and candid nature is an admired trait honored by the leaders of our organization and by the Iraqi people. Mary has a huge heart and is always trying to help people in need. She cares very much for my Soldiers and goes above and beyond normal expectations. Mary loves America and promotes the American image of a strong woman to these people.

Mary is invaluable asset to my organization and will contribute greatly to any organization. I truly believe her role has had a direct impact in saving the lives of my Soldiers. Fortunately, we have not lost any Soldiers despite having the largest battalion Area of Operations spread across three provinces. The peoples' trust in Mary has aided in the security of the Iraqi populous and has helped me in preventing key fundamental issues from becoming acts of violence. Any organization would be fortunate to gain Mary as a member.

Dane A. Barksdale
Lieutenant Colonel, US Army
Commander, 1-76 Field Artillery Regiment