# EXHIBIT O

June 2, 2021

The Honorable John D. Bates
United States District Judge
United States District Court for the District of Columbia
333 Constitution Ave, NW
Washington D.C. 20001


Dear Judge Bates,

I am writing to support Mariam Thompson who has been my friend for over 30 years.

We met Mariam when she was an interpretor for one of my husband's long-term patients at the Mayo Clinic, Rochester, MN. A personal relationship developed and over the years when she lived here in Rochester we visited each other's homes, celebrated family events, and enjoyed learning about each other's cultures. Their family had a lot to learn about living in Minnesota but Mariam handled it with humor and grace. We often laughed about times like when Mariam's kids showed up to accompany our kids for trick-or-treating, but with Easter baskets in hand!

We supported Mariam at the time of her husband's death from brain cancer. She was left with four young children to support. Those years she struggled with severing of ties with the Saudis for whom she had worked for years, broken relationships with her family back in Lebanon, and with trying to find jobs that would help support her family.

Hard work and ingenuity, combined with a lively sense of humor, seemed to be trademarks of her personality. We recall times like helping her bake and sell hundreds of cookies each week for the Farmer's Market here in Rochester. She gained a reputation for remembering her customers and happily interacting with them. Everyone remembered Mariam.

Mariam showed exceptional kindness and generosity to our family over many years. She was especially good at conversing with my aging parents and would bring them small gifts and laughter. My children knew her as a supportive friend.

After she began government work a few years ago we did not see her often. But when she was home on leave she expressed that she was proud and honored to be serving. She didn't tell us much about those times, but she did tell how she loved to cook for the service men & women on her days off. She spoke of them fondly and was proud of the fact that they called her "Mama Mary."

After knowing and trusting Mariam for many years, through situations both stressful and happy, we are stunned by her present situation and are convinced the events which led to this were orchestrated by

people seeking to take advantage of her. Mariam possesses grit and determination, but she also has seen tradegy and very difficult times. She was worn down and tired. I miss her and hope for a time when she can come back to Rochester.

Sincerely,
Jon Wale