# EXHIBIT P

June 7, 2021


**The Honorable John D. Bates**
**United States District Judge**
**United States District Court for the District of Columbia**
**333 Constitution Avenue, NW**
**Washington D.C. 2001**

**Your Honor,**

I am writing on behalf of my long time friend, Mariam Thompson, as you consider her sentencing for her confessed crime. Our relationship extends over 30 years and has been from several different perspectives. I am now a retired physician, a general internist, and emeritus Associate Professor of Medicine at Mayo Clinic in Rochester, Minnesota. I first met Mariam when I cared for her employer at that time, a member of the Saudi Royal Family. I also provided health care to Mariam, her deceased husband, and her children. My family was readily embraced by Mariam and we became friends, visiting often, sharing food, and thoughtful conversations. We supported her through the tragedy of her husband's illness from brain cancer and the hardships left by his death as she raised her four children. We admired her dedication to her children, her conversion to Christianity and her children attending a private Lutheran school for their education at considerable expense to her.

I felt I knew her well and thus I was shocked and saddened to hear what she has confessed to doing. She was extremely proud when she became a citizen of the United States. Although she was quite limited in what she said about her work as a contracted translator in Iraq and Afghanistan, it was clear she was proud of her work with the United States military, expressed affection for the soldiers she lived with, and shared letters of commendation from General David Petraus and other high ranking officers she interacted with. From those letters and her brief comments, I sensed that she willingly went above and beyond to respond to requests of the military for her skilled services.

I have always been impressed by Mariam's resilience to challenges presented to her and her work ethic to accomplish the new goals she set for herself. Given her need to support her family she often worked multiple jobs. But she appeared to be dedicated to those jobs, no matter what they were, and determined to do the best she could at them. One of them was supervising physically and developmentally disabled adults in cleaning hotel rooms. She would describe with kindness and respect how she worked directly with them, helping them complete their tasks and increasing their sense of self-worth and accomplishment. She has always been generous to our family with her time and the genuine affection and concern for my children and their lives. Everyone I have had contact with who also have known Mariam have expressed the same feelings generated by their interactions with her: warm, sincere, kind, generous, hard working, dedicated, full of life, energy, and ambition.

We have not seen her as much in these later years given her work schedule and then her time overseas, but I never sensed a change in her personality that would have hinted at what she came to do. Given her previous responses to adversity, once she has completed the sentence for the offense she has committed, I believe she will once again move on. She has always liked to be busy and help others, and I believe she will quickly return to a job that is meaningful to her and to society. I look forward to that time and re-establishing my relationship with her.

Respectfully,

Lowell C. Dale, MD