"Let this be filed.
John D. Bates                Digitally signed by John D Bates
                             Date 2021.08.12 16:04:33 -04'00'
John D. Bates                Date
U.S. District Judge"

The Honorable John D. Bates
United States District Judge
United States District Court for District Columbia
333 Constitution Avenue, NW, Washington DC. 20001
Case number: 1:20-CR-00067-JDB
Mariam Taha Thompson

I am writing you this letter because the years left in my life is between God's hands and your hands. My years is shortened by guilt and sadness because what I have done but there is no innocent before God. I lived all my life giving others without waiting for return, good citizen in my community until I was controlled by trained Devil.

I lost everything, and most important I lost the dignity and respect of my kids to me.

What I have done was a big mistake and I deserved your judgment which was just, but if you compare me with other cases you will see that I never sinned with the devil for money or for long time, and nobody was killed because of what I have done.

I know that I have sinned and deserve punishment, but I hope that the long years I spent in the War Zone next to our great Soldiers will be considered as some credit for me.

Please your honor help me. I am a good person and I have never been a threat to anybody in my life.

The lawyer told me that I will be transferred to facility in Texas away from my kids. I have not seen my kids since August 2017 and I am not allowed to talk to them often because I am only allowed to call them every two weeks under the supervision of the FBI. My kids can not afford flying to Texas to see me.

I want to be able to spend time with my kids and my grandchildren. I never have the chance to spend time with them because I always wanted to be next to our soldiers in Afghanistan, Syria, and Iraq.

Please your honor, in the name of God enroll me in any program which might help me to prove to you that I am a good person for the community in order to reduce my sentence a little. I am sixty three years old and I do not think that I will live until the end of my sentence. Give me another chance to prove that I am a good person. It was hard for me to work hard and to live lonely most of my life. Since I was nine years old I started to clean houses with my mother because of my alcoholic abused father. The devil opened the window of happiness for me, but it was all fake. I ran after the happiness and did not know that I was running after my death. Yes I am dead because I lost everything, everybody. Please your honor, help me. I love this country and have been always proud of our soldiers.

I can teach and I am willing to do anything in order to prove to you how good I am.

Please, help me to be next to my children in Minnesota. There is one FCI facility in Waseca, Minnesota
1000 University Dr. SW
Waseca, MN 56093

Please, your honor I want to be able to call my kids when I want, I want to hear their voices and my grandchildren voice.

My kids are my only family your honor and I am the only family for them.

Thank you, God Bless you and your family

Mariam Taher Thompson